| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com |
| 2 | STEPHEN N. YANG (SB#142474) stephenyang@paulhastings.com |
|   | SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com |
| 3 | SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com |
|   | 1117 S. California Avenue |
| 4 | Palo Alto, CA  94304-1106 |
|   | Telephone:  (650) 320-1800 |
| 5 | Facsimile:  (650) 320-1900 |
| 6 | Attorneys for Plaintiffs |
|   | Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | DECLARATION OF BRADFORD K. NEWMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER |
| Plaintiffs, | |
| vs. | |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN ; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON;  ALLEN L. AMOS; WILLIAM ("BILL")  PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON; | |
| Defendants. | |

-1-   NEWMAN DECLARATION IN SUPPORT OF PLAINTIFFS' *EX PARTE* TRO

I, Bradford K. Newman, declare:

1. I am an attorney at law licensed to practice before this Court and the Courts of the State of California. I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. ("Gallagher" or the "Company").

2. If called as a witness, I would and could competently testify that all facts set forth below are within my personal knowledge, except where stated upon information or belief.

3. Pursuant to Federal Rule of Civil Procedure 65(b), Gallagher has not provided notice of the *ex parte* hearing on its Motion for a Temporary Restraining Order, Evidence Preservation Order, Order to Show Cause re Issuance of a Preliminary Injunction, and Order Granting Expedited Discovery to Defendants because Gallagher is informed and believes (a) based on the circumstances set forth in the Memorandum and accompanying declarations, that providing Defendants with notice of this motion could render the litigation fruitless because based on Defendants' conduct and the facts known to Gallagher, there is a heightened concern that if provided notice, Defendants will seek to hide and destroy the Gallagher data and evidence of its taking, and that the exact type of electronic and hard copy evidence which the requested emergency relief speaks to preserving may be lost; (b) the requested emergency relief speaks largely to access and use of Gallagher data, which Defendants have no right to possess in the first instance, and thus issuing the requested emergency relief on an *ex parte* basis should not prejudice Defendants; and (c) that immediate and irreparable injury will result to Gallagher if emergency injunctive relief does not issue even before the Defendants can be served and ordered to appear.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except where stated on information and belief. Executed this 20th day of December, 2007, in Palo Alto, California.

_____
Bradford K. Newman