1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
2  STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
3  SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
   1117 S. California Avenue
4  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California,
7  Inc.

8

                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 | ARTHUR J. GALLAGHER & CO., Inc., a | CASE NO.
   | Delaware Corporation, ARTHUR J.     |
13 | GALLAGHER & CO., INSURANCE          | **DECLARATION OF SARJU A. NARAN IN
   | BROKERS OF CALIFORNIA, INC., a      | SUPPORT OF PLAINTIFFS'
14 | California Corporation,             | ADMINISTRATIVE MOTION TO FILE
   |                                     | DOCUMENTS AND PORTIONS OF
15 | Plaintiffs,                         | DOCUMENTS UNDER SEAL**

16 | vs.                                 |
   |                                     | Hearing Date:
17 | EDGEWOOD PARTNERS INSURANCE         | Time:
   | CENTER, a California corporation; DAN | Judge:
18 | R. FRANCIS; JOHN G. HAHN;           | Courtroom:
   | ANDREW ("WALLY") BROWN, JR.;        |
19 | BRIAN F. QUINN; NEIL, R. COHN;      |
   | CAROLANN COHN; MICHAEL J.           |
20 | BROWN; STEPHEN HAUSE; LAURA J.      |
   | WICK; JAMES C. HALBLEIB;            |
21 | LAURINDA ("LAURIE") A. MARTIN;      |
   | ERIC CHUA; GEORGE J. PETTY;         |
22 | LINDA SOO HOO; ROBERT E. DUTTO;     |
   | SUSAN M. ENGLISH; DON J.            |
23 | JOHNSON; ALLEN L. AMOS;             |
   | WILLIAM ("BILL") PHILLIPS, JR.;     |
24 | DIRCK ("RICK") R. STINSON; ROBERT   |
   | ("BOB") D. ELLSWORTH; ROBERT H.     |
25 | WATKINS; PAUL H. WAGENER;           |
   | SHANDRANETTE MIDDLETON,             |
26 |                                     |
   | Defendants.                         |
27

28

I, Sarju A. Naran, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2. The documents and portions of documents that Gallagher seeks to seal contain confidential, proprietary, and trade secret information belonging to Gallagher, including the identities of top revenue-generating clients, file names pertaining to Gallagher clients, and Gallagher files pertaining to clients and consisting of internally-developed, commercially-sensitive, data compilation relating to Gallagher's servicing of clients, including client contacts and preferences, financial and pricing data, data regarding particularized insurance requirements and account preferences, business and client strategies, and more. They also contain commercially sensitive information belonging to Gallagher's clients and former clients.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of December, 2007, in Palo Alto, California.

_____
Sarju A. Naran

-2-    NARAN DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL