| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com |
| 2 | STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com |
| | SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com |
| 3 | SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com |
| | 1117 S. California Avenue |
| 4 | Palo Alto, CA 94304-1106 |
| | Telephone: (650) 320-1800 |
| 5 | Facsimile: (650) 320-1900 |
| 6 | Attorneys for Plaintiffs |
| | Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | | CASE NO. 3:07-CV-06418-JSW |
| | | **DECLARATION OF DOUG BOWRING** |
| Plaintiffs, | | |
| vs. | | |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | | |
| Defendants. | | |

**DOCUMENT SUBMITTED UNDER SEAL**

Case No. 3:07-CV-06418-JSW

DECLARATION OF DOUG BOWRING