PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,

Plaintiffs,

vs.

EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL, R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,

Defendants.

CASE NO.

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL**

Hearing Date:
Time:
Judge:
Courtroom:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs' Administrative Motion To File Documents And Portions Of Documents Under Seal is hereby GRANTED for good cause shown.

The following portions of documents and documents are to be filed under seal:

| Item No. | Document | Page, Line |
|---|---|---|
| 1 | Memorandum Of Points And Authorities In Support Of *Ex Parte* Motion For Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order, And Order to Show Cause Re Issuance of Preliminary Injunction | Page 8, Line 4 to Page 11, Line 12 |
| 2 | Declaration of Jon A. Berryhill | Exhibits B, C, D, E, and F, in their entirety |
| 3 | Declaration of Warren G. Kruse II | Page 5, Lines 15 through16 (after "user accessed" until "true and correct") |
| 4 | Declaration of Warren G. Kruse II | Page 5, Line 25 (after "user accessed" until "a true and correct") |
| 5 | Declaration of Warren G. Kruse II | Page 6, Lines 10 through 11 (until "True and") |
| 6 | Declaration of Warren G. Kruse II | Exhibits B, C, D, E, F, G, and H, in their entirety |
| 7 | Declaration of James G. McFarlane | Page 16, Line 5 to Page 18, Line 18 |
| 8 | Declaration of James G. McFarlane | Page 19, Line 5 to Page 20, Line 4 |
| 9 | Declaration of James G. McFarlane | Page 20, Line 15 to Page 21, Line 13 |
| 10 | Declaration of James G. McFarlane | Page 21, Line 26 to Page 22, Line 8 |
| 11 | Declaration of James G. McFarlane | Page 24, Lines 1 through 13 (after "Gallagher client") |
| 12 | Declaration of James G. McFarlane | Exhibits K, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, and FF, in their entirety |
| 13 | Declaration of Lynn Tu | Page 10, Lines 1 through 2 (after "Gallagher client" until "contacted me") |
| 14 | Declaration of Doug Bowring | Page 1, Line 7 (after "Gallagher client") |
| 15 | Declaration of Doug Bowring | Page 1, Line 9 (after "products and services to") |
| 16 | Declaration of Doug Bowring | Page 1, Line 10 through 12 (after "I telephoned" until "had executed a Broker of Record") |
| 17 | Declaration of Doug Bowring | Page 1, Line 16 (before "explained that") |
| 18 | Declaration of Doug Bowring | Page 1, Line 18 through 19 (after "to transfer" until "account from Gallagher", and after "EPIC." until "reported that") |
| 19 | Declaration of Doug Bowring | Page 1, Line 21 (after "transferring" until "business from") |
| 20 | Declaration of Doug Bowring | Page 1, Line 24 (after "EPIC," until "did not want") |
| 21 | Declaration of Doug Bowring | Page 1, Lines 25 through 26 (after "to be, in" until "words, clearly unethical") |

| | | |
|---|---|---|
| 22 | Declaration of Doug Bowring | Page 1, Line 28 (after "formerly serviced" until "account") |
| 23 | Declaration of Doug Bowring | Page 2, Line 1 (entire Line) |
| 24 | Declaration of Steven Ring | Page 1, Line 7 (after "team and" until "a client") |
| 25 | Declaration of Steven Ring | Page 1, Line 9 (entire Line) |
| 26 | Declaration of Steven Ring | Page 1, Line 10 (after "this meeting" until "informed us") |
| 27 | Declaration of Steven Ring | Page 1, Line 18 (until "also showed us") |
| 28 | Declaration of Steven Ring | Page 1, Line 20 (after "document" until "informed me") |
| 29 | Declaration of Steven Ring | Page 1, Line 21 (after "our meeting with" until "Gallagher") |
| 30 | Declaration of Steven Ring | Page 1, Lines 22 through 23 (after "provided to" until "as a Gallagher") |
| 31 | Declaration of Steven Ring | Page 1, Lines 26 through27 (after "our meeting with" until "A true and correct") |
| 32 | Declaration of Steven Ring | Page 1, Line 28 (after "the information" until "provided to us") |
| 33 | Declaration of Steven Ring | Exhibits A and B, in their entirety |
| 34 | Declaration of Elizabeth Francy Demaret | In its entirety |

IT IS SO ORDERED.

DATED: 12-20-, 2007

By: ______________________

United States Judge