MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
MUNGER, TOLLES & OLSON LLP
450 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, *et al.*<br><br>Defendants. | CASE NO. C 07-6418 (JSW)<br><br>**DECLARATION OF MALCOLM A. HEINICKE IN SUPPORT OF REQUEST FOR RELIEF FROM CURRENT HEARING AND BRIEFING SCHEDULE**<br><br><br>**The Honorable Jeffrey S. White** |

I, MALCOLM A. HEINICKE, DECLARE AS FOLLOWS:

1. I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California. I am a partner at the law firm of Munger, Tolles & Olson LLP, counsel to Defendant Edgewood Partners Insurance Center ("EPIC") in the above-captioned action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached as Exhibit A to this declaration is a true and correct copy of correspondence sent by me to Bradford K. Newman, counsel of record to Plaintiffs Arthur J. Gallagher & Co., Inc., and to Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Plaintiffs"), regarding an extension of time to respond to Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order, and Order To Show Cause re Issuance of Preliminary Injunction.

3. Attached as Exhibit B is a true and correct copy of correspondence received by me from Plaintiffs' counsel Bradford K. Newman regarding the request for an extension of time to respond, which demonstrates that Plaintiffs will not agree to an extension of the hearing date set for their motion.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 21st day of December 2007, in San Francisco, California.

Malcolm A. Heinicke

**EXHIBIT A**

# Heinicke, Malcolm

**From:** Heinicke, Malcolm
**Sent:** Friday, December 21, 2007 2:14 PM
**To:** Bradford Newman (bradfordnewman@paulhastings.com); stephenyang@paulhastings.com; sarjunaran@paulhastings.com; shannonsevey@paulhastings.com
**Subject:** Gallagher et al vs. Edgewood Partners et al, NC Cal

Dear Counsel,

As you may have been told by now, Munger Tolles & Olson represents Edgewood Partners Insurance Center or EPIC, and we are writing about the above referenced matter. We know that you are counsel for the Gallagher plaintiffs.

We have tried several times to reach you all by phone, but we have been told each time that you are out of the office or in the office but unavailable and not subject to interruption. We are trying to communicate with you to see, if as suggested by Judge White's order, your clients will stipulate to a modification of the time schedule currently set for your clients' TRO application. We are hopeful that we can work this out among counsel, but since we have not heard from you, we will make an effort to contact the court and schedule a telephone conference with Judge White. Of course, if such a conference is set, and if it is still needed, we will contact you to let you know the time of such a conference.

We would appreciate your cooperation. I can be reached at 415-512-4029, and my colleague Jerry Roth can be reached at 415-512-4010.

Malcolm Heinicke

***NOTICE***
*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

**EXHIBIT B**

### Heinicke, Malcolm

**From:** Newman, Bradford K. [bradfordnewman@paulhastings.com]
**Sent:** Friday, December 21, 2007 2:49 PM
**To:** Heinicke, Malcolm; Yang, Stephen N.; Naran, Sarju A.; Sevey, Shannon S.
**Subject:** RE: Gallagher et al vs. Edgewood Partners et al, NC Cal

Mr. Heinicke:

Thank you for your email. I am not in the office.

While normally it is my practice to extend every courtesy to opposing counsel, due to the severity of the facts and the ongoing continuing harm facing Gallagher (for example, yesterday, after the lawsuit was filed, one of the Defendants had a messenger return his Gallagher computer to Gallagher which he took when he left Gallagher and kept for over a week), Gallagher needs to have a hearing as soon as possible.

If Defendants are willing to stipulate to the requested emergency relief, without any admission of liability at this stage, I am pleased to discuss a mutually agreeable modification to the briefing schedule provided Gallagher is not harmed further during the interim.

Best,

Bradford K. Newman, Partner | Paul, Hastings, Janofsky & Walker LLP | 1117 S. California Ave., Palo Alto, CA 94304-1106 | direct: 650 320 1827 | main: 650 320 1800 | direct fax: 650 320 1900 | bradfordnewman@paulhastings.com
www.paulhastings.com

---

**From:** Heinicke, Malcolm [mailto:Malcolm.Heinicke@mto.com]
**Sent:** Friday, December 21, 2007 2:34 PM
**To:** Newman, Bradford K.; Yang, Stephen N.; Naran, Sarju A.; Sevey, Shannon S.
**Subject:** RE: Gallagher et al vs. Edgewood Partners et al, NC Cal

Counsel,

Following up on the below email, please advise of your availability today for what we anticipate would be a fifteen minute telephone conversation with Judge White's chambers concerning scheduling issues.

Thank you,

Malcolm Heinicke

12/21/2007

RE: Gallagher et al vs. Edgewood Partners et al, NC Cal — Page 2 of 2

Case 3:07-cv-06418-JSW    Document 19    Filed 12/21/2007    Page 7 of 7

**From:** Heinicke, Malcolm
**Sent:** Friday, December 21, 2007 2:14 PM
**To:** Bradford Newman (bradfordnewman@paulhastings.com); stephenyang@paulhastings.com; sarjunaran@paulhastings.com; shannonsevey@paulhastings.com

**Subject:** Gallagher et al vs. Edgewood Partners et al, NC Cal

Dear Counsel,

As you may have been told by now, Munger Tolles & Olson represents Edgewood Partners Insurance Center or EPIC, and we are writing about the above referenced matter. We know that you are counsel for the Gallagher plaintiffs.

We have tried several times to reach you all by phone, but we have been told each time that you are out of the office or in the office but unavailable and not subject to interruption. We are trying to communicate with you to see, if as suggested by Judge White's order, your clients will stipulate to a modification of the time schedule currently set for your clients' TRO application. We are hopeful that we can work this out among counsel, but since we have not heard from you, we will make an effort to contact the court and schedule a telephone conference with Judge White. Of course, if such a conference is set, and if it is still needed, we will contact you to let you know the time of such a conference.

We would appreciate your cooperation. I can be reached at 415-512-4029, and my colleague Jerry Roth can be reached at 415-512-4010.

Malcolm Heinicke

***NOTICE***

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

```
*********************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
*********************************************************
```

```
This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.
```