1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
6
   Attorneys for Defendant
7  EDGEWOOD PARTNERS INSURANCE CENTER

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO.  3:07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J. |
13 | GALLAGHER & CO., INSURANCE | **DEFENDANT EDGEWOOD PARTNERS
   | BROKERS OF CALIFORNIA, INC., a | INSURANCE CENTER'S MOTION FOR
14 | California Corporation, | ADMINISTRATIVE RELIEF FROM
   |  | CURRENT BRIEFING AND HEARING
15 | Plaintiffs, | SCHEDULE FOR PLAINTIFFS' MOTION
   |  | FOR A TEMPORARY RESTRAINING
16 | vs. | ORDER AND ASSOCIATED RELIEF;
   |  | DECLARATION OF COUNSEL IN
17 | EDGEWOOD PARTNERS INSURANCE | SUPPORT THEREOF; DECLARATION
   | CENTER, a California corporation; DAN | OF COUNSEL AND [PROPOSED] ORDER
18 | R. FRANCIS; JOHN G. HAHN; | SUBMITTED CONCURRENTLY**
   | ANDREW ("WALLY") BROWN, JR.; |
19 | BRIAN F. QUINN; NEIL R. COHN; | The Honorable Jeffrey S. White
   | CAROLANN COHN; MICHAEL J. |
20 | BROWN; STEPHEN HAUSE; LAURA J. |
   | WICK; JAMES C. HALBLEIB; |
21 | LAURINDA ("LAURIE") A. MARTIN; |
   | ERIC CHUA; GEORGE J. PETTY; |
22 | LINDA SOO HOO; ROBERT E. DUTTO; |
   | SUSAN M. ENGLISH; DON J. |
23 | JOHNSON; ALLEN L. AMOS; |
   | WILLIAM ("BILL") PHILLIPS, JR.; |
24 | DIRCK ("RICK") R. STINSON; ROBERT |
   | ("BOB") D. ELLSWORTH; ROBERT H. |
25 | WATKINS; PAUL H. WAGENER; |
   | SHANDRANETTE MIDDLETON, |
26 |  |
   | Defendants. |
27

28

Defendant Edgewood Partners Insurance Center (also known as "EPIC") respectfully submits this motion for administrative relief pursuant to Civil Local Rule 7-11 requesting a one-week extension on the hearing date for Plaintiffs' pending motion for a temporary restraining order. Specifically, Defendant EPIC requests that the Court set the following schedule: (1) the deadline for Defendants to serve and file any opposition to Plaintiffs' motion for a temporary restraining order is hereby extended to, and such opposition shall be served electronically or by hand delivery, not later than January 7, 2008; (2) Plaintiffs may serve and file any reply no later than, and such opposition shall be served electronically or by hand delivery, not later than January 9, 2008; and (3) the hearing on Plaintiffs' motion for a temporary restraining order shall be rescheduled for January 11, 2008 at 9:00 a.m.

Plaintiffs filed their lawsuit yesterday, December 20, 2008. Their lawsuit names EPIC as well as twenty-four individual defendants. Plaintiffs sought a temporary restraining order yesterday on an *ex parte* basis, and that request was denied. The Court then scheduled a hearing on the motion for January 4, 2008, giving Defendants until December 28, 2007, to file an opposition. Defendant EPIC was served with the complaint today.

Under the current schedule, Defendant EPIC will have two business days to prepare its opposition because of the intervening weekend and Christmas holiday. This is not sufficient time to respond for a variety of reasons. First, Plaintiffs make numerous factual allegations, and just as they and their counsel have taken approximately two weeks from the initial resignations at issue in this case to prepare their pleadings and underlying factual (including computer) analysis. EPIC and the other defendants need a similar amount of time. Second, the parties need to review which individual defendants will need their own counsel, and such counsel has yet to be retained, much less brought up to speed on the case. Third, this time pressure is exacerbated by the intervening Christmas holiday, during which both witnesses and counsel will be difficult if not impossible to reach.

Defendant EPIC has attempted to obtain a stipulation from Plaintiffs concerning such an extension, and Plaintiffs' counsel has refused to agree to such an extension. *See* Declaration of Malcolm A. Heinicke, Ex. A & B. Defendant EPIC therefore respectfully requests

1  that the Court continue the current hearing date on Plaintiffs' motion for a temporary restraining
2  order one week to January 11, 2008 at 9:00 a.m., and that it change the briefing schedule
3  accordingly.

5  DATED: December 21, 2007

   Munger, Tolles & Olson LLP
   JEROME C. ROTH
   MARTIN D. BERN
   MALCOLM A. HEINICKE

   By: /s/ Malcolm A. Heinicke
   MALCOLM A. HEINICKE

   Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER