| | |
|---|---|
| 1 | JEROME C. ROTH (SBN 159483) |
| | MARTIN D. BERN (SBN 153203) |
| 2 | MALCOLM A. HEINICKE (SBN 194174) |
| | Malcolm.Heinicke@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 4 | Twenty-Seventh Floor |
| | San Francisco, CA  94105-2907 |
| 5 | Telephone:   (415) 512-4000 |
| | Facsimile:    (415) 512-4077 |
| 6 | |
| 7 | Attorneys for Defendant |
| | EDGEWOOD PARTNERS INSURANCE CENTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | CASE NO.  3:07-CV-06418-JSW |
| 13 | | [PROPOSED] ORDER GRANTING REQUEST FOR RELIEF FROM CURRENT SCHEDULE |
| 14 | | |
| 15 | Plaintiffs, | The Honorable Jeffrey S. White |
| 16 | vs. | |
| 17 | EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | |
| | Defendants. | |

4145127.1

[PROPOSED] ORDER GRANTING RELIEF FROM SCHEDULE; CASE NO. 3:07-CV-06418-JSW

1   Pursuant to the request of Defendant Edgewood Partners Insurance Center, the
2   deadline for Defendants to serve and file any oppositions to Plaintiffs' motion for a temporary
3   restraining order is hereby extended to January 7, 2008. Such opposition shall be served
4   electronically or by hand delivery. Plaintiffs may serve (by the same means) and file any reply no
5   later than January 9, 2008. The hearing on Plaintiffs' motion for a temporary restraining order is
6   hereby continued one week until January 11, 2008 at 9:00 a.m.
7       IT IS SO ORDERED.
8
9   Dated: _____          _____
                                                    United States District Court Judge

4145127.1                            - 1 -           [PROPOSED] ORDER GRANTING RELIEF
                                                     FROM SCHEDULE; CASE NO. 3:07-CV-
                                                     06418-JSW