JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR RELIEF FROM ~~CURRENT SCHEDULE~~<br>AS MODIFIED HEREIN<br><br>**The Honorable Jeffrey S. White** |

1  Pursuant to the request of Defendant Edgewood Partners Insurance Center, the
2  deadline for Defendants to serve and file any oppositions to Plaintiffs' motion for a temporary
3  restraining order is hereby extended to ~~January 7, 2008~~ January 4, 2008.  Such opposition shall be served
4  electronically or by hand delivery.  Plaintiffs may serve (by the same means) and file any reply no
5  later than ~~January 9, 2008~~ January 8, 2008.  The hearing on Plaintiffs' motion for a temporary restraining order is
6  hereby continued one week until January 11, 2008 at 9:00 a.m.
7  IT IS SO ORDERED.

Dated: December 21, 2007

_____
United States District Court Judge
(signed: Jeffrey S. White)

The Court has considered Plaintiff's position as set forth in the correspondence attached to Defendant's declaration in support of this request for a modification of the briefing schedule, and is mindful of Plaintiffs' concern about alleged ongoing harm.  As such, and without prejudging the merits of this dispute, the Court admonishes Defendants to be mindful that any actions that could be construed to prejudice the Plaintiffs and to gain a strategic advantage in the litigation while these issues are under submission to the Court, shall be regarded by the Court with the utmost seriousness.