PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**[PROPOSED] PROTECTIVE ORDER GOVERNING PLEADINGS FILED IN CONNECTION WITH THE INJUNCTION PROCEEDINGS** |

Case No. 3:07-CV-06418-JSW

-2-

1   Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Plaintiffs'
2   Administrative Motion For A Protective Order is hereby GRANTED as follows, for good cause
3   shown:
4   Unless Ordered otherwise, or until such time as the Parties either stipulate to, or the Court
5   issues, a form of Protective Order governing this action which provides otherwise, all pleadings
6   and papers of any party to this action that the Court orders filed under seal, including the sealed
7   portions of the memorandum of points and authorities, declarations, and exhibits Plaintiffs were
8   Ordered to serve on Defendants pursuant to this Court's December 20, 2007 Order:
9   (1) shall not be used by any Party for any purpose other than this litigation;
10  (2) shall not be disseminated or disclosed to any non-parties to this litigation;
11  (3) any experts retained by any Party to whom the Party intends to disclose such materials
12      shall be required to execute and abide by the requirements of Exhibit A to the
13      Northern District of California's model form of Protective Order, attached hereto;
14  (4) any party intending to provide such materials to an expert must disclose the identity of
15      the expert and provide the opposing party with 24 hours to object to such disclosure,
16      after which time, if no agreement is reached, the parties shall follow the Court's
17      standing order governing discovery disputes; and
18  (5) all Parties shall treat such materials according to no less than the "Confidential"
19      standard set forth in the Northern District of California's model form of Protective
20      Order.
21  IT IS SO ORDERED.
22  DATED: _____, 2007

            By:_____
                United States District Judge

-2-

Case No. 3:07-CV-06418-JSW

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ **[insert formal name of the case and the number and initials assigned to it by the court]**. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
                    [printed name]

Signature: _____
                [signature]