1    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
2    STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
     SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
3    SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
     1117 S. California Avenue
4    Palo Alto, CA 94304-1106
     Telephone: (650) 320-1800
5    Facsimile: (650) 320-1900

6    Attorneys for Plaintiffs
     Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   ARTHUR J. GALLAGHER & CO., Inc., a        CASE NO. 3:07-CV-06418-JSW
     Delaware Corporation, ARTHUR J.
13   GALLAGHER & CO., INSURANCE
     BROKERS OF CALIFORNIA, INC., a
14   California Corporation,
                                               **PLAINTIFFS' PROOF OF SERVICE**
                    Plaintiffs,
15
          vs.
16
     EDGEWOOD PARTNERS INSURANCE
17   CENTER, a California corporation; DAN
     R. FRANCIS; JOHN G. HAHN;
18   ANDREW ("WALLY") BROWN, JR.;
     BRIAN F. QUINN; NEIL R. COHN;
19   CAROLANN COHN; MICHAEL J.
     BROWN; STEPHEN HAUSE; LAURA J.
20   WICK; JAMES C. HALBLEIB;
     LAURINDA ("LAURIE") A. MARTIN;
21   ERIC CHUA; GEORGE J. PETTY;
     LINDA SOO HOO; ROBERT E. DUTTO;
22   SUSAN M. ENGLISH; DON J.
     JOHNSON; ALLEN L. AMOS;
23   WILLIAM ("BILL") PHILLIPS, JR.;
     DIRCK ("RICK") R. STINSON; ROBERT
24   ("BOB") D. ELLSWORTH; ROBERT H.
     WATKINS; PAUL H. WAGENER;
25   SHANDRANETTE MIDDLETON,

26                  Defendants.

27

28

     Case No. 3:07-CV-06418-JSW

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA          )
                                  ) ss:

3

CITY OF PALO ALTO AND COUNTY OF    )
SANTA CLARA                        )

4

5

         I am employed in the City of Palo Alto and County of Santa Clara, State of California.  I am over the age of 18, and not a party to the within action.  My business

6

address is 1117 S. California Avenue, Palo Alto, California  94304-1106.

7

         On December 24, 2007, I served the foregoing document(s) described as:

8

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR A PROTECTIVE ORDER GOVERNING PLEADINGS FILED IN CONNECTION WITH THE INJUNCTION**

9

**PROCEEDINGS (NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 79-5 AND 7-11)**

10

11

**DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR A PROTECTIVE ORDER GOVERNING PLEADINGS FILED IN CONNECTION WITH THE INJUNCTION**

12

**PROCEEDINGS (NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 79-5 AND 7-11)**

13

**[PROPOSED] PROTECTIVE ORDER GOVERNING PLEADINGS FILED IN CONNECTION WITH THE INJUNCTION PROCEEDINGS**

14

15

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

16

         **See Attachment A**

17

18

☐      **VIA OVERNIGHT MAIL:**

19

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service

20

courier addressed to the person(s) on whom it is to be served.

☒      **VIA U.S. MAIL:**

21

I deposited such sealed envelope(s) with postage thereon fully prepaid, in the United States mail at Palo Alto, California.

22

☐      **VIA PERSONAL DELIVERY:**

23

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

24

☐      **VIA FACSIMILE:**

25

The facsimile transmission report indicated that the transmission was complete and without error.  The facsimile was transmitted to Facsimile # _____ on December 24,

26

2007 at _____.  A copy of that report, which was properly issued by the transmitting machine, is attached hereto.  **[Permitted by written agreement of the parties.]**

27

28

Case No. 3:07-CV-06418-JSW                      PLAINTIFFS' PROOF OF SERVICE

1         I declare under penalty of perjury under the laws of the State of California
that the above is true and correct.

2

3         Executed on December 24, 2007, at Palo Alto, California.

4

5                               Barbara A. Creely

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTACHMENT A

**Arthur J. Gallagher & Co., Inc., et al. v. Edgewood Partners Insurance Center et al.
Case No. 3:07-CV-6418-JSW**

<u>Service List</u>

Malcolm A. Heicke
Munger, Tolles & Olson LLP
Attorneys for Defendant Edgewood Partners Insurance Center
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907

Dan R. Francis
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

John G. Hahn
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Andrew ("Wally") Brown, Jr.
28 Twelve Oaks Drive
Pleasanton, CA  94566

Brian F. Quinn
1265 Redwood Lane
Lafayette, CA 94549

Neil R. Cohn
6740 Balfour Road
P.O. Box 309
Brentwood, CA 94513

Carolann Cohn
466 Hummingbird Lane
Livermore, CA 94551

Michael J. Brown
2678 Minton Court
Pleasanton, CA 94588

Stephen Hause
159 Patricia Ln.
Alamo, CA 94507

1

Laura J. Wick
1142 Canyon Hills Rd
San Ramon, CA 94582

James C. Halbleib
334 Parrott Dr.
San Mateo, CA 94402

Laurinda ("Laurie") A. Martin
190 Cleveland Rd. #23
Pleasant Hill, CA 94523

Eric Chua
120 S. Libertad Street
Tracy, CA 95391

George J. Petty
2002 Swan Street
Danville, CA 94506

Linda Soo Hoo
1431 25th Avenue.
San Francisco, CA 94122

Robert E. Dutto
407 Triomphe Court
Danville, CA 94506

Susan M. English
1138 Polson Circle
Martinez, CA 94553

Don J. Johnson
5517 Paseo Navarro
Pleasanton, CA 94566

Allen L. Amos
48 Haskins Ranch Circle
Danville, CA 94506

William ("Bill") Phillips, Jr.
100 Amberfield Ln.
Danville, CA 94606

Dirck ("Rick") R. Stinson
506 Mount Dell Drive
Clayton, CA 94517

Robert ("Bob") D. Ellsworth
40 Discovery Blvd.
Byron, CA 94514

2

Robert H. Watkins
Edgewood Partners Insurance Center, Inc.
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Paul H. Wagener
427 Cliff Drive
Aptos CA, 95003

Shandranette Middleton
3180 English Oak Circle
Stockton, CA 95209