1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:     (415) 512-4077
6
   Attorneys for Defendant
7  EDGEWOOD PARTNERS INSURANCE CENTER

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>15              Plaintiffs,<br><br>16     vs.<br><br>17  EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>              Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR RELIEF FROM CURRENT SCHEDULE<br>AS MODIFIED HEREIN<br><br>The Honorable Jeffrey S. White |

28

4145127.1

[PROPOSED] ORDER GRANTING REL..
FROM SCHEDULE; CASE NO. 3:07-CV-06418-
JSW

1  Pursuant to the request of Defendant Edgewood Partners Insurance Center, the
2  deadline for Defendants to serve and file any oppositions to Plaintiffs' motion for a temporary
3  restraining order is hereby extended to ~~January 7, 2008~~ January 4, 2008. Such opposition shall be served
4  electronically or by hand delivery. Plaintiffs may serve (by the same means) and file any reply no
5  later than ~~January 9, 2008~~ January 8, 2008. The hearing on Plaintiffs' motion for a temporary restraining order is
6  hereby continued one week until January 11, 2008 at 9:00 a.m.
7  IT IS SO ORDERED.
8
9  Dated: December 21, 2007                              /s/ Jeffrey S. White
                                                        United States District Court Judge
10 The Court has considered Plaintiff's position as set forth in the correspondence attached to
11 Defendant's declaration in support of this request for a modification of the briefing schedule, and
   is mindful of Plaintiffs' concern about alleged ongoing harm. As such, and without prejudging
12 the merits of this dispute, the Court admonishes Defendants to be mindful that any actions that
   could be construed to prejudice the Plaintiffs and to gain a strategic advantage in the litigation
13 while these issues are under submission to the Court, shall be regarded by the Court with the
14 utmost seriousness.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

4145127.1                              - 1 -          [PROPOSED] ORDER GRANTING RELIEF
                                                      FROM SCHEDULE; CASE NO. 3:07-CV-
                                                      06418-JSW