| *Attorney or Party without Attorney:*<br>PAUL, HASTINGS, JANOFSKY & WALKER<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>*Telephone No:* (650) 320-1800     *FAX No:* (650) 320-1900 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* **Plaintiff** | *Ref. No. or File No.:*<br>73753.0002 | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| *Plaintiff:* ARTHUR J. GALLAGHER & CO., INC., et al<br>*Defendant:* EDGEWOOD PARTNERS INSURANCE CENTER et al | | | | |
| **PROOF OF SERVICE**<br>**LIST OF DOCUMENTS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6418 JSW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ADDENDUM: See Attached List of Documents

*3. a. Party served:*          EDGEWOOD PARTNERS INSURANCE CENTER (Attn: DAN FRANCIS, JOHN HAHN or JIM HALBLEIB)
   *b. Person served:*          JAMES HALBLEIBN, AUTORIZED AGENT

*4. Address where the party was served:*          2000 ALAMEDA DE LAS PULGAS, STE 101
                                                  San Mateo, CA 94403

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 9:45AM

*7. Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BETHUEL BURROLA                         *d.  The Fee for Service was:*     $113.50
   **b. SWIFT ATTORNEY SERVICE**              *e.  I am: (3)  registered California process server*
       P.O. BOX 5324                              *(i)*   Independent Contractor
       500 ALLERTON STREET, SUITE 105             *(ii)   Registration No.:*     368 SM
       Redwood City, CA 94063                     *(iii)  County:*               San Mateo
   c. (650)364-9612, FAX (650)364-3305            *(iv)   Expiration Date:*      Sat, Mar. 01, 2008

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Dec. 25, 2007

Judicial Council Form                    PROOF OF SERVICE                    (BETHUEL BURROLA)          *paul.16888*
Rule 2.150.(a)&(b) Rev January 1, 2007    LIST OF DOCUMENTS

SUMMONS

CIVIL CSHEET

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030 *ET SEQ.*, 2) VIOLATION OF CALIFORNIA PENAL CODE § 502, 3) MISAPPROPRIATION OF TRADE SECRETS, CAL. CIV. CODE §3426 *ET SEQ.*, 4) CONVERSION 5) MISAPPROPRIATION OF EMPLOYER PROPERTY, CAL. LABOR CODE §2860, 6) BREACH OF WRITTEN CONTRACT, 7) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, 8) BREACH OF FIDUCIARY DUTY, 9) BREACH OF THE DUTY OF LOYALTY, 10) VIOLATIONS OF THE CALIFORNIA LABOR CODE, CAL. LABOR CODE §§ 2853 AND 2863, 11) TORTIOUS INTERFERENCE WITH CONTRACT, 12) TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE , 13) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE §17200 *ET SEQ.*, 14) UNJUST ENRICHMENT, AND 15) FRAUD.

PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF BRADFORD K. NEWMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER

DECLARATION OF JON **BERRYHILL** IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE REGARDING ISSUANCE OF PRELIMINARY INJUNCTION; AND EX PARTE APPLICATION FOR EXPEDITED DISCOVERY

DECLARATION OF WARREN G. **KRUSE** II IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF DOUG **BOWRING**

DECLARATION OF ELIZABETH FRANCY **DEMARET**

DECLARATION OF TODD KIMBLE

DECLARATION OF JAMES G. MCFARLANE

DECLARATION OF STEPHEN **RING**

DECLARATION OF LYNN **TU**

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

PROPOSED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

STIPULATED PROTECTIVE ORDER

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

NOTICE OF UNAVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

ECF REGISTRATION INFORMATION HANDOUT

WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO

| *Attorney or Party without Attorney:*<br>PAUL, HASTINGS, JANOFSKY & WALKER<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>*Telephone No:* (650) 320-1800　　*FAX No:* (650) 320-1900 | | | *For Court Use Only* | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>73753.0002 | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| *Plaintiff:* ARTHUR J. GALLAGHER & CO., INC., et al<br>*Defendant:* EDGEWOOD PARTNERS INSURANCE CENTER et al | | | | |
| **PROOF OF SERVICE**<br>**LIST OF DOCUMENTS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6418 JSW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ADDENDUM: See Attached List of Documents

3. *a. Party served:*　　　　　　　　　　　　DAN R. FRANCIS

4. *Address where the party was served:*　　2000 ALAMEDA DE LAS PULGAS, STE 101<br>San Mateo, CA 94403

5. *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 10:04AM

7. *Person Who Served Papers:*
  a. BETHUEL BURROLA
  b. **SWIFT ATTORNEY SERVICE**
　P.O. BOX 5324
　500 ALLERTON STREET, SUITE 105
　Redwood City, CA 94063
  c. (650)364-9612, FAX (650)364-3305

Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d. *The Fee for Service was:*　$38.50
  e. I am: (3) registered California process server
　　(i)　Independent Contractor
　　(ii)　*Registration No.:*　368 SM
　　(iii)　*County:*　San Mateo
　　(iv)　*Expiration Date:*　Sat, Mar. 01, 2008

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Dec. 25, 2007

PROOF OF SERVICE<br>LIST OF DOCUMENTS

(BETHUEL BURROLA)

*Judicial Council Form*<br>Rule 2.150.(a)&(b) Rev January 1, 2007

paul.16889

SUMMONS

CIVIL CSHEET

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030 *ET SEQ.*, 2) VIOLATION OF CALIFORNIA PENAL CODE § 502, 3) MISAPPROPRIATION OF TRADE SECRETS, CAL. CIV. CODE §3426 *ET SEQ.*, 4) CONVERSION 5) MISAPPROPRIATION OF EMPLOYER PROPERTY, CAL. LABOR CODE §2860, 6) BREACH OF WRITTEN CONTRACT, 7) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, 8) BREACH OF FIDUCIARY DUTY, 9) BREACH OF THE DUTY OF LOYALTY, 10) VIOLATIONS OF THE CALIFORNIA LABOR CODE, CAL. LABOR CODE §§ 2853 AND 2863, 11) TORTIOUS INTERFERENCE WITH CONTRACT, 12) TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE , 13) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE §17200 *ET SEQ.*, 14) UNJUST ENRICHMENT, AND 15) FRAUD.

PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN.SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF BRADFORD K. NEWMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER

DECLARATION OF JON **BERRYHILL** IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE REGARDING ISSUANCE OF PRELIMINARY INJUNCTION; AND EX PARTE APPLICATION FOR EXPEDITED DISCOVERY

DECLARATION OF WARREN G. **KRUSE** II IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF DOUG **BOWRING**

DECLARATION OF ELIZABETH FRANCY **DEMARET**

DECLARATION OF TODD KIMBLE

DECLARATION OF JAMES G. MCFARLANE

DECLARATION OF STEPHEN **RING**

DECLARATION OF LYNN **TU**

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE
    DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS'
    ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF
    DOCUMENTS UNDER SEAL

PROPOSED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
    DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

STIPULATED PROTECTIVE ORDER

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
    DEADLINES

NOTICE OF UNAVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
    JURISDICTION

ECF REGISTRATION INFORMATION HANDOUT

WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO

| *Attorney or Party without Attorney:*<br>PAUL, HASTINGS, JANOFSKY & WALKER<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Telephone No: (650) 320-1800       FAX No: (650) 320-1900 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>73753.0002 | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| *Plaintiff:* ARTHUR J. GALLAGHER & CO., INC., et al<br>*Defendant:* EDGEWOOD PARTNERS INSURANCE CENTER et al | | | | |
| **PROOF OF SERVICE**<br>**LIST OF DOCUMENTS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6418 JSW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ADDENDUM:  See Attached List of Documents

3. *a. Party served:*                          JOHN G. HAHN

4. *Address where the party was served:*       2000 ALAMEDA DE LAS PULGAS, STE 101<br>San Mateo, CA 94403

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 9:54AM

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BETHUEL BURROLA                         d. *The Fee for Service was:*    $68.50
   b. **SWIFT ATTORNEY SERVICE**              e. I am: (3) registered California process server
      P.O. BOX 5324                              (i)   Independent Contractor
      500 ALLERTON STREET, SUITE 105             (ii)  *Registration No.:*     368 SM
      Redwood City, CA 94063                     (iii) *County:*               San Mateo
   c. (650)364-9612, FAX (650)364-3305           (iv)  *Expiration Date:*      Sat, Mar. 01, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 26, 2007

**PROOF OF SERVICE**<br>**LIST OF DOCUMENTS**

(BETHUEL BURROLA)

paul.16890

SUMMONS

CIVIL CSHEET

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1) VIOLATION OF
THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030 ET SEQ., 2)
VIOLATION OF CALIFORNIA PENAL CODE § 502, 3) MISAPPROPRIATION OF
TRADE SECRETS, CAL. CIV. CODE §3426 ET SEQ., 4) CONVERSION
5) MISAPPROPRIATION OF EMPLOYER PROPERTY, CAL. LABOR CODE §2860,
6) BREACH OF WRITTEN CONTRACT, 7) BREACH OF THE COVENANT OF GOOD
FAITH AND FAIR DEALING, 8) BREACH OF FIDUCIARY DUTY, 9) BREACH OF
THE DUTY OF LOYALTY, 10) VIOLATIONS OF THE CALIFORNIA LABOR CODE,
CAL. LABOR CODE §§ 2853 AND 2863, 11) TORTIOUS INTERFERENCE WITH
CONTRACT, 12) TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS
ADVANTAGE , 13) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE §17200 ET
SEQ., 14) UNJUST ENRICHMENT, AND 15) FRAUD.

PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER,
EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX
PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE
PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO
SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR
TEMPORARY RESTRAINING ORDER; EVIDENCE PRESERVATION ORDER,
EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE
OF PRELIMINARY INJUNCTION

DECLARATION OF BRADFORD K. NEWMAN IN SUPPORT OF PLAINTIFFS' EX
PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER

DECLARATION OF JON **BERRYHILL** IN SUPPORT OF PLAINTIFF ARTHUR J.
GALLAGHER & CO., INC.'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER; ORDER TO SHOW CAUSE REGARDING ISSUANCE OF
PRELIMINARY INJUNCTION; AND EX PARTE APPLICATION FOR EXPEDITED
DISCOVERY

DECLARATION OF WARREN G. **KRUSE** II IN SUPPORT OF PLAINTIFF ARTHUR J.
GALLAGHER & CO., INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING
ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER,
AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF DOUG **BOWRING**

DECLARATION OF ELIZABETH FRANCY **DEMARET**

DECLARATION OF TODD KIMBLE

DECLARATION OF JAMES G. MCFARLANE

DECLARATION OF STEPHEN **RING**

DECLARATION OF LYNN **TU**

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE
DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF
DOCUMENTS UNDER SEAL

PROPOSED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

STIPULATED PROTECTIVE ORDER

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES

NOTICE OF UNAVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
JURISDICTION

ECF REGISTRATION INFORMATION HANDOUT

WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO

| *Attorney or Party without Attorney:* PAUL, HASTINGS, JANOFSKY & WALKER 1117 S. California Avenue Palo Alto, CA 94304 *Telephone No:* (650) 320-1800     *FAX No:* (650) 320-1900 *Attorney for:* Plaintiff | | | *For Court Use Only* |
|---|---|---|---|
| | *Ref. No. or File No.:* 73753.0002 | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | |
| *Plaintiff:* ARTHUR J. GALLAGHER & CO., INC., et al *Defendant:* EDGEWOOD PARTNERS INSURANCE CENTER et al | | | |

| **PROOF OF SERVICE LIST OF DOCUMENTS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV 07 6418 JSW |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ADDENDUM: See Attached List of Documents

*3. a. Party served:*     JAMES C. HALBLEIB

*4. Address where the party was served:*     2000 ALAMEDA DE LAS PULGAS, STE 101
San Mateo, CA 94403

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 9:45AM

*7. Person Who Served Papers:*
  a. BETHUEL BURROLA
  b. **SWIFT ATTORNEY SERVICE**
    P.O. BOX 5324
    500 ALLERTON STREET, SUITE 105
    Redwood City, CA 94063
  c. (650)364-9612, FAX (650)364-3305

Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d. *The Fee for Service was:*     $68.50
  e. I am: (3) registered California process server
     (i)   Independent Contractor
     (ii)  *Registration No.:*     368 SM
     (iii) *County:*     San Mateo
     (iv)  *Expiration Date:*     Sat, Mar. 01, 2008

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 26, 2007

PROOF OF SERVICE
LIST OF DOCUMENTS

(BETHUEL BURROLA)     paul.16892

SUMMONS

CIVIL CSHEET

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030 *ET SEQ.*, 2) VIOLATION OF CALIFORNIA PENAL CODE § 502, 3) MISAPPROPRIATION OF TRADE SECRETS, CAL. CIV. CODE §3426 *ET SEQ.*, 4) CONVERSION 5) MISAPPROPRIATION OF EMPLOYER PROPERTY, CAL. LABOR CODE §2860, 6) BREACH OF WRITTEN CONTRACT, 7) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, 8) BREACH OF FIDUCIARY DUTY, 9) BREACH OF THE DUTY OF LOYALTY, 10) VIOLATIONS OF THE CALIFORNIA LABOR CODE, CAL. LABOR CODE §§ 2853 AND 2863, 11) TORTIOUS INTERFERENCE WITH CONTRACT, 12) TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE , 13) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE §17200 *ET SEQ.*, 14) UNJUST ENRICHMENT, AND 15) FRAUD.

PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF BRADFORD K. NEWMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER

DECLARATION OF JON **BERRYHILL** IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE REGARDING ISSUANCE OF PRELIMINARY INJUNCTION; AND EX PARTE APPLICATION FOR EXPEDITED DISCOVERY

DECLARATION OF WARREN G. **KRUSE** II IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF DOUG **BOWRING**

DECLARATION OF ELIZABETH FRANCY **DEMARET**

DECLARATION OF TODD KIMBLE

DECLARATION OF JAMES G. MCFARLANE

DECLARATION OF STEPHEN **RING**

DECLARATION OF LYNN **TU**

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE
    DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS'
    ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF
    DOCUMENTS UNDER SEAL

PROPOSED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
    DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL

STIPULATED PROTECTIVE ORDER

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
    DEADLINES

NOTICE OF UNAVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
    JURISDICTION

ECF REGISTRATION INFORMATION HANDOUT

WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/22/07 |

| Name of SERVER | TITLE |
|---|---|
| Gary Swansberg | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Andrew "Wally" Brown Jr c/o Julie Brown
Name of person with whom the summons and complaint were left: 58-154 Aracena
La Quinta, Ca 92253

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/24/07
_____
Date

_____
Signature of Server

PO Box 1606, Riverside, Ca 92502
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/20/17 |
|---|---|

Service of the Summons and Complaint was made by me[1]

| Name of SERVER | TITLE |
|---|---|
| JOHN A BISER | PRESIDENT DAUMATTAN, INC. |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: BRIAN QUINN 1265 REDWOOD LANE LAFAYETTE, CA 94549

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
_____
Date

_____
Signature of Server

4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA 94022
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/21/07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| Name of SERVER | TITLE |
|---|---|
| JOHN A BISER | PRESIDENT DALMATION INC |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Neil R. Cohn c/o*

JASON COHN
6740 BALFOVR ROAD
BRENTWOOD, CA 94513

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____12/21/07_____
　　　　　　　　　　Date

_____
Signature of Server

4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA 94022

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/20/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMAN SYTO | DRIVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Carolann Cohn c/o L. COHN
6740 BALFOUR ROAD
BRENTWOOD, CA 94513

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
_____
Date

_____
Signature of Server

4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA
_____
Address of Server •                    94022

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/20 |
|---|---|

Name of SERVER

Anton Biser

TITLE Vice President
Dalmatian Courier

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:   Michael J. Brown
2678 Minton Court
Pleasanton, CA. 94588

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/21/07
_____
Date

_____
Signature of Server

4546 El Camino Real #262
Los Altos, CA. 94022
_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE | 12/21/07 |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] |  |  |

| Name of SERVER | TITLE |
|---|---|
| NORMAN SYTO | DRIVER |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Stephen Hause c/o
BARBARA HAUSE
159 PATRICIA LN.
ALAMO, CA 94507

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/21/07___
          Date

Signature of Server

4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA 94022

Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12/20 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER  Anton Biser | TITLE Vice-President  Dalmatian INC. |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:

Laura J. Wick
1142 Canyon Hills Rd
San Ramon, CA 94582

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
_____
Date

_____
Signature of Server

4546 El Camino Real 262
Los Altos CA, 94022
_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/21/07 |
| Name of SERVER NORMAN SYTO | TITLE DRIVER |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: LAURINDA ("LAURIE") A. MARTIN 190 CLEVELAND RD., #23 PLEASANT HILL, CA 94523

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/21/07
_____
Date

_____
Signature of Server

4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA 94022
_____
Address of Server

_____

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ERIC CHUA
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/21/07___
　　　　　　　　*Date*

_____
*Signature of Server*

1546 El CAMINO R; 262
*Address of Server*    LOS ALTOS, CA 94022

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12|21|07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    GEORGE J. PETTY
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12|21|07
*Date*

Signature of Server

4546 EL CAMINO RL. 262
*Address of Server*    LOS ALTOS, CA 94022

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|--|------|
| Service of the Summons and Complaint was made by me[1] | *12/21/07* |

| Name of SERVER | TITLE |
|----------------|-------|
| JOHN A. BISER | *PRESIDENT* |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  *Linda Soo Hoo c/o*

*WARREN SOO HOO*
*1431 25TH AVENUE*
*SAN FRANCISCO, CA 94122*

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *12/21/07*
        Date

                Signature of Server

*4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA*
                       Address of Server         *94022*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    ROBERT E. DUTTO
2000    ALAMEDA DE LAS PULGAS ; 101
SAN MATEO, CA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/21/07
                Date

Signature of Server

Address of Server    4546 EL CAMINO RL; 262
LOS ALTOS, CA 94022

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12|21|07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SUSAN ENGLISH
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12|21|07___
                  Date

Signature of Server

4546 EL CAMINO REAL ; 262
Address of Server   LOS ALTOS, CA 94022

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMAN SYTO | DRIVER |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☒   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

       Don J. Johnson c/o
       JENNIFER JOHNSON
       5517 PASEO NAVARRO
       PLEASANTON, CA 94566

☐   Returned unexecuted:

☐   Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/21/07            _____
           Date                     Signature of Server

       4546 EL CAMINO REAL, STE 262, LOS ALTOS, CA 94022
                         Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ALLEN L. AMOS
2000 ALAMEDA DE LAS PULGAS ;101
SAN MATEO, CA .

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/21/07___
                        Date

Signature of Server

4546 EL CAMINO RL ; 262
Address of Server   LOS ALTOS, CA 94022.

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12|21|07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   WILLIAM (BILL) PHILLIPS JR.
2000 ALAMEDA DE LAS PULGAS ; 101
SAN MATEO, CA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12|21|07___
                    Date

Signature of Server

4546 EL CAMINO RL ; 262
Address of Server   LOS ALTOS, CA 94022 .

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12|21|07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  DIRCK ("RICK") R. STINSON
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA .

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVERS | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12|21|07
          *Date*

Signature of Server

4546 EL CAMINO RL; 262
*Address of Server*   LOS ALTOS, CA 94022

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/21/07 |

| Name of SERVER | TITLE |
|---|---|
| NORMA BISER | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  ROBERT ("BOB") ELLSWORTH
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
          *Date*

Signature of Server

4546 EL CAMINO RL; 262
*Address of Server*  LOS ALTOS, CA 94022

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/20 |
| Name of SERVER | |
| | TITLE Vice-President Dalmation Inc. |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Robert H. Watkins 11448 Seine Court Dublin, CA. 94568

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/21/07
_____
Date

_____
Signature of Server

4546 El Camino Real #262
Los Altos, CA. 94022
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 12-21-07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| Name of SERVER | TITLE |
|---|---|
| BRIAN MATSON | CURRIER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left:

Paul H. Wagener c/o
D. WAGENER
427 CLIFF DR.
APTOS, CALIF. 95003

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-21-07__
                  Date

_Brian Mattson_
Signature of Server

4546 El Camino Real #252
Address of Server  Los Altos, Ca
                            94022

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

LEGAL_US_W # 57783834.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12|21|07 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| NORMA BISER | | COURIER | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   SHANDRANETTE MIDDLETAN
2000 ALAMEDA DE LAS PULGAS; 101
SAN MATEO, CA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     12 |21|07
_____
Date

_____
Signature of Server

4546 EL CAMINO RL; 262
Address of Server     LOS ALTOS, CA. 94022

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LEGAL_US_W # 57783834.1

American LegalNet, Inc.
www.USCourtForms.com