1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
2  STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
3  SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
   1117 S. California Avenue
4  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California,
7  Inc.

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12 | ARTHUR J. GALLAGHER & CO., Inc., a | CASE NO. 3:07-CV-06418-JSW
   | Delaware Corporation, ARTHUR J. |
13 | GALLAGHER & CO., INSURANCE | **ERRATA TO THE DECLARATION OF**
   | BROKERS OF CALIFORNIA, INC., a | **LYNN M. TU IN SUPPORT OF**
14 | California Corporation, | **PLAINTIFF ARTHUR J. GALLAGHER &**
   | | **CO., INC.'S MOTION FOR TEMPORARY**
15 | Plaintiffs, | **RESTRAINING ORDER, EVIDENCE**
   | | **PRESERVATION ORDER, EXPEDITED**
16 | vs. | **DISCOVERY ORDER, AND ORDER TO**
   | | **SHOW CAUSE RE ISSUANCE OF**
17 | EDGEWOOD PARTNERS INSURANCE | **PRELIMINARY INJUNCTION**
   | CENTER, a California corporation; DAN |
18 | R. FRANCIS; JOHN G. HAHN; |
   | ANDREW ("WALLY") BROWN, JR.; |
19 | BRIAN F. QUINN; NEIL, R. COHN; |
   | CAROLANN COHN; MICHAEL J. |
20 | BROWN; STEPHEN HAUSE; LAURA J. |
   | WICK; JAMES C. HALBLEIB; |
21 | LAURINDA ("LAURIE") A. MARTIN; |
   | ERIC CHUA; GEORGE J. PETTY; |
22 | LINDA SOO HOO; ROBERT E. DUTTO; |
   | SUSAN M. ENGLISH; DON J. |
23 | JOHNSON; ALLEN L. AMOS; |
   | WILLIAM ("BILL") PHILLIPS, JR.; |
24 | DIRCK ("RICK") R. STINSON; ROBERT |
   | ("BOB") D. ELLSWORTH; ROBERT H. |
25 | WATKINS; PAUL H. WAGENER; |
   | SHANDRANETTE MIDDLETON, |
26 | |
   | Defendants. |
27 | |

28

Case No. 3:07-CV-06418-JSW                                    ERRATA TO LYNN M. TU DECLARATION

I, Shannon S. Sevey, declare:

1.  I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2.  Plaintiff Arthur J. Gallagher & Co., Inc. files the following errata to the Declaration of Lynn M. Tu in Support of Plaintiff Arthur J. Gallagher & Co., Inc.'s Motion For Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order, and Order to Show Cause re Issuance of Preliminary Injunction, filed on December 20, 2007:

3.  Exhibit A was inadvertently omitted from the declaration when filed. Attached hereto as Exhibit A is a true and correct copy of an email Ms. Tu received from Brian Quinn on November 27, 2007 and her response to that email (in which she indicated she would not attend due to a family emergency) as described by Ms. Tu in her declaration previously submitted.

4.  Exhibit B was inadvertently left out of the declaration when filed. Attached hereto as Exhibit B is a true and correct copy of an email sent by Ms. Tu to Mr. Quinn in a response to an email Ms. Tu received from Mr. Quinn on December 3, 2007 email, as described by Ms. Tu in her declaration previously submitted.

5.  Exhibit C was inadvertently left out of the declaration when filed. Attached hereto as Exhibit C is a true and correct copy of the email Ms. Tu sent to Mr. Quinn and Mr. Brown on December 5, 2007 as described by Ms. Tu in her declaration previously submitted.

I declare under penalty of perjury according to the laws of the United States and the State of California that the foregoing information is true and correct to the best of my knowledge and belief.

Executed this 3rd day of January, 2008, in Palo Alto, California.

                                                    _____
                                                    Shannon S. Sevey

# EXHIBIT A



| | |
|---|---|
| Lynn Tu/BSD/AJG<br>11/27/2007 12:27 PM | To  Brian Quinn/BSD/AJG@AJG<br>cc<br>bcc<br>Subject  Re: December Sales Meeting |

Brian, I am out due to family emergency.
   Brian Quinn

```
From: Brian Quinn
Sent: 11/27/2007 12:13 PM PST
To: Allen Amos; Allen Brooks; Bill Phillips; Bob Ellsworth; Don Johnson;
Michael Brown; Neil Cohn; Paul Wagener; Rick Stinson; Robert Dutto; Sandie
Milne; Steve Hause; Chuck Griswold; Lynn Tu
Cc: Wally Brown
Subject: December Sales Meeting
```

The mandatory monthly sales meeting scheduled for Tuesday, December 4 at 8:00 a.m. has been changed to Friday, December 7 at 9:00 a.m.

I expect everyone's attendance. If you cannot make it, please contact me directly.


Brian Quinn
Area President
==========
Arthur J. Gallagher & Co
2603 Camino Ramon, Suite 550
San Ramon, CA 94583
925.983.3702 (v)
925.277.0128 (f)



***ATTENTION***

Our Pleasanton office has officially moved to San Ramon!
Please note the new address and numbers above.

# EXHIBIT B



Lynn Tu/BSD/AJG
12/03/2007 07:51 AM

To  Brian Quinn/BSD/AJG@AJG
cc
bcc
Subject  Re: December Sales Meeting

Brian, I will not be able to attend the meeting.

I will be in LA.  Thanks.


Lynn M. Tu  CIC, CRM
Arthur J. Gallagher Risk Management Services
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.
CA License # 0726293
One Almaden Blvd. Suite# 960
San Jose, CA 95113
P:  408 282 1068  F: 408 282 1005  E-Mail:  lynn_tu@ajg.com

# EXHIBIT C



Lynn Tu/BSD/AJG
12/05/2007 09:00 AM

To  Brian Quinn/BSD/AJG@AJG
cc  Wally Brown/BSD/AJG@AJG
bcc
Subject  Sales Meeting 12/7

Good Morning,

I was able to change the schedule around and will attend the meeting. Let me know if you want me to be there earlier. Thanks.


Lynn M. Tu  CIC, CRM
Arthur J. Gallagher Risk Management Services
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.
CA License # 0726293
One Almaden Blvd. Suite# 960
San Jose, CA 95113
P:  408 282 1068  F: 408 282 1005  E-Mail:  lynn_tu@ajg.com