1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
2  STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
3  SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
   1117 S. California Avenue
4  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  ARTHUR J. GALLAGHER & CO., Inc., a        CASE NO. 3:07-CV-06418-JSW
    Delaware Corporation, ARTHUR J.
13  GALLAGHER & CO., INSURANCE              **PLAINTIFFS' PROOF OF SERVICE**
    BROKERS OF CALIFORNIA, INC., a
14  California Corporation,

15                Plaintiffs,

16         vs.

17  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; DAN
18  R. FRANCIS; JOHN G. HAHN;
    ANDREW ("WALLY") BROWN, JR.;
19  BRIAN F. QUINN; NEIL R. COHN;
    CAROLANN COHN; MICHAEL J.
20  BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB;
21  LAURINDA ("LAURIE") A. MARTIN;
    ERIC CHUA; GEORGE J. PETTY;
22  LINDA SOO HOO; ROBERT E. DUTTO;
    SUSAN M. ENGLISH; DON J.
23  JOHNSON; ALLEN L. AMOS;
    WILLIAM ("BILL") PHILLIPS, JR.;
24  DIRCK ("RICK") R. STINSON; ROBERT
    ("BOB") D. ELLSWORTH; ROBERT H.
25  WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,

26                Defendants.

27

28

Case No. 3:07-CV-06418-JSW                          PLAINTIFFS' PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss:
CITY OF PALO ALTO AND COUNTY OF )
SANTA CLARA                   )

I am employed in the City of Palo Alto and County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 1117 S. California Avenue, Palo Alto, California 94304-1106.

On January 3, 2008, I served the foregoing document(s) described as:

**ERRATA TO THE DECLARATION OF LYNN M. TU IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**See Attachment A**

[x] **VIA OVERNIGHT MAIL:**

VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] **VIA U.S. MAIL:**

I deposited such sealed envelope(s) with postage thereon fully prepaid, in the United States mail at Palo Alto, California.

[ ] **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

[ ] **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on January 3, 2008 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 3, 2008, at Palo Alto, California.

_____
BARBARA A. CREELY

Case No. 3:07-CV-06418-JSW                    PLAINTIFFS' PROOF OF SERVICE

ATTACHMENT A

**Arthur J. Gallagher & Co., Inc., et al. v. Edgewood Partners Insurance Center et al.
Case No. 3:07-CV-6418-JSW**

**Service List**

Dan R. Francis
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

John G. Hahn
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Andrew ("Wally") Brown, Jr.
58-154 Aracena
La Quinta, CA 92253

Brian F. Quinn
1265 Redwood Lane
Lafayette, CA 94549

Neil R. Cohn
6740 Balfour Road
P.O. Box 309
Brentwood, CA 94513

Carolann Cohn
466 Hummingbird Lane
Livermore, CA 94551

Michael J. Brown
2678 Minton Court
Pleasanton, CA 94588

Stephen Hause
159 Patricia Ln.
Alamo, CA 94507

Laura J. Wick
1142 Canyon Hills Rd
San Ramon, CA 94582

James C. Halbleib
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

1

Laurinda ("Laurie") A. Martin
190 Cleveland Rd. #23
Pleasant Hill, CA 94523

Eric Chua
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

George J. Petty
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Linda Soo Hoo
1431 25th Avenue.
San Francisco, CA 94122

Robert E. Dutto
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Susan M. English
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Don J. Johnson
5517 Paseo Navarro
Pleasanton, CA 94566

Allen L. Amos
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

William ("Bill") Phillips, Jr.
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Dirck ("Rick") R. Stinson
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Robert ("Bob") D. Ellsworth
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403

Robert H. Watkins
11448 Seine Ct.
Dublin, CA 94568

Paul H. Wagener
427 Cliff Drive
Aptos CA, 95003

Shandranette Middleton
Edgewood Partners Insurance Center
2000 Alameda de Las Pulgas, Suite 101
San Mateo, CA 94403