1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE CENTER,
8  DAN R. FRANCIS & JOHN G. HAHN

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13  ARTHUR J. GALLAGHER & CO., INC., a        CASE NO.  3:07-CV-06418-JSW
    Delaware Corporation, ARTHUR J.
14  GALLAGHER & CO., INSURANCE                **DECLARATION OF JEFFREY E.
    BROKERS OF CALIFORNIA, INC., a            ZINSMEISTER IN SUPPORT OF
15  California Corporation,                   DEFENDANT EDGEWOOD PARTNERS
                                              INSURANCE CENTER'S MISC.
16              Plaintiffs,                   ADMINISTRATIVE MOTION TO FILE
                                              DOCUMENTS UNDER SEAL SUBJECT TO
17        vs.                                 RESPONSE FROM PLAINTIFFS**

18  EDGEWOOD PARTNERS INSURANCE               [Civil L.R. 7-11 & 79-5(d)]
    CENTER, a California corporation; DAN R.
19  FRANCIS; JOHN G. HAHN; ANDREW             **The Honorable Jeffrey S. White**
    ("WALLY") BROWN, JR.; BRIAN F.
20  QUINN; NEIL R. COHN; CAROLANN
    COHN; MICHAEL J. BROWN; STEPHEN
21  HAUSE; LAURA J. WICK; JAMES C.
    HALBLEIB; LAURINDA ("LAURIE") A.
22  MARTIN; ERIC CHUA; GEORGE J.
    PETTY; LINDA SOO HOO; ROBERT E.
23  DUTTO; SUSAN M. ENGLISH; DON J.
    JOHNSON; ALLEN L. AMOS; WILLIAM
24  ("BILL") PHILLIPS, JR.; DIRCK ("RICK")
    R. STINSON; ROBERT ("BOB") D.
25  ELLSWORTH; ROBERT H. WATKINS;
    PAUL H. WAGENER; SHANDRANETTE
26  MIDDLETON,

27              Defendants.

28

4187186.1                                    ZINSMEISTER DECL. ISO DEFENDANT
                                             EPIC'S ADMIN. MOT. TO SEAL

# DECLARATION OF JEFFREY E. ZINSMEISTER IN SUPPORT OF DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MISC. ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL SUBJECT TO RESPONSE FROM PLAINTIFFS

I, Jeffrey E. Zinsmeister, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California. I am a member of the law firm of Munger, Tolles & Olson LLP, counsel to Defendant Edgewood Partners Insurance Center ("EPIC") in the above-captioned action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. When they filed their *Ex Parte* Motion for Temporary Restraining Order ("Motion for TRO") and associated documents, Plaintiffs Arthur J. Gallagher & Co., Inc., and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") requested the portions of certain documents (and one entire declaration) be filed under seal. The Court granted Gallagher's request in its entirety.

3. In EPIC's view, none of the information placed under seal at Gallagher's request constitutes trade secrets, confidential or proprietary data, or information that is otherwise subject to a sealing order.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 4, 2008, in San Francisco, California.

_____
Jeffrey E. Zinsmeister