1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE CENTER,
8  DAN R. FRANCIS & JOHN G. HAHN

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO.  3:07-CV-06418-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MISC. ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL SUBJECT TO RESPONSE FROM PLAINTIFFS**<br><br>[Civil L.R. 7-11 & 79-5(d)]<br><br>**The Honorable Jeffrey S. White** |

4187447.1

[PROPOSED] ORDER GRANTING DEFT.
EPIC'S ADMIN. MOT. TO SEAL

# [PROPOSED] ORDER GRANTING DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MISC. ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL SUBJECT TO RESPONSE FROM PLAINTIFFS

Under Civil Local Rules 7-11 and 79-5(d), Defendant Edgewood Partners Insurance Center's ("EPIC") Misc. Administrative Motion to File Documents Under Seal Subject to Response From Plaintiffs is GRANTED for good cause shown.

As required by Civil Local Rule 79-5(d), on or before Friday, January 11, 2007, Plaintiffs must file with the Court and serve a declaration establishing that the documents subject to this Order are sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If Plaintiffs do not file a responsive declaration as required by Civil Local Rule 79-5(d) on or before Friday, January 11, 2007, the documents subject to this Order will be made part of the public record.

The documents subject to this Order are:

1. Defendant Edgewood Partners Insurance Center's Memorandum of Points and Authorities In Opposition to Plaintiff Gallagher's Motion For A Temporary Restraining Order;

2. Defendant Edgewood Partners Insurance Center's Compendium of Declarations in Opposition to Plaintiffs' Motion for a Temporary Restraining Order, and all exhibits contained within (Nos. 1-55);

3. Declaration of Ryan D. Pitman; and

4. Declaration of James Wells.

**IT IS SO ORDERED.**

DATE: _____        _____
                                     United States District Judge