1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE
8  CENTER, DAN R. FRANCIS & JOHN G. HAHN

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  ARTHUR J. GALLAGHER & CO., INC.,          CASE NO. C 07-6418 (JSW)
    a Delaware Corporation, ARTHUR J.
13  GALLAGHER & CO., INSURANCE                **DEFENDANT EDGEWOOD PARTNERS
    BROKERS OF CALIFORNIA, INC., a            INSURANCE CENTER'S OBJECTIONS
14  California Corporation,                    TO EVIDENCE SUBMITTED BY
                                              PLAINTIFFS IN SUPPORT OF THEIR
15                 Plaintiffs,                 MOTION FOR TEMPORARY
                                              RESTRAINING ORDER**
16        vs.

17  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; DAN     **Date:  January 11, 2008
18  R. FRANCIS; JOHN G. HAHN;                 Time: 9:00 a.m.
    ANDREW ("WALLY") BROWN, JR.;              Dept: Courtroom 2, 17th Floor**
19  BRIAN F. QUINN; NEIL R. COHN;
    CAROLANN COHN; MICHAEL J.
20  BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB;
21  LAURINDA ("LAURIE") A. MARTIN;
    ERIC CHUA; GEORGE J. PETTY;
22  LINDA SOO HOO; ROBERT E. DUTTO;
    SUSAN M. ENGLISH; DON J.
23  JOHNSON; ALLEN L. AMOS;
    WILLIAM ("BILL") PHILLIPS, JR.;
24  DIRCK ("RICK") R. STINSON; ROBERT
    ("BOB") D. ELLSWORTH; ROBERT H.
25  WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,
26
                   Defendants.
27

28

4182819.1

1          Defendant Edgewood Partners Insurance Center ("Defendants") submits these

2    Objections to the Declarations of Sarju A. Naran, Doug Bowring, Todd Kimble, Jon A. Berryhill,

3    Warren G. Kruse II, James G. McFarlane, Elizabeth Francy Demaret, Lynn Tu, and Stephen

4    Ring, submitted by Plaintiffs in support of their in support of their *Ex Parte* Motion For

5    Temporary Restraining Order ("Motion for TRO").

6    **I.    INTRODUCTION**

7          Plaintiffs filed their Motion for TRO on December 20, 2007.  In connection with

8    their Motion for TRO, Plaintiffs also filed declarations from the following individuals:

9            1.  Sarju A. Naran;

10            2.  Doug Bowring;

11            3.  Todd Kimble;

12            4.  Jon A. Berryhill;

13            5.  Warren G. Kruse II;

14            6.  James G. McFarlane;

15            7.  Elizabeth Francy Demaret;

16            8.  Lynn Tu; and

17            9.  Stephen Ring.

18          Defendants hereby submit evidentiary objections to the above declarations as

19    follows:

20    **II.    OBJECTIONS TO THE DECLARATIONS**

| Declaration | Nature Of/Bases For Objection | Paragraph |
|---|---|---|
| Naran Declaration | 1 | |
| Newman Declaration | 1 | |
| Bowring Declaration | 3 | 3-9 |
| Bowring Declaration | 4 | 4,6 |
| Bowring Declaration | 5 | 7 |
| Kimble Declaration | 3 | 3-5,7 |
| Kimble Declaration | 5 | 3,8 |
| Ring Declaration | 3 | 3-6 |
| Ring Declaration | 4 | 4,6 |
| Ring Declaration | 5 | 3 |

| | | |
|---|---|---|
| Demaret Declaration | 3 | 5-11,13 |
| Demaret Declaration | 4 | 5-9,11,13 |
| Demaret Declaration | 5 | 6,8 |
| Berryhill Declaration | 3 | 6 |
| Berryhill Declaration | 5 | 6-10 |
| Kruse Declaration | 3 | 16,18,20-21 |
| Kruse Declaration | 4 | 18 |
| Kruse Declaration | 5 | 16,19,20-22 |
| Tu Declaration | 3 | 3-26,28,30-36,38-41,44 |
| Tu Declaration | 4 | 18,21,33,41 |
| Tu Declaration | 5 | 14,19,29,35,43 |
| Tu Declaration | 6 | 37,42-44 |
| McFarlane Declaration | 3 | 6,13-15,17-29,33,35-37,39-40,42-49,51-52,54,56-60,64-65 |
| McFarlane Declaration | 4 | 17,25,29,33,59 |
| McFarlane Declaration | 5 | 14,17,19-20,24-25,32,34-38,39-44,48,50-53,56,58,61-62,64-65 |
| McFarlane Declaration | 6 | 8-9,12,16,19-20,25,30,34,36,40,43,48,56-58,61-62 |

### KEY TO OBJECTIONS

| | |
|---|---|
| 1. | No Objection |
| 2. | Authenticity (F.R.E. 901) |
| 3. | Hearsay (F.R.E. 802) |
| 4. | Hearsay Within Hearsay (F.R.E. 805) |
| 5. | Opinion (F.R.E. 701, 702) |
| 6. | Irrelevant and Prejudicial (F.R.E. 401,403) |

Dated:  January 4, 2008

MUNGER, TOLLES & OLSON LLP
JEROME C. ROTH
MARTIN D. BERN
MALCOLM A. HEINICKE
JEFFREY E. ZINSMEISTER

BY: _____
MALCOLM A. HEINICKE

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE
CENTER, DAN R. FRANCIS AND JOHN G.
HAHN