1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
6  Facsimile:      (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE CENTER,
8  DAN R. FRANCIS, AND JOHN G. HAHN

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO.  07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,

15 |          Plaintiffs,            | **NOTICE OF MANUAL FILINGS
                                       REGARDING DOCUMENTS IN
16 |    vs.                            OPPOSITION TO MOTION FOR
                                       TEMPORARY RESTRAINING ORDER**
17 | EDGEWOOD PARTNERS INSURANCE
   | CENTER, a California corporation; DAN
18 | R. FRANCIS; JOHN G. HAHN;
   | ANDREW ("WALLY") BROWN, JR.;   | Date:     January 11, 2008
19 | BRIAN F. QUINN; NEIL R. COHN;    | Time:     9:00 a.m.
   | CAROLANN COHN; MICHAEL J.       | Dept:     Courtroom 2, 17th Floor
20 | BROWN; STEPHEN HAUSE; LAURA J.  | Judge:    Honorable Jeffrey S. White
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26
   |          Defendants.
27

28

4187894.1

Notice of Manual Filings; <u>Gallagher v. EPIC</u>,
Case No. 07-CV-06418-JSW

Regarding the following documents:

1. **DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF GALLAGHER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

2. **DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S COMPENDIUM OF DECLARATIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

3. **DECLARATION OF RYAN D. PITTMAN**

4. **DECLARATION OF JAMES WELLS**

The foregoing documents are being filed in paper form only and are being maintained in the case file in the Clerk's office. If you are a party in the above-captioned action, these materials will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These manual filings are necessary because the documents are filed under seal.

DATED: January 4, 2008          MUNGER, TOLLES & OLSON LLP
                                JEROME C. ROTH
                                MARTIN D. BERN
                                MALCOLM A. HEINICKE


                                By:   /s/ *Malcolm A. Heinicke*
                                        MALCOLM A. HEINICKE

                                Attorneys for Defendants
                                EDGEWOOD PARTNERS INSURANCE CENTER,
                                DAN R. FRANCIS, AND JOHN G. HAHN