```
 1  JEROME C. ROTH (SBN 159483)
    MARTIN D. BERN (SBN 153203)
 2  MALCOLM A. HEINICKE (SBN 194174)
    JEFFREY E. ZINSMEISTER (SBN 235516)
 3  Malcolm.Heinicke@mto.com
    MUNGER, TOLLES & OLSON LLP
 4  560 Mission Street
    Twenty-Seventh Floor
 5  San Francisco, CA  94105-2907
    Telephone:   (415) 512-4000
 6  Facsimile:   (415) 512-4077

 7  Attorneys for Defendants
    EDGEWOOD PARTNERS INSURANCE CENTER,
 8  DAN R. FRANCIS, AND JOHN G. HAHN
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>  Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**PROOF OF SERVICE BY HAND**<br><br>Date:   January 11, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 2, 17th Floor<br>Judge:  Honorable Jeffrey S. White |

# PROOF OF SERVICE BY HAND

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

2. On January 4, 2008, I served true copies of the following documents entitled:

1. **DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF GALLAGHER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

2. **DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S COMPENDIUM OF DECLARATIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

3. **DECLARATION OF RYAN D. PITTMAN**

4. **DECLARATION OF JAMES WELLS**

by placing them in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below and I arranged for Wheels of Justice, 657 Mission Street, suite 502, San Francisco, CA 94105 to deliver the envelope(s) by hand to the offices of the addressee(s).

Adrian Sawyer, Esq.  
Kerr & Wagstaffe LLP  
100 Spear Street, Suite 1800  
San Francisco, CA 94105-1528

*Attorneys for Defendants Andrew "Wally" Brown, Jr., Michael J. Brown, Brian F. Quinn and Laura J. Wick*

- 1 -

Proof of Service; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

| | |
|---|---|
| Daniel Purcell, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California  94111 | *Attorneys for Defendants*<br>Niel R. Cohn; Carolann Cohn; Stephen Hause; James C.. Halbleib; Laurinda "Laurie" A. Martin; Eric Chua; George J. Petty; Linda Soo Hoo; Robert E. Dutto; Susan M. English; Don J. Johnson; Allen L. Amos; William "Bill" Phillips, Jr., Dirck ("Rick") R. Stinson; Robert ("Bob") D. Ellisworth; Robert H. Watkins; Paul H. Wagener; Shandranette Middleton |
| Bradford K. Newman, Esq.<br>Stephen N. Yang, Esq.<br>Sarju A. Naran, Esq.<br>Shannon S. Sevey, Esq.<br>Paul, Hastings, Janofsky<br>  & Walker LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106 | *Attorneys for Plaintiffs* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2008, at San Francisco, California.

_____
Marsha Poulin