JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
ANDREW ("WALLY") BROWN, JR.,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGENER, and SHANDRANETTE MIDDLETON,<br><br>    Defendants. | Case No. C 07-06418 JSW<br><br>**JOINDER IN DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:        January 11, 2008<br>Time:       9 a.m.<br>Courtroom:  2, 17th Floor<br><br>Hon. Jeffrey S. White |

CASE NO. C 07-06418 JSW                                                        JOINDER IN OPP'N TO MOT. FOR TRO

1. Defendants Andrew W. ("Wally") Brown, Jr., Brian Quinn, Michael Brown, and Laura Wick (collectively, "Defendants") hereby join in Defendant Edgewood Partners Insurance Center's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a Temporary Restraining Order, and in Defendant Edgewood Partners Insurance Center's Objections to Evidence Submitted by Plaintiffs in Support of Their Application for Temporary Restraining Order, filed January 4, 2008. In addition, Defendants are separately filing objections to certain evidence submitted by Plaintiffs.

Defendants have each submitted a declaration in support of the Opposition to Plaintiffs' Motion for Temporary Restraining Order, which declarations are being submitted to the Court as part of Defendant Edgewood Partners Insurance Center's Compendium of Declarations in Opposition to Plaintiffs' Motion for a Temporary Restraining Order.

DATED: January 4, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Attorneys for Defendants
ANDREW ("WALLY") BROWN, JR.,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK