1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ANDREW ("WALLY") BROWN, JR.,
6  BRIAN QUINN, MICHAEL BROWN, and
   LAURA WICK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGENER, and SHANDRANETTE MIDDLETON,<br><br>    Defendants. | Case No. C 07-06418 JSW<br><br>**OBJECTIONS BY DEFENDANTS ANDREW ("WALLY") BROWN, BRIAN QUINN, MICHAEL BROWN, AND LAURA WICK TO EVIDENCE ATTACHED TO DECLARATION OF JAMES G. MCFARLANE AND COMPLAINT**<br><br>Date:        January 11, 2008<br>Time:       9 a.m.<br>Courtroom:  2, 17th Floor<br><br>Hon. Jeffrey S. White |

1    Defendants Andrew W. ("Wally") Brown, Jr., Brian Quinn, Michael Brown, and Laura
2    Wick hereby object that Exhibit G to the Declaration of James G. McFarlane submitted in
3    support of Plaintiffs' Application for a Temporary Restraining Order ("Exhibit G"), which
4    Exhibit is also attached as Exhibit B to the Complaint in this matter, is hearsay.  See F.R.E. 802.
5    Further, Defendant Laura Wick objects that Exhibit G, to the extent it purports to reveal
6    the substance of a confidential marital communication, is protected by the privilege for
7    confidential marital communications.  See F.R.E. 501; Cal. Evid. Code § 980.

DATED: January 4, 2008

**KERR & WAGSTAFFE LLP**

By  _____/s/_____
    ADRIAN J. SAWYER

Attorneys for Defendants
ANDREW ("WALLY") BROWN, JR.,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK