1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al., | CASE NO. C 07-06418 JSW |
|---|---|
| Plaintiffs, | **DECLARATION OF JAREN THORSEN IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |
| vs. | |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., | |
| Defendants. | |

Case No. C07 06418 JSW

DECLARATION OF JAREN THORSEN

I, Jaren Thorsen, declare:

1. I am currently employed as a member of the Information Technology (IT) Department of the San Ramon office of Arthur J. Gallagher Risk Management Services, a division of A.J. Gallagher & Co. ("Gallagher"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2. In the approximately two or three weeks prior to December 10, 2007, I recall at least three instances in which Neil Cohn, a Producer in the San Ramon office, asked me for a small number (i.e. between two and four) blank compact discs, which are used for copying data from the hard drive of a computer. Since each request was for a small amount of CDs, I did not suspect Cohn of any improper activity and provided the CDs to him. In total, I recall providing at least six blank CDs to Mr. Cohn in late November and early December 2007.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 4th day of January, 2008, in _Newark_, California.

_/s/ Jaren Thorsen_
Jaren Thorsen

Case No. C07 06418 JSW          -1-          DECLARATION OF JAREN THORSEN