PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. C 07-06418 JSW<br><br>**GALLAGHER'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR OPPOSITION TO GALLAGHER'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Case No. C 07 06418-JSW

GALLAGHER'S OBJECTIONS TO EVIDENCE

Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") submit these Objections to each of the fifty-seven declarations submitted by Defendants in support of EPIC's Memorandum of Points and Authorities in Opposition to Plaintiff Gallagher's Motion for a Temporary Restraining Order ("Opposition").

I. **INTRODUCTION**

Gallagher hereby submits evidentiary objections to the fifty-seven declarations that Defendants filed in support of their Opposition: the Declarations of James Wells, Ryan D. Pittman, Alan Amos, Molly Armstrong, Brian Benzer, John Brimmer, Michael Brown, Wally Brown, Brett Burdock, Patricia Burdock, Linda Cadinha, Ron Capilla, Vic Castello, Kelly Cavagnuolo, Eric Chua, Neil Cohn, Elkie Craven, Sandra Daughtry-Honda, Rob Dutto, Bob Ellsworth, Susan English, Bud Field, Ron Folwell, Dan Francis, Tammy Glaser, John Hahn, James C. Halbleib, Olga Harvison, Stephen Hause, Robin Herman, Barbara L. Hilgen, Don Johnson, Ruby Johnson, Mary Keck, Lisa Lucas, Laurinda Martin, Shandranette Middleton, Siobhan O'Leary, George Petty, William Phillips, Brian Quinn, Veronica Ramirez, Olga Rasmussen, Dennis Rodriguez, Amber Ronzitti, Sharon Schweitzer, Linda Soo Hoo, Dirck R. Stinson, Kristina Stubbs, Luanne Sweeney, Colleen Varnica, Paul Wagener, Carol Ward, Matt Warner, Robert Harrison Watkins, Laura Wick, and Takao Yoshida.

/
/
/
/
/
/
/
/
/
/
///

II. **OBJECTIONS TO THE DECLARATIONS**

| | **Key to Objections** |
|---|---|
| 2 | Authenticity (FRE 901) |
| 3 | Hearsay (FRE 802) |
| 4 | Hearsay Within Hearsay (FRE 805) |
| 5 | Improper Opinion (FRE 701, 702, and 703): improper lay opinion; expert opinion not likely to assist fact-finder because not sufficiently beyond common experience; opinion likely to prejudice, confuse or mislead the fact-finder; legal conclusions; opinion not based on reliable facts or data; and opinion based on speculation, conjecture or other improper matter. |
| 6 | Irrelevant and Prejudicial (FRE 401, 402, and 403) |
| 7 | Lacks Foundation (lack of personal knowledge under FRE 602, lack of expert qualifications on subject, and opinion based on assumed facts for which there is no admissible evidence.) |

| | **Declaration** | **Objection** | **Paragraph: Line** |
|---|---|---|---|
| 1 | Wells | 5 | 5:25-28, 7:17-22, 8:23-1, 9:2-6, 10:11-20, 11:21-27, 12:3-14, 13:15-27, and 14:28-9 |
| | | 6 | 8:23-1, 9:2-6, 10:11-20, 11:21-27, 12:3-14, 13:15-27, and 14:28-9 |
| | | 7 | 5: 25-28, 7:17-22, 8:23-1, 9:2-6, 10:11-20, 11:21-27, 12:3-14, 13:15-27, and 14:28-9 |
| 2 | Pittman | 5 | 11, 14, 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, and Ex. A |
| | | 7 | 14, 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 32, and Ex. A |
| 3 | Amos | 3 | 6:28-2, 11:26-27, 12:4-5, 12:7-10, 15:26-4, and Ex. A |
| | | 5 | 12:5-7 |
| | | 6 | 3:9-15 and 4:18-19 |
| | | 7 | 4:18-19, 11:1-2, and 13:14-15 |
| 4 | Armstrong | 3 | 3:18 and 4:19-21 |
| | | 5 | 4:21-22 and 8 |
| | | 6 | 2:7-10 |
| | | 7 | 4:19-21 |
| 5 | Benzer | 3 | 2:5-7 and 3:8-9 |
| | | 5 | 4:12 |
| 6 | Brimmer | 3 | 2:5-8 and 3:8-12 |
| | | 5 | 4:14-15 |
| 7 | M. Brown | 3 | 4:14-16, 5:18-20, 6:26-2, 8:8-10, 9:13-17, 10:21, 11:28-2, 14:12, 17:17-19, 17:23-24, 20:8-10, 21:13-14, 22:16-18, 25:24, 28:14-15, 29:19, and 33:3-4 |
| | | 4 | 5:18-20 and 6:26-2 |
| | | 5 | 17:26-27 and 28:13 |
| | | 7 | 5:18-20 and 19:5 |

| | | | |
|---|---|---|---|
| 8 | **Wally Brown** | 3 | 9:9-10, 11:18, 13:4-7, 14:11-15, 16:22-25, 17:26-27, 25:4-5, 29:19-20, 30:25-28, 32:5-6, 36:24-26, 37:27-28, 39:8, 40:10-11, 42:17-19, 45:6-7, 48:21-22, 49:23-24, 50:26-27, 51:2-3, 52:4-6, 53:7-9, 55:13-15, 56:16, 57:19-22, 59:25-26, 67:4-5, 68:8-9, 70:21, 71:24-2, and 75:16-17 |
| | | 4 | 14:13-15, 59:25-26, and 71:24-25 |
| | | 5 | 5:21-22, 6:23-25, 8:1-5, 9:6-12, 12:22-26, 22:15-16, 29:24, 62:7-14, 66:1, and 73:7-8 |
| | | 6 | 9:8-12, 10:13-17, 15:17-19, 46:9-12, 60:1-2, 62:6-14, 74:10-12, 75:13-18, 76:19-22, and 77:1-2 |
| | | 7 | 9:10-11, 10:17, 15:17-19, 20:10-11, 23:24-28, 34:13-16, 42:16-17, 46:10-11, 56:16-17, and 73:7-8 |
| 9 | **B. Burdock** | 3 | 4:23-26 and 8:16-17 |
| | | 5 | 2:12-13, 6:5-6, and 11:9-10 |
| | | 6 | 2:12-13 |
| 10 | **P. Burdock** | 3 | 4:21-24 |
| | | 5 | 2:11-12, 6:3-4, 10, and 11 |
| | | 6 | 2:11-12 |
| 11 | **Cadinha** | 3 | 6, 10:11-15 |
| | | 5 | 5:19-20, 9:8-9, and 10:15-16 |
| | | 6 | 5:19-20 |
| | | 7 | 5:19-20 |
| 12 | **Capilla** | 3 | 4:9-10 and 5:16-17 |
| | | 5 | 6:2-3 |
| 13 | **Castello** | 3 | 3:7-9 and 4:10-11 |
| | | 5 | 6:16-17 |
| 14 | **Cavagnuolo** | 3 | 5:19-22 |
| | | 5 | 9:11-12 and 10:14-15 |
| 15 | **Chua** | 3 | 4, 7:1-2, 9:8-11, 10:18, 17:23-24, 18:27-28, 18:1-4, and 18:18-19 |
| | | 5 | 2:10, 13, and 16 |
| | | 6 | 2:10 |
| | | 7 | 2:7-8 (lacks personal knowledge – only employed for 1.5 years) |
| 16 | **Cohn** | 3 | 4, 5, 7, 15 and 18 |
| | | 5 | 12, 18 |
| 17 | **Craven** | 3 | 3:16-19, 5:3-5, 7:10-12, and 12:9-11 |
| | | 5 | 2:10-11, 4:22-24, 7:14-15, and 12:8 |
| | | 6 | 2:10-11 and 4:22-24 |
| | | 7 | 2:6-11 and 4:22-24 |

Case No. C 07-06418-JSW -4- GALLAGHER'S OBJECTIONS TO EVIDENCE

| | | | |
|---|---|---|---|
| 18 | Daughtry-Honda | 3 | 3:15-18 and 7:12-13 |
| | | 5 | 9:20-21 |
| | | 7 | 5:25-26 |
| 19 | Dutto | 3 | 10:8-9, 10:11-13, and 12:18-20 |
| | | 5 | 6:25-26 and 11:13-15 |
| 20 | Ellsworth | 3 | 4:11, 4:13-14, 5:16-20, 6:26-27, 8:14-15, 10:20-22, 10:27-3, and Ex. A |
| | | 5 | 6:4-5 and 11:4-5 |
| 21 | English | 3 | 3:11, 3:14-16, 10:11-12, and 10:14-15 |
| | | 5 | 8:5-6 |
| | | 7 | 3:11 |
| 22 | Field | 3 | 2:5-6 and 3:8-10 |
| | | 5 | 4:14-15 |
| 23 | Folwell | 3 | 3:6-7 and 4:11-12 |
| | | 5 | 5:14-15 |
| 24 | Francis | 3 | 9:26-2, 10:7-8, 10:13-14, 11:18-21, and 15:12-14 |
| | | 4 | 11:18-19 |
| | | 5 | 8:22-25, 10:11-12, 14:4-7, and 15:12-14 |
| | | 6 | 8:22-25 and 14:4-7 |
| | | 7 | 9:26-2, 10:11-12, 14:4-7, and 15:12-14 |
| 25 | Glaser | 3 | 2:7-9, 3:14-15, and 4:23-25 |
| | | 5 | 4:21 and 9:13-14 |
| | | 7 | 4:21 |
| 26 | Hahn | 3 | 6:9-13 |
| | | 5 | 5:5-8 |
| | | 6 | 5:5-8 |
| | | 7 | 5:5-8 and 6:9-13 |
| 27 | Halbleib | 3 | 4:14-17, 5:19-22, 7:27-1, and 14:9-11 |
| | | 5 | 8:3-7 and 13:7-9 |
| | | 6 | 8:3-7 |
| 28 | Harvison | 3 | 4:19-22 |
| | | 5 | 5:25-26 and 7:12-14 |
| | | 7 | 7:12-14 |
| 29 | Hause | 3 | 6:23-25, 9:23-26, and 13:27-3 |
| | | 5 | 4:15-17, 9:26-1, and 15:6-9 |
| | | 6 | 4:12-17, 9:26-1, and 15:6-9 |

|   |   |   |   |
|---|---|---|---|
|   |   | 7 | 7:9-11 and 15:6-9 |
| 30 | Herman | 3 | 6:24-27, 9:8-10, 10:12-14, and 12:22-25 |
|   |   | 5 | 5:20-22, 12:22, 13:2-3, 14:5-6, and 15:11-12 |
|   |   | 6 | 5:20-22 |
| 31 | Hilgen | 3 | 4:18-21, 5:24-27, 6:7-9, 7:13-14, 8:15-17, and 11:4-8 |
|   |   | 5 | 11:10-11 and 12:2-3 |
|   |   | 7 | 2:10 and 11:10-11 |
| 32 | Don Johnson | 3 | 10:8-9 |
|   |   | 5 | 8:2-3 |
|   |   | 7 | 12:23-26 |
| 33 | Ruby Johnson | 3 | 4:21-23 and 7:15-17 |
|   |   | 5 | 2:10-11, 5:28-1, 9:7-8, and 10:9 |
|   |   | 6 | 2:6-11 |
|   |   | 7 | 7:13-15 |
| 34 | Keck | 3 | 5:22-23 and 6:28-4 |
|   |   | 5 | 10:20-21 and 11:1-2 |
| 35 | Lucas | 3 | 3:15-17 |
|   |   | 5 | 4:20-21, 7:8-9, and 8:10-11 |
| 36 | Martin | 3 | 4:16-18, 6:25-28, and 7:2-5 |
|   |   | 5 | 11:27-2 |
| 37 | Middleton | 3 | 4:19-20, 6:16-19, and 11:17-21 |
| 38 | O'Leary | 3 | 5:2-3, 8:24-26, and 9:1-2 |
|   |   | 5 | 6:8-9, 11:13-14, and 12:15-16 |
| 39 | Petty | 3 | 4:12-13 |
|   |   | 5 | 13:18-19, 14:20-21, and 15:22-23 |
| 40 | Phillips | 3 | 5:16-17 and 11:8-9 |
|   |   | 5 | 9:2-3 |
| 41 | Quinn | 3 | 2:11-13, 3:17-18, 14:1-2, 14:5, 15:6-8, 15:11-12, 28:8-9, 29:10-13, 31:19-21, 35:4-10, 36:11-17, 37:19-20, 38:22-24, 39:27-2, and 40:3-6 |
|   |   | 4 | 35:5-7, 35:9-10, 36:15-16, and 39:27-1 |
|   |   | 5 | 16:16-17 and 38 |
|   |   | 7 | 17:18-19 and 19:26-27 |
| 42 | Ramirez | 3 | 5:21-23 and 8:5-7 |
|   |   | 5 | 10:13-14 and 11:16-18 |

Case No. C 07-06418-JSW                     -6-                     GALLAGHER'S OBJECTIONS TO EVIDENCE

| | | | |
|---|---|---|---|
| 43 | **Rasmussen** | 3 | 4:23-25, 6:8-9, and 9:25-27 |
| | | 5 | 4:19, 12:14-15, and 13:16-17 |
| | | 6 | 4:23-25 |
| | | 7 | 4:19 |
| 44 | **Rodriguez** | 3 | 4:26-27 |
| | | 5 | 5:1-2 |
| 45 | **Ronzitti** | 3 | 4:21-24 |
| | | 5 | 8:15-16 |
| | | 6 | 2:11-12 |
| 46 | **Schweitzer** | 3 | 5:24-26 |
| | | 5 | 9:15-16 and 10:1-2 |
| 47 | **Soo Hoo** | 3 | 3:10-12 |
| | | 5 | 6:24-1 and 11:24-26 |
| | | 6 | 6:24-1 |
| | | 7 | 6:24-1 |
| 48 | **Stinson** | 3 | 3:11-13 and 9:4-5 |
| | | 5 | 7:26-27 |
| 49 | **Stubbs** | 3 | 7:8-9 |
| | | 5 | 4:24 and 10:2-3 |
| 50 | **Sweeney** | 3 | 3:14-15, 4:19-22, and 6:5-6 |
| | | 5 | 8:11-12 |
| | | 6 | 2:8-9 |
| 51 | **Varnica** | 3 | 4:22-23 and 4:26-27 |
| | | 5 | 2:13, 9:20-21, and 10:1-2 |
| | | 6 | 2:7-12 |
| 52 | **Wagener** | 2 | Ex. A |
| | | 3 | 12:4-6, and Ex. A |
| | | 5 | 7:3 and 14:15-16 |
| 53 | **Ward** | 3 | 5:17-18, 5:20-21, 5:23-25, 6:4-6, 7:7-8 and 8:12-13 |
| | | 5 | 6:28-1 and 10:1-2 |
| | | 6 | 3:10-11 |
| 54 | **Warner** | 3 | 3:7-8, 4:11-12, and 6:18-19 |
| | | 5 | 7:21-22 |
| 55 | **Watkins** | 3 | 4:16-18 |

Case No. C 07-06418-JSW           -7-           GALLAGHER'S OBJECTIONS TO EVIDENCE

|   |   |   |   |
|---|---|---|---|
|   |   | 6 | 8:7-9 |
|   |   | 7 | 8:7-9 |
| 56 | Wick | 3 | 4:19-20, 5:25-2, 6:3-4, 7:14-15, 8:21-22, 13:8-13, 16:24-26, 17:1-4, 19:9-11, 24:24-25, 30:21-24, 31:25-26, 37:24-26, 38:2-3, and 38:5-10 |
|   |   | 5 | 7:12-14 |
|   |   | 7 | 7:12-14 |
| 57 | Yoshida | 3 | 3:7-8 and 4:11-13 |
|   |   | 5 | 5:15-16 |

DATED: January 7, 2008

BRADFORD K. NEWMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ____/s/ Bradford K. Newman____
          BRADFORD K. NEWMAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.