1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. &
9  Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., <br><br> Defendants. | CASE NO. 3:07-CV-06418-JSW <br><br> **DECLARATION OF SARJU A. NARAN IN RESPONSE TO DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MISC. ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hearing Date: January 11, 2008 <br> Time: 9:00 a.m. <br> Dept: Courtroom 2, 17th Floor <br> The Honorable James S. White |

CASE NO. 3:07-CV-06418-JSW    -1-    NARAN DECLARATION IN RESPONSE TO EPIC'S ADMINISTRATIVE MOTION

I, Sarju A. Naran, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2. Pursuant to Local Rule 79-5(d), the documents and portions of documents that Defendant Edgewood Partners Insurance Center ("EPIC") filed conditionally under seal in connection with EPIC's Opposition to Motion For Temporary Restraining Order, as set forth in Appendix A thereto, should be sealed because they contain the same confidential, proprietary, and trade secret information which this Court previously ordered sealed in connection with Plaintiff Gallagher's moving papers. In particular, the documents contain confidential, proprietary, and trade secret information belonging to Gallagher, including the identities of top revenue-generating clients, file names pertaining to Gallagher clients, and Gallagher files pertaining to clients and consisting of internally-developed, commercially-sensitive, data compilation relating to Gallagher's servicing of clients, including client contacts and preferences, financial and pricing data, data regarding particularized insurance requirements and account preferences, business and client strategies, and more. They also contain commercially sensitive information belonging to Gallagher's clients and former clients. See McFarlane Decl., ¶¶3-9; Hub International of California Insurance Services, Inc. v. Kilzer, 2007 WL 1674355, *3 (N.D. Cal. 2007); State Farm Mutual Auto. Ins. v. Dempster, 174 Cal. App. 2d 418, 422-423 (1959).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of January, 2008, in Palo Alto, California.

_____
Sarju A. Naran