PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL IN REPLY PAPERS** |

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs' Administrative Motion To File Documents And Portions Of Documents Under Seal is hereby GRANTED for good cause shown. The following portions of documents and documents are to be filed under seal:

| Item No. | Document | Page, Line |
|---|---|---|
| 1 | Reply Brief | Page 1, line 11 (after "Decl." until "Emergency Relief") |
| 2 | Reply Brief | Page 6, line 10 (after "client" until "causing") |
| 3 | Reply Brief | Page 6, line12 (after "client" until "in") |
| 4 | Reply Brief | Page 6, line13 (after "EPIC." until "Decl." and after "passim" until end) |
| 5 | Reply Brief | Page 6, line 15 (after "client" until "by using") |
| 6 | Reply Brief | Page 6, line 18 (after "client" until "after") |
| 7 | Reply Brief | Page 6, line 19 (after "accessing" until "files") |
| 8 | Reply Brief | Page 6, line 20 (after "client" until "after") |
| 9 | Reply Brief | Page 6, line 21 (after "related to" until "McFarlane") |
| 10 | Reply Brief | Page 6, line 23 (after "client" until "about whom") |
| 11 | Reply Brief | Page 6, line 26 (after "including" until "after") |
| 12 | Reply Brief | Page 7, line 10 (after "EPIC." until "Decl." and after "11-12;" until "Decl.") |
| 13 | Reply Brief | Page 9, line 9 (from "and" until "by claiming") |
| 14 | Reply Brief | Page 11, line 20 (from "client" until "Id") |
| 15 | Reply Brief | Page 14, line 8 (after "client" until "(2)") |
| 16 | Reply Brief | Page 14, line 20 (after "pitch business to" until "a current") |
| 17 | Reply Brief | Page 15, line 20 (after "proprietary" until "client") |
| 18 | Reply Brief | Page 15, line 21 (after "solicit" until "to switch") |
| 19 | Notice of Demonstrative Exhibits | Exhibits A, B, and C (in their entirety) |
| 20 | Berryhill Suppl. Decl. | Page 3, line 9 (after "client" until "A true") |
| 21 | Berryhill Suppl. Decl. | Page 6, line 16 (after "titled" until "September") |
| 22 | Berryhill Suppl. Decl. | Page 6, line 27 (after "titled" until "Photos") |
| 23 | Berryhill Suppl. Decl. | Page 7, line 4 (after "such as" until "ajg.checklist.doc" and after "ajg checklist.doc" until "June") |
| 24 | Berryhill Suppl. Decl. | Page 7, line 11 (after "within the" until "folder") |
| 25 | Berryhill Suppl. | Page 7, line 28 (after "the same 34" until "files that") |

| | | |
|---|---|---|
| | | Decl. |
| 26 | Berryhill Suppl. Decl. | Exhibits G, H, I, J, K, M, O, R, and S |
| 27 | Campbell Decl. | Page 1, lines 11 (after "Watkins did" to the end of line 11) |
| 28 | Campbell Decl. | Page 4, lines 7-8 (after "three" on line 7 to "were solicited" on line 8) |
| 29 | Campbell Decl. | Page 4, line 17 (after "for example") to the end of paragraph 8 |
| 30 | Campbell Decl. | Page 4, line 26 (after "entitled") to page 5 to the end of paragraph 9 |
| 31 | Campbell Decl. | Page 5, line 7 to page 5 to the end of paragraph 10 |
| 32 | Campbell Decl. | Page 5, line 19 to page 5, line 23 |
| 33 | Campbell Decl. | Page 5, line 26 (everything after "approximately") |
| 34 | Campbell Decl. | Page 5, line 28 (beginning of line 28) to page 6, end of paragraph 13 |
| 35 | Campbell Decl. | Page 6, line 14 to page 6, line 20 |
| 36 | Campbell Decl. | Page 7, line 11 (after "client") to the end of paragraph 18 |
| 37 | Campbell Decl. | Page 7, line 19 (beginning of line 19 to "for the purpose" and after "to convince" to "to transfer") |
| 38 | Campbell Decl. | Page 7, line 24 (after "Gallagher for" to "business") |
| 39 | Campbell Decl. | Page 7, line 25 (after "recommendations to") to page 8, end of paragraph 20 |
| 40 | Campbell Decl. | Page 8, line 5 (after "entitled") to the end of paragraph 21 |
| 41 | Campbell Decl. | Page 8, line 16 (after "regarding" until "2007") |
| 42 | Campbell Decl. | Page 8, line 22 (after "between" to "and Gallagher") |
| 43 | Campbell Decl. | Exhibits A, B, C, D, E, F, G, H, I, J, K, and L (in their entirety) |
| 44 | Dineen Decl. | Exhibits A, B, and C (in their entirety) |
| 45 | Doyle Decl. | Page 1, line 5 (after "spoke with" to "for Gallagher") |
| 46 | Doyle Decl. | Page 1, line 6 (after "customer" to "informed") |
| 47 | Doyle Decl. | Page 1, line 7 (after "to meet with" to "to pitch") |
| 48 | Doyle Decl. | Page 1, line 8 (after "services to" to "later") |
| 49 | Doyle Decl. | Page 1, line 8 (after "week that" to "is") |
| 50 | Doyle Decl. | Page 1, line 9 (after "meet with" to "on Wednesday") |
| 51 | Doyle Decl. | Page 1, line 10 (after "meet with" to "on either") |
| 52 | Glaaser Decl. | Page 1, line 8 through line 13 |
| 53 | Glaaser Decl. | Page 1, line 22 through Page 2, line 11 |
| 54 | Glaaser Decl. | Page 2, line 21 (after "Second,") to Page 3, line 2 (end of paragraph 8) |
| 55 | Glaaser Decl. | Page 3, line 6 (after "like the") to page 3, line 8 (to "have no |

| | | | |
|---|---|---|---|
| 1 | | | bearing") |
| | 56 | Glaaser Decl. | Page 3, line 10 (after "accessed the" to "file for") |
| 2 | 57 | Glaaser Decl. | Page 3, lines 14 – 15 (after "including" to "accessed") |
| 3 | 58 | Glaaser Decl. | Page 3, lines 26 – 27 (after "contain" to "which") |
| 4 | 59 | Glaaser Decl. | Page 4, line 2 (beginning of line to "applications") |
| 5 | 60 | Glaaser Decl. | Exhibit A (in its entirety) |
| | 61 | Goggio Decl. | Page 2, line 13 (after "telephone number" until end) |
| 6 | 62 | Goggio Decl. | Page 2, line 14 (from beginning until "in Wally") |
| 7 | 63 | Goggio Decl. | Page 2, line 16 (after "located at" until "I am informed") |
| 8 | 64 | Goggio Decl. | Page 3, line 13 to page 4, line 22 (all) |
| 9 | 65 | Goggio Decl. | Page 5, line 1, to page 6, line 3 (all) |
| | 66 | Johnson Decl. | Page 1, line 9 (after "client" to "which was") |
| 10 | 67 | Johnson Decl. | Page 1, line 11 (after "approximately" to "in annual") |
| 11 | 68 | Johnson Decl. | Page 1, line 13 (after "with" to end of heading) |
| 12 | 69 | Johnson Decl. | Page 1, line 14 (after "spoke with") to line 15 ("who informed") |
| 13 | 70 | Johnson Decl. | Page 1, line 16 (after "met with") to the end of line 18 |
| 14 | 71 | Johnson Decl. | Page 1, line 19 (after "with these") to the end of line 19 |
| 15 | 72 | Johnson Decl. | Page 1, line 24 (after "within") to the end of line 24 |
| | 73 | Johnson Decl. | Page 1, line 25 (after "regarding" to "is not") |
| 16 | 74 | Johnson Decl. | Page 1, line 26 (after "meeting with") to the end of line 26 |
| 17 | 75 | Johnson Decl. | Page 1, line 27 (after "with these" before "while at") |
| | 76 | Johnson Decl. | Page 1, line 28 (after "regarding the") to Page 2, line 2 (to "from Gallagher") |
| 18 | 77 | Johnson Decl. | Page 2, line 3 (after "spoke to" to "on December") |
| 19 | 78 | Johnson Decl. | Page 2, line 4 (after "meeting with" to "EPIC attempted") |
| 20 | 79 | Johnson Decl. | Page 2, line 4 (after "to convince" to "to" before end of line 4) |
| 21 | 80 | Johnson Decl. | Page 2, line 5 (after "but that" to "indicated") |
| | 81 | Johnson Decl. | Page 2, lines 6-7 (after "meeting with" to the end of the heading) |
| 22 | 82 | Johnson Decl. | Page 2, line 8 (after "meeting with" to "the nature" |
| 23 | 83 | Johnson Decl. | Page 2, line 27 (after "met with" to "and" before the end of line 27) |
| 24 | 84 | Johnson Decl. | Page 2, line 28 (after "meeting" to "had spoken") |
| 25 | 85 | Johnson Decl. | Page 3, line 2 (after "provide for") to line 3 ("Asia-based") |
| 26 | 86 | Johnson Decl. | Page 3, line 4 (after "meeting with" to "I interpreted") |
| 27 | 87 | Johnson Decl. | Page 3, line 5 (after "convince" to "to use it") |
| | 88 | Johnson Decl. | Page 3, line 7 (after "EPIC and" before "and in") |

| | | |
|---|---|---|
| 89 | Johnson Decl. | Page 3, line 18 (from beginning of line to "Specifically") |
| 90 | Johnson Decl. | Page 3, line 18 (after "spoken with" to "how things") |
| 91 | Johnson Decl. | Page 3, line 19 (after "Gallagher and" to "and whether") |
| 92 | Johnson Decl. | Page 3, line 20 (after "Gallagher and" to "of which") |
| 93 | Johnson Decl. | Page 3, line 21 (after "meeting with" to "representatives") |
| 94 | Johnson Decl. | Page 3, line 23 (after "meeting with" to "and also") |
| 95 | Johnson Decl. | Page 3, line 24 (after "Gallagher and" to "that he") |
| 96 | Johnson Decl. | Page 3, line 25 (beginning of line to "to transfer") |
| 97 | Johnson Decl. | Page 3, line 27 (after "arranged with" to "I received") |
| 98 | Johnson Decl. | Page 4, line 1 (after "meeting with" to "I") |
| 99 | Johnson Decl. | Page 1, line 9 (after "client" to "which was") |
| 100 | Johnson Decl. | Page 1, line 11 (after "approximately" to "in annual") |
| 101 | Johnson Decl. | Page 1, line 13 (after "with" to end of heading) |
| 102 | Johnson Decl. | Page 1, line 14 (after "spoke with") to line 15 ("who informed") |
| 103 | Kruse Suppl. Decl. | Page 5, line 24 (after "accessed" to "files") |
| 104 | Kruse Suppl. Decl. | Page 6, line 1 (after "accessed" to "files") |
| 105 | Kruse Suppl. Decl. | Page 6, line 5 (after "customers" to "As") |
| 106 | Kruse Suppl. Decl. | Exhibit J (in its entirety) |
| 107 | McFarlane Suppl. Decl. | Page 2, line 9 (after the "declaration of" until "the") |
| 108 | McFarlane Suppl. Decl. | Page 2, line 10 (after "client" until "I have" and after "reviewed" until "declaration") |
| 109 | McFarlane Suppl. Decl. | Page 2, line 11 (after "agree with" until "assessment") |
| 110 | McFarlane Suppl. Decl. | Page 2, line 12 (after "discussed in" until "declaration" and after "data regarding" until end) |
| 111 | McFarlane Suppl. Decl. | Page 2, line 13 (from beginning until "Workers' Compensation") |
| 112 | McFarlane Suppl. Decl. | Page 2, line 14 (after "etc., that" until "never") |
| 113 | McFarlane Suppl. Decl. | Exhibits A and C (in their entirety) |
| 114 | McFarlane Decl. | Exhibits I and J (in their entirety) |
| 115 | McNamara Decl. | Page 1, line 7 (beginning of Paragraph 2 to "is one of") |
| 116 | McNamara Decl. | Page 1, line 8 (after "generating" to "in annual") |

| | | |
|---|---|---|
| 117 | McNamara Decl. | Page 1, line 9 (after "time that" to "became") |
| 118 | McNamara Decl. | Page 1, line 11 (after "efforts for" to "Jim") |
| 119 | McNamara Decl. | Page 1, line 13 (beginning of Paragraph 3 to "has expressed") |
| 120 | McNamara Decl. | Page 1, lines 14-15 (after "particular," to "has noted" on line 15) |
| 121 | McNamara Decl. | Page 1, line 16 (after "and that" to end of line 16) |
| 122 | McNamara Decl. | Page 1, line 19 (after "met with" to "to solicit") |
| 123 | McNamara Decl. | Page 1, line 22 (after "convince" to "to transfer") |
| 124 | Pagliai Decl. | Page 1, line 15 (after "serial number" to "After") |
| 125 | Pagliai Decl. | Page 2, line 15 to line 23 |
| 126 | Pagliai Decl. | Exhibits E, F, G, and H (in their entirety) |
| 127 | Reynolds Decl. | Page 1, line 6 (beginning of line to "a client") |
| 128 | Reynolds Decl. | Page 1, line 8 (after "renewal of" to end of line 8) |
| 129 | Reynolds Decl. | Page 1, line 9 (after "meeting," to "informed") |
| 130 | Reynolds Decl. | Page 1, line16 (beginning of Paragraph 4 to "also showed") |
| 131 | Reynolds Decl. | Page 1, line 18 (after "document" to "informed") |
| 132 | Reynolds Decl. | Page 1, line 20 (after (distribute to" to "I") |
| 133 | Reynolds Decl. | Page 1, line 25 (after "quote to" to "which may") |
| 134 | Reynolds Decl. | Page 1, lines 25–26 (after "quotes that" to "received") |
| 135 | Reynolds Decl. | Page 1, line 28 (after "received from" to "the number") |
| 136 | Reynolds Decl. | Page 1, line 28 (after "number" to "on the left-hand") |
| 137 | Reynolds Decl. | Exhibit A (in its entirety) |
| 138 | Declaration of [CUSTOMER 1] | In its entirety |
| 139 | Declaration of [CUSTOMER 2] | In its entirety |

IT IS SO ORDERED.


DATED: January __, 2008

By:_____
United States Judge

CASE NO. 3:07-CV-06418-JSW    -5-    [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL