PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. C 07-06418 JSW<br><br>**MANUAL FILING NOTIFICATION** |

Case No. C 07 06418-JSW

**MANUAL FILING NOTIFICATION**

Regarding:

1. Reply Brief of Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co. Insurance Brokers of California, Inc. in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order and Order to Show Cause Re Issuance of Preliminary Injunction
2. Supplemental Declaration of James McFarlane
3. Supplemental Declaration of Warren Kruse
4. Supplemental Declaration of Jon Berryhill
5. Declaration of [Customer 1]
6. Declaration of [Customer 2]
7. Declaration of Jim Pagliai
8. Declaration of Ken Johnson
9. Declaration of Larry Dineen
10. Declaration of Linda Reynolds
11. Declaration of Daniel McNamara
12. Declaration of Tom Glaaser
13. Declaration of Greg Campbell
14. Declaration of Mike Goggio
15. Declaration of Peter Doyle
16. Notice of Demonstrative Exhibit

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

Case No. C 07-06418-JSW                -2-                MANUAL FILING NOTIFICATION

1 | This filing was not efiled for the following reason(s)
2 | ____ Voluminous Document (PDF file size larger than efiling system allowances)
3 | ____ Unable to Scan Documents
4 | ____ Physical Object (description)
5 | ____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
6 | _X_ Item Under Seal
7 | ____ Conformance with the Judicial Conference Privacy Policy (General Order 53).
8 | ____ Other (description):

DATED: January 7, 2008

BRADFORD K. NEWMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Bradford Newman
BRADFORD K. NEWMAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.