1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
1117 S. California Avenue
6  Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
9  Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

10

11                         UNITED STATES DISTRICT COURT

                         NORTHERN DISTRICT OF CALIFORNIA
12

13                            SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al., | CASE NO. 3:07-CV-06418-JSW |
| 15 | **DECLARATION OF SARJU A. NARAN IN RESPONSE TO DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S MISC. ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 16         Plaintiffs, | |
| 17     vs. | |
| 18  EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., | |
| 19         Defendants. | Hearing Date: January 11, 2008 |
| 20 | Time: 9:00 a.m. Dept: Courtroom 2, 17th Floor The Honorable James S. White |

21

22

23

24

25

26

27

28

1    I, Sarju A. Naran, declare:

2        1.    I am an attorney at law licensed to practice before the Courts of the State of

3    California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky

4    & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J.

5    Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher"). If called as a

6    witness, I would and could competently testify thereto to all facts within my personal knowledge.

7        2.    Pursuant to Local Rule 79-5(d), the documents and portions of documents that

8    Defendant Edgewood Partners Insurance Center ("EPIC") filed conditionally under seal in

9    connection with EPIC's Opposition to Motion For Temporary Restraining Order, as set forth in

10   Appendix A thereto, should be sealed because they contain the same confidential, proprietary,

11   and trade secret information which this Court previously ordered sealed in connection with

12   Plaintiff Gallagher's moving papers. In particular, the documents contain confidential,

13   proprietary, and trade secret information belonging to Gallagher, including the identities of top

14   revenue-generating clients, file names pertaining to Gallagher clients, and Gallagher files

15   pertaining to clients and consisting of internally-developed, commercially-sensitive, data

16   compilation relating to Gallagher's servicing of clients, including client contacts and preferences,

17   financial and pricing data, data regarding particularized insurance requirements and account

18   preferences, business and client strategies, and more. They also contain commercially sensitive

19   information belonging to Gallagher's clients and former clients. See McFarlane Decl., ¶¶3-9;

20   Hub International of California Insurance Services, Inc. v. Kilzer, 2007 WL 1674355, *3 (N.D.

21   Cal. 2007); State Farm Mutual Auto. Ins. v. Dempster, 174 Cal. App. 2d 418, 422-423 (1959).

22       3.    I declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct.

24       Executed this 6th day of January, 2008, in Palo Alto, California.

25

26

27                                          Sarju A. Naran

28