1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
2 | bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
3 | stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
4 | sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
5 | shannonsevey@paulhastings.com
1117 S. California Avenue
6 | Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
7 | Facsimile: (650) 320-1900

8 | Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9 | Insurance Brokers of California, Inc.

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14 | ARTHUR J. GALLAGHER & CO., INC.,
a Delaware Corporation, et al.,

CASE NO. C 07-06418 JSW

15 | Plaintiffs,

**PLAINTIFFS' PROOF OF SERVICE**

16 | vs.

17 | EDGEWOOD PARTNERS INSURANCE
CENTER, a California corporation; et al.,

18

19 | Defendants.

20

21

22

23

24

25

26

27

28

Case No. C 07 06418-JSW

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA            )
                                     ) ss:
CITY OF PALO ALTO AND COUNTY OF   )
SANTA CLARA                 )

       I am employed in the City of Palo Alto and County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 1117 S. California Avenue, Palo Alto, California 94304-1106.

       On January 7, 2008, I served the foregoing document(s) described as:

**REPLY BRIEF OF PLAINTIFFS ARTHUR J. GALLAGHER & CO., INC., AND ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., IN SUPPORT OF PLAINTIFFS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**DECLARATION OF [CUSTOMER NO. 1] IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**DECLARATION OF [CUSTOMER NO. 2] IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**DECLARATION OF LINDA REYNOLDS IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**SUPPLEMENTAL DECLARATION OF JON A. BERRYHILL IN SUPPORT OF REPLY BRIEF RE PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

Case No. 3:07-CV-0-6418-JSW           -1-         PLAINTIFFS' PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PETER DOYLE IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF KEN JOHNSON IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF DAN MCNAMARA IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF TOM GLAASER IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF JIM PAGLIAI IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

SUPPLEMENTAL DECLARATION OF WARREN G. KRUSE II IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF MICHAEL GOGGIO IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

DECLARATION OF LARRY DINEEN IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

1   **DECLARATION OF GREG CAMPBELL IN SUPPORT OF PLAINTIFF
    ARTHUR J. GALLAGHER & CO., INC.'S REPLY BRIEF RE MOTION**
2   **FOR TEMPORARY RESTRAINING ORDER, EVIDENCE
    PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND**
3   **ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY
    INJUNCTION**
4
    **SUPPLEMENTAL DECLARATION OF JAMES MCFARLANE IN**
5   **SUPPORT OF REPLY BRIEF RE PLAINTIFF ARTHUR J. GALLAGHER
    & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER,**
6   **EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY
    ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF**
7   **PRELIMINARY INJUNCTION**

8   **NOTICE OF DEMONSTRATIVE EXHIBITS IN SUPPORT OF
    PLAINTIFFS' REPLY BRIEF IN SUPPORT OF *EX PARTE* MOTION FOR**
9   **TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION
    ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW**
10  **CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

11  on the interested parties by placing a true and correct copy thereof in a sealed envelope(s)
    addressed as follows:
12

13  Malcolm A. Heinicke
    Munger Tolles & Olson LLP
14  560 Mission Street, 27th Floor
    San Francisco, CA 94105
15
    Attorney for Defendants: EPIC; Dan R. Francis and John G. Hahn
16

17  James M. Wagstaffe
    Adrian J. Sawyer
18  Kerr & Wagstaffe LLP
    100 Spear Street, Suite 1800
19  San Francisco, CA 94105-1528

20  Attorney for Defendants: Andrew "Wally" Brown, Jr.; Brian Quinn; Michael Brown and Laura
    Wick
21

22  Daniel Purcell, Esq.
    Keker & Van Nest LLP
23  710 Sansome Street
    San Francisco, CA 94111
24
    Attorney for Defendants: Neil R. Cohn; Carolann Cohn; Stephen Hause; James C. Halbleib;
25  Laurinda "Laurie" A. Martin; Eric Chua; George J. Petty; Linda Soo Hoo; Robert E. Dutto; Susan
    M. English; Don J. Johnson; Allen L. Amos; William "Bill" Phillips,Jr.; Dirck ("Rick") R.
26  Stinson; Robert ("Bob") D. Ellisworth; Robert H. Watkins; Paul H. Wagener; Shandranette
    Middleton
27

28
    Case No. 3:07-CV-0-6418-JSW          -3-          PLAINTIFFS' PROOF OF SERVICE

1

2   ☐  **VIA OVERNIGHT MAIL:**

VIA UNITED PARCEL SERVICE (UPS):  By delivering such document(s) to an
overnight mail service or an authorized courier in a sealed envelope or package designated
3   by the express service courier addressed to the person(s) on whom it is to be served.

4   ☐  **VIA U.S. MAIL:**

I deposited such sealed envelope(s) with postage thereon fully prepaid, in the United States
5   mail at Palo Alto, California.

6   ☒  **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s)
7   pursuant to CCP § 1011.

8   ☐  **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and
9   without error.  The facsimile was transmitted to Facsimile # _____ on January 7, 2008 at
_____.  A copy of that report, which was properly issued by the transmitting machine, is
10  attached hereto.  **[Permitted by written agreement of the parties.]**

11       I declare under penalty of perjury under the laws of the State of California
that the above is true and correct.

12

13       Executed on January 7, 2008, at Palo Alto, California.

14

15  _____
      CHERYL GARDNER

16

17

18

19

20

21

22

23

24

25

26

27

28