JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
JEFFREY E. ZINSMEISTER (SBN 235516)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER,
DAN R. FRANCIS & JOHN G. HAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**JOINDER OF DEFENDANTS DAN R. FRANCIS & JOHN G. HAHN IN:**<br><br>**(1) DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S ("EPIC") MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF GALLAGHER'S MOTION FOR A TEMPORARY RESTRAINING ORDER;**<br><br>**(2) DEFENDANT EPIC'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR APPLICATION FOR TEMPORARY RESTRAINING ORDER; AND**<br><br>**(3) OBJECTIONS BY DEFENDANTS ANDREW ("WALLY") BROWN, BRIAN QUINN, MICHAEL BROWN, AND LAURA WICK TO EVIDENCE ATTACHED TO DECLARATION OF JAMES G. MCFARLANE AND COMPLAINT**<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor<br>The Honorable Jeffrey S. White |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Dan R. Francis and John G. Hahn hereby join in:

(1) Defendant Edgewood Partners Insurance Center's ("EPIC") Memorandum Of Points And Authorities In Opposition To Plaintiff Gallagher's Motion For A Temporary Restraining Order, filed January 4, 2008;

(2) Defendant EPIC's Objections To Evidence Submitted By Plaintiffs In Support Of Their Application For Temporary Restraining Order, filed January 4, 2008; and

(3) Objections By Defendants Andrew ("Wally") Brown, Brian Quinn, Michael Brown, and Laura Wick To Evidence Attached To Declaration of James G. McFarlane and Complaint, filed January 4, 2008.

DATED: January 7, 2008

MUNGER, TOLLES & OLSON LLP
JEROME C. ROTH
MARTIN D. BERN
MALCOLM A. HEINICKE
JEFFREY E. ZINSMEISTER

BY: _____
MALCOLM A. HEINICKE

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN