PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. C 07-06418 JSW<br><br>**PLAINTIFFS' OBJECTION TO LATE-FILED JOINDER OF DEFENDANTS DAN FRANCIS AND JOHN HAHN** |

Case No. C 07 06418-JSW

-1-

GALLAGHER'S OBJECTIONS TO JOINDER OF DEFS. FRANCIS AND HAHN

Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") hereby object to the "Joinder of Defendants Dan R. Francis and John G. Hahn in: (1) Defendant Edgewood Partners Insurance Center's ("EPIC") Memorandum of Points And Authorities In Opposition To Plaintiff Gallagher's Motion for a Temporary Restraining Order; (2) Defendant EPIC's Objections To Evidence Submitted By Plaintiffs In Support Of Their Application For Temporary Restraining Order; And (3) Objections By Defendants Andrew ("Wally") Brown, Brian Quinn, Michael Brown, and Laura Wick to Evidence Attached To Declaration of James G. McFarlane and Complaint" ("Joinder").

Defendants Francis and Hahn submitted their Joinder on January 7, 2008 – three days after the deadline to oppose Gallagher's Motion for TRO, which the Court extended in response to a motion previously filed by Francis' and Hahn's counsel. As Francis and Hahn failed to submit any timely response to Gallagher's Motion, the Court should deem Gallagher's Motion to be unopposed as to them.[1] See Northern District Civil Local Rule 7-3(a) ("Any opposition to a motion *must* be served and filed [within the stated deadline]") (emphasis added); Court's December 21, 2007 Order ("[T]he deadline for Defendants to serve and file any oppositions to Plaintiffs' motion for a temporary restraining order is hereby extended to January 4, 2008").

DATED: January 8, 2008

BRADFORD K. NEWMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Bradford K. Newman
BRADFORD K. NEWMAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.

---

[1] Defendants Neil Cohn, Carolann Cohn, Stephen Hause, James Halbleib, Laurinda Martin, Eric Chua, George Petty, Linda Soo Hoo, Robert Dutto, Susan English, Don Johnson, Allen Amos, William Phillips, Jr., Dirck Stinson, Robert Ellsworth, Robert Watkins, Paul Wagener, and Shandranette Middleton also failed to file any Opposition to Gallagher's Motion.