IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR J. GALLAGHER, & CO., INC., et al.

      Plaintiffs,

  v.

EDGEWOOD PARTNERS INS. CENTER, et al.

      Defendants.

No. C 07-06418 JSW

**ORDER RE DEFENDANTS' MOTION TO SEAL**

On January 4, 2008, Defendants filed an administrative motion to file documents under seal. Defendants' motion seeks to seal documents that reference information that has been sealed pursuant to Plaintiffs' request. Because Defendants are relying on Plaintiffs' designation of the documents as confidential, Plaintiffs had an obligation pursuant to Local Civil Rule 79-5(d) to file a declaration to establish that the information is sealable. On January 7, 2008, Plaintiffs filed the declaration of Sarju A. Naran, which stated that all of the documents filed by Defendants should be sealed.

As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any

1  order granting a request to seal shall direct the sealing of only those documents, pages, or if
2  practicable, those portions of documents or pages that contain the information requiring
3  confidentiality. All other portions of such documents shall remain in the public file. Civil L.R.
4  79-5(b) & cmt.
5      A review of the documents at issue make clear that the request to file under seal is over
6  broad. Plaintiffs, in connection with their own motions to seal, specifically detail which
7  portions of their documents contain sealable information. In contrast, Defendants' motion listed
8  their entire brief and 57 entire declarations. The Court therefore finds that Plaintiffs' showing is
9  insufficient. By no later than January 10, 2008, Plaintiffs are directed to make a further
10 showing, detailing which specific portions, if any, of the documents in question contain sealable
11 information. The Court shall reserve ruling on Defendants' motion to file documents under seal
12 pending receipt of Plaintiffs' further showing.
13 **IT IS SO ORDERED.**

15 Dated: January 9, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California