1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
2  STEPHEN N. YANG (SB# 142474) stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
3  SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
   1117 S. California Avenue
4  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., Inc., a    CASE NO. 3:07-CV-06418-JSW
   Delaware Corporation, ARTHUR J.
   GALLAGHER & CO., INSURANCE           **STIPULATION AND [PROPOSED]**
13 BROKERS OF CALIFORNIA, INC., a        **ORDER GOVERNING PLEADINGS OR**
   California Corporation,               **SPECIFIC PORTIONS THEREOF**
14                                        **ORDERED FILED UNDER SEAL IN**
                  Plaintiffs,            **CONNECTION WITH THE INJUNCTION**
15                                        **PROCEEDINGS**

16         vs.

17 EDGEWOOD PARTNERS INSURANCE
   CENTER, a California corporation; DAN
   R. FRANCIS; JOHN G. HAHN;
18 ANDREW ("WALLY") BROWN, JR.;
   BRIAN F. QUINN; NEIL R. COHN;
19 CAROLANN COHN; MICHAEL J.
   BROWN; STEPHEN HAUSE; LAURA J.
20 WICK; JAMES C. HALBLEIB;
   LAURINDA ("LAURIE") A. MARTIN;
21 ERIC CHUA; GEORGE J. PETTY;
   LINDA SOO HOO; ROBERT E. DUTTO;
22 SUSAN M. ENGLISH; DON J.
   JOHNSON; ALLEN L. AMOS;
23 WILLIAM ("BILL") PHILLIPS, JR.;
   DIRCK ("RICK") R. STINSON; ROBERT
24 ("BOB") D. ELLSWORTH; ROBERT H.
   WATKINS; PAUL H. WAGENER;
25 SHANDRANETTE MIDDLETON,

26                Defendants.

27

28

Case No. 3:07-CV-06418-JSW

1       The Parties to this action, through their counsel of record, hereby stipulate as follows:

2       It is understood and agreed that, by entering this stipulation, none of the Defendants agree

3   or otherwise concede that any of the materials that Plaintiffs have sought to be filed under seal, or

4   any of the materials that the Court has ordered filed under seal, are confidential, proprietary, trade

5   secrets or otherwise properly subject to a sealing order.  It is further understood and agreed that,

6   by entering this stipulation, none of the Defendants agree or otherwise concede that any

7   documents or portions thereof that Plaintiffs may in the future seek to file under seal or that the

8   Court may in the future order filed under seal, are confidential, proprietary, trade secrets or

9   otherwise properly subject to a sealing order.

10      For purposes of this stipulation, "Sealed Materials" shall mean (a) only those specific

11  portions of pleadings or other filings, and the specific information contained therein, that a party

12  has requested that the Court file under seal, so long as the Court has not denied that request; and

13  (b) only those specific portions of pleadings or other filings, or the specific information contained

14  therein, that the Court has ordered filed under seal, and in those instances where the Court has

15  ordered entire documents filed under seal, it shall mean those entire documents.  Unless ordered

16  otherwise, or until such time as the parties either stipulate to or the Court issues a Protective

17  Order governing this action which provides otherwise, all Sealed Materials:

18          (1) shall not be used by any party for any purpose other than this litigation;

19          (2) shall not be disseminated or otherwise provided to any non-parties to this litigation,

20              except to individuals specifically referenced in such Sealed Materials, and in those

21              instances, only the information in the Sealed Materials that relate to the non-party

22              individual can be disclosed to him or her, and only for purposes of the litigation and to

23              the extent necessary to address the specific issues raised in those documents;

24          (3) any experts retained by any party to whom the party intends to disclose Sealed

25              Materials shall be required to execute and abide by the requirements of Exhibit A to

26              the Northern District of California's model form of Protective Order, attached hereto,

27              or reach substantively similar agreements concerning the confidentiality of such

28              Sealed Materials;

1    (4) any party intending to provide Sealed Materials to an expert (not already disclosed at

2          the time of the entry of this stipulation) must disclose the identity of the expert and

3          provide the opposing party within 72 hours to object to such disclosure, provided that

4          if such objection is made, either party may raise the issue with the Court per the

5          procedure set forth in its standing order governing discovery disputes; and

6    (5) unless provided otherwise above or in a separate agreement, all parties shall treat

7          Sealed Materials in the same fashion as "CONFIDENTIAL" as set forth in Paragraph

8          7.2 of Northern District of California's sample form of Protective Order, as listed on

9          the Court's website.

10   DATED: January 8, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                                   By: _____

13                                   Shannon Sevey
                                     Attorneys for Plaintiffs ARTHUR J. GALLAGHER &
                                     CO., Inc., and ARTHUR J. GALLAGHER & CO.,
14                                   INSURANCE BROKERS OF CALIFORNIA, INC.

15

16   DATED:                          MUNGER, TOLLES & OLSON LLP

17

18                                   By:_____

19

20                                   Attorneys for Defendants EDGEWOOD PARTNERS
                                     INSURANCE CENTER, DAN R. FRANCIS AND JOHN
                                     G. HAHN
21

22   DATED:                          KERR & WAGSTAFFE

23

24                                   By:_____

25

26                                   Attorneys for Defendants ANDREW ("WALLY")
                                     BROWN, JR.; BRIAN F. QUINN; MICHAEL J.
27                                   BROWN; AND LAURA J. WICK

28

1  (4) any party intending to provide Sealed Materials to an expert (not already disclosed at

2  the time of the entry of this stipulation) must disclose the identity of the expert and

3  provide the opposing party within 72 hours to object to such disclosure, provided that

4  if such objection is made, either party may raise the issue with the Court per the

5  procedure set forth in its standing order governing discovery disputes; and

6  (5) unless provided otherwise above or in a separate agreement, all parties shall treat

7  Sealed Materials in the same fashion as "CONFIDENTIAL" as set forth in Paragraph

8  7.2 of Northern District of California's sample form of Protective Order, as listed on

9  the Court's website.

10  DATED:                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                                            By:_____
                                              Shannon Sevey
13                                            Attorneys for Plaintiffs ARTHUR J. GALLAGHER &
                                              CO., Inc., and ARTHUR J. GALLAGHER & CO.,
14                                            INSURANCE BROKERS OF CALIFORNIA, INC.

15
      DATED: 1/8/08                           MUNGER, TOLLES & OLSON LLP
16

17

18                                            By:_____

19
                                              Attorneys for Defendants EDGEWOOD PARTNERS
20                                            INSURANCE CENTER, DAN R. FRANCIS AND JOHN
                                              G. HAHN
21
      DATED: 1/8/08                           KERR & WAGSTAFFE
22

23

24                                            By:_____

25
                                              Attorneys for Defendants ANDREW ("WALLY")
26                                            BROWN, JR.; BRIAN F. QUINN; MICHAEL J.
                                              BROWN; AND LAURA J. WICK
27

28

1

DATED: 1-8-08                    KEKER & VAN NEST

2

3

4       By: _____

5

        Attorneys for Defendants NEIL R. COHN; CAROLANN
6       COHN; STEPHEN HAUSE; JAMES C. HALBLEIB;
        LAURINDA ("LAURIE") A. MARTIN;  ERIC CHUA;
7       GEORGE J. PETTY; LINDA SOO HOO; ROBERT E.
        DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON;
8       ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
        DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D.
9       ELLSWORTH; ROBERT H. WATKINS; PAUL H.
        WAGENER; SHANDRANETTE MIDDLETON
10

11
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
12

13
        Dated: January 9, 2008
14                                          _____
                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28