1 | KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3 | 710 Sansome Street
San Francisco, California 94111-1704
4 | Telephone: (415) 391-5400
Facsimile: (415) 397-7188
5 |
6 | Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7 | SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8 | SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R.
9 | STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., | Case No. C07 06418 JSW |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING PERMISSION TO FILE A SUR-REPLY TO PLAINTIFF GALLAGHER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND TO FILE PORTIONS OF DOCUMENTS UNDER SEAL (NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-11 AND 79-5)** |
| v. | |
| EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | Date:        January 11, 2008<br>Time:        9:00 a.m.<br>Dept:        Courtroom 2, 17th Floor<br>Judge:      The Honorable Jeffrey S. White<br><br>Date Comp. Filed:      December 20, 2007 |
| Defendants. | |

Pursuant to Local Rule 7-11(a), defendants Allen L. Amos, Eric Chua, Carol Ann Cohn, Neil R. Cohn, Robert E. Dutto, Robert D. Ellsworth, Susan M. English, James C. Halbleib, Stephen Hause, Don J. Johnson, Laurinda A. Martin, Shandranette Middleton, George J. Petty, William Phillips, Jr., Linda Soo Hoo, Dirck R. Stinson, Paul H. Wagener, and Robert H. Watkins (collectively "the Individual Defendants") hereby give notice to all counsel of record of their Motion for Administrative Relief Seeking Permission to File a Sur-Reply to Plaintiffs' Motion for Temporary Restraining Order ("Administrative Motion"). Pursuant to this Court's Civil Standing Order ¶ 3, the Individual Defendants asked plaintiffs to stipulate to the filing of the sur-reply, but plaintiffs declined to so stipulate. Ex. 4 (e-mail from plaintiffs' counsel).

By way of this Administrative Motion, the Individual Defendants ask permission to file a sur-reply and supplemental declarations of James C. Halbleib and Robert Harrison Watkins, which are attached hereto as Exhibits 1, 2, and 3, respectively. Good cause exists for the Individual Defendants' request. Plaintiffs' reply cites legal authority, and introduces factual allegations, not raised in plaintiffs' motion for a temporary restraining order. The proposed sur-reply responds to plaintiffs' new legal authority and new factual allegations. The Individual Defendants have been diligent in their response to this new authority and these new allegations, of which they first learned Monday afternoon. Particularly given that plaintiffs' proposed temporary restraining order would deny the Individual Defendants the right to practice their livelihood, they would be substantially prejudiced if they are denied permission to file. The Individual Defendants have not asked for a continuance of the hearing on Gallagher's motion for a TRO, and do not, by submitting this sur-reply, intend to cause any delay.

By way of this Administrative Motion, the Individual Defendants also request, pursuant to Local Rules 79-5(c) and 7-11(a), an order sealing paragraphs 4 through 8, inclusive, and 10 of, and Exhibits A and B to, the supplemental declaration of James C. Halbleib ("the Halbleib Supplemental Declaration"), attached hereto as Exhibit 2.

### DECLARATION OF DANIEL PURCELL

In support of this Administrative Request, undersigned counsel Daniel Purcell, under

1

penalty of perjury, declares as follows:

1.      Plaintiffs filed a reply brief in support of its motion for a temporary restraining order on January 7, 2007, in which they cited new legal authority and presented new factual allegations in support of their TRO motion.

2.      Attached as Exhibits 1, 2, and 3 to this motion are a proposed sur-reply and two supplemental declarations that briefly respond to the new legal authority and new factual allegations in plaintiffs' reply brief.

3.      Paragraphs 4 through 8, inclusive, and 10 of, and Exhibits A and B to, the Halbleib Supplemental Declaration contain client information of the nature that plaintiffs have sought to file under seal in their prior filings in this case.  Although the Individual Defendants do not believe this information should be filed under seal, out of an abundance of caution the Individual Defendants request permission to file these paragraphs of and exhibits to the Halbleib Supplemental Declaration conditionally under seal, pending the Court's determination regarding whether the information is confidential.

## CONCLUSION

WHEREFORE, the Individual Defendants respectfully ask the Court to grant them leave to file the attached sur-reply and supplemental declarations, and to file under seal paragraphs 4 through 8, inclusive, and 10 of, and Exhibits A and B to, the Halbleib Supplemental Declaration.


Dated:  January 9, 2007                                KEKER & VAN NEST, LLP


                                                       By:   /s/ Daniel Purcell_____
                                                             DANIEL PURCELL
                                                             Attorneys for the Individual Defendants