# EXHIBIT 4

## Daniel Purcell

**From:** Newman, Bradford K. [bradfordnewman@paulhastings.com]
**Sent:** Wednesday, January 09, 2008 9:31 AM
**To:** Daniel Purcell; Sevey, Shannon S.
**Cc:** Adam Lauridsen
**Subject:** RE: Gallagher v. EPIC

Dan:

Thank you for your email and we look forward to our dealings with you on this case.

Based on your email, which does not describe the reasons for the requested sur-replies, the length of the proposed sur-replies, the number of proposed sur-replies, or the issues Defendants seek to address, Plaintiffs do not believe the requested sur-replies are appropriate.

Plaintiffs note that in the context of a request for emergency injunctive relief, (i) Defendants requested and obtained an extension of time to file their Opposition; (ii) on the last date allowed by Court to file an Opposition, your clients (named parties) elected to submit Declarations as part of EPIC's filings, but failed to file an Opposition or Joinder in EPIC's Opposition; (iii) your clients elected to submit the Declarations they did; and (iv) the facts raised in Plaintiffs' Reply papers were known to Defendants at the time they submitted their Declarations. Under these circumstances, Plaintiffs are concerned by the requests to file sur-replies two days before the hearing. Plaintiffs also want to ensure there is no further delay with Friday's hearing.

In order to further assess Defendants' request for a stipulation to allow them to file sur-replies, it would be helpful if you could let me know what specific issues they plan to address, how many sur-replies are contemplated, and the proposed length of the sur-replies. If Defendants elect to immediately seek leave of Court, we request that you provide the Court with this email so that it is aware of Plaintiffs' view of this matter.

Thank you.

Best,

---

**Bradford K. Newman, Partner** | Paul, Hastings, Janofsky & Walker LLP | 1117 S. California Ave., Palo Alto, CA 94304-1106 | direct: 650 320 1827 | main: 650 320 1800 | direct fax: 650 320 1900 | bradfordnewman@paulhastings.com | www.paulhastings.com

---

**From:** Daniel Purcell [mailto:DPurcell@KVN.com]
**Sent:** Tuesday, January 08, 2008 7:29 PM
**To:** Newman, Bradford K.; Sevey, Shannon S.
**Cc:** Adam Lauridsen
**Subject:** Gallagher v. EPIC

Brad and Shannon,

I hope you're both doing well. I am writing to confirm, as you already know, that our firm is representing Allen Amos, Eric Chua, Carol Ann Cohn, Neil Cohn, Rob Dutto, Bob Ellsworth, Susan English, Jim Halbleib, Stephen Hause, Don Johnson, Laurie Martin, Shandranette Middleton, George Petty, Bill Phillips, Linda Soo Hoo, Rick Stinson, Paul Wagener, and Harrison Watkins in the Gallagher v. EPIC case.

Further, we have signed the stipulation governing pleadings filed under seal, we agree to accept service on behalf of all the above-named defendants, and we agree to (and appreciate) the extension of time to file answers until January 28, 2008.

Finally, we would like to file a short sur-reply tomorrow responding to some of the material in your reply papers. Please let me know if you will consent to the filing. If not, we intend to seek permission to file from the Court.

Thanks very much.

---

*************************************************
IRS Circular 230 Disclosure:   As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
*************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

1/9/2008