KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07 06418 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION SEEKING PERMISSION TO FILE A SUR-REPLY TO PLAINTIFF GALLAGHER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND TO FILE PORTIONS OF DOCUMENTS UNDER SEAL**<br><br>Date:    January 11, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 2, 17th Floor<br>Judge:   The Honorable Jeffrey S. White<br><br>Date Comp. Filed:   December 20, 2007 |

1

[PROPOSED] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION SEEKING PERMISSION
TO FILE A SUR-REPLY; CASE NO. C07 06418 JSW

1    Pursuant to Local Rules 7-11 and 79-5, and good cause having been shown, the
2 Individual Defendants' Administrative Motion Seeking Permission To File A Sur-Reply To
3 Plaintiff Gallagher's Motion For A Temporary Restraining Order And To File Portions Of
4 Documents Under Seal ("the Motion") is hereby GRANTED.
5    The Individual Defendants' sur-reply and supporting declarations, attached to the motion
6 as Exhibits 1, 2, and 3, are to be deemed filed as of January 9, 2008.
7    Paragraphs 4 through 8, inclusive, and 10 of, and Exhibits A and B to, the supplemental
8 declaration of James C. Halbleib, attached to the motion as Exhibit 2, are hereby ordered sealed.
9    IT IS SO ORDERED.
10 Dated:

By: _____
HON. JEFFREY S. WHITE
UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA