| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 (epeters@kvn.com) |
| 2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com) |
| | R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com) |
| 3 | 710 Sansome Street |
| | San Francisco, California  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 3:07-CV-06418-JSW<br><br>**JOINDER OF DEFENDANTS ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS IN EDGEWOOD PARTNERS INSURANCE CENTER'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE**<br><br>Date:     January 11, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 2, 17th Floor<br>Judge:   The Honorable Jeffrey S. White<br><br>Date Comp. Filed:     December 20, 2007 |

1    Defendants Allen L. Amos, Eric Chua, Carol Ann Cohn, Neil R. Cohn, Robert E. Dutto, Robert D. Ellsworth, Susan M. English, James C. Halbleib, Stephen Hause, Don J. Johnson, Laurinda A. Martin, Shandranette Middleton, George J. Petty, William Phillips, Jr., Linda Soo Hoo, Dirck R. Stinson, Paul H. Wagener, and Robert H. Watkins (collectively "the Individual Defendants") hereby join in Edgewood Partners Insurance Center's ("EPIC") January 4, 2008 opposition to the motion for a temporary restraining order filed in this case by plaintiffs Arthur J. Gallagher & Co., Inc., Arthur J. Gallagher & Co., and Insurance Brokers of California, Inc. (collectively "Gallagher").  For all the reasons stated in EPIC's opposition, Gallagher has failed to make a showing that would justify any temporary injunctive relief, let alone the broad remedy it requests.  This Court should deny the motion.

The Individual Defendants also join in the objections of other defendants to the evidence submitted by Gallagher in support of its TRO motion.

Dated: January 9, 2008                               KEKER & VAN NEST, LLP


                                                     By:  */s/ Daniel Purcell*
                                                          DANIEL PURCELL
                                                          Attorneys for Defendants
                                                          ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS