| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 (epeters@kvn.com) |
| 2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com) |
| | R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com) |
| 3 | 710 Sansome Street |
| | San Francisco, California  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. |
| | COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, |
| 7 | SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN |
| | HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, |
| 8 | SHANDRANETTE MIDDLETON, GEORGE J. PETTY, |
| | WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. |
| 9 | STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, <br><br>Defendants. | Case No. 3:07-CV-06418-JSW <br><br>**NOTICE OF APPEARANCE** |

---

1

JOINDER OF INDIVIDUAL DEFENDANTS IN OPPOSITION TO TRO
CASE NO. 3:07-CV-06418-JSW

408766.01

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that the law offices of Keker & Van Nest LLP hereby enters

3   this Notice of Appearance for Elliot R. Peters and Daniel Purcell in the above-referenced action

4   as counsel for Defendants Allen L. Amos, Eric Chua, Carol Ann Cohn, Neil R. Cohn, Robert E.

5   Dutto, Robert D. Ellsworth, Susan M. English, James C. Halbleib, Stephen Hause, Don J.

6   Johnson, Laurinda A. Martin, Shandranette Middleton, George J. Petty, William Phillips, Jr.,

7   Linda Soo Hoo, Dirck R. Stinson, Paul H. Wagener, and Robert H. Watkins, and requests that all

8   briefs, motions, orders, correspondence and other papers be served as follows:

> KEKER & VAN NEST, LLP
> 710 Sansome Street
> San Francisco, California 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
>
> ELLIOT R. PETERS
> e-mail: epeters@kvn.com
> DANIEL PURCELL
> e-mail: dpurcell@kvn.com
> R. ADAM LAURIDSEN
> e-mail: alauridsen@kvn.com

Dated: January 9, 2008                                KEKER & VAN NEST, LLP

By:  /s/ Daniel Purcell
     DANIEL PURCELL
     Attorneys for Defendants
     ALLEN L. AMOS, ERIC CHUA, CAROL
     ANN COHN, NEIL R. COHN, ROBERT
     E. DUTTO, ROBERT D. ELLSWORTH,
     SUSAN M. ENGLISH, JAMES C.
     HALBLEIB, STEPHEN HAUSE, DON J.
     JOHNSON, LAURINDA A. MARTIN,
     SHANDRANETTE MIDDLETON,
     GEORGE J. PETTY, WILLIAM
     PHILLIPS, JR.; LINDA SOO HOO,
     DIRCK R. STINSON, PAUL H.
     WAGENER, and ROBERT H. WATKINS