1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., INC.,            Case No. 07-CV-06418-JSW
    a Delaware Corporation, ARTHUR J.
15  GALLAGHER & CO., INSURANCE BROKERS          **MANUAL FILING NOTIFICATION**
    OF CALIFORNIA, INC., a California Corporation,
16
                            Plaintiffs,
17
          v.
18
    EDGEWOOD PARTNERS INSURANCE
19  CENTER, a California corporation; DAN R.
    FRANCIS; JOHN G. HAHN; ANDREW
20  ("WALLY") BROWN, JR.; BRIAN F. QUINN;
    NEIL R. COHN; CAROLANN COHN; MICHAEL
21  J. BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB; LAURINDA
22  ("LAURIE") A. MARTIN; ERIC CHUA;
    GEORGE J. PETTY; LINDA SOO HOO;
23  ROBERT E. DUTTO; SUSAN M. ENGLISH;
    DON J. JOHNSON; ALLEN L. AMOS; WILLIAM
24  ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R.
    STINSON; ROBERT ("BOB") D. ELLSWORTH;
25  ROBERT H. WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,
26
                            Defendants.
27

28

**MANUAL FILING NOTIFICATION**

Regarding:

1. Supplemental Declaration of James C. Halbleib

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s)

___   Voluminous Document (PDF file size larger than efiling system allowances)

___   Unable to Scan Documents

___   Physical Object (description)

___   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_   Item Under Seal

___   Conformance with the Judicial Conference Privacy Policy (General Order 53)

___   Other (description):

Dated: January 9, 2008                    KEKER & VAN NEST, LLP

By: */s/ Daniel Purcell*
DANIEL PURCELL
Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS