| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 (epeters@kvn.com) |
| 2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com) |
| | R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com) |
| 3 | 710 Sansome Street |
| | San Francisco, California 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. |
| | COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, |
| 7 | SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN |
| | HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, |
| 8 | SHANDRANETTE MIDDLETON, GEORGE J. PETTY, |
| | WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R. |
| 9 | STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>          Defendants. | Case No. 07-CV-06418-JSW<br><br>**PROOF OF SERVICE**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>Date Comp. Filed:<br><br>Trial Date: |

**PROOF OF SERVICE**

I, JOANNE WINARS, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On January 9, 2008, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF JAMES C. HALBLEIB**

X    by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Worldwide Attorney Services, Inc., whose address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | |
|---|---|
| Bradford K. Newman<br>Stephen N. Yang<br>Sarju A. Naran<br>Shannon S. Sevey<br>Paul, Hastings, Janofsky & Walker LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Facsimile: 650.320.1900<br><br>Attorneys for Plaintiffs<br>*Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.*<br><br>James M. Wagstaffe<br>Adrian J. Sawyer<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Facsimile: 415.371.0500<br><br>Attorneys for Defendants<br>*Andrew "Wally" Brown, Jr., Brian Quinn, Michael Brown and Laura Wick* | Malcolm A. Heinicke<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Facsimile: 415.512.4077<br><br>Attorneys for Defendants<br>*EPIC; Dan R. Francis and John G. Hahn* |

Executed on January 9, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                    */s/ Joanne Winars*
                    JOANNE WINARS

---

1
PROOF OF SERVICE
CASE NO. 07-CV-06418-JSW

409063.01

| | | |
|---|---|---|
| 1 | Select | by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. |
| 2 | Select | by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery. |
| 7 | Select | by **FACSIMILE TRANSMISSION (IKON)**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. |
| 9 | Select | by **FACSIMILE TRANSMISSION (PERSONAL)**, by transmitting via facsimile a true and correct copy on this date. The transmission was reported as complete and without error. |
| 10 | Select | by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. |
| 15 | Select | by **FACSIMILE TRANSMISSION (PERSONAL) AND UNITED STATES MAIL**, by transmitting via facsimile a true and correct copy on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. |
| 19 | Select | by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., whose address is 1255 Post Street, Suite 500, San Francisco, CA 94109, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee. |
| 22 | Select | by **PERSONAL DELIVERY,** by personally delivering a true and correct copy addressed as shown below. |
| 23 | Select | by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error. |

409063.01