JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
JEFFREY E. ZINSMEISTER (SBN 235516)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE
CENTER, DAN R. FRANCIS & JOHN G. HAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. C 07-6418 (JSW)<br><br>**DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR REPLY**<br><br><br>**Date:  January 11, 2008**<br>**Time: 9:00 a.m.**<br>**Dept: Courtroom 2, 17th Floor** |

1    Defendant Edgewood Partners Insurance Center ("Defendants") submits these

2  Objections to the Declarations of John Berryhill, Gregory Campbell, Larry Dineen, Peter Doyle,

3  James McFarlane, Kevin Gangi, Tom Glaaser, Michael Goggio, Ken Johnson, Melanie Jones,

4  Warren Kruse, Daniel McNamara, James Pagliai, and Linda Reynolds submitted by Plaintiffs in

5  support of their Reply Memorandum in connection with their *Ex Parte* Motion For Temporary

6  Restraining Order ("Motion for TRO").

7  **I.    INTRODUCTION**

8    Plaintiffs filed their Reply to Motion for TRO on January 7, 2008.  In connection

9  with their Reply to Motion for TRO, Plaintiffs also filed declarations from the following

10  individuals:

11        1.    John Berryhill

12        2.    Gregory Campbell

13        3.    Larry Dineen

14        4.    Peter Doyle

15        5.    James McFarlane

16        6.    Kevin Gangi

17        7.    Tom Glaaser

18        8.    Michael Goggio

19        9.    Ken Johnson

20        10.   Melanie Jones

21        11.   Warren Kruse

22        12.   Daniel McNamara

23        13.   James Pagliai

24        14.   Linda Reynolds

25

26

27

28

4182819.2                                    - 1 -                    Objections to Reply Evidence;
                                                                      Case No. 3:07-cv-06418-JSW

1    Defendants submit evidentiary objections to the above declarations as follows:

2  **II.    OBJECTIONS TO THE DECLARATIONS**

| Declaration | Nature Of/Bases For Objection | Paragraph |
|---|---|---|
| Reynolds Declaration | 3 | 3-6 |
| Reynolds Declaration | 4 | 3 |
| Reynolds Declaration | 5 | 3,5-6 |
| Johnson Declaration | 3 | 3,6,8-14 |
| Johnson Declaration | 4 | 9-10 |
| Johnson Declaration | 5 | 4,5,8,10,13-14 |
| Doyle Declaration | 3 | 2 |
| McNamara Declaration | 3 | 2-4 |
| McNamara Declaration | 4 | 4 |
| McNamara Declaration | 5 | 4 |
| Jones Declaration | 3 | 2 |
| Pagliai Declaration | 3 | 4 |
| Pagliai Declaration | 5 | 3-5 |
| Campbell Declaration | 3 | 4,6-13,16-19,21,25 |
| Campbell Declaration | 5 | 8-12,14-16,20-26 |
| Campbell Declaration | 6 | 24,26 |
| Supp. McFarlane Decl. | 3 | 7-8,10,13-16,20 |
| Supp. McFarlane Decl. | 5 | 5-8,15-16 |
| Supp. Kruse Declaration | 3 | 3-7,11-14 |
| Supp. Kruse Declaration | 4 | 3 |
| Supp. Kruse Declaration | 5 | 2,6-15 |
| Supp. Kruse Declaration | 6 | 9,11 |

4182819.2

- 2 -

| Gangi Declaration | 3 | 3-8,10-19 |
|---|---|---|
| Gangi Declaration | 4 | 13 |
| Gangi Declaration | 5 | 9,13,15 |
| Dineen Declaration | 1 | |
| Glaaser Declaration | 5 | 5,7-14 |
| Glaaser Declaration | 6 | 14 |
| Supp. Berryhill Declaration | 3 | 3-4,6 |
| Supp. Berryhill Declaration | 5 | 2-3,5-15 |
| Supp. Berryhill Declaration | 6 | 5 |
| Goggio Declaration | 3 | 4, |

**KEY TO OBJECTIONS**

| 1. | No Objection |
|---|---|
| 2. | Authenticity (F.R.E. 901) |
| 3. | Hearsay (F.R.E. 802) |
| 4. | Hearsay Within Hearsay (F.R.E. 805) |
| 5. | Opinion (F.R.E. 701, 702) |
| 6. | Irrelevant and Prejudicial (F.R.E. 401,403) |

Dated: January 9, 2008

MUNGER, TOLLES & OLSON LLP
JEROME C. ROTH
MARTIN D. BERN
MALCOLM A. HEINICKE
JEFFREY E. ZINSMEISTER

BY: _____
MALCOLM A. HEINICKE

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE
CENTER, DAN R. FRANCIS AND JOHN G.
HAHN

4182819.2                - 3 -                Objections to Reply Evidence;
Case No. 3:07-cv-06418-JSW