PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' AMOS, CHUA, C. COHN, N. COHN, DUTTO, ELLSWORTH, ENGLISH, HALBLEIB, HAUSE, JOHNSON, MARTIN, MIDDLETON, PETTY, PHILLIPS, SOO HOO, STINSON, WAGENER, AND WATKINS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING PERMISSION TO FILE A SUR-REPLY** |

1    Individual Defendants Allen Amos, Eric Chua, Carol Cohn, Neil Cohn, Robert Dutto,
2  Robert Ellsworth, Susan English, James Halbleib, Stephen Hause, Don Johnson, Laurinda Martin,
3  Shandranette Middleton, George Petty, William Phillips, Jr., Linda Soo Hoo, Dirck Stinson, Paul
4  Wagener, and Robert Watkins filed with this Court, pursuant to Local Rules 7-11 and 79-5, an
5  Administrative Motion Seeking Permission To File A Sur-Reply To Plaintiff Gallagher's Motion
6  For A Temporary Restraining Order And To File Portions Of Documents Under Seal.
7    Having considered the papers and arguments on this Administrative Motion, the Motion is
8  DENIED in its entirety.

10   IT IS SO ORDERED.

13   Entered this ____th day of January, 2008.

_____
The Honorable Jeffrey S. White
United States District Court
Northern District of California