PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., <br><br> Defendants. | CASE NO. 3:07-CV-06418-JSW <br><br> **RESPONSE TO DEFENDANTS EDGEWOOD PARTNERS INSURANCE CENTER'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR REPLY** <br><br> Hearing Date: January 11, 2008 <br> Time: 9:00 a.m. <br> Judge: The Honorable Jeffrey S. White <br> Courtroom: 2, 17th Floor |

CASE NO. 3:07-CV-06418-JSW       - 1 -       RESPONSE TO DEFENDANT EPIC'S OBJECTIONS TO EVIDENCE

## I. INTRODUCTION

Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively "Gallagher") respectfully submits that the objections raised by Defendant Edgewood Partners Insurance Center ("EPIC") with respect to the declarations of Jon Berryhill, Gregory Campbell, Peter Doyle, James McFarlane, [CUSTOMER 1], Tom Glaaser, Michael Goggio, Ken Johnson, [CUSTOMER 2], Warren G. Kruse II, Daniel McNamara, James Pagliai, and Linda Reynolds are improper.

First and foremost, EPIC's objections are irrelevant in the context of a motion for a temporary restraining order as the court may consider otherwise inadmissible evidence when ruling on the merits of a temporary restraining order ("TRO") or injunction. Flynt Distrib. Co., Inc. v. Harvey, 734 F.2d 1389, 1394 (9th Cir. 1984); Bracco v. Lackner, 462 F.Supp. 436 (N.D. Cal. 1978).

Furthermore, EPIC's objections raised are inapplicable for the reasons set forth below.

## II. RESPONSES TO OBJECTIONS TO EVIDENCE

| Declaration | EPIC's Objection | Paragraph(s) | Response |
|---|---|---|---|
| Linda Reynolds | Hearsay (FRE 802) | 3-6 | 1, 2, 3, 10 |
| Linda Reynolds | Hearsay Within Hearsay (FRE 805) | 3 | 1, 2, 3, 4, 10 |
| Linda Reynolds | Opinion (FRE 701, 702) | 3, 5-6 | 1, 5, 6, 7, 8, 9 |
| Ken Johnson | Hearsay (FRE 802) | 3, 6, 8-14 | 1, 2, 3, 10 |
| Ken Johnson | Hearsay Within Hearsay (FRE 805) | 9-10 | 1, 2, 3, 4, 10 |
| Ken Johnson | Opinion (FRE 701, | 4, 5, 8, 10, 13-14 | 1, 5, 6, 7, 8, 9 |

| | | | |
|---|---|---|---|
| | 702) | | |
| Peter Doyle | Hearsay (FRE 802) | 2 | 1, 2, 10 |
| Daniel McNamara | Hearsay (FRE 802) | 2-4 | 1, 2, 3, 10 |
| Daniel McNamara | Hearsay Within Hearsay (FRE 805) | 4 | 1, 2, 3, 4, 10 |
| Daniel McNamara | Opinion (FRE 701, 702) | 4 | 1, 5, 6, 7, 8 |
| [CUSTOMER 2] | Hearsay (FRE 802) | 2 | 1, 2, 3, 10 |
| James Pagliai | Hearsay (FRE 802) | 4 | 1, 2, 3, 10 |
| James Pagliai | Opinion (FRE 701, 702) | 3-5 | 1, 5, 6, 7, 8 |
| Gregory Campbell | Hearsay (FRE 802) | 4, 6-13, 16-19, 21, 25 | 1, 2, 3, 10 |
| Gregory Campbell | Opinion (FRE 701, 702) | 8-12, 14-16, 20-26 | 1, 5, 6, 7, 8, 9 |
| Gregory Campbell | Irrelevant and Prejudicial (FRE 401, 403) | 24, 26 | 1, 5, 7, 8, 9 |
| James McFarlane (Supplemental) | Hearsay (FRE 802) | 7-8, 10, 13-16, 20 | 1, 2, 3, 10 |
| James McFarlane (Supplemental) | Opinion (FRE 701, 702) | 5-8, 15-16 | 1, 5, 6, 7 |
| Warren G. Kruse II (Supplemental) | Hearsay (FRE 802) | 3-7, 11-14 | 1, 2, 3, 10 |
| Warren G. Kruse II (Supplemental) | Hearsay Within | 3 | 1, 2, 3, 4, 10 |

|  |  |  |  |
|---|---|---|---|
|  | Hearsay (FRE 805) |  |  |
| Warren G. Kruse II (Supplemental) | Opinion (FRE 701, 702) | 2, 6-15 | 1, 5, 6, 7, 9 |
| Warren G. Kruse II (Supplemental) | Irrelevant and Prejudicial (FRE 401, 403) | 9, 11 | 1, 5, 7, 8, 9 |
| [CUSTOMER 1] | Hearsay (FRE 802) | 3-8, 10-19 | 1, 2, 3, 10 |
| [CUSTOMER 1] | Hearsay Within Hearsay (FRE 805) | 13 | 1, 2, 3, 4, 10 |
| [CUSTOMER 1] | Opinion (FRE 701, 702) | 9, 13, 15 | 1, 5, 6, 7, 8, 9 |
| Tom Glaaser | Opinion (FRE 701, 702) | 5, 7-14 | 1, 5, 6, 7, 8 |
| Tom Glaaser | Irrelevant and Prejudicial (FRE 401, 403) | 14 | 1, 5, 7, 8 |
| Jon Berryhill | Hearsay (FRE 802) | 3-4, 6 | 1, 2, 3, 10 |
| Jon Berryhill | Opinion (FRE 701, 702) | 2-3, 5-15 | 1, 5, 6, 7, 9 |
| Jon Berryhill | Irrelevant and Prejudicial (FRE 401, 403) | 5 | 1, 5, 7, 8 |
| Michael Goggio | Hearsay (FRE 802) | 4 | 1, 2, 3, 10 |

**KEY TO OBJECTION RESPONSES**

| | |
|---|---|
| 1 | Court has the discretion to consider otherwise inadmissible evidence when ruling on the merits of a |

| | | |
|---|---|---|
| | | temporary restraining order ("TRO") or injunction. Flynt Distrib. Co., Inc. v. Harvey, 734 F.2d 1389, 1394 (9th Cir. 1984); Bracco v. Lackner, 462 F.Supp. 436 (N.D. Cal. 1978). |
| | 2 | Nonhearsay (FRE 801-801(d)) |
| | 3 | Hearsay Exception (FRE 803(1), (3), (5), (6)) |
| | 4 | Admissible Hearsay Within Hearsay (FRE 805) |
| | 5 | Impeachment Evidence (FRE 607, 613) |
| | 6 | Admissible lay or expert opinion testimony (FRE 701, 702, 705) |
| | 7 | Relevant Evidence (FRE 401, 402) |
| | 8 | Relevant Character Evidence (FRE 405, 608) |
| | 9 | Evidence of Habit or Practice (FRE 406) |
| | 10 | Residual Exception (FRE 807; Bourjaily v. United States, 483 U.S. 171, 175 (1987)) |

### III. CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request that Defendant EPIC's Objections to Evidence Submitted by Plaintiffs in Support of Their Reply be overruled in their entirety.

DATED: January 9, 2008

BRADFORD K. NEWMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Shannon Sevey
SHANNON S. SEVEY

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.