```
PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., <br><br> Defendants. | CASE NO. C 07-06418 JSW <br><br> **PLAINTIFFS' OBJECTION TO LATE-FILED JOINDER OF DEFENDANTS NEIL COHN, CAROLANN COHN, STEPHEN HAUSE, JAMES HALBLEIB, LAURINDA MARTIN, ERIC CHUA, GEORGE PETTY, LINDA SOO HOO, ROBERT DUTTO, SUSAN ENGLISH, DON JOHNSON, ALLEN AMOS, WILLIAM PHILLIPS, JR., DIRCK STINSON, ROBERT ELLSWORTH, ROBERT WATKINS, PAUL WAGENER, AND SHANDRANETTE MIDDLETON** |

1  Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") hereby object to the "Joinder of Defendants Defendants Neil Cohn, Carolann Cohn, Stephen Hause, James Halbleib, Laurinda Martin, Eric Chua, George Petty, Linda Soo Hoo, Robert Dutto, Susan English, Don Johnson, Allen Amos, William Phillips, Jr., Dirck Stinson, Robert Ellsworth, Robert Watkins, Paul Wagener, and Shandranette Middleton in Edgewood Partners Insurance Center's Opposition To Motion for Temporary Restraining Order and Other Defendants' Objections to Plaintiffs' Evidence" ("Joinder").

The above Defendants submitted their purported "Joinder" on January 9, 2008 – five days after the deadline to oppose Gallagher's Motion for TRO, which the Court extended in response to a motion previously filed by defense counsel. As these Defendants failed to submit any timely response to Gallagher's Motion, the Court should deem Gallagher's Motion to be unopposed as to them. See Northern District Civil Local Rule 7-3(a) ("Any opposition to a motion *must* be served and filed [within the stated deadline]") (emphasis added); Court's December 21, 2007 Order ("[T]he deadline for Defendants to serve and file any oppositions to Plaintiffs' motion for a temporary restraining order is hereby extended to January 4, 2008").

DATED: January 9, 2008               BRADFORD K. NEWMAN
                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                     By: /s/ Shannon Sevey
                                          SHANNON S. SEVEY

                                     Attorneys for Plaintiffs
                                     Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher &
                                     Co., Insurance Brokers of California, Inc.