PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation, et al.,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**SUPPLEMENTAL DECLARATION OF SARJU A. NARAN IN SUPPORT OF PLAINTIFFS' IDENTIFICATION OF PORTIONS OF DOCUMENTS TO BE SEALED IN RESPONSE TO JANUARY 9, 2008 ORDER OF THE COURT** |

CASE NO. 3:07-CV-06418-JSW

SUPPLEMENTAL NARAN DECLARATION IN SUPPORT OF PLAINTIFFS' IDENTIFICATION OF PORTIONS OF DOCUMENTS TO BE SEALED IN RESPONSE TO JANUARY 9, 2008 ORDER OF THE COURT

I, Sarju A. Naran, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2. The specific portions of documents identified in the accompanying pleading that Gallagher seeks to seal contain confidential, proprietary, and trade secret information belonging to Gallagher, including the identities of top revenue-generating clients, file names pertaining to Gallagher clients, and Gallagher files pertaining to clients and consisting of internally-developed, commercially-sensitive, data compilation relating to Gallagher's servicing of clients, including client contacts and preferences, financial and pricing data, data regarding particularized insurance requirements and account preferences, business and client strategies, and more. They also contain commercially sensitive information belonging to Gallagher and its clients.

3. Gallagher also seeks to seal portions of its Memorandum of Points and Authorities in support of its *Ex Parte* Motion for TRO, which also contain the confidential proprietary and trade secret information belonging to Gallagher and Gallagher's clients and former clients. This request is consistent with the information the Court has already ordered sealed in this matter.

4. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of January, 2008, in Palo Alto, California.

_____
Sarju A. Naran

CASE NO. 3:07-CV-06418-JSW   1   SUPPLEMENTAL NARAN DECLARATION IN SUPPORT OF PLAINTIFFS' IDENTIFICATION OF PORTIONS OF DOCUMENTS TO BE SEALED IN RESPONSE TO JANUARY 9, 2008 ORDER OF THE COURT