PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., <br><br> Defendants. | CASE NO. C 07-06418 JSW <br><br> **MANUAL FILING NOTIFICATION** |

Case No. C 07 06418-JSW

## MANUAL FILING NOTIFICATION

Regarding:

1. Errata to the Notice of Demonstrative Exhibits in Support of Plaintiffs' Reply Brief in Support of *Ex Parte* Motion for Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order, and Order to Show Cause Re Issuance of Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s)

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

____ Physical Object (description)

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description):

DATED: January 10, 2008        BRADFORD K. NEWMAN
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

                               By: _____
                                   SARJU A. NARAN

                               Attorneys for Plaintiffs
                               Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.