PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., <br><br> Defendants. | CASE NO. C 07-06418 JSW <br><br> **PROOF OF SERVICE** |

Case No. C 07 06418-JSW

**PROOF OF SERVICE**

STATE OF CALIFORNIA                           )
                                              ) ss:
CITY OF PALO ALTO AND COUNTY OF               )
SANTA CLARA                                   )

      I am employed in the City of Palo Alto and County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is 1117 S. California Avenue, Palo Alto, California 94304-1106.

      On January 10, 2008, I served the foregoing document(s) described as:

**ERRATA TO THE NOTICE OF DEMONSTRATIVE EXHIBITS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Malcolm A. Heinicke
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Attorney for Defendants: EPIC; Dan R. Francis and John G. Hahn


James M. Wagstaffe
Adrian J. Sawyer
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Attorney for Defendants: Andrew "Wally" Brown, Jr.; Brian Quinn; Michael Brown and Laura Wick


Daniel Purcell, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Attorney for Defendants: Neil R. Cohn; Carolann Cohn; Stephen Hause; James C. Halbleib; Laurinda "Laurie" A. Martin; Eric Chua; George J. Petty; Linda Soo Hoo; Robert E. Dutto; Susan M. English; Don J. Johnson; Allen L. Amos; William "Bill" Phillips,Jr.; Dirck ("Rick") R. Stinson; Robert ("Bob") D. Ellsworth; Robert H. Watkins; Paul H. Wagener; Shandranette Middleton

Case No. 3:07-CV-0-6418-JSW     -1-     PLAINTIFFS' PROOF OF SERVICE

| | |
|---|---|
| ☐ | **VIA OVERNIGHT MAIL:** |
| | VIA UNITED PARCEL SERVICE (UPS): By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served. |
| ☐ | **VIA U.S. MAIL:** |
| | I deposited such sealed envelope(s) with postage thereon fully prepaid, in the United States mail at Palo Alto, California. |
| ☒ | **VIA PERSONAL DELIVERY:** |
| | I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011. |
| ☐ | **VIA FACSIMILE:** |
| | The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on January 10, 2008 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 10, 2008, at Palo Alto, California.

_____
BARBARA A. CREELY

Case No. 3:07-CV-0-6418-JSW          -2-          PLAINTIFFS' PROOF OF SERVICE