PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**PLAINTIFFS' NOTICE OF ADDITIONAL LEGAL AUTHORITY** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to the Court's January 10, 2008 Notice of Questions for Hearing, Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") hereby identify the following additional authorities that Plaintiffs may cite at the January 11, 2008 hearing on Plaintiffs' Motion for TRO:

1. Huston v. Imperial Credit Commercial Mortgage Investment Corp., 179 F. Supp 2d 1157, 1177, fn. 19 (C.D. Cal. 2001).

2. Pharmerica, Inc. v. Arledge, 2007 WL 865510 * 6-7 (M.D. Fla. 2007).

Counsel for Plaintiffs will have copies of these authorities available for the Court and Defendants at the January 11, 2008 hearing.

DATED: January 10, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN
SARJU A. NARAN

By: /s/ Shannon Sevey
SHANNON S. SEVEY

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.