1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
6  Facsimile:      (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE
8  CENTER, DAN R. FRANCIS & JOHN G. HAHN

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

| 13 | ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | CASE NO.  C-07-06418 JSW |
|---|---|---|
| 14 | | **DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S NOTICE OF ADDITIONAL LEGAL AUTHORITIES** |
| 15 | | |
| 16 | Plaintiffs, | Date:       January 11, 2008<br>Time:       9:00 a.m. |
| 17 | vs. | Dept:       Courtroom 2, 17th Floor |
| 18 | EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | **The Honorable Jeffrey S. White** |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

4251955.1                                                              EPIC'S NOTICE OF ADDITIONAL
                                                                       LEGAL AUTHORITIES

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to this Court's January 10, 2008 Notice of Questions for Hearing, Defendant Edgewood Partners Insurance Center ("EPIC") hereby identifies the following authority that Defendants may cite at the January 11, 2008 hearing on Plaintiffs' *Ex Parte* Motion for TRO:

1. *Docusign, Inc. v. Sertifi, Inc.*, 468 F. Supp. 2d 1305, 1310 n.7 (W.D. Wash. 2006).

Counsel for EPIC will have copies of this authority available for the Court and Plaintiffs at the January 11, 2008 hearing.

DATED: January 10, 2008

MUNGER, TOLLES & OLSON LLP
   JEROME C. ROTH
   MARTIN D. BERN
   MALCOLM A. HEINICKE
   JEFFREY E. ZINSMEISTER

By:    */s/ Jeffrey E. Zinsmeister*
      JEFFREY E. ZINSMEISTER

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN