PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. &
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**PLAINTIFFS' NOTICE OF ADDITIONAL LEGAL AUTHORITY NO. 2** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, pursuant to the Court's January 10, 2008 Notice of Questions for Hearing, Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc. (collectively, "Gallagher") hereby identify the following additional authorities that Plaintiffs may cite at the January 11, 2008 hearing on Plaintiffs' Motion for TRO:

    1.    Midwest Guaranty Bank v. Guaranty Bank, 270 F. Supp. 2d 900, 917-918 (E.D. MI 2003).

    2.    Militello v. Central States Southeast and Southwest Areas Pension Fund, 209 F.Supp. 2d 923, 932 (N.D. Ill. 2002) citing Beck v. University of Wisc. Bd. of Regents, 75 F.3d 1130, 1134 (7th Cir. 1996).

    3.    Edwards v. Toys "R" Us, ___ F. Supp. 2d ___, 2007 WL 4305928, n.31 (C.D. Cal. 2007).

    4.    Ilozor v. Hampton University, 2007 WL 1310179, *14 (E.D. VA).

Counsel for Plaintiffs will have copies of these authorities available for the Court and Defendants at the January 11, 2008 hearing.

DATED: January 10, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN
SARJU A. NARAN

By: *[signature]*
SHANNON S. SEVEY
Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.