1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., INC.,          CASE NO. C 07-06418 JSW
    a Delaware Corporation, et al.,
15                                            [PROPOSED] ORDER GRANTING
                  Plaintiffs,                 DEFENDANTS' MOTION TO FILE ITS
16                                            OPPOSITION PAPERS UNDER SEAL
         vs.
17
    EDGEWOOD PARTNERS INSURANCE
18  CENTER, a California corporation; et al.,

19                Defendants.

20

21

22

23

24

25

26

27

28

CASE NO. 3:07-CV-06418-JSW    |  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE ITS
                                 OPPOSITION PAPERS UNDER SEAL

| | | |
|---|---|---|
| | | the end of the paragraph. |
| 20 | Chua Decl. | Page 2, line 20 (after "provide me the") to page 2, line 22 (through all words before "A primary") |
| 21 | Chua Decl. | Page 3, line 25 (after "need to") to page 3, line 26 through the end of the paragraph. |
| 22 | Chua Decl. | Page 4, line 1 (after "client") to page 4, line 1 (through all words before "I called") |
| 23 | Chua Decl. | Page 4, line 1 (after "I called") to page 4, line 1 (through all words before "and explained") |
| 24 | Chua Decl. | Page 4, line 2 (after "email") to page 4, line 2 (through all words before "said") |
| 25 | Chua Decl. | Page 4, line 7 (after "misrepresented to") to page 4, line 7 (through all words before "that") |
| 26 | Chua Decl. | Page 4, line 12 from the beginning of the line to page 4, line 12 (through all words before "forwarded") |
| 27 | Chua Decl. | Page 4, line 16 (after "to the") to page 4, line 16 (through all words before "account") |
| 28 | Chua Decl. | Page 4, line 17 (after "Gallagher") to page 4, line 17 (through all words before "broker") |
| 29 | Neil Cohn Decl. | Page 1, line 10 (after "Gallagher was") to page 1, line 11 (through all words before "Not only") |
| 30 | Neil Cohn Decl. | Page 1, line 11 (after "that") to page 1, line 12 (through all words before "but also") |
| 31 | Neil Cohn Decl. | Page 1, line 12 (after "but also") to page 1, line 14 through the end of the paragraph. |
| 32 | Neil Cohn Decl | Page 3, line 13 (after "case of") to page 3, line 10 (through all words before "account") |
| 33 | Neil Cohn Decl. | Page 3, line 16 (after "the") to page 3, line 16 (through all words before "files") |
| 34 | Neil Cohn Decl. | Page 3, line 18 (after "that") to page 3, line 19 (through all words before "This is") |
| 35 | Neil Cohn Decl. | Page 3, line 19 (after "sent") to page 3, line 19 (through all words before "a BOR") |
| 36 | Neil Cohn Decl. | Page 3, line 21 from the beginning of the line to page 3, line 21 (through all words before "request") |
| 37 | Neil Cohn Decl. | Page 4, line 2 (after "Corporation,") to page 4, line 2 (through all words before "Town & Country") |
| 38 | Craven Decl. | Page 1, line 9 (after "addition") to page 1, line 11 through the end of the paragraph. |
| 39 | Craven Decl. | Page 2, line 25 (after "printouts of") to page 2, line 26 (through all words before "and of") |
| 40 | Daughtry-Honda Decl. | Page 2, line 6 (after "was that") to page 2, line 7 through the end of the paragraph. |
| 41 | Halbleib Decl. | Page 2, line 2 (after "First") to page 2, line 6 (through all words |

| | | before "On the other") |
|---|---|---|
| 42 | Halbleib Decl. | Page 2, line 7 (after "commitment to") to page 2, line 7 through the end of the sentence. |
| 43 | Halbleib Decl. | Page 2, line 21 (after "My client") to page 2, line 21 (through all words before "inserted") |
| 44 | Halbleib Decl. | Page 2, line 24 (after "computer") to page 2, line 24 (through all words before "is still") |
| 45 | Hause Decl. | Page 1, line 15 (after "like me") to page 1, line 16 through the end of the sentence. |
| 46 | Hause Decl. | Page 3, line 8 (after "with") to page 3, line 8 (through all words before "a client") |
| 47 | Hause Decl. | Page 3, line 9 (after "discuss") to page 3, line 10 (through all words before "In advance") |
| 48 | Hause Decl. | Page 3, line 11 (after "Mr.") to page 3, line 11 (through all words before "a copy") |
| 49 | Hause Decl. | Page 3, line 11 (after "reflecting") to page 3, line 12 (through all words before "This meeting") |
| 50 | Hause Decl. | Page 3, line 17 (after "Mr.") to page 3, line 17 (through all words before "as I") |
| 51 | Hause Decl. | Page 3, line 18 (after "reflecting") to page 3, line 18 (through all words before "with me") |
| 52 | Hause Decl. | Page 3, line 23 (after "client at") to page 3, line 23 (through all words before "In other") |
| 53 | Hause Decl. | Page 3, line 27 (after "Mr.") to page 3, line 27 (through all words before "he") |
| 54 | Hause Decl. | Page 4, line 2 (after "represent") to page 4, line 2 (through all words before "My") |
| 55 | Hause Decl. | Page 4, line 2 (after "Mr.") to page 4, line 2 (through all words before "was cordial") |
| 56 | Hilgen Decl. | Page 3, line 5 (after "Gallagher") to page 3, line 6 (through all words before "She had") |
| 57 | Hilgen Decl. | Page 3, line 6 (after "asked me") to page 3, line 8 (through all words before "One year") |
| 58 | Hilgen Decl. | Page 3, line 10 from the beginning of the line to page 3, line 10 (through all words before "and I") |
| 59 | Hilgen Decl. | Page 3, line 10 (after "as") to page 3, line 11 (through all words before "Finally") |
| 60 | Don Johnson Decl. | Page 2, line 21 (after "related") to page 2, line 22 (through all words before "Shandranette") |
| 61 | Don Johnson Decl. | Page 2, line 22 (after "on the") to page 2, line 22 (through all words before "account") |
| 62 | Don Johnson Decl. | Page 2, line 23 (after "Gallagher") to page 2, line 23 (through all words before "moved") |

| 63 | Don Johnson Decl. | Page 2, line 24 (after "EPIC") to page 2, line 25 (through all words before "workers'") |
| 64 | Don Johnson Decl. | Page 2, line 26 from the beginning of the line to page 2, line 26 (through all words before "brokerage") |
| 65 | Ruby Johnson Decl. | Page 1, line 7 (after "difficult to") to page 1, line 8 (through all words before "In addition") |
| 66 | Ruby Johnson Decl. | Page 1, line 9 (after "compensation") to page 1, line 12 through the end of the paragraph. |
| 67 | Ruby Johnson Decl. | Page 2, line 14 (after "was to") to page 2, through all words to the end of line 14. |
| 68 | Ruby Johnson Decl. | Page 2, line 17 from the beginning of the line to page 2, line 17 (through all words before "As a") |
| 69 | Keck Decl. | Page 1, line 9 (after "with") to page 1, line 10 (through all words before "Gallagher") |
| 70 | Keck Decl. | Page 1, line 10 (after "might be") to page 1, line 10 (through all words before "Also") |
| 71 | Keck Decl. | Page 1, line 11 from the beginning of the line to page 1, line 12 (through all words before "My") |
| 72 | Keck Decl. | Page 1, line 12 (after "My") to page 1, line 12 (through all words before "is") |
| 73 | Keck Decl. | Page 2, line 10 (after "deductible") to page 2, line 11 through the end of the paragraph. |
| 74 | Middleton Decl. | Page 2, line 3 (after "the") to page 2, line 3 (through all words before "I had") |
| 75 | Middleton Decl. | Page 2, line 6 (after "retaining") to page 2, line 7 (through all words before "Accordingly") |
| 76 | L. Martin Decl. | Page 2, line 3 from the beginning of the line to page 2, line 4 (through all words before "This was") |
| 77 | L. Martin Decl. | Page 2, line 6 (after "line") to page 2, line 7 (through all words before "my job") |
| 78 | L. Martin Decl. | Page 2, line 17 (after "client") to page 2, line 17 (through all words before "was no") |
| 79 | L. Martin Decl. | Page 2, line 18 (after "materials") to page 2, line 18 (through all words before "is not") |
| 80 | L. Martin Decl. | Page 3, line 14 (after "client") to page 3, line 14 (through all words before "I accessed") |
| 81 | L. Martin Decl. | Page 3, line 15 (after "with") to page 3, line 15 (through all words before "then") |
| 82 | L. Martin Decl. | Page 3, line 19 (after "aware") to page 3, line 19 (through all words before "is still") |
| 83 | L. Martin Decl. | Page 3, line 20 from the beginning of the line, to page 3, line 20 (through all words before "to") |
| 84 | O'Leary Decl. | Page 1, line 10 (after "compensation") to page 1, line 13 through |

| | | | the end of the paragraph. |
|---|---|---|---|
| 85 | O'Leary Decl. | Page 1, line 14 (after "had") to page 1, line 16 (through all words before "I was") |
| 86 | O'Leary Decl. | Page 2, line 23 (after "to") to page 2, line 24 (through all words before "Yet") |
| 87 | O'Leary Decl. | Page 2, line 24 (after "openly") to page 2, line 26 (through all words before "His") |
| 88 | Petty Decl. | Page 1, line 16 (after "prior to") to page 1, line 17 (through all words before "which") |
| 89 | Petty Decl. | Page 1, line 19 (after "before") (through all words before "The next morning") |
| 90 | Phillips Decl. | Page 1, line 20 (after "clients on") (through all words before "After") |
| 91 | Phillips Decl. | Page 1, line 20 (after "After") to page 1, line 21 (through all words before "I left the office") |
| 92 | Quinn Decl. | Page 1, line 16 (after "and") to page 1, line 17 (through all words before "At an October") |
| 93 | Quinn Decl. | Page 1, line 17 (after "we") to page 1, line 19 (through all words before "I was not happy") |
| 94 | Rasmussen Decl. | Page 1, line 14 (after "including") to page 1, line 15 (through all words before "All in all") |
| 95 | Rasmussen Decl. | Page 1, line 17 (after "compensation") to page 1, line 20 (through all words before "In fact") |
| 96 | Rasmussen Decl. | Page 1, line 22 (after "questions about") to page 1, line 25 through the end of the paragraph. |
| 97 | Rasmussen Decl. | Page 1, line 27 (after "Gallagher") to page 2, line 1 (through all words before "I was concerned") |
| 98 | Rasmussen Decl. | Page 2, line 2 (after "jeopardy") to page 2, line 4 through the end of the paragraph. |
| 99 | Rasmussen Decl. | Page 2, line 26 (after "but he") to page 2, line 27 (through all words before "This comment") |
| 100 | Rasmussen Decl. | Page 3, line 5 (after "because") to page 3, line 6 (through all words before "By the end") |
| 101 | Ronzitti Decl. | Page 1, line 7 (after "my compensation") to page 3, line 9 (through all words before "I was also") |
| 102 | Schweitzer Decl. | Page 1, line 7 (after "at Gallagher") to page 1, line 10 through the end of the paragraph. |
| 103 | Soo Hoo Decl. | Page 1, line 24 (after "because") to page 1, line 26 (through all words before "In addition") |
| 104 | Soo Hoo Decl. | Page 2, line 2 (after "from") (through all words before "but") |
| 105 | Stubbs Decl. | Page 2, line 16 (after "containing a") to Page 2, line 18 (through all words before "e-mail account") |

| | 106 | Sweeney Decl. | Page 1, line 8 (after "job there") to page 1, line 10 through the end of the sentence. |
|---|---|---|---|
| | 107 | Varnica Decl. | Page 1, line 10 (after "In addition") to page 1, line 12 (through all words before "I was disturbed") |
| | 108 | Varnica Decl. | Page 1, lines 13 (after "due to") through the end of the sentence. |
| | 109 | Wagener Decl. | Page 2, line 6 (after "home") to page 2, line 8 (through all words before "I also") |
| | 110 | Wagener Decl. | Page 2, line 11 (after "included") to page 2, line 12 through the end of the sentence. |
| | 111 | Ward Decl. | Page 1, line 10 (after "manager") to page 1, line 11 through the end of the sentence. |
| | 112 | Watkins Decl. | Page 2, line 7 (after "the fact") to page 2, line 9 (through all words before "and") |
| | 113 | Wick Decl. | Page 2, line 6 (after "also concerned by") to page 2, line 15 (through all words before "This was a") |
| | 114 | Wick Decl. | Page 2, line 16 (after "staff") (through all words before "All in all,") |
| | 115 | Wick Decl. | Page 3, line 8 (after "with him") to page 3, line 9 through the end of the sentence. |
| | 116 | MPA in support of Defendants' Opposition | Page 2, line 1 (all) |
| | 117 | MPA in support of Defendants' Opposition | Page 2, line 2 (all words before "had become") |
| | 118 | MPA in support of Defendants' Opposition | Page 9, line 17-18 (all) |
| | 119 | MPA in support of Defendants' Opposition | Page 9, line 19 (all words before footnote 6) |
| | 120 | MPA in support of Defendants' Opposition | Page 10, line 24 (all) |
| | 121 | MPA in support of Defendants' Opposition | Page 10, line 25-26 (all) |
| | 122 | MPA in support of Defendants' Opposition | Page 11, line 1 (all words before "Hilgen" and all words after In an") |
| | 123 | MPA in support of Defendants' Opposition | Page 11, line 2 (all) |
| | 124 | MPA in support of Defendants' | Page 11, line 3 (all words before "See") |

| | | |
|---|---|---|
| | Opposition | |
| 125 | MPA in support of Defendants' Opposition | Page 11, line 11 (all words after "including") through page 11, line 12 (all words before "See") |
| 126 | MPA in support of Defendants' Opposition | Page 13, line 11 (all words after "whereas") through page 11, line 14 (all) |
| 127 | MPA in support of Defendants' Opposition | Page 18, lines 8-16 |

In addition, the following portions of Plaintiffs' Memorandum of Points and Authorities in support of its *Ex Parte* Motion for TRO, which references exhibits and documents containing information that the Court has already ordered sealed in this matter, and is consistent with the information Plaintiffs seek to seal in Defendants' Opposition Papers, are to be filed under seal:

| | | |
|---|---|---|
| 128 | MPA in support of Plaintiffs' Motion for TRO | Page 4, lines 1-3 (all) and line 4 (all words before "See") |
| 129 | MPA in support of Plaintiffs' Motion for TRO | Page 8, lines 9-11 (all) |
| 130 | MPA in support of Plaintiffs' Motion for TRO | Page 8, lines 13-15 and 25-28 (all words in middle column) |
| 131 | MPA in support of Plaintiffs' Motion for TRO | Page 9, lines 1, 3, 7-10, 12, 20-21, 25-26 (all words in middle column) |
| 132 | MPA in support of Plaintiffs' Motion for TRO | Page 9, lines 13-19 (all) |
| 133 | MPA in support of Plaintiffs' Motion for TRO | Page 10, lines 4-6 (all words in middle column following the word "accessed") |
| 134 | MPA in support of Plaintiffs' Motion for TRO | Page 10, lines 7 (all words in middle column following the word "accessed" and before the words "which if used improperly") |
| 135 | MPA in support of Plaintiffs' Motion for TRO | Page 10, line 10 (all words in middle column following the word "regarding" and before "etc.") |

The party who filed each above document is ORDERED to publicly file redacted versions of such document. The ~~IT IS SO ORDERED.~~ deadline to publicly file these and the previously sealed documents is January 16, 2008. IT IS SO ORDERED.

DATED: January 10, 2008

By: _Jeffrey S White_

The Honorable Jeffrey S. White