# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 11, 2008          **Court Reporter:**  Lydia Zinn


**CASE NO.:**   C-07-6418   JSW

**TITLE:**  Arthur J. Gallagher v. Edgewood Partners Insurance Center, et al.,


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Bradford Newman          Malcolm Heinecke
          James Wagstaffe
          Adrian Sawyer
          Daniel Purcell


**PROCEEDINGS:**   Motion for Temporary Restraining Order

**RESULTS:**   The Court heard argument from counsel.
The motion is taken under submission.
A written ruling shall issue.

Counsel shall meet and confer and submit a fully integrated discovery plan by 1-18-08 .
 - limitations on depositions will be in hours of depositions not number of depositions

All discovery matters are referred to Magistrate Judge Spero.


**cc:  Karen Hom (JCS); Wings Hom**