IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., et al.<br><br>    Plaintiffs,<br><br> v.<br><br>EDGEWOOD PARTNERS INS. CENTER, et al.<br><br>    Defendants.<br>_____/ | No. C 07-06418 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

    Pursuant to Civil Local Rule 72-1, this matter is referred to Magistrate Judge Joseph C. Spero for resolution of all discovery matters.

    **IT IS SO ORDERED.**

Dated: January 10, 2008

                                                    JEFFREY S. WHITE<br>
                                                    UNITED STATES DISTRICT JUDGE

cc:    Wings Hom