1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
6  Facsimile:   (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE
8  CENTER, DAN R. FRANCIS & JOHN G. HAHN

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  ARTHUR J. GALLAGHER & CO., INC.,           CASE NO.  C-07-06418 JSW
    a Delaware Corporation, ARTHUR J.
14  GALLAGHER & CO., INSURANCE                 STIPULATION TO ENLARGE
    BROKERS OF CALIFORNIA, INC., a             DEFENDANTS' TIME TO RESPOND TO
15  California Corporation,                    COMPLAINT

16              Plaintiffs,                    [Civil L.R. 6-1(a)]

17         vs.                                 **The Honorable Jeffrey S. White**

18  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; DAN
19  R. FRANCIS; JOHN G. HAHN;
    ANDREW ("WALLY") BROWN, JR.;
20  BRIAN F. QUINN; NEIL R. COHN;
    CAROLANN COHN; MICHAEL J.
21  BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB;
22  LAURINDA ("LAURIE") A. MARTIN;
    ERIC CHUA; GEORGE J. PETTY;
23  LINDA SOO HOO; ROBERT E. DUTTO;
    SUSAN M. ENGLISH; DON J.
24  JOHNSON; ALLEN L. AMOS;
    WILLIAM ("BILL") PHILLIPS, JR.;
25  DIRCK ("RICK") R. STINSON; ROBERT
    ("BOB") D. ELLSWORTH; ROBERT H.
26  WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,
27
                Defendants.
28

4257600.1

1   WHEREAS, Plaintiffs and Defendants stipulated on January 8, 2008 that all
2   Defendants shall have until January 28, 2008 to respond to Plaintiffs' complaint; and
3   WHEREAS, as part of this stipulation, counsel for all Defendants agreed to accept
4   service for all Defendants including those certain Defendants who are alleged not to have been
5   properly served;
6   IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(a) that the deadline for
7   all Defendants to respond to Plaintiffs' complaint shall be **January 28, 2008**.

DATED: January 15, 2008          MUNGER, TOLLES & OLSON LLP

                                 By: _____/s/_____
                                     MALCOLM A. HEINICKE

                                 Attorneys for Defendants
                                 EDGEWOOD PARTNERS INSURANCE CENTER;
                                 DAN R. FRANCIS; and JOHN G. HAHN

DATED: January 14, 2008          KEKER & VAN NEST LLP

                                 By: _____
                                     DANIEL PURCELL

                                 Attorneys for Defendants
                                 NEIL R. COHN; CAROLANN COHN; STEPHEN
                                 HAUSE; JAMES C. HALBLEIB; LAURINDA
                                 ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE
                                 J. PETTY; LINDA SOO HOO; ROBERT E.
                                 DUTTO; SUSAN M. ENGLISH; DON J.
                                 JOHNSON; ALLEN L. AMOS; WILLIAM
                                 ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R.
                                 STINSON; ROBERT ("BOB") D. ELLSWORTH;
                                 ROBERT H. WATKINS; PAUL H. WAGENER;
                                 and SHANDRANETTE MIDDLETON

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 15, 2008 | KERR & WAGSTAFFE |
| 3 | | |
| 4 | | By: /s/ Adrian J. Sawyer |
| 5 | | ADRIAN J. SAWYER |
| 6 | | Attorneys for Defendants<br>ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; MICHAEL J. BROWN; and LAURA J. WICK |
| 7 | | |
| 8 | DATED: January 14, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 9 | | |
| 10 | | By: /s/ Stephen N. Yang |
| 11 | | STEPHEN N. YANG |
| 12 | | Attorneys for Plaintiffs<br>ARTHUR J. GALLAGHER & CO., INC. and<br>ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC. |