# EXHIBIT A

## Warren G. Kruse II, CISSP, CFCE

Warren is Encore Legal, Vice President of Encore Legal. He is coauthor of the book "Computer Forensics: Incident Response Essentials," published in September 2001 by Addison Wesley. Warren was the technical editor of the book "Computer Forensic Jumpstart" and has reviewed other popular computer forensic and expert witness books.

Warren testified in Nassau County, New York Superior Court as an Expert in Computer Forensics on February 9th, 2004. March 8, 2005 Warren G. Kruse II was named by the court appointed expert for Union Pumps Company v. Centrifugal Technologies, by US Magistrate Judge Hornsby, District of Louisiana. Warren has also testified as an expert for the American Arbitration Association on 5-21-04 and 4-14-04.

Warren was a recipient of the 2001 International High Tech Crime Investigative Association's (HTCIA) "High Tech Case of the Year" award for the computer forensics he conducted in support of an investigation into the alleged theft of intellectual property and trade secrets.

Warren was the 2005 International President of the HTCIA. He was twice President, of the HTCIA's Northeast Chapter, and has served as the HTCIA International Treasurer and 2002 International Conference Chair. He is also chair of the EDRM (www.edrm.net) Collection and Preservation Working group.

Warren was a Police Officer in New Jersey, for twelve years before joining Lucent Technologies, Corporate Computer and Network Security, as a Technical Investigations Manager in 1998 where he conducted computer forensics and incident response globally.

He is a member of the United States Secret Service's New York and European Electronic Crime Task Forces and was co-chair of the National Cybercrime Training Partnership's Industry and Academia portfolio. He is a board member of the National Center for Forensic Science's Digital Evidence Certification Board.

Warren has taught Advanced Internet Investigations at SEARCH, Internet Investigations at the Union County Police Academy, Network Investigations and Computer Forensics for the Intenseschool. Warren is a regularly invited speaker for Computer Security Institute (CSI) and the MIS Training Institute (MISTI) conferences.

Warren has provided forensics on proprietary systems on cases lead by the FBI, including the much publicized intrusion of Microsoft. Warren also conducted the forensics on the "Comtriad" case which lead to three individuals being charged with theft of intellectual property and theft of trade secrets, both proprietary software and hardware.

**Certification:**

- Certified Information Systems Security Professional (CISSP)
- Certified Forensic Computer Examiner (CFCE)
- Prodiscover Certification
- Paraben PDA Certification
- Police Officer (retired)
- Computer Seizure

**Awards:**

### Case of the Year Award:
- Recipient of the High Tech Crime Investigation Association's 2001 Case of the Year Award.

### Township of Ocean Police:
- Recipient of Three Exceptional Service Awards,
- Honorable Service Award,
- Two Departmental Commendations,
- Two Unit Commendations (for Scuba and Emergency Response Teams).

**Experience:**

*Encore Legal*
**Vice President, Data Forensics and Analytics**
June 2007 to Present

- Provides computer forensics consulting to corporations and law firms.
- Ran the forensics team for the Northeast

*Aon Consulting Inc.*
**Managing Director, US Practice Lead**
January 2006 to June 2007

- Provides computer forensics consulting to corporations and law firms.
- Designed forensic labs in NJ and Ca.
- Assisted in design and implementation of data center
- Ran the US forensics and eDiscovery team
- Lead the Litigation Preparation Consulting Practice

*Kroll Inc.*
**Senior Director, Northeast Region**
July 2005 to January 2006

- Provides computer forensics consulting to corporations and law firms.
- Ran the forensics team for the Northeast

*Computer Forensic Services, LLC*
**Partner**
September 2003 to July 2005

- Provides computer forensics consulting to corporations and law firms.
- Provides training to Corporate Customers

*Lucent Technologies   Holmdel, New Jersey*
**Corporate Computer and Network Security (CCANS) Investigations Manager**
April 1998 to September 2003

- Conducted Computer Forensics and Incident Response globally.
- Designed, specified and project managed two computer forensic labs.
- Investigated computer and network issues corporate-wide on a global TCP/IP based network.
- Worked with routers, firewalls, proxy servers, PBXs and the latest Windows, UNIX based operating systems in extracting and analyzing data.
- Provided computer forensic analysis in support of Corporate Security Investigations.
- Assisted outside agencies, including the Secret Service and the FBI, in the investigation of high-tech crimes and Computer Forensics, including: electronic intercept; a high profile intrusion / theft of intellectual property case and another high profile theft of trade secrets case.

*Township of Ocean Police, Oakhurst, New Jersey*
**Police Officer**
August 1987 to April 1998

- Assigned to the Uniform Division as a Patrol Officer.
- Member of the County Emergency Response Team.
- Member of the Underwater Search and Rescue Team.
- Administered computer networks (internal, County, State Court and Federal) that involved the entire agency.  The internal network is

comprised of Novell 4.11, Windows NT 4.0 and AIX servers with gateways securely connected to external network and WANs.
- Programmed several user-friendly databases for use by this police department. The data contained on these systems involved criminal history information, confidential investigation material, etc. and had to be kept secure, therefore, I developed and initiated policies to ensure the network was kept secure.
- Personally trained every user of the computer systems, including the Dispatchers, Police Officers and the Chief of Police.
- Successfully completed a rotation in the Criminal Investigation Division.
- Assisted the Criminal Investigation Division with computer crimes and investigations.
- Police Departments Webmaster (www.oceantwp.org/police/).
- Agency representative to the National White Collar Crime Center.

*Macy's Department Store, Eatontown, New Jersey*
**Store Detective**
                    1986 to August 1987
Coordinated and oversaw internal investigations and tracked shortages.

*Manasquan Police Department, Manasquan, New Jersey*
**Class II Special Officer**
                    May 1987 to August 1987

*Spring Lake Police Department, Spring Lake, New Jersey*
**Class I Special Officer**
                    May 1984 to May 1987

**Published:**

*Computer Forensics: Incident Response Essentials*
Published September 26, 2001 by Addison Wesley (www.awl.com)

*Law Enforcement Technology Magazine*
PTN Publishing, Melville, New York
- Several Computer and Computer Crime articles published.

**Elected Offices Held:**
- 2004 High Technology Crime Investigation Association (HTCIA) International 1st Vice President (2005 International President)
- 2002 HTCIA Northeast President
- 2002 HTCIA International Conference Chair

- 1999-2001 Co-chair National Cybercrime Training Partnership
- 2001 HTCIA International Treasurer
- 2001 HTCIA Northeast First Vice President
- 2000 HTCIA Northeast President
- 1999 HTCIA Northeast Secretary

**Miscellaneous:**

- DOD Top Secret Clearance (inactive)
- Member eDiscovery Reference Model working group and lead for forensics and collections group
- Member of the United States Secret Service's, New York and European Electronic Crimes Task Forces (ECTF)
- Member of the President's Critical Infrastructure Office's: Critical Infrastructure: Practices to Secure our Communities
- Member of US DOJ, CCIPS Information Industry Group
- Adviser to Rochester Institute of Technology's Security Practices and Research Organization
- Member of the Olympic Security Team, Georgia and Utah

**Presentations Include:**

- 10/26/2007: Warren Kruse lectured on computer forensics for The Masters Conference, Washington, DC

- 10/21/2007: Warren Kruse Chaired the IT Fraud Summit and provided a lecture on computer forensics for MIS Institute's, IT Fraud Summit, Washington, DC.

- 8/28/2007: Warren Kruse lectured on password cracking for High Tech Crime Investigation Association (HTCIA), International Conference, San Diego, Ca.

- 6/4/2007: Warren Kruse lectured on computer forensics for MIS Institute's, IT Fraud Summit, Washington, DC.

- 6/21/2007: Warren Kruse lectured on computer forensics for BIA's CLE class on Federal Rules Changes, Phoenix, Az.

- 6/4/2007: Warren Kruse lectured on computer forensics for MIS Institute's, IT Fraud Summit, Washington, DC.

- 11/15/2006: Warren Kruse lectured on "An Auditor's Guide to Handling Evidence in Electronic Fraud Investigations" at MIS Institute's 26th Annual Conference on Audit & Control, Boston at the Marriott Copley Place.

- 11/6/2006: Warren Kruse lectured on computer forensics at the 33rd Annual Computer Security Institute (CSI) conference, November 6-8, 2006 in Kissimmee, FL.

- 6/12/2006: Warren Kruse provided a lecture on computer forensics at the 16th Annual Computer Security Institute (CSI) NetSec conference at The Phoenician in Arizona.

- 5/12/2006: Warren Kruse lectured on "Electronic Information - Datamining, Spoliation, And if You're Not Scared Yet..." at the 3rd Joint AICPA / AAML National Conference held Thursday, May 11, 2006 - Friday, May 12, 2006 at The Bellagio in Las Vegas, NV.

- 4/23/2006: Warren Kruse lectured on "An Auditor's Guide to Handling Evidence in Electronic Fraud Investigations" at MIS Institute's Fraud Superstrategies, Orlando, Florida

- 4/8 to 4/9/2006: Warren Kruse lectured on computer forensics at MIS Institute's Infosec World Conference in Orlando Florida.

- 3/14 to 3/16/2006: Warren Kruse lectured on computer forensics at ASIS International Conference in Las Vegas.

- 1/19/2006: Warren Kruse and William Moylan provided a CLE class on e-mail discovery for the Marsh McLennan Litigation department.

- 12/6 to 12/7/2005: Warren Kruse provided a lecture and full day class on computer forensics at MIS Institute's Financial Security Conference in NY.

- 11/14 to 11/16/2005: Warren Kruse lectured on computer forensics at the Computer Security Institute's (CSI) 32nd Annual Computer Security Conference & Exhibition

- 10/27/2005: Warren Kruse and Wayne Hoeberlein provided a CLE Class on "Theft of Intellectual Property" for Fish & Richardson

- 10/19/2005: Warren Kruse and Bill Moylan lectured on computer forensics, high tech investigations and incident response, for the ISSA, NY.

- 09/21 to 09/24 2005: Warren Kruse lectured on computer forensics at the PI Magazine's World Investigators Conference, Las Vegas Nevada.

- 08/29 to 08/31 2005: Warren Kruse presented at the HTCIA International Conference and Expo, "the longest running and largest annual high tech crime conference in the world," which will be held in Monterey, Ca., Aug 29-31, 2005.

- 06/28 to 06/30 2005: Warren Kruse lectured at the C3 Corporate Computing Expo, "the premier corporate & channel buying event," which was held at the Jacob Javitz Center in NY, June 28-30, 2005.

- 06/21 to 06/22 2005: Warren Kruse taught computer forensics at the MIS Training Institutes (www.misti.com) eFraud Forensics event, which will be held in Boston, June 21-22, 2005.

- 05/07/2005: Warren Kruse lectured at the Divorce Conference. A joint conference hosted by the New Jersey Society of CPAs, the Family Law Section of the New Jersey Bar, and the New Jersey Institute for Continuing Legal Education, Iselin, NJ

- 04/20/2005: Warren Kruse lectured at the NJ Institute for Continuing Legal Education: "Locating Hidden Assets" seminar.

- 04/02/2005: Warren Kruse lectured at the NJ Institute for Continuing Legal Education: "Locating Hidden Assets" seminar.

- 03/29 to 03/30 2005: Warren Kruse taught a network monitoring workshop at the E-crime and Computer Evidence Conference, which will be held in Monaco, March 29-30, 2005.

- 03/09/2005: Warren Kruse spoke at the Infragard Forensics event, in New York.
- November 8, 2004 Computer Security Institute's 31st Annual Conference, D.C.
- August 2-6, 2004 Intenseschool, Fla.
- July 19-23, 2004 DoD, Hawaii
- June 14-18, 2004 Intenseschool, D.C.
- May 17-21, 2004 Intenseschool, Ca.
- February 20, 2004: Infragard NY Chapter
- February 17, 2004: North America Information Security Forum.
- Jan 12-16, 2004: Intenseschool, Fla.
- Dec 8-12, 2003: Intenseschool, Fla.
- Nov 25, 2003: HTCIA Northeast, Sniffers
- Nov 19, 2003: USSS NY Electronic Crimes task Force meeting, Sniffers
- Nov 10-14: Intenseschool, Washington D.C.
- Nov 3-4, 2003: Computer Security Institute's 30th Annual Computer Security Conference, Washington DC.
- September 16, Legaltech, NY: Electronic Discovery
- August 4-5, 2003: CFE Annual Conference, On-line Fraud
- June 19-21, 2003: Intense School, Virginia, Computer Forensic Bootcamp
- June 10 and 11, 2003: Milan, Italy, Honeypots and Sniffers. European Electronic Crimes Task Force
- May 29-31, 2003: San Diego, Intense School, Computer Forensic Bootcamp
- April 24-26, 2003: Ft. Lauderdale, Intense School, Computer Forensic Bootcamp
- April 8, 2003, SEARCH: Advanced Internet Investigations
- March 28, 2003, Mississippi State University: Computer forensics.
- Feb 27 to March 1, 2003, Ft. Lauderdale, Intense School: Computer Forensic Bootcamp
- Jan 29-30, 2003, San Diego: Digital Evidence and Computer Forensics for Attorneys
- December 10-11, 2002, Jacob Javitz Center, NY: Computer Forensics.
- August 26-28, MIS Institute, Nashville, Tn.: Intro to Computer Forensics and Incident Response.
- August 22-25, 2002, Securityuniversity, San Francisco, Ca.: Intermediate to Advanced Computer Forensics.

- July 17-19, 2002, MIS Institute, Washington, DC: Incident Response, Investigations and Forensics.
- May 21, 2002, SEARCH, Sacramento Ca.: Advanced Internet Investigations, Network Forensics and Windows Domains
- May 15, 2002, ISSA Conference, NY: Computer Forensics and Information Security
- April 30, 2002, Rochester Institute of Technology: Computer Forensics and Incident Response
- April 10, 2002, Monmouth County NJ Police Academy: Hacking and Forensics Techniques
- March 25, 2002, Union County Police Academy: Network Investigations and Forensics
- December 17, 2001, SEARCH, Sacramento Ca., Internal Investigations, Computer and Network Forensics
- November 13, 2001, ASIS, Introduction to Computer Forensics
- December 14, 2000, SEARCH, Sacramento Ca., Internal Investigations, Computer and Network Forensics
- March 28, 2000, SANS, Orlando, Fla., Introduction to Computer Forensics
- March 27, 2000, SANS, Orlando, Fla., Hands-On Forensics with EnCase
- 1999 International High-tech Crime Investigative Association Conference, Computer Security and Internet Security classes
- SANS 99, Introduction to Computer Forensics
- 1998 HTCIA International Conference, Computer Security

**Affiliations:**

- International Association of Computer Investigative Specialists
- High Technology Crime Investigative Association
- Association of Certified Fraud Examiners
- Infragard

**Training Warren has received:**

*Concordance Administration* **Dataflight Software**

*1-26 to 1-27-2005*                     New York

*Ultimate Penetration Test*             **Securityuniversity**
3-4 to 3-8-02                           Washington, DC

*Information Security*                  **(ISC) 2**
1-7 to 1-11-02                          Somerset, NJ

*Advanced Encase*                       **Guidancesoftware**
7-24 to 7-27-01                         Pasadena, Ca.

*NTFS Forensics*                        **New Technologies Incorporated**
6-25 to 6-26-01                         Portland, Oregon

*Encase*                                **Guidancesoftware**
10/17 to 10/20/00                       Pasadena, Ca.

*Windows 2000 Server*                   **Global Knowledge**
8/7 to 8/11/00                          Murray Hill, NJ

*Cisco Routers*                         **Learningtree International**
6/27 to 6/30/2000                       New York, NY

*Data Hiding*                           **New Technologies Incorporated**
6/16/2000                               Portland, Oregon

*Computer Forensics*                    **New Technologies Incorporated**
6/13 to 6/15/2000                       Portland, Oregon

*Incident Handling*                     **SANS Intrusion Detection 99**
12/13/99                                San Francisco, Ca.

*Advanced Windows NT*                   **SANS Network Security 99**
*Security*                              *New Orleans, La.*
10/9/99

*Forensics Utilizing*                   **AT&T Learning Center**
*Expert Witness*                        *Basking Ridge, New Jersey*
7/20 to 7/21/99

*SANS 99*                               **SANS Institute**
System Administration                   Baltimore, Maryland
and Network Security
5/6 to 5/13/99

| | |
|---|---|
| *Advanced Interview and Interrogations* 3/25 to 3/26/99 | **John Reid and Associates** Atlantic City, New Jersey |
| *C++* 2/15 to 2/19/99 | **Lucent Learning and Performance Center** |
| *Internet and Intranet Security* 11/20/98 | **Lucent Learning and Performance Center** |
| *TCP/IP Administration* 10/28 to 10/28/98 | **Lucent Learning and Performance Center** |
| *Reid Interviewing and Interrogation* | **John A. Reid and Associates** Mahwah, NJ |
| *Lucent Firewall Administration* 6/1/98 to 6/4/98 | **Lucent Technologies** Middletown, NJ |
| *Windows NT Security* 5/25/98 to 5/29/98 | **Learning Tree International** New York City |
| *Cybercop* (Computer Forensics) 4/28 to 5/2/97 | **National White Collar Crime Center** Atlantic City, New Jersey |
| *Computer Forensics* 4/7 to 4/18/97 | **International Association of Computer Investigative Specialists** Orlando, Florida |
| *NetWare 4 Administration* 8/19 to 9/22/96 | **AlphaNet Learning Center** Eatontown, New Jersey |
| *Networking Technologies* 9/9 to 9/11/96 | **AlphaNet Learning Center** Eatontown, New Jersey |
| *Certified NetWare Engineer* 2/1 to 5/1/95 | **Brick Computer Science Institute** Bricktown, New Jersey |
| *Basic Recruit Class* 8/17 to 12/1/87 | **Monmouth County Police Academy** Freehold, New Jersey |
| *Class II Special Officer* | **Monmouth County Police Academy** |

9/1/86 to 5/1/87            Freehold, New Jersey

# EXHIBIT B

REDACTED

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

# EXHIBIT E

**REDACTED**

# EXHIBIT F

**REDACTED**

# EXHIBIT G

**REDACTED**

# EXHIBIT H

**REDACTED**

# EXHIBIT I



**ARTHUR J. GALLAGHER & CO.**
Risk Management Services

INSURANCE BROKERS OF CALIFORNIA, INC.
CALIFORNIA STATE LICENSE NUMBER 0726293

December 7, 2007

Arthur J. Gallagher & Co.
4301 Hacienda Drive
3rd Floor
Pleasanton, CA 94588

To Whom It May Concern:

Effective as of this date I resign my employment with Arthur J. Gallagher & Co. So there is no question concerning the retention by me of any confidential or proprietary information of Gallagher,

*[handwritten: GEORGE PETTY PERSONALLY REMOVED THE INITIALED ITEMS Guy R 12/7/0]*

- *[GP]* I have removed all business contacts related to my employment from the ACT! Contact Management Program I use as my "Desktop Calendar";
- *[GP]* I synchronized my personal Blackberry with the ACT! Contact Management Program to remove all Arthur J. Gallagher & Co. clients and prospects from my Blackberry;
- *[GP]* In order to preserve the data, I made a backup copy of the ACT! Database prior to removing the business information and again after removing the business information. I am supplying you with these files;
- *[GP]* I would like to retain a copy of the file containing all my non-business related contacts (All insurers, clients, prospects, employees of Arthur J. Gallagher & Co. and the like have been removed from this list, with the exception of a few personal friends who work for Gallagher;
- *[GP]* I was furnished a laptop computer by Gallagher that was stolen sometime in 2005 along with the laptops of four or five other producers from the Pleasanton Office. After that, I was given a desktop computer and used my own personal laptop for business purposes. I regularly copied Gallagher files onto my laptop so that I would have them available at client meetings. Please acknowledge that I have given you the opportunity to inspect, review or remove this information that is confidential and proprietary and will continue to do so at anytime;
- I am returning the following items:
  - *[GP]* All Customer Documents and electronic files in my possession
  - Access Key and Card for parking, building and office
  - Company Credit Card
- Please provide me with a summary of:
  - Unused Vacation Time (This should include prior periods where my vacation time was not used for a period 10 years). I currently have 21 days of unused vacation time in the current year;
- My expense report has been submitted in the amount of $3,150 +/-.

Sincerely,

*[signature: Neil Cohn]*

Neil R. Cohn
Area Senior Vice President

4301 HACIENDA DRIVE, SUITE 300 • PLEASANTON, CA 94588
P.O. BOX 9101 • PLEASANTON, CA 94566-9101
(925) 460-9900 • FACSIMILE: (925) 847-8831 • VOICE MAIL: (925) 460-9995