PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB #142474) stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410) sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL, R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF STEVEN RING**<br><br><br><br>REDACTED |

I, Steven Ring, declare:

1. I am currently employed as a Vice President for A.J. Gallagher & Co. ("Gallagher"). I have worked for Gallagher for 28 years. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2. On December 18, 2007, I was asked to join a renewal meeting with our service team                                     , a client of Gallagher, to present the quote Gallagher received from Wausau Insurance Company for the

3. During this meeting,         , informed us that Defendant and former Gallagher employee Steve Hause of Edgewood Partners Insurance Center ("EPIC") had also presented to him a quote that Hause claimed was from Wausau Insurance. This surprised me, since I am unaware of Wausau providing a quote to EPIC. In my experience, it would be extremely unlikely for an insurance company such as Wausau to provide a quote to a second insurance brokerage firm, such as EPIC, without first informing Gallagher. It would also be unlikely for Wausau to provide a different quote to EPIC than it provided to Gallagher for the same insurance policies containing the same terms and conditions.

4.             also showed us the document he stated he received from Hause and which contained the quote Hause represented was from Wausau. A true and correct copy of the document          informed me he received from Hause is attached hereto as Exhibit A.

5. After our meeting with         , Gallagher employee Lynda Reynolds, who was also present at the meeting, informed me that she recognized the document Hause provided to          as a Gallagher document. Specifically, Ms. Reynolds informed me that, prior to their departures from Gallagher to join EPIC, Reynolds had discussed this document – which at the time contained the same data – with Hause and co-Defendant Eric Chua.

6. Thereafter, Ms. Reynolds sent an email to me summarizing our meeting with          A true and correct copy of Ms. Reynolds' email is attached hereto as Exhibit B. I have read this email and believe it accurately describes the information          provided to us

Case No.                                    -1-                    DECLARATION OF STEVEN RING

1 | during this meeting. This email also describes Ms. Reynolds' conversations with Hause and
2 | Chua.
3 |     I declare under penalty of perjury under the laws of the United States and the State of
4 | California that the foregoing is true and correct.
5 |     Executed this 19th day of December, 2007, in San Ramon, California.

Steven Ring

Case No.                                    -2-                    DECLARATION OF STEVEN RING

# EXHIBIT A

**REDACTED**

# EXHIBIT B

**REDACTED**