# EXHIBIT A

# JON A. BERRYHILL

## EDUCATION AND TRAINING

1981 – 1985   Lamar University                                    Beaumont, TX
*B.S., Engineering Computer Science*
- Minors: Mathematics and Industrial Engineering

1983            TransMedic Ambulance Service                      Groves, TX
*Paramedic Training Course*

1981            Trenholm State Technical College                  Montgomery, AL
*Emergency Medical Technician Certificate*

## PROFESSIONAL AND MILITARY EXPERIENCE

1997 – Present   Berryhill Computer Forensics, LLC                Benicia, CA
*Manager and COO*
- Specializing in the collection, preservation, analysis and presentation of computer-related evidence for the legal and law enforcement communities

1995 – 2003     USAF Office of Special Investigations             Travis AFB, CA
*Special Agent—Rank: Major*
- Reserve duty special agent specializing in computer crime investigations

1993 – 2001     Services On Site                                  Benicia, CA
*Co-Owner*
- Provide computer consulting, troubleshooting, custom sales and training to the business community

1993 – 1995     USAF Office of Special Investigations             Travis AFB, CA
*Special Agent*
- Active duty special agent, cases included central systems fraud, homicide, suicide, theft, narcotics, child pornography and counterintelligence

1998 – 2000     California Department of Justice Advanced Training Program
*Instructor/Curriculum Developer*
- Developed and taught Peace Officer Standards and Training (POST)-certified computer crime investigations courses

1997 – 2000     Benicia Fire Department                           Benicia, CA
*CPR Instructor*

1988 – 1993     USAF 46th Aerial Refueling Squadron               K.I. Sawyer AFB, MI
*KC-135A Instructor Navigator*
- Duties included worldwide navigation, inflight refueling coordination and planning and strategic nuclear alert; 76 missions in the Persian Gulf area of operations in support of Operation Desert Shield/Storm

| | | |
|---|---|---|
| 1983 – 1987 | TransMedic Ambulance Service | Groves, TX |

*Chief of Training/ Paramedic*
- Primary instructor for EMT/Paramedic training certified by the state of Texas

| | | |
|---|---|---|
| 1981 – 1984 | Orange County Emergency Medical Service. | Orange, TX |

*Paramedic*

## PROFESSIONAL ACTIVITIES

Preferred Member, Criminal Justice Scholastic Speaker's Bureau, California State University, Sacramento

Member, High Technology Crime Investigation Association

Member, Benicia Chamber of Commerce

Certified by California State Court as expert witness in computer crime

## MILITARY EDUCATION AND TRAINING (SELECTED)

| | | |
|---|---|---|
| 1995 | Air Force Office of Special Investigations | Andrews AFB, VA |

*Computer Evidence Course*

| | | |
|---|---|---|
| 1993 | Air Force Special Investigations Academy | Bolling AFB, DC |

*Special Investigators Course*

| | | |
|---|---|---|
| 1991 | USAF Strategic Air Command | Carswell AFB, TX |

*Combat Flight Instructor Course*

| | | |
|---|---|---|
| 1989 | USAF Air Training Command | Mather AFB, CA |

*Undergraduate Navigator Training*

| | | |
|---|---|---|
| 1989 | USAF Air Training Command | Medina Air Base Annex, TX |

*Officer Training School, Commissioned as Second Lieutenant*

## MILITARY AWARDS RECEIVED (SELECTED)

Air Medal
Aerial Achievement Medal
Air Force Commendation Medal with two oak leaf clusters
Combat Readiness Medal with oak leaf cluster
Southwest Asia Service Medal with 2 bronze campaign stars
Outstanding Unit Award with 2 oak leaf clusters and Valor award
Organizational Excellence Award
Expert Marksman, Small Arms
Kuwait Liberation Medal awarded by Kingdom of Saudi Arabia
Kuwait Liberation Medal awarded by Government of Kuwait

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

# EXHIBIT E

**REDACTED**

# EXHIBIT F

**REDACTED**