# EXHIBIT E



October 17, 2007

Dear Brian and Wally,

It is with great reluctance I submit my resignation to the both of you. My last day with Gallagher will be Friday, November 2nd. If you feel you need me longer in order to transition my job duties, I will be more than willing to extend my last day until the following week.

I have decided to take some time off until the first of the year to spend time with my family. I am hoping if I decide to return to Gallagher in 2008 that there will be an open position for me.

Thank you for everything the both of you have done for me. I can't tell you how wonderful it has been working out of the Pleasanton office for the past ten years. I wish you both the best.

Kindest regards,

Laura Wick

# EXHIBIT F

\T&T Yahoo! Mail - btwick@sbcglobal.net                     file:///F:/Gallagher%20    Laura%20Wick/temp/ShowLetter%5B2%5D.htm



Netflix
Try for Free!

**Folders**        [Add - Edit]

**Inbox (13)**
Draft
Sent
**Bulk (2)**        [Empty]
Trash              [Empty]

**My Folders**      [Hide]
Adobe
Baseball
Boy Scouts
Cub Scouts Info
Humor
Personal
Photos
Recruiter outre...
Storage

**Search Shortcuts**
My Photos
My Attachments

Netflix
Try for Free!

Netflix
Try for Free!

Online Degree
Programs

$150,000 Mortgage
Only $483/Month!

---

Previous | Next | Back to Messages

**Delete**  | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾

This message is not flagged. [ Flag Message – Mark as Unread ]          Printable View

**Subject:** RE: Packet of Information to be Completed

**Date:**   Wed, 24 Oct 2007 13:29:36 -0700

**From:**   "Mary Smith" <msmith@edgewoodins.com>   ▣ Add to Address Book   ▯ Add Mobile Alert

**To:**     "Brian Wick" <btwick@sbcglobal.net>

Laura:

It was great meeting you today, and I apologize that I wasn't able to
spend more time.  And, I know you understood; which I appreciate.

Take care and I'll talk to you soon.

Best,

Mary

Mary M. Smith, PHR ~  Director, Human Resources ~ Edgewood Partners
Insurance Center ~  2000 Alameda de las Pulgas, Suite 101 ~ San Mateo,
CA   94403 ~  Direct - 650.295.4615 ~
Cell - 415.686.3752 ~ Fax/650-295-4763

-----Original Message-----
From: Brian Wick [mailto:btwick@sbcglobal.net]
Sent: Wednesday, October 24, 2007 1:09 PM
To: Mary Smith
Subject: Packet of Information to be Completed

Hello Mary,

Thanks so much for taking the time to meet with me
today. I will complete the packet for you after
November 2nd.

Regards,

Laura Wick

---

**Delete**  | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾

Previous | Next | Back to Messages              Save Message Text | Full Headers

**Check Mail**  | **Compose**                    **Search Mail**  | **Search the Web**

Copyright 2007 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

# EXHIBIT G

"Joan Wick" <joanwick@earthlink.net>
Case 3:07-cv-06418-JSW    Document 112-6    Filed 01/16/2008    Page 6 of 60
12/16/2007 11:32 AM
Please respond to
joanwick@earthlink.net

To
        "Brian Wick" <btwick@sbcglobal.net>, "Laura Wick" <laura_wick@ajg.com>
cc

Subject
        RE: Our trip..


Laura:  What a surprise!  We hope the job change will be a wonderful
opportunity for you--heaven knows you're the very best person to set up and

run the new company office.  Just hope the new job doesn't cause you too
much stress.  We sure will miss seeing you, but we understand how important
this is and that there will be more holidays and other times to get
together.

Brian:  We'll look forward to seeing you and the boys, and we'll hope for
nice weather, but don't count on it--folks here say we are overdue for some
cold weather so bring warm jackets for your Wed. sightseeing in DC.

Love to all, Mom


> [Original Message]
> From: Brian Wick <btwick@sbcglobal.net>
> To: Tracy Franck <tracy@jbreg.com>; Thomas wick <wickt@earthlink.net>;
Joan Wick <joanwick@earthlink.net>
> Date: 11/5/2007 1:50:07 PM
> Subject: Our trip..
>
> Hi Folks,
>
> Want to give you an update on our trip.  Our flight
> out is on Nov 20 (Tuesday) and we land at Wash/Dulles
> at 5:27PM.  Our flight home is on Friday the 23rd at
> 2:30 PM.  Again, some strange flights due to using our
> frequent flyer miles.
>
> Laura's job situation has changed and will make it
> hard for her to come.  Her boss and the rest of the
> sales people are leaving Gallagher to go to a
> competitor.  Laura also made the decision to go, and
> is now home for two weeks before starting with the new
> company.  Essentially, her job is to start the new
> branch office and set up the computers, facilities,
> and manage HR issues before the rest of the team quits
> and joins her.
>
> That week of Thanksgiving is when she needs to start
> the new job, and so we've decided that I will come out
> with the boys.  It will be a stressful time for her
> and trying to manage a cross country trip at the same
> time would be difficult.
>
> We have Wednesday to do some site seeing in DC and we
> are really looking forward to it.  I hope this plan
> works OK for everyone.
>
> Bri
>
>
>

# EXHIBIT H



ALLEN AMOS
<allena10@sbcglobal.net>
12/09/2007 07:21 PM

To    gabriele_simpson@ajg.com
cc    gail_petty@ajg.com
bcc
Subject    letter of resignation

Please accept this as my resignation from Arthur J Gallagher and Co. effective immediately. I have enjoyed my nearly seven years with Gallagher and have been fortunate to work with a group of talented and dedicated people.

I have the following items that I wish to return to Gallagher:
- Access Card for the parking garage, building and office
- Company credit card
- File with current and prior years' business plans

Please advise how these items should be returned.

I have made a search of my personal computer and have no business information to return or delete. I do have a personal cell phone with business contact numbers and have deleted all of these numbers. You can contact me if you would like to verify this.

Please deactivate my name and password form the Gallagher system. I will not be accepting compensation from Gallagher for services after December 7, 2007. I am requesting a final producer statement as of December 7, 2007 as my final earned compensation will far exceed my salary draw.

Sincerely,


Allen Amos
Area Vice President

12/10/07

To Whom It May Concern:

I hereby resign my employment from Arthur J. Gallagher effective immediately.

Sincerely,

Molly Armstrong



**Michael Brown/BSD/AJG**
12/07/2007 09:51 AM

To  Gabriele Simpson/BSD/AJG@AJG

cc  Brian Quinn/BSD/AJG@AJG, Jim
    McFarlane/BSD/AJG@AJG

bcc

Subject

To Whom It May Concern:

Effective the date of this e-mail, I officially resign from Arthur J. Gallagher & Co. and the position of Area Vice President.  This resignation takes effect immediately.

Regards,

Michael Brown



December 11, 2007

Re: Resignation

Effective immediately I, Brett Burdock, resign my position as Word Processor for Arthur J. Gallagher Risk Management Services.  Thank you for the many opportunities I have received over the last 6 years and for the chance to prove myself I was given.

Thank You,

Brett Burdock

December 12, 2007

Gabriele Simpson,

Please accept my resignation effective today.  I want to thank you and thank Arthur J. Gallagher for the opportunities afforded me during my ten years working here.

Thank you.

*Patricia Burdock*

Patricia Burdock

December 7, 2007


Gabriele Simpson
Arthur J. Gallagher Risk Management Services


I hereby tender my resignation, effective immediately.

Sincerely,

Linda Cadinha
176 Topaz Way
Livermore, CA
415-449-1238

*Lost Key card*

Kelly M. Cavagnuolo, CISR
23152 Hesperian Blvd
Hayward, CA 94541
510-887-4077

December 9, 2007

Gabrielle Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon Ste 550
San Ramon, CA 94583

Dear Gabrielle:

Please accept this letter as formal notification that I am leaving my position with Arthur J. Gallagher effective December 10, 2007.

Thank you for the opportunities you have provided me during my time with the company.

Sincerley,

Kelly M. Cavagnuolo



Arthur J. Gallagher Risk Management Services————————————————

Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

December 10, 2008

Arthur J. Gallagher & Co.
c/o Gabriele Simpson
2603 Camino Ramon, Suite 550
San Ramon, CA 94583

Dear Gabriele,

It is with deep regret that I must at this time tender my resignation effective immediately.   My last day will be December 10, 2007.

I greatly appreciate the opportunity I have been given to learn and develop, but I have been offered and have accepted a position which I feel will better utilize my skills and affords me an exceptional career path today and in the future.

Thank you for your time and consideration and I wish you all the best in the future.

Regards,

Eric Chua

Production Bonus ?
home - email

ECHUA13@YAHOO.COM

20% OF ACCOUNT CEVENUE
PAIDOUT 3/08
ARC INTERNATIONAL
DATALOGIC INC.

2603 Camino Ramon. Suite 550
San Ramon, CA 94583
Main 925.983.3700
Fax 925.277.0128
CA Lic# 0726293
www.ajg.com

Arthur J. Gallagher Risk Management Services————————————————
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

December 7, 2007

Ms. Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Real, Suite 550
San Ramon, Ca. 94583

Re: Resignation

Dear Gabriele,

With great sadness I am writing this letter to inform you of my
resignation from my position at Arthur J. Gallagher effective
immediately. I have truly enjoyed working with you regret that this
has come to pass. I have a wonderful opportunity with another
brokerage that I just can't pass up.

I have left my Gallagher provided PDA on my desk. I have no files or
other proprietary information in my possession or at my home. I will
leave my key card with you today upon my departure.

Sincerely,

Carol L. Cohn

2603 Camino Ramon. Suite 550
San Ramon, CA 94583
Main 925.983.3700
Fax 925.277.0128
CA Lic# 0726293
www.ajg.com



# ARTHUR J. GALLAGHER & CO.
## Risk Management Services

INSURANCE BROKERS OF CALIFORNIA, INC.
CALIFORNIA STATE LICENSE NUMBER 0726293

December 7, 2007

Arthur J. Gallagher & Co.
4301 Hacienda Drive
3rd Floor
Pleasanton, CA 94588

To Whom It May Concern:

Effective as of this date I resign my employment with Arthur J. Gallagher & Co. So there is no question concerning the retention by me of any confidential or proprietary information of Gallagher,

*GEORGE PETTY PERSONALLY REMOVED THE INITIALED ITEMS George P*

*GP*  I have removed all business contacts related to my employment from the ACT! Contact Management Program I use as my "Desktop Calendar"; *12/7/0*

*GP*  I synchronized my personal Blackberry with the ACT! Contact Management Program to remove all Arthur J. Gallagher & Co. clients and prospects from my Blackberry;

*GP*  In order to preserve the data, I made a backup copy of the ACTI Database prior to removing the business information and again after removing the business information. I am supplying you with these files;

*GP*  I would like to retain a copy of the file containing all my non-business related contacts (All insurers, clients, prospects, employees of Arthur J. Gallagher & Co. and the like have been removed from this list, with the exception of a few personal friends who work for Gallagher;

*GP*  •  I was furnished a laptop computer by Gallagher that was stolen sometime in 2005 along with the laptops of four or five other producers from the Pleasanton Office. After that, I was given a desktop computer and used my own personal laptop for business purposes. I regularly copied Gallagher files onto my laptop so that I would have them available at client meetings. Please acknowledge that I have given you the opportunity to inspect, review or remove this information that is confidential and proprietary and will continue to do so at anytime;

•  I am returning the following items:

*GP*       o  All Customer Documents and electronic files in my possession
           o  Access Key and Card for parking, building and office
           o  Company Credit Card
•  Please provide me with a summary of:
           o  Unused Vacation Time (This should include prior periods where my vacation time was not used for a period 10 years). I currently have 21 days of unused vacation time in the current year;
•  My expense report has been submitted in the amount of $3,150 +/-.

Sincerely,

Neil R. Cohn
Area Senior Vice President

4301 HACIENDA DRIVE, SUITE 300 • PLEASANTON, CA 94588
P.O. BOX 9101 • PLEASANTON, CA 94566-9101
(925) 460-9900 • FACSIMILE: (925) 847-8831 • VOICE MAIL: (925) 460-9995



campcraven@comcast.net
12/10/2007 02:52 PM

To    gabriele_simpson@ajg.com

cc

bcc

Subject    Resignation 12-9-07

Hi Gabrele,

I received your message indicating you did not get the resignation letter I sent last night, so here it is again.

Please accept this as my immediate resignation from AJG. I tried to give it Sunday morning but was turned away at the door. Thank you for the employment opportunity but I feel this will be a good move for my career. Please have my personal items sent to my home.

Sincerely,

Elkie Craven

Sandra Daughtry-Honda
8170 Mountain View Drive Unit H, Pleasanton, CA 94588
Phone: 924-730-0053 – E-mail: sd_honda1@yahoo.com

December 9, 2007

Arthur J. Gallagher
Gabrielle Simpson

Dear Gabrielle,

I have decided to tender my resignation. My last day will be December 10,2007.

I made this decision not because I am unhappy with the opportunities you've presented, but because of personal reasons. I have sincerely enjoyed working for Arthur J. Gallagher. Thank you very much for the opportunities you have provided.

Sincerely,

Sandra Daughtry-Honda

December 13, 2007


Mr. Bruce Lichtenberg
Area President
Gallagher Benefit Services
2603 Camino Ramon
San Ramon, CA  94583

Bruce:

This letter is to advise Gallagher Benefit Services that I am resigning effective today and will be joining E.P.I.C.

With this letter I am returning my building pass and my A.C.T. mailing list.  I will research my work area at home for further Gallagher business property.  If found, I will return them with a cover letter.

Please make my final paycheck through December 13, 2007 to include the accrued vacation and the 2007 commission performance bonus.

Sincerely,

Larry Dineen



"Rob Dutto \(E-mail\)"
&lt;robert_dutto@ajg.com&gt;
Sent by: "Vail Dutto"
&lt;vdutto@intelegy.com&gt;

To  &lt;Gabriele_Simpson@ajg.com&gt;
cc  &lt;Gail_Petty@ajg.com&gt;
bcc
Subject  Notice of Resignation

12/09/2007 09:40 PM

Please respond to
&lt;vaildutto@intelegy.com&gt;

I am writing to inform you that I am resigning from Arthur J. Gallagher and Co. effective immediately. I have enjoyed my seven years with Gallagher and have tremendous respect for the organization and the people I have worked with.

I have the following items that I wish to return to Gallagher:

- Access card for the parking lot, building and office
- Company Credit Card

Please advise how these items should be returned.

I have examined my personal computer and have no documents, files or business information that would be considered proprietary or confidential to Gallagher. I do have a personal Blackberry device that I also use as my personal cell phone. It contained business contact information which I have deleted. The device does synch with the Gallagher Lotus Notes system. Please advise how to handle this so that the e-mails are deleted from the Blackberry. At your request, I can provide you with the Blackberry in order for you to see that it does not contain any business information.

I will not be accepting any compensation from Gallagher for services after December 7, 2007. I do request a final producer statement as of December 7, 2007 as my final earned compensation will exceed my salary draw.

Sincerely,
Robert Dutto
Area Vice President



**EDGEWOOD PARTNERS**
Insurance Center

December 11, 2007

Ms. Gabriele Simpson
Arthur J. Gallagher @ Co.
2603 Camino Ramon
San Ramon, CA 94583

Dear Gabriele,

I am enclosing my building pass, and Gallagher credit card which as far as I have found
is all of the business property of Gallagher that I possess. I have also enclosed my
personal cell phone/blackberry that is synched with the Gallagher e-mail system. I am
returning it so that the e-mail can be removed from the blackberry. I would like the
blackberry returned when the e-mails have been removed.
A few days ago I made an attempt to make arrangements to pick up my personal
belongings and was told that I could not enter the office. At your earliest convenience
would you contact me at EPIC, or by my cell phone (925-683-2055), to advise how you
would like to have this handled.

Sincerely

Robert Dutto
Principal
Edgewood Partners Insurance Center





<bobter1@sbcglobal.net>
12/10/2007 07:05 AM

To    <gabriele_simpson@ajg.com>
cc    <gail_petty@ajg.com>
bcc
Subject   Resignation

To Whom It May Concern,

Please accept this as my official resignation from Arthur J. Gallagher And Company effective imediately.

I am returning my laptop computer, Blackberry, Company credit card, and office key cards.
I do not have any Company information on my personal household computer and have deleted all
Company business phone numbers from my cell phone.
Please delete and remove me from any electronic access such as "citrix" and or any other e-mail /
Company information source.

Please consider December 7th, 2007, as the date that my regular salary compensation ceases.  Any
further compensation due me at future dates should be sent directly to my home residence at: 40
Discovery Bay Blvd., Discovery Bay, Ca. 94505.

I will call to make arrangements to pick-up, or if peferred,have deliverd to me, my personal belongings and
business licenses.

I sincerely appreciate the opportunity that Gallagher has afforded me over the past 17 years.

Sincerely,

Robert D. Ellsworth

**bobter1@sbcglobal.net**

| | |
|---|---|
| **From:** | <bobter1@sbcglobal.net> |
| **To:** | <gabriele_simpson@ajg.com> |
| **Cc:** | <gail_petty@ajg.com> |
| **Sent:** | Monday, December 10, 2007 7:05 AM |
| **Subject:** | Resignation |

To Whom It May Concern,

Please accept this as my official resignation from Arthur J. Gallagher And Company effective imediately.

I am returning my laptop computer, Blackberry, Company credit card, and office key cards.
I do not have any Company information on my personal household computer and have deleted all Company business phone numbers from my cell phone.
Please delete and remove me from any electronic access such as "citrix" and or any other e-mail / Company information source.

Please consider December 7th, 2007, as the date that my regular salary compensation ceases. Any further compensation due me at future dates should be sent directly to my home residence at: 40 Discovery Bay Blvd., Discovery Bay, Ca. 94505.

I will call to make arrangements to pick-up, or if peferred,have deliverd to me, my personal belongings and business licenses. —*including my desk* (?)

I sincerely appreciate the opportunity that Gallagher has afforded me over the past 17 years.

Sincerely,

Robert D. Ellsworth

12/10/2007



Bruce
Lichtenberg/GBS/AJG

12/11/2007 04:27 PM

To  "Penny Miller" <penny_miller@ajg.com>

cc

bcc

Subject  Fw:

Bruce C. Lichtenberg
Area President
Gallagher Benefit Services
San Ramon Office
CA License #0D36879
(925)983-3800 (Voice)
(925)584-8523 (Cellular)
Susan English

From: Susan English
Sent: 12/11/2007 08:41 AM PST
To: Bruce Lichtenberg

Effective immediately I resigning from my position.

Susan M. English
Area Vice President
Gallagher Benefit Services
2603 Camino Ramon, Suite 550
San Ramon, CA  94583
Direct 925.983.3811
Fax 925.277.1186
Main 925.983.3700
Cell 925.983.3811

Tammy Glaser
4123 Lethram Court
Pleasanton, CA 94588
December 10, 2007

Dear Gabriele:

With this letter, I hereby submit my resignation from Arthur J. Gallagher., effective
~~December 14, 2007.~~ immediately. *TLG*
It's been a pleasure working for and with you over these past few months and I appreciate
the opportunities that you gave me to grow in an office/corporate environment.

Sincerely,

Tammy L. Glaser

To:     Mr. Tom Rowe

Re:     Resignation

Date:   November 20, 2007

I hereby resign my position at Gallagher effective today, November 20, 2007. I've enjoyed my 14 years at Gallagher and wish everyone the best of success.

Sincerely,

Jim Halbleib
334 Parrott Dr
San Mateo, Ca.

December 7, 2007

Ms. Gabriele Simpson
Arthur J. Gallagher & Company
2603 Camino Ramon
San Ramon, CA 94583

Dear Gabriele:

It is with regret that I am handing in my resignation, effective immediately. It has been a pleasure working for Arthur J. Gallagher & Company.

Sincerely,

Olga Harvison



December 7, 2007


Senior Executive
Arthur J. Gallagher & Co.
San Ramon, CA


Re:    Letter of Resignation


This is to advise you that I resign from Arthur J. Gallagher & Co. effective immediately.

I am leaving behind all Arthur J. Gallagher property and client information in my possession.

I believe my Blackberry is considered my property, but I am not positive of that; therefore, I am leaving it behind for now.  Please remove any data you consider proprietary to Gallagher and advise me when I may pick it up.

Please advise me of the status of my final paycheck, unused vacation or sick leave pay and any remaining business expense account reimbursements.

I appreciate the opportunity to work with the exceptional professionals at Gallagher for so many years.


Regards,

Stephen A. Hause
159 Patricia Lane
Alamo, CA 94507
925.837.3245



Robin Herman/BSD/AJG
12/10/2007 11:17 AM

To    Gabriele Simpson/BSD/AJG@AJG

cc

bcc

Subject    Letter Of Resignation

Gabriele,

Per our discussion, I will be resigning today.  It has been a pleasure working with you and I wish you the
very best.

Sincerely,

Robin Herman, CIC
Senior Account Manager

Arthur J. Gallagher Risk Management Services
Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.
2603 Camino Ramon, Suite 550
San Ramon, CA  94583
CA License #0726293
Voice☎: (925) 983-3734 Fax: (925) 277-0128
Mail ✉: Robin_Herman@ajg.com

***ATTENTION***

Our Pleasanton office has officially moved to San Ramon!
Please note the new address and numbers above.





**From:** Joseph & Barbara Hilgen <hilgen@mac.com>
**Subject:** **My formal Resignation**
**Date:** December 10, 2007 7:10:10 AM PST
**To:** Gail_Petty@ajg.com, Gabriele_Simpson@ajg.com

To: Arthur J. Gallagher
    San Ramon, CA

Dear Gabriele & Gail

Please accept this as my formal resignation from Arthur J Gallagher to be effective immediately.

I have 2 fairly large pictures/artwork hanging on the wall in my office as well as a clock/radio/cd player, and some other personal pictures and items in/on my desk that are my personal property.
I understand now that my resignation has been tendered I may not be permitted on the premises so I would like those items shipped to me as soon as possible.

I believe I have 4 additional vacation days remaining this year due to carrying over some from last year. Please include those in my final check and mail it to my home address along with any final paper work that needs to be completed.

I regret that I cannot give you more notice, however I feel to continue working at Gallagher during a notice period
would create a conflict of interest for me and I would not be effective in my position.  It has been a pleasure working with
both of you.


Best Regards,
Barb  Hilgen
1893 Vetta Drive
Livermore, CA 94550
925 337-5207

*Barbara L. Hilgen*

Ruby Johnson/BSD/AJG          To   Gabriele Simpson/BSD/AJG@AJG
12/12/2007 10:03 AM           cc   Judy Fenz/BSD/AJG@AJG
                             bcc
                         Subject   RESIGNATION

Please be advised that effective this date 12/12/07 I am terminating my employment
with Arthur J. Gallagher Co.

Carolyn Ruby Johnson

✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶

Ruby Johnson     ☺

Certificates Department
Arthur J. Gallagher Risk Mgmt. Services
Arthur J. Gallagher & Co. Insurance Brokers of CA, Inc.
License #0726293

✆ Please send all Certificate Requests to:
✉ Pleasanton_Certs@ajg.com



"Don Johnson"
&lt;donjohnson23@gmail.com&gt;
12/10/2007 09:44 AM

To  gabriele_simpson@ajg.com

cc  gail_petty@ajg.com

bcc

Subject  Letter of Resignation

Please accept this as my resignation from Arthur J. Gallagher & Co. effective immediately.

I have the following items that I wish to return to Gallagher:
    *Access Card for the parking garage, building, and office.
    *Company Credit Card

Please advise how these items should be returned. I also have some personal effects at the office that I will need at some point in the near future.

I do have a personal blackberry device that I also use as my personal cell phone. The device does sync with the Gallagher Lotus Notes system. Please advise how to handle this so that the emails are deleted from my blackberry and I no longer receive emails. At your request, I can provide you with the Blackberry in order for you to see that it does not contain any business information. Please deactivate my name and password from the Gallagher system.

I will not be accepting compensation for services after December 9, 2007. I am requesting a final producer statement as of December 9, 2007 as my final earned compensation will far exceed my salary draw.

Sincerely,


Don Johnson
Area Vice President

Dear Gabriele Simpson,

I am enclosing my building pass and Gallagher credit card, which as far as I have found is all of the business property of Gallagher I posses. As you know I attempted earlier to make arrangements to pick up my personal belongings. At your earliest convenience would you contact me at EPIC, or by my cell phone, to advise on how you plan on having this handled.

Thank You.

Don Johnson
Principal
Edgewood Partners Insurance Center (E.P.I.C.)

4000 Executive Parkway, Suite 200
San Ramon, CA 94583
Cell: 510-882-7977
Fax: 925-901-0244
email: djohnson@edgewoodins.com
License # 0B29370



The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any of its attachment is strictly prohibited.

December 10, 2007

Ms. Gail Petty / H.R. Dept.
Arthur J. Gallagher & Company
2603 Camino Ramon, Suite 500
San Ramon, CA 94583

Dear Gail:

As a result of an opportunity to join an employer with better health care coverage, this letter serves as formal notice of immediate resignation of employment with Arthur J. Gallagher & Company.

I appreciate the time spent with this organization. It is unfortunate the health care provided was and continues to be unsatisfactory.

Sincerely,

Mary K. Keck

mkk



December 10, 2007

RE:    Resignation of Employment

       Lisa Lucas – Area Assistant Vice President, Bond Department

I, Lisa Lucas, hereby resign my employment effective immediately. I want to thank Arthur J. Gallagher & Company for all that was done throughout my employment with you.

Sincerely,

Lisa Lucas

12/18/07  11:41 FAX 630 285   5       ARTHUR J GALLAGHER/H.R.                    ☑001
   DEC. 6.2007 11:36AM    14155368499                          NO. 9075  P. 2

Laurie Martin
190 Cleaveland Rd. #23
Pleasant Hill, CA. 94523

November 26, 2007

Mr. Greg Campbell
Arthur J. Gallagher & Co. Insurance Brokers of CA, Inc.
One Market St. Spear Tower 2nd Floor
San Francisco, CA  94105

Dear Greg:

Effective today, I hereby resign my position as Area Vice President at Arthur J. Gallagher
& Co.

I have enjoyed my time here at Gallagher. I have the utmost respect for this company,
but have decided to pursue a new opportunity.

I wish you and all at Gallagher all the best.

Sincerely,

Laurie Martin
(Laurinda Ann Martin)

December 11, 2007

Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon, Suite 550
San Ramon, CA 94583


RE:  Resignation

Dear Gabriele,

Effective today, December 11, 2007 I am resigning from Arthur J. Gallagher & Co.

Sincerely,

Shandranette Middleton



Siobhan O'Leary
4597 Sutter Gate Ave
Pleasanton, CA 94566

Gabriele Simpson
Arthur J. Gallagher & Co.
2306 Camino Ramon,
San Ramon, CA 94583

Dear Gabriele,

Please accept this letter of resignation dated 12/10/07.  My last day of work will
be 12/14/07.

Respectfully,

Siobhan O'Leary

December 11, 2007


Gabriele Simpson
Arthur J Gallagher Risk Mgmt.
2603 Camino Ramon, Suite 550
San Ramon, CA 94583


Gabriele,

This letter is to inform you that, effective 12/17/07, I am resigning from my Account
Management position at Arthur J. Gallagher.

This company has been wonderful to me as an employee and I do appreciate the
opportunities that have been given to me here.

Sincerely,



Tiffany Pastorius

12/11/07

Marcel,

Effective immediately, I am resigning from Arthur J. Gallagher & Co.

Marcel, it truly has been a pleasure working with you these last few months and the rest of the Gallagher IT team. I hope our paths cross again soon.

Sincerely,

George Petty



**Bill Phillips**
<bphillips743@att.net>
12/10/2007 10:39 AM

To   gabriele_simpson@ajg.com

cc   gail_petty@ajg.com

bcc

Subject   Resignation

Dear Gabriele:

Please accept this as my resignation from Arthur J. Gallagher & Company effective immediately.

Please consider December 9, 2007 as the date that my regular salary compensation ceases.

I have deleted all AJG company transmissions from my personal Blackberry, and have deleted all AJG company business phone numbers from my personal cell phone. I have removed the AJG Citrix program from my personal home laptop, and would appreciate your deleting and removing me from any future electronic access.

I wish to make arrangements for the return of my corporate credit card and electronic access card, as well as to arrange for the pick-up and/or delivery of my personal effects.

I appreciate the opportunity that AJG has afforded me over the past year.

Sincerely,

William Phillips, Jr.
100 Amberfield Lane
Danville, CA  94506

Ms. Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon, Suite 550
San Ramon, CA 94583

Dear Gabriele:

I am enclosing my building access pass and AJG corporate Diners Club card, as these are the only AJG business property in my possession.

I have personal effects and belongings remaining in my former office that I wish to retrieve. At your earliest convenience, please contact me at EPIC, or on my cell phone at 925-575-0744, to advise how this can be handled.

Very Truly Yours,

Bill Phillips

December 14, 2007

RE:    Resignation of Employment

To whom it may concern,

I Veronica Ramirez, hereby resign my employment with Arthur J. Gallagher & Co., as of today.

I just want to thank you for all you have done for me.

Sincerely,

Veronica Ramirez

December 14, 2007

Arthur J. Gallagher Risk Management Services
Attn: Gabriele Simpson

I am tendering my resignation as of today from Arthur J. Gallagher & Company. I have enjoyed working for the company for the last six and a half years and I sincerely wish the company well in the future.

I have reviewed my options, and the move I am making is in my best interests. Thank you for your consideration and understanding in this matter.

Best Regards,

Olga Rasmussen
Sr. Account Manager



"Debra & Dennis Rodriguez"
<dndrodri@astound.net>

12/10/2007 08:22 AM

To    <gabriele_simpson@ajg.com>

cc

bcc

Subject    Resignation

Dear Gabriele:

Effective immediately, I am resigning from Arthur J. Gallagher.

Sincerely,

Dennis Rodriguez
2514 Corte Del Marques
Walnut Creek, CA 94598

**DATE:   12/10/07**


**To:**        **Arthur J. Gallagher Risk Management Services**
              2603 Camino Ramon, Suite 550
              San Ramon, CA 94583


Please accept this letter as my written resignation from Arthur J. Gallagher Risk
Management Services.  Effective today, December 10, 2007, I am resigning from my
positions as Account Assistant and Surplus Lines Assistant.

Thank you for your support and also for the opportunities you have provided me during
my three years with your company.



Sincerely,


Amber E. Ronzitti
7961 Millbrook Ave.
Dublin, CA 94568
(510) 828-1985
AmberRonzitti@gmail.com

 **"Amber Ronzitti"**
<amberronzitti@gmail.com>
12/10/2007 07:13 PM

To   Gabriele_Simpson@ajg.com
cc
bcc
Subject   Resignation

Hi Gabriele,

Per our conversation this morning, effective today, 12/10/07, I am resigning from my position as Account Assistant
at Arthur J. Gallagher Risk Management Services.

I appreciate all the opportunities Gallagher has provided me with during my three years of employment,
as well as individual care and support you provided.

If you have any questions I can be reached directly at (510) 828-1985.


--
Regards,

Amber E. Ronzitti



sharon schweitzer
<sharonfromnyc@yahoo.com
>
12/09/2007 02:07 PM

To   gabriele_simpson@ajg.com, gail_petty@ajg.com

cc

bcc

Subject   Letter of Resignation

December 9, 2007
Gabriele Simpson
Arthur J. Gallagher Ins Service of CA
San Ramon, CA
Re: Letter of Resignation
Gabriele,
Please accept this as my letter of resignation.  This is to be effective immediately.
I have personal items in the office that I will need to collect or have forwarded to me.
My home address and phone # are as follows:
6320 Stoneridge Mall Rd F112
Pleasanton, Ca 94588
925-734-6381
Cell  925-699-3323

Please let me know if I need to provide any further information.  Also I have the card key for the
office.  If needed I can mail a wet signature copy of this letter.
Sincerely,

Sharon A. Schweitzer

December 9, 2007

Gabriele Simpson
Arthur J. Gallagher Ins Service of CA
San Ramon, CA

Re:  Letter of Resignation

Gabriele,

Please accept this as my letter of resignation.  This is to be effective immediately.

I have personal items in the office that I will need to collect or have forwarded to me.

My home address and phone # are as follows:

6320 Stoneridge Mall Rd F112
Pleasanton, Ca  94588

925-734-6381
Cell  925-699-3323

Please let me know if I need to provide any further information.  Also I have the card key
for the office.  If needed I can mail a wet signature copy of this letter.

Sincerely,

Sharon A. Schweitzer

December 10, 2007


Ms. Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon, #550
San Ramon, CA 94583

Re:    Resignation


Dear Gabriele,

I am resigning effective immediately as Area Vice President and Controller.

I have enjoyed working at Arthur J. Gallagher & Co. since 1991. This was not an easy decision and there were many factors involved.

I have returned the laptop, building pass and company credit card. The Blackberry purchased by AJG earlier this year was assumed by Jaren Thorsen a few months ago.

The keys to my file drawers are in the 2nd drawer behind the chair in my office.

Best wishes to you in your future endeavors and it has been a pleasure to work with you.

Sincerely,

Linda Soo Hoo


Cc: Gail Petty



rickstinson@comcast.net
12/10/2007 11:46 AM

To  gabriele_simpson@ajg.com
cc  gail_petty@ajg.com
bcc
Subject  Resignation

Dear Gabriele,

Effective immediately I am resigning my position as Producer with Arthur J. Gallagher & Co. I have taken a position with E.P.I.C.

I have returned my Corporate Diners Club card and Building Card Key. In addition I request that you immediately terminate my access to Gallagher's server through my personal Blackberry PDA device. I have deleted all information related to Gallagher clients from my personal computer and Blackberry.

Please forward my personal effects from my office to my Home Address: 33 Bates Boulevard, Orinda, CA 94563. Also please forward any unpaid compensation to this same address.

I have an outstanding 401(k) loan balance and understand that repayment of the outstanding balance is due promptly. Please forward any required information regarding my repayment obligation to my address at 33 Bates Boulevard, Orinda, CA 94563. I will satisfy all remaining balances on my Corporate Diners Club card.

Sincerely,

Direk Richard Stinson

 **EDGEWOOD PARTNERS**
Insurance Center

December 11, 2007

Ms. Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon
San Ramon, CA 94583

Dear Gabriele:

Enclosed is my key card and credit card.  Please call me so I can make arrangements to get my personal things.

Best regards,

Rick Stinson

Kris Stubbs/BSD/AJG
12/11/2007 11:39 AM

To   Judy Fenz/BSD/AJG@AJG
cc   Gabriele Simpson/BSD/AJG@AJG
bcc
Subject   Resignation

Dear Judy:

I would like to inform you that I am resigning from my position as Certificates Assistant for Arthur J. Gallagher & Co., effective December 14.
I will return all of my company assigned computer equipment to Jaren Thorsen on Friday, December 14.

Thank you for the opportunities that you have provided me during my time with Arthur J. Gallagher.

Respectfully,

Kristina Stubbs

*5709 Belleza Drive*
*Pleasanton, CA 94588*

December 10, 2007

Gabriele Simpson
Arthur J. Gallagher Risk Management Services
2603 Camino Ramon, Ste 550
San Ramon, CA 94583

Louanne Sweeney Letter of Resignation

Dear Gabriele,
Please accept this letter of resignation.  My last day working at AJG will be Friday December 14, 2007.  Thank you.

Sincerely,

Louanne Sweeney
925.251.0224



12/10/07

To Whom It May Concern:

I am resigning effective immediately.

Sincerely,

Colleen Varnica



pwagener@comcast.net
12/10/2007 11:37 AM

To   gabriele_simpson@ajg.com
cc   gail_petty@ajg.com
bcc
Subject  Resignation

Please accept this e-mail as my resignation effective at once.

My salary should cease as of this date. Any compensation, expenses owed and unused vacation should be sent to my home address at 427 Cliff Drive, Aptos CA, 95003.

I am returning two laptop ( 1 HP/1 Toshiba) computers, an HP Printer, Key card amd corporate credit card and all files and office supplies that were in my possession at my office in Aptos.

The above items will be delivered to your office by courier.

Thank you for all your help. It has been a pleasure to be associated with you.

Sincerely,

Paul H. Wagener



**EDGEWOOD PARTNERS**
Insurance Center

December 11, 2007

Ms. Gabriele Simpson
Arthur J. Gallagher & Co.
2603 Camino Ramon
San Ramon, CA 94583

Dear Gabriele:

      I am sending with this letter two boxes that contain (1) an HP and Toshiba laptop with cords; (2) HP Printer; (3) a key card and credit card; and (4) miscellaneous Gallagher written documents that I found at my home office in Aptos. I believe this all of the Gallagher material that I had at home. I would like to have you either box up and send me my personal items or make arrangements for a good time for me to come by and do so. Please call me as soon as you can about this.

Very truly yours,

*P.W. by R.W.*

Paul Wagener

12/10/07

I Carol Ward am resigning for Arthur J. Gallager & Co. as of 12/10/07.

Carol A. Ward    12/10/07



October 17, 2007

Dear Brian and Wally,

It is with great reluctance I submit my resignation to the both of you. My last day with Gallagher will be Friday, November 2nd. If you feel you need me longer in order to transition my job duties, I will be more than willing to extend my last day until the following week.

I have decided to take some time off until the first of the year to spend time with my family. I am hoping if I decide to return to Gallagher in 2008 that there will be an open position for me.

Thank you for everything the both of you have done for me. I can't tell you how wonderful it has been working out of the Pleasanton office for the past ten years. I wish you both the best.

Kindest regards,

Laura Wick