# EXHIBIT I

**REDACTED**

# EXHIBIT J

**REDACTED**

# EXHIBIT K

**REDACTED**

# EXHIBIT L

| EPIC Producer Equity Program (2).lnk | F:\EPIC Producer Equity Program (2).xls | 12/06/07 06:01:44AM | 10/22/07 07:48:54PM | 10/22/07 07:48:54PM | Gallager-Neil Cohen\Neil Cohn\C\Documents and Settings\NRCohn\Recent\EPIC Producer Equity Program (2).lnk |

# EXHIBIT M

**REDACTED**

# EXHIBIT N

**REDACTED**

# EXHIBIT O

**REDACTED**

# EXHIBIT P

**REDACTED**

# EXHIBIT Q

**REDACTED**

# EXHIBIT R

**REDACTED**

# EXHIBIT S

**REDACTED**

# EXHIBIT T

**REDACTED**

# EXHIBIT U

**REDACTED**

# EXHIBIT V

**REDACTED**

# EXHIBIT W

**REDACTED**

# EXHIBIT X

REDACTED

# EXHIBIT Y

REDACTED

# EXHIBIT Z

**REDACTED**

# EXHIBIT AA

REDACTED

# EXHIBIT BB

**REDACTED**

# EXHIBIT CC

**REDACTED**

# EXHIBIT DD

REDACTED

# EXHIBIT EE

REDACTED

# EXHIBIT FF

**REDACTED**

# EXHIBIT GG



 Arthur J. Gallagher & Co.

 Arthur J. Gallagher & Co.

## CORPORATE CHARGE CARD APPLICATION PACKAGE

You have been selected to enroll in the Arthur J. Gallagher & Co. Corporate Charge Card Program. Below are the instructions to begin the application process.

Included with this package is some additional information regarding Gallagher's Corporate Charge Card Program, including:
- A Program Overview
- The Company Policy regarding the use of charge cards
- Frequently Asked Questions about the Corporate Charge Card Program

Additional information regarding the card can be found on the Gallagher Online Portal in the Procurement Directory.

Copy and paste the following link to apply using an online application, following the instructions below:
https://www.dinersclub.com/ptl/handleApp?appId=80480175&%23d=/ptl/en/US/apply/&%23action=init

Follow the simple procedures below to apply for your Diners Club Corporate Card:

1.  Complete the online application including, at a minimum, the fields marked as required.
2.  Enter complete addresses for both the home and billing address fields to avoid processing delays.
3.  In the field labeled "Manager's e-mail address" enter the e-mail address of a person who is authorized to approve the issuance of corporate cards for your profit center. He or she will receive confirmation you have applied for the card and must submit an approval message to Payroll for the card to be processed.
4.  Under the "CLUB REWARDS ENROLLMENT (Optional)" section, you may choose to become a member of Diners Club's Club Rewards program at an annual fee of $75(1).
5.  Ignore and do not populate the "Additional Data" section. This is will be populated as part of the approval process.
6.  Select "Kevin Letz" as the account administrator (approver for all applications).
7.  At the bottom of the form, select "Next".
8.  After reading through the Terms and Conditions and clicking on the "ACCEPT" button, you will have the opportunity to review the application one final time.
9.  After carefully reviewing your application for accuracy, submit your completed application by clicking on the "Submit" button.
a.  Submitting your application will route it to Payroll where it will remain in a pending status until an authorized person sends an approving email on your behalf.
b.  Once Payroll approves the application, it will be forwarded to Diners Club for processing.
10. Diners Club will process your application and mail your approved card within 7-10 days to the billing address on the application. If your application is denied, your divisional account coordinator will follow up with you with more details.

Note 1. The annual fee for Club Rewards is $75, which will be reimbursable during the first year of the program. If you choose to enroll, the fee will be billed directly to your Diners Club corporate card and should be expensed and paid to Diners Club. Please note that the reimbursement will result in $75 of taxable income being added to your W2 wages at year end. Infrequent travelers (less than $12,000 in annual expenses) are encouraged to forgo the rewards program because their expenditure will not justify the annual fee.

 Arthur J. Gallagher & Co.

## I. - Diners Club Program Overview

Effective December 2004, Arthur J. Gallagher & Co. will offer a Citibank Diners Club corporate charge card to its employees who travel for business. Use of the corporate card will facilitate and improve the handling of each traveler's business expenses and provide aggregate information about our travelers' spend patterns for negotiation purposes.

The Diners Club program offers our Cardholders:

## WORLD WIDE ACCEPTANCE
Together, Diners Club and MasterCard are accepted at more than 22 million MasterCard credit card locations around the world, making it one of the most widely accepted cards available.

## BENEFITS PROVIDED TO OUR TRAVELERS
All Cardholders will receive the following card/travel benefits
- 24 Hour customer service for cardholders
- $350,000 Travel accident insurance
- $1,250 Excess baggage insurance
- Emergency assistance while traveling

## CLUB REWARDS PROGRAM
The Club Rewards Program is an optional reward program for the Cardholder.   Upon enrolling, Club Rewards members will earn two points for every dollar spent on the Diners Club Card.  Earned points will be for the personal use of the employee and may be redeemed for frequent flyer mileage, hotel points, and merchandise.  There is an annual enrollment fee of $75 for the Club Reward Program.  In the first year, the fee is fully reimbursable through the expense report process. Cardholders who anticipate spending less than $12,000 annually on the Card are encouraged to forego the Club Rewards Program because the earned annual rewards will not justify the annual enrollment fee.

The new mandated Diners Club Corporate Card Program will allow employees who travel to separate business expenses from personal expenses and assure that business expenses won't tie up their personal credit lines.  All employees who travel twice a year or incur $1,500 annually in reimbursable expenses will receive a Diners Club Card.  Because one of the primary corporate objectives of the Corporate Card Program is collection of data for negotiation purposes, the Diners Club Card should be used for business purposes only.

Arthur J. Gallagher & Co.

## II. - The Company Policy Regarding the Use of Charge Cards

## PURPOSE & SCOPE OF APPLICATION

The purpose of this policy is to establish guidelines for the use of corporate charge cards by employees for business expenses incurred.

## POLICY
### Statement of Purpose/Principles:
Employees who are often required to travel on business related trips and employees who participate in the corporate car program will be provided with a company-sponsored charge card, the Diners Club corporate card. The Diners Club corporate card is not a revolving account and is intended for **business purposes only**. All balances **must be paid in full** by the end of each billing cycle. Each cardholder is expected to exercise good judgment and use the card for appropriate business expenses. In addition, maintenance and gas for vehicles in the corporate car program must be charged to the Diners Club corporate card.

### Application Process:
To obtain a Diners Club card, the employee is required to complete a Diners Club application. The employee's local profit center manager should send an authorizing email to Kevin Letz, Payroll Manager, who correspondingly will approve the employee's application. The Diners Club application is located in the Gallagher online portal in the Corporate Procurement Directory (on the Directories page). The application process allows Diners Club to run a credit report on the employee applying for a corporate card. The issuance of a corporate card to the employee could be denied based on the results of the credit report.

### Employee Responsibilities:
The Diners Club corporate card **must be used for all business-related expenses.** Personal cards may no longer be used for reimbursable travel and entertainment expenses. The Diners Club corporate charge card may not be used for personal expenses.

Employees are personally responsible for payment of charges incurred on their corporate Diners Club card. Each cardholder is responsible for notifying Diners Club of any statement differences and resolving them in a timely manner. Such discrepancies or late payments can result in past due status and possible cancellation of the card if not resolved in a timely manner. **The Company will not reimburse employees for any personal or late fee charges** applied to the Diners Club corporate card. Each employee cardholder must read this policy thoroughly and recognize that noncompliance could result in disciplinary action, up to and including termination of employment.

The Diners Club corporate card has an **optional** Club Rewards program that includes an annual fee. Gallagher will allow employees to enroll in the program and keep their points for personal use. For the **first year of the program only**, the $75 annual fee for the Club Rewards program will be reimbursable for employees with the approval of their local profit center manager.

### Delinquency:
Delinquent accounts will not be tolerated. Employees that maintain a 60-day or more delinquent account for three consecutive months will have their Diners Club corporate cards cancelled. Accounts carrying a 60 day past due balance will be assessed a delinquency fee of $30 plus 2.5% of the outstanding account balance. Diners Club will automatically cancel accounts that reach 90 days delinquent status. Once the corporate card has been cancelled because of delinquency, the card can not be reissued to the employee. Diners Club will apply both a late fee and delinquency charge on all delinquent accounts.

 Arthur J. Gallagher & Co.

## Arthur J. Gallagher & Co. Involvement:

Gallagher has complete account access to both the charge activity and the billing status of all corporately issued charge cards. Your division's corporate card coordinator will become actively involved in monitoring delinquent accounts 60 days past due. His/her involvement may include but is not limited to contacting employees directly to confirm settlement payment intentions, advising management/internal audit of delinquent account status, and engaging the legal department in cases of severe delinquency or nonpayment. A delinquent account status will be handled as a performance management issue. All corporate charge cards will be cancelled immediately upon termination of employment with Arthur J. Gallagher & Co. The terminated employee will be responsible for making a timely payment to Diners Club to settle the outstanding balance. Failure to do so could cause the employee's credit information to be adversely impacted.



Arthur J. Gallagher & Co.

## III. - Frequently Asked Questions

Arthur J. Gallagher & Co. offers its employees, who travel for business, a Citibank Diners Club Corporate Card program to facilitate and improve the handling of their expenses.

## General Program Information

1. **Why are we moving to a Corporate Card program?**
   Arthur J. Gallagher & Co. ("Gallagher") has experienced tremendous growth in recent years. As an organization, we spend an estimated $24 million per year on travel and entertainment – yet receive below average discounts from vendors for a company our size.

   By implementing a corporate charge card program, Gallagher will receive rebates and incentives for its volume of purchases and speed of payment. Also the card will capture comprehensive spending data that is crucial for effective negotiations with travel and hospitality vendors.

2. **Can I still use my personal card?  Is it mandatory for me to use the Diners Club card?**
   The Diners Club corporate card must be used for all business-related expenses. Personal cards may no longer be used for reimbursable travel and entertainment expenses. Personal cards do not allow Gallagher to capture the necessary expenditure information for negotiations with airlines, hotels, and car rental providers.

3. **Can I use my corporate card for personal expenses?**
   No. The card must be used exclusively for business-related travel and entertainment expenses.

4. **Where is Diners Club accepted?**
   Diners Club International and MasterCard have entered into an alliance to provide acceptance by all MasterCard acceptors. Your Diners Club card will carry the MasterCard brand mark and hologram to provide acceptance at more than 22 million MasterCard credit card locations around the world.

5. **Can I use my personal card if an establishment doesn't accept the Diners Club card??**
   Now that Diners has the MasterCard relationship there shouldn't be any locations that accept credit cards but don't accept the Diners card.

6. **Does the card have a rewards program?  Do employees get to keep the points?**
   Yes and Yes. The card has an optional Club Rewards program that has the most comprehensive group of airline and hotel partners in the card industry, including American and United Airlines. Gallagher will allow employees to enroll in the program and to keep their points for personal use.

7. **Which employees are eligible for a corporate card?**
   Any employee who travels at least twice a year or incurs at least $1,500 annually in expenses will be automatically enrolled in the corporate card program by their finance department.

8. **Am I personally liable for the charges on the card?**
   Yes, you the employee will be individually liable for payment of all charges on the card.

Arthur J. Gallagher & Co.

**9. What benefits do I get from my Diners Club Corporate Card?**
The corporate Diners Club card offers these basic services at no cost to you:
- 24-Hour Customer Service
- Lost & Stolen Emergency Card Services
- A Comprehensive insurance package that includes:
  - Automatic $350,000 Air Travel Accident Insurance
  - $1,250 Excess Lost Baggage Insurance (Covers Carry On baggage)
- Worldwide emergency travel assistance services, including medical, legal, Consulate, travel assistance and emergency services.
- Access to more than 80 Diners Club International lounges

**10. What should I do when I receive my Diners Club Card?**
When you receive your card, you will need to call from your home telephone number to activate the card. The card will have a sticker on it that will give specific directions for activation. During the call, the security information on your account will be updated as appropriate.

When making your next travel arrangements with your travel agency, please ensure that your traveler profile has been updated to reflect your new Diners Club card number. Subsequently, you must notify all preferred suppliers where you have a pre-authorized payment plan on a credit card and get them to update your profile. For example, car rental companies, hotel frequent stay programs, cellular companies, etc.

**11. Will a personal credit check be made?**
Diners Club will not perform credit checks with reporting agencies when you are signed up for the corporate Diners Club Card. However, prior to issuing your card, Diners Club/ Citibank will review its own historical account information and may withhold cards from employees with prior issues. If your account become delinquent or is cancelled for non-payment, Diners Club reserves the right to ask credit reporting agencies for reports of credit history prior to account reinstatement.

**12. Will the Diners Corporate Card affect my personal credit or borrowing levels?**
Although you are personally liable for the monthly balances on the Diners Card, the Card will not affect your personal credit or borrowing levels as long as you pay your card on time. If your card is over 60 days overdue, your card will be cut off. If you do not pay the balance due on your account, it will have a negative impact on your credit, just as any other credit card would.

**13. Do I have to pay an annual fee for my Diners/Club corporate card?**
There is no fee for the corporate card.

**14. What is the card limit?**
The Diners Club corporate card does not have a pre-set credit limit. In certain situations, Gallagher may decide to set card limits.

**15. How do I report a lost/stolen card?**



 Arthur J. Gallagher & Co.

You must notify us immediately by calling 1-800-2DINERS. (1-800-234-6377). Outside North America contact the local Diners Club office or call us collect at (303) 790-2433.

**16. How do I report a change of address and/or telephone number?**
Call Diners Club Customer Service at 1-800-234-6377.

**17. When I present my Diners Club Card, will the merchant process the charge as a Diners Club?**
When you present your Diners Club corporate card for payment, merchants will simply process the card as they would a MasterCard credit card transaction.

**18. What do I do if a merchant states that they accept credit cards but do not accept Diners Club?**
When you present your Diners Club corporate card for payment, merchants should simply process the card as they would a MasterCard credit card transaction. Explain this to the merchant and ask them to try the card. Merchant Education tools are being created to educate merchants on the card features and design, and they are trained to look for the MasterCard Brand Mark and Hologram as an indication that it should be accepted.

**19. For certain types of purchases (e.g. online or conference registration), I have to select a form of payment. What should I choose?**
When using the Diners Club corporate card, MasterCard must be selected as the form of payment.

Arthur J. Gallagher & Co.

## Club Rewards Program

**20. What are the Benefits of the Club Rewards Program?**
Members of the Diners Club Rewards program are awarded two Club Rewards points for each eligible dollar charged to their Diners Club card. Points are credited monthly. The points can then be redeemed for airline miles in any of 26 frequent flyer programs, frequent guest points in any of eight major hotel programs, vacation, hotel and car rental packages and other merchandise offerings.

**21. How do I join the optional Club Rewards Program and what is the charge?**
You can enroll by calling Diners Club at 800-234-4034. The program will renew on an annual basis.

The annual fee for Club Rewards is $75, which will be reimbursable during the first year of the program. If you choose to enroll, the fee will be billed directly to your Diners Club Card and should be expensed and paid to Diners Club. Please note that the reimbursement will result in $75 of taxable income being added to your W2 wages at year end.

**22. Who should join the optional Club Rewards Program?**
Infrequent travelers (less than $12,000 in annual expenses) are encouraged to forgo the rewards program because their expenditure will not justify the annual fee.

**23. How will I be notified of my Club Rewards points?**
Club Rewards points are included on the each monthly statement from Diners Club. You may also check your point balance electronically when enrolled in electronic statements.

**24. How do I redeem my Club Rewards points?**
You can redeem online at www.dinersclubus.com, or you may call 1-800-234-4034 to reach our service center. You may also fax the form provided in the catalog to 800-260-4034.

## Insurance Benefits

**25. What travel-related insurance does my Diners Club card provide?**
- Automatic $350,000 Travel Accident Insurance-coverage is provided every time airline, rail or other common carrier fares are charges to a Diners Club Corporate Card account. Coverage includes free and frequent flyer tickets, common carrier travel to and from airports, and Cardmembers spouses and dependent children.
- Excess Lost Baggage Insurance – automatic coverage up to $1,250 to replace lost, damaged, or stolen baggage and contents when tickets are charges to a Diners Club Corporate Card account.

**26. What are the Emergency Travel Services offered by Diners Club?**
You can get Pre-Trip Assistance, Emergency Legal and Medical Assistance, Diners Club Emergency Card and Wallet Replacement Services by calling 1-800-346-3779. Outside the U.S. call collect to 702-869-4927. Club Assistance is supplied by a third party, and is subject to certain terms and conditions.

 Arthur J. Gallagher & Co.

## Airport Lounges

**27. Do I have access to Airport Lounges?**
Yes. There are 80 Diners Club International lounges. For current listing of lounge locations call 800-2-DINERS or go to the web site www.dinersclubus.com

## Billing And Payment Policies

**28. How am I billed for my Diners Club corporate card purchases?**
Statements are mailed to your designated mailing address each month and you must pay diners Club directly. All of AJG is on the same billing cycle. The end of the monthly cycle is the 23rd of the month. Your statement will include all current charges.

**29. When and where can I make payments?**
Payment is due in full by the due date indicated on your statement. You may pay by check or you may pay online at www.dinersclubus.com

**30. How can I get on-line access to my Diners Club account?**
You can access your account on-line by going to www.corporate.dinersclubus.com You will be able to view both past statements and current activity as soon as the activity is posted to your account. Should you wish to do so, it is an easy process to set up payment of your Diners Card on-line through the website.

**31. Can I pay in installments?**
No. Diners Club is a charge card, not a credit card. Accounts are payable in full.

**32. Will Gallagher reimburse me for late charges?**
No. Late charges are your own responsibility.

**33. How can I avoid late charges when I travel for a long period of time?**
Diners Club offers access to on-line statements and the facility to pay on-line, which you can access through the web-site www.dinersclubus.com.

**34. What if I don't get my monthly statement?**
Contact Diners Club Customer Service at 1-800-234-6377.

**35. What should I do if an inappropriate charge appears on my statement?**
If you have reason to dispute a charge on your statement, clarify the situation with Diners Club immediately by calling Customer Service at 1-800-234-6377 and providing your name, account number, reference number of the disputed charge, establishment where the charge was incurred, amount of charge and your statement date.

 Arthur J. Gallagher & Co.

**36. When would an account be considered delinquent?**

Accounts are considered delinquent if the total payment due is not received before the next billing date. The unpaid portion of the bill will be shown on subsequent statements as a past due balance.

 Arthur J. Gallagher & Co.

**37. What happens to delinquent accounts?**
Accounts not paid within two billing payments are subject to late payment charges of 2.5% and an additional $30 delinquency fee, which are your personal responsibility.

- *Balance outstanding for 60 days* will be brought to the attention of your Branch/Zone Manager/Director; payment must be made immediately.
- *Balance outstanding after 90 days* will be brought to the attention of your Divisional CFO and to Arthur J. Gallagher & Co.'s corporate services department; your card will be cancelled, and you must arrange immediate payment.

**38. What happens if a payment check is returned for NSF (non-sufficient funds)?**
If a check is returned NSF, the amount of the check is billed back to the Cardmember's account and a charge of $25.00 is applied.

## Employee Transfers/Terminations

**39. What happens if I transfer offices?**
Gallagher will advise Diners Club of transfers in some cases an new plastic will be issued.

**40. What happens if I leave Arthur J. Gallagher & Co.?**
You are required to return your corporate Diners Club Cards to Gallagher when you leave the company. Gallagher will notify Diners Club to cancel the Corporate Card Account. Your Divisional Account Coordinator will inform you of any outstanding balance on your account, and you will be required to arrange full payment before leaving the company.

**41. What will happen to my Club Rewards points when my corporate card is cancelled?**
You will have a 30-day period in which to redeem your Club Rewards points.

**For More information on the Gallagher Diners Club program, call your** Diners Coordinator or Diners Club Customer Service at 1-800-234-6377. Or visit our Web-site at www.dinersclubus.com



*Diners Club International*

# DINERS CLUB® CORPORATE CARD PROGRAM
# CARDMEMBER ACCOUNT AGREEMENT

In this Agreement (**"Agreement"**), **"Card"** means the enclosed Diners Club Card (and all replacements) issued by Citibank USA, N.A. (**"Diners Club"**). **"Organization"** means the business or government agency that authorized Diners Club to issue the Card to open the account for the individual named on the Card. The words **"I,"** **"me,"** and **"my"** refer to the individual named on the Card who is an employee of or affiliated with the Organization, who has asked Diners Club to issue the Card and open the Account, and who has agreed to be bound by this Agreement.

### (1)  THIS AGREEMENT
By accepting, signing or using the Card or the account established in connection with it (**"Account"**), I am agreeing to the terms of this Agreement.

### (2)  USE OF THE CARD
I understand that the Card is not transferable and will be used by me alone only after I have signed the Card on the back above the words "authorized signature."

### (3)  PURPOSE OF THE CARD AND THE ACCOUNT
Charging and cash access privileges on the Card and Account are provided by Diners Club pursuant to one or more contract(s) with my Organization and subject to this Agreement. The Card and Account are to be used to charge purchases of goods and services or obtain cash primarily for or incidental to the business of my Organization. Charging and cash access privileges will be automatically withdrawn upon termination of my employment or affiliation with my Organization or upon termination of the applicable contract between Diners Club and my Organization.

### (4)  CANCELLATION
Diners Club may suspend or cancel my Diners Club Card privileges in whole or in part at any time for any reason. I will surrender the Card upon request to my Organization or any authorized representative of Diners Club. I understand that use of the Card or Account after notice of its cancellation may be fraudulent and may cause Diners Club to take legal action against me. In the event of cancellation, I understand that I must still pay all amounts due Diners Club under this Agreement.

### (5)  RENEWAL AND REPLACEMENT CARDS
Unless cancelled, the Card will be valid through the expiration date printed on its face. By this Agreement, I am requesting that Diners Club issue a renewal Card (and replacement Cards if necessary) to me before the current Card expires. As long as my Account is in good standing, Diners Club will continue to issue renewal or replacement Cards until I or my Organization tell Diners Club to stop.

### (6)  LOSS, THEFT OR UNAUTHORIZED USE
I agree to notify Diners Club and my Organization immediately of any loss, theft or unauthorized use of the Card or Account. I will notify Diners Club, by phone or in writing, as follows:

Continental United States, Hawaii, Alaska and
Virgin Islands:
Citicorp Diners Club Inc.
P.O. Box 5064
Denver, Colorado 80217-5064
or call 800-2-DINERS
        (800-234-6377)
Outside these areas:
Same address as above or call nearest Diners Club office.
I will notify my Organization in accordance with its instructions.
If my Card is returned to me after I have notified Diners Club, I agree not to use the Card. I understand that I may be liable if my Card is used by an unauthorized person. I will not be liable for unauthorized purchases that occur after I notify Diners Club of the loss, theft or possible unauthorized use of my Card. In any case my liability will not exceed $50.

### (7)  MONTHLY BILL/LIABILITY FOR CHARGES
Diners Club will provide me with a monthly billing statement which sets forth billing data with respect to all my charges, cash transactions and fees relating to the Card and Account. My monthly Diners Club billing statement is due and payable, **in full**, in U.S. dollars upon receipt of the statement and must be received by Diners Club no later than the next billing date. Certain charges may be billed directly to my Organization and will appear on my billing statement as a memorandum item only. In the event these charges are later billed to my Account, I agree to pay such charges in full. Checks drawn on banks located outside of the United States are subject to collection fees and I agree to reimburse Diners Club for any such fees assessed Diners Club.

### (8)  CHARGES MADE IN FOREIGN CURRENCIES
If I incur a charge in a foreign currency, Diners Club will convert the charge into U.S. dollars. My Account will be charged the applicable conversion rate plus a foreign exchange fee. The foreign exchange fee will be an amount set in the contract(s) between Diners Club and my Organization (not to exceed 2%) and will be billed to me on my monthly billing statement. For information about the exact foreign exchange fee that applies to my Account, I may contact Diners Club at the telephone number or address provided in Section 6. Amounts converted by common carriers - such as airlines - will be charged to the Account at the rates the carriers use plus the foreign exchange fee.

### (9)  PAYMENTS
Diners Club can accept late payments, partial payments, or checks or money orders with restrictive endorsements without losing any of its rights under this Agreement. Even if Diners Club does not enforce its rights under this Agreement, it will not lose them.

### (10)  DELINQUENCY
My Account is delinquent unless Diners Club receives the amount shown on my billing statement as the balance due, less any disputed charges, before the next billing date (approximately 30 days). Diners Club will show any unpaid portion of the balance due as a past due balance on subsequent billing statements. If any portion of the past due balance appears on two consecutive billing statements (approximately 60 days past due), I agree to pay a delinquency charge of $30. This delinquency charge will be assessed each time the oldest balance on my Account is 60 days past due. In addition, I agree to pay a late charge of 2.5% per month on the entire past due balance until my payment is received by Diners Club. Delinquency may result in suspension or cancellation of my charging privileges. Court costs plus reasonable attorney's fees may be added to any delinquent balance referred to an attorney or agency for collection.

### (11)  DISHONORED CHECKS
If any money order, check or draft is delivered to Diners Club and cannot be processed, or is not honored for its face amount when presented, I agree that Diners Club may impose as liquidated damages for its costs a charge of up to $30. If any check or draft is cashed by me at a participating establishment under any of the Diners Club check guarantee programs and is not honored for its face amount when presented, I agree to promptly redeem the check or draft for its face amount from Diners Club. I also agree to pay Diners Club liquidated damages for its costs.

### (12)  BILLING INQUIRIES/PROBLEMS WITH GOODS AND SERVICES
If I have any question, problem or dispute about the monthly billing statement, I will notify Diners Club in writing or by telephone, within 60 days of the billing date on the statement. Diners Club will take all reasonable and appropriate steps to provide the information I request or resolve my dispute. However, unless required by law, Diners Club is not responsible for any problem I have with any goods or services I purchase with the Card or the Account, and, if I have a dispute with an establishment honoring the Card, I must pay Diners Club the charge in dispute and settle the dispute

CMR-6733 STANDARD 8075187 Rev. 03/03 Pr. 03/03



directly with the establishment. Diners Club will not be responsible if any establishment refuses to honor the Card, or for any other problem I may have with such establishment.

### (13) DINERS CLUB CORPORATE CLUB CASH® ACCOUNT

A.    CLUB CASH® ACCESS – My Organization may approve my participation in the Diners Club Corporate Club Cash Program. Participation in the Club Cash Program enables me to obtain cash from automated teller machines ("ATM") operated by a bank or other institution that participates in the Club Cash Program.

B.    TRANSACTION FEE – Each time I use my Card to obtain cash from an ATM, I will be assessed a transaction fee. The transaction fee will be an amount set in the contract(s) between Diners Club and my Organization and will be billed to me on my monthly billing statement. In some cases, the transaction fee may be increased due to surcharges imposed by ATM operators.

C.    PERSONAL IDENTIFICATION NUMBER – If I am approved for participation in the Club Cash Program, I will receive a confidential number code. This is my personal identification number ("PIN"). To obtain cash from an ATM, my PIN must be entered into the ATM after I insert my Card. I agree to take all reasonable precautions to prevent any other person from learning my PIN or using my Card to make unauthorized transactions. I agree not to write my PIN on my Card or on any material I keep with my Card. I agree that if I voluntarily give the Card and my PIN to someone else for any reason, I am authorizing all transactions made by that person.

D.    MY ABILITY TO GET CASH AT AN ATM – My current limits for getting cash at an ATM are set by Diners Club, my Organization's policy and the institution operating the ATM.

I understand that Diners Club or the institution operating the ATM may impose different limits than my Organization on the frequency and the dollar amounts of transactions.

I understand that Diners Club may refuse to authorize a transfer or not complete a transaction for any reason.

E.    ACCESS LIMITS – I may obtain cash up to 5 times in any day and I may obtain, in any 7 day period, the amount of credit available to me provided my Card Account is in good standing. Limits on the number and the dollar amount of transactions may be further restricted by the operators of the ATM.

F.    CLUB CASH ADVANCES IN A FOREIGN CURRENCY – If I obtain foreign currency from an ATM, it will be converted to U.S. dollars and billed to the Account, using the institution operating the ATM's exchange rates and terms in effect where the currency is obtained. Therefore, the amount I am billed may be different from the amount I would have been charged if I had obtained the foreign currency by some other means.

G.    DINERS CLUB'S LIABILITY– Diners Club will not be liable for any losses or damages resulting from any use or attempted use of the Club Cash Program including, but not limited to, situations where:

- ATMs or any computer systems, including Diners Club's system, do not work properly;
- ATMs do not have enough cash;
- Diners Club fails or refuses to authorize me to obtain cash, based on the status of the Card Account, or for security or other reasons; or
- Circumstances beyond the control of Diners Club prevent use of the Club Cash Program.

H.    CANCELLATION

My Rights – I may cancel my participation in the Club Cash Program at any time for any reason by writing to Diners Club at the address provided in Section 6 above. My cancellation will be effective when Diners Club has had a reasonable opportunity to act on my written notice of cancellation.

Diners Club's Rights – Diners Club may cancel or suspend my right to participate in the Club Cash Program at any time for any reason. If it does, Diners Club will notify me.

### (14) CHANGING THIS AGREEMENT

Diners Club may change this Agreement at any time and, to the extent required by South Dakota or federal law, will notify me in writing of the effective date of the change.

If I do not agree to the changes, I must notify Diners Club in writing within 25 days of the effective date of the change. I must also pay the amount I owe Diners Club and my membership privileges will be withdrawn according to this Agreement. If I fail to notify Diners Club, I am agreeing to all changes in the notice and new terms will be applied to the existing balance on my Account.

### (15) LIABILITY FOR CHARGES

I am responsible for all purchases and cash advances charged to the Card issued to me and Diners Club will seek payment for all charges directly from me regardless of whether I have been reimbursed by my Organization. In the event of termination of employment or affiliation, my Organization is authorized to make payment directly to Diners Club of funds due me in reimbursement for business expenses charged to the Card and which I have not yet paid.

I will normally sign a Diners Club voucher when using the Card or the Account. However, even if I do not sign a voucher, I will be liable for charges I incur or authorize with the use of the Card or Account.

### (16) EXCHANGE OF INFORMATION

Charge and payment activity, Account status and Account delinquency information will be regularly provided to my Organization by Diners Club. Diners Club may also contact my manager or other individuals designated by my Organization for assistance in managing my Account. My Organization may provide information about me to Diners Club for the purpose of assisting Diners Club in managing my Account. Information about my Account may also be transferred confidentially and internationally within Diners Club International, other Diners Club Franchises, Citigroup companies and their affiliates, my Organization, its parent and affiliates for the business purposes of Diners Club and my Organization.

### (17) INQUIRIES ABOUT MY CREDIT RECORD

Diners Club may ask credit reporting agencies for reports of my credit history. Upon my request, Diners Club will tell me whether a report was requested, and if so, the name and address of any reporting agency that furnished a report. I understand that Account information may be reported to credit bureaus.

### (18) TELEPHONE MONITORING

I understand that from time to time Diners Club may monitor and record telephone calls regarding my Account to assure the quality of its service.

### (19) PROGRAMS

The programs provided in connection with the Card are subject to certain terms, conditions and exclusions. Diners Club, in its sole discretion, may at any time add, change, modify or discontinue any of the programs provided in connection with the Card without notice.

### (20) WAIVER OF CHARGES

Diners Club reserves the right to waive any of the charges in this Agreement without notice to me.

### (21) GOVERNING LAW

This Agreement shall be governed by the law of the State of South Dakota and federal law.