# EXHIBIT A

Dear Gabriele,

I have reviewed my personal laptop and found certain files that I believe have Gallagher data and information. I downloaded these to the enclosed memory stick and have deleted these records from my laptop. Please call me if you have any questions.

Regards,

Eric Chua
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Senior Account Manager
Edgewood Partners Insurance Center (E.P.I.C.)
4000 Executive Parkway, Suite 200
P.O. Box 5003
San Ramon, CA 94583
(925) 244 7700 - Main
(925) 244 7715 - Direct
(925) 901 0244 - Fax
echua@edgewoodins.com - E-mail
License # 0B29370



"The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any of its attachment is strictly prohibited."

# EXHIBIT B

Dear Gabriele,

Enclosed is a file I found at home with some Gallagher business records. I am returning these to you so you can file them as appropriate.

Alan Amos

Allen Amos
Principal
Edgewood Partners
4000 Executive Parkway, Suite 200
San Ramon, CA 94583
aamos@edgewoodins.com
Direct: (925) 244-7703
Cell: (925) 785-9873
Fax: (925) 901-0244
License #0B29370



"The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any of its attachment is strictly prohibited."

# EXHIBIT C

Dear Gabriele:

I'm enclosing various safety informational CD's (7 in total), my building pass, and company credit card.

If you have any questions, please call.

*Harrison Watkins*

Harrison Watkins, CSP, ARM, CSHM
Vice President - Loss Control Services
Edgewood Partners Insurance Center (E.P.I.C.)



4000 Executive Parkway, Suite 200
San Ramon, CA 94583
(925) 244-7700 Main
(925) 244-7717 Direct
(925) 901-0244 Fax
(925) 872-8124 Cell
License# OB29370
hwatkins@edgewoodins.com

*"The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any of its attachment is strictly prohibited."*

# EXHIBIT D



**EDGEWOOD PARTNERS**
Insurance Center

December 18, 2007

Gabrielle Simpson

Dear Gabrielle,

Enclosed please find my Gallagher Diner's Club card. I have reviewed my personal files and found no other Gallagher property. Please call if you have any questions.

Steve Hause

# EXHIBIT E

*REDACTED*

# EXHIBIT F

*REDACTED*

# EXHIBIT G

*REDACTED*

# EXHIBIT H

*REDACTED*

# EXHIBIT I






Brian F. Quinn
Area President
brian_quinn@ajg.com

Arthur J. Gallagher
Risk Management Services

Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.
4301 Hacienda Drive, Suite 300
Pleasanton, CA 94588-2731
Direct 925.225.7432
Main 925.460.9900
Fax 925.847.1727
CA Lic# 0726293

Dan Francis
c: 650-207-8094
w: 650-295-4603
drfrancis@edgewoodins.com