1   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    BRADFORD K. NEWMAN (SB# 178902)
2   bradfordnewman@paulhastings.com
    STEPHEN N. YANG (SB# 142474)
3   stephenyang@paulhastings.com
    SARJU A. NARAN (SB# 215410)
4   sarjunaran@paulhastings.com
    SHANNON S. SEVEY (SB# 229319)
5   shannonsevey@paulhastings.com
    1117 S. California Avenue
6   Palo Alto, CA 94304-1106
    Telephone: (650) 320-1800
7   Facsimile: (650) 320-1900

8   Attorneys for Plaintiffs
    Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  ARTHUR J. GALLAGHER & CO., Inc., a         CASE NO. 3:07-CV-06418-JSW
14  Delaware Corporation, et al.,
                                               DECLARATION OF MICHAEL GOGGIO
15               Plaintiffs,                   IN SUPPORT OF PLAINTIFF ARTHUR J.
                                               GALLAGHER & CO., INC.'S REPLY
16      vs.                                    BRIEF RE MOTION FOR TEMPORARY
                                               RESTRAINING ORDER, EVIDENCE
17  EDGEWOOD PARTNERS INSURANCE                PRESERVATION ORDER, EXPEDITED
    CENTER, a California corporation, et al,   DISCOVERY ORDER, AND ORDER TO
18                                             SHOW CAUSE RE ISSUANCE OF
                 Defendants.                   PRELIMINARY INJUNCTION
19

20

21

22

23

24                        REDACTED
25

26

27

28

I, Michael Goggio, declare:

1.      I am currently employed as Corporate Vice President - Internal Audit for Arthur J. Gallagher & Co. ("Gallagher"). I have worked for Gallagher for over two years. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2.      As part of Gallagher's internal investigation for this action, I have supervised and assisted, and continue to supervise and assist, with the preparation of cell phone call log spreadsheets for former employees of Gallagher (now EPIC employees) who are defendants in this action.

3.      Gallagher's preparation of these logs for several other former employees is ongoing, however, we have sufficient data at this early stage to present the Court with logs of phone calls placed and received from the cell phones of: (1) Defendant Brian Quinn during the cell phone invoice cycle beginning May 14, 2007 through the end of the invoice cycle ending November 13, 2007, which invoices Quinn previously submitted to Gallagher for reimbursement as Gallagher business expenses, and (2) Defendant Wally Brown during the invoice cycle beginning April 14, 2007 through the end of the invoice cycle ending November 13, 2007, which invoices Wally Brown previously submitted to Gallagher for reimbursement as Gallagher business expenses. A true and correct copy of the call log for Brian Quinn's cell phone is attached hereto as Exhibit A. A true and correct copy of the call log for Wally Brown's cell phone is attached hereto as Exhibit B.

4.      As identified in the column headings of Exhibits A and B, the majority of the detail contained in Exhibits A and B come directly from Brian Quinn's and Wally Brown's cell phone invoices for the months stated, which they previously submitted to Gallagher for reimbursement as Gallagher business expenses. The last three columns of the spreadsheet contain data identifying the person to whom each of the listed phone numbers belongs (column I), the person's affiliation to this action (column J), and whether the phone number is assigned to a cell phone, home phone, or business phone (column K). This information was obtained from various sources through internal efforts, including:

1         (a)    Jim Pagliai (Assistant Vice President – Corporate Development for

2 Gallagher), who personally informed me that during his visit to Gallagher's San Ramon office

3 soon after December 7, 2007, he found business cards in the Rolodex that sat on Brian Quinn's

4 former desk for EPIC employees John Hahn and Mary Smith. Mr. Pagliai informed me that he

5 also found contact information for EPIC Co-Founder Dan Francis written on the back of one of

6 Mr. Quinn's Gallagher business cards. Mr. Pagliai provided me with these business cards, which

7 identify EPIC's main phone number and fax number, and the direct EPIC office line, cell phone

8 numbers, and corporate EPIC email addresses of John Hahn and Mary Smith, along with a

9 photocopy of the contact information for Dan Francis he found on the back of Quinn's Gallagher

10 business card. He later provided me with an EPIC business card for Dan Francis, which

11 identified EPIC's main phone number and fax number, and his direct EPIC office line, his cell

12 phone number, and his corporate EPIC email client;

13         (b)    Based on the volume of recurrence of the telephone number,

14 Wally Brown's cell phone bills, I performed a reverse telephone number search on

15 www.anywho.com, which identified the phone number as belonging to the home of Brian T.

16 Wick, located at                            . I am informed and believe

17 that Brian T. Wick is the spouse of Defendant Laura Wick. A true and correct copy of a

18 screenshot from www.anywho.com, which reveals the results of my search for this phone number

19 is attached hereto as Exhibit C. Attached hereto, as Exhibit D, is a true and correct copy of Wally

20 Brown's cell phone invoice submitted to Gallagher for reimbursement for the billing cycle

21 covering October 14, 2007 through November 13, 2007, which lists Laura Wick's home

22 telephone number several times throughout; and

23         (c)    In order to confirm Laura Wick's home phone number, and obtain several

24 other phone numbers listed in Exhibits A and B, I supervised and assisted with a review of

25 internal Gallagher phone lists, including a list maintained by Gallagher's San Ramon office

26 identifying San Ramon office employees' home and cell phone numbers, as well a company-wide

27 "People Directory" which Gallagher maintains on its online portal.

28

5.     Wally Brown and Brian Quinn have not submitted cell phone invoices to Gallagher for any period after the respective billing cycles ending November 13, 2007, so the information contained in Exhibits A and B does not cover the three and one-half weeks prior to the resignation of their employment with Gallagher without notice on December 7, 2007.

6.     Highlighted in Exhibit A are details from specific telephone calls placed and received from Brian Quinn's cell phone which Gallagher believes are of particular significance and concern. For instance, on July 12, 2007, Brian Quinn placed multiple calls from his cell phone to both EPIC Co-Founder Dan Francis and Wally Brown (still an officer and employee of Plaintiffs at the time) close in time to each other. Quinn engaged in similar calls with EPIC employees and Wally Brown and/or Defendant Laura Wick close in time to each other on July 18, 2007, September 14, 2007, September 5, 2007, and November 8, 2007. For the Court's convenience, the details from those phone calls on those dates are set forth below:

| Caller | Date | Time | Number | Origination | Destination | Min | Person Called | Affiliation | Location |
|--------|------|------|--------|-------------|-------------|-----|---------------|-------------|----------|
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |

7.    Highlighted in Exhibit B are similar details from specific telephone calls placed and received from Wally Brown's cell phone which Gallagher believes are of particular significance and concern.  Like Brian Quinn, on several dates, Wally Brown placed and received multiple calls on his cell phone with both EPIC and Laura Wick (still a Gallagher employee at the time) close in time to each other.  Set forth below are merely a few examples of this sequential phone activity:

| Caller | Date | Time | Number | Origination | Destination | Min | Person Called | Affiliation | Location |
|--------|------|------|--------|-------------|-------------|-----|---------------|-------------|----------|
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |
|        |      |      |        |             |             |     |               |             |          |

1
2
3
4       8.      As indicated above, Gallagher's efforts to prepare and collect additional data for
5   cell phone call logs is ongoing, and these efforts include the further identification of unknown
6   phone numbers.  As such, Exhibits A and B only include such phone numbers for EPIC officers
7   and employees, and others, that Gallagher has been able to confirm through its diligent efforts to
8   date.
9       I declare under penalty of perjury according to the laws of the United States of America
10  that the foregoing information is true and correct to the best of my knowledge and belief.
11      Executed this 6th day of January, 2008, in   ITASCA      , Illinois.
12
13  _____
                Michael Goggio
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28