PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. C 07-06418 JSW<br><br>**DECLARATION OF DANIEL MCNAMARA IN SUPPORT OF PLAINTIFF ARTHUR J. GALLAGHER & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |

**REDACTED**

DECLARATION OF DANIEL MCNAMARA

Case No. C 07 06418-JSW

I, Daniel McNamara, declare:

1. I am currently employed as an Area Chairman, in the San Francisco office of Arthur J. Gallagher & Co., Insurance Brokers of California, Inc., a division of A.J. Gallagher & Co. ("Gallagher"). I have worked for Gallagher for more than seventeen years. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2. is one of the largest revenue-generating clients of Gallagher, in annual revenue. From the time that became a client of Arthur J Gallagher, the primary service representative and the one assigned the service responsibility has been Ken Johnson. Ken asked Jim Halbleib to help support him in his service efforts for Jim agreed, and did provide service on parts of the account before he resigned from Gallagher to join EPIC.

3. has expressed to me on several occasions that it is pleased with the working relationship it has with Gallagher through Ken Johnson. In particular, , has noted to me that he is pleased with the service he receives from Ken Johnson and that wants to continue its working relationship with Mr. Johnson.

4. I am informed that, in December 2007, EPIC in the person of Jim Halbleib and Dan Francis, met with to solicit their business from Gallagher to EPIC. Ken Johnson has also informed me that Jim Halbleib has contacted him to encourage him to contact EPIC regarding potential employment. It is my belief that Mr. Halbleib has attempted to convince Mr. Johnson to join EPIC at least in part to enable EPIC to convince to transfer its business from Gallagher to EPIC.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 4th day of January, 2008, in LA QUINTA, California.

/s/ Daniel McNamara
Daniel McNamara

Case No. C07 06418 JSW -1- DECLARATION OF DANIEL MCNAMARA