1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14  ARTHUR J. GALLAGHER & CO., INC.,         CASE NO. C 07-06418 JSW
    a Delaware Corporation, et al.,
15                                           DECLARATION OF PETER DOYLE IN
                  Plaintiffs,                SUPPORT OF PLAINTIFF ARTHUR J.
16                                           GALLAGHER & CO., INC.'S MOTION
          vs.                                FOR TEMPORARY RESTRAINING
17                                           ORDER, EVIDENCE PRESERVATION
    EDGEWOOD PARTNERS INSURANCE              ORDER, EXPEDITED DISCOVERY
18  CENTER, a California corporation; et al.,ORDER, AND ORDER TO SHOW CAUSE
                                             RE ISSUANCE OF PRELIMINARY
19                Defendants.                INJUNCTION

20

21

22

23

24

25

26                                           **REDACTED**

27

28

                                             DECLARATION OF PETER DOYLE
Case No. C07 06418 JSW

1  I, Peter Doyle, declare:

2  1.  I am currently employed as an Area Vice President in the Chicago office of Arthur J. Gallagher & Co. ("Gallagher"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2.  On January 2, 2008, I spoke with _____ for Gallagher customer _____. _____ informed me that representatives from Edgewood Partners Insurance Center ("EPIC") are scheduled to meet with _____ to pitch EPIC's brokerage services to _____ "later" in the same week that _____ is meeting with Gallagher. Since Gallagher is scheduled to meet with _____ on Wednesday, January 9, 2008, this means that EPIC is scheduled to meet with _____ on either January 10, 2008 or January 11, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of January, 2008, in Itasca, Illinois.

_____
Peter Doyle

Case No. C07 06418 JSW                                -1-                              DECLARATION OF PETER DOYLE