1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13  ARTHUR J. GALLAGHER & CO., INC.,        CASE NO. C 07-06418 JSW
14  a Delaware Corporation, et al.,
                                            **DECLARATION OF LARRY DINEEN IN
15              Plaintiffs,                 SUPPORT OF PLAINTIFF ARTHUR J.
                                            GALLAGHER & CO., INC.'S MOTION
16         vs.                              FOR TEMPORARY RESTRAINING
                                            ORDER, EVIDENCE PRESERVATION
17  EDGEWOOD PARTNERS INSURANCE             ORDER, EXPEDITED DISCOVERY
    CENTER, a California corporation; et al.,  ORDER, AND ORDER TO SHOW CAUSE
18                                          RE ISSUANCE OF PRELIMINARY
               Defendants.                  INJUNCTION**
19

...

25                                          **REDACTED**

28

Case No. C07 06418 JSW                              DECLARATION OF LARRY DINEEN

I, Larry Dineen, declare:

1. I am currently employed as Area Vice President for Gallagher Benefit Services of California ("GBS"), a division of A.J. Gallagher & Co. ("Gallagher"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I would and could testify to the facts stated herein.

2. On December 13, 2007, I resigned my employment with GBS, effective immediately, to join Edgewood Partners Insurance Center ("EPIC"). That same day, I joined EPIC in the same position I held at GBS prior to my resignation. I have since decided to resign from EPIC and return to my prior position at GBS.

3. Attached hereto as Exhibit A is a true and correct copy of the offer letter, dated December 12, 2007, that I received from EPIC regarding my employment with EPIC.

4. Attached hereto as Exhibit B is a true and correct copy of the Edgewood Partners Insurance Center Producer Agreement, dated December 13, 2007, that EPIC informed me it would require me to sign as a term and condition of my employment with EPIC. I recall signing this Agreement on December 13, 2007.

5. Attached hereto as Exhibit C is a true and correct copy of the Non-Binding Term Sheet For Producer Hires that I received from EPIC when EPIC hired me, and which sets forth terms and conditions of my employment with EPIC.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 4th day of January, 2008, in San Ramon, California.

_____
Larry Dineen

Case No. C07 06418 JSW

-1-

DECLARATION OF LARRY DINEEN

# EXHIBIT A

*REDACTED*

# EXHIBIT B

*REDACTED*

# EXHIBIT C

REDACTED