| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | BRADFORD K. NEWMAN (SB# 178902) |
| 2 | bradfordnewman@paulhastings.com |
|   | STEPHEN N. YANG (SB# 142474) |
| 3 | stephenyang@paulhastings.com |
|   | SARJU A. NARAN (SB# 215410) |
| 4 | sarjunaran@paulhastings.com |
|   | SHANNON S. SEVEY (SB# 229319) |
| 5 | shannonsevey@paulhastings.com |
|   | 1117 S. California Avenue |
| 6 | Palo Alto, CA 94304-1106 |
|   | Telephone: (650) 320-1800 |
| 7 | Facsimile: (650) 320-1900 |
| 8 | Attorneys for Plaintiffs |
|   | Arthur J. Gallagher & Co., Inc. & |
| 9 | Arthur J. Gallagher & Co. Insurance Brokers of California, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, et. al., | CASE NO. C 07-06418 JSW |
| Plaintiffs, | **NOTICE OF DEMONSTRATIVE EXHIBITS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |
| vs. | |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al., | |
| Defendants. | |

**REDACTED**

Case No. C 07 06418-JSW

NOTICE OF DEMONSTRATIVE EXHIBITS

**NOTICE OF DEMONSTRATIVE EXHIBITS**

Please take notice that for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc. submit the following demonstrative exhibits in support of Reply Brief of Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co. Insurance Brokers of California, Inc., in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Evidence Preservation Order, Expedited Discovery Order, and Order to Show Cause Re Issuance of Preliminary Injunction:

Exhibit A:   Gallagher Executive Agreement and EPIC Producer Agreement Comparison;

Exhibit B:   Summary of Broker of Record Letters; and

Exhibit C:   Expense Report Summary Analysis for Wally Brown, Neil Cohn, Michael Brown, Robert Dutto, Don Johnson, Dennis Rodriguez, Dirck Stinson, Paul Wagener, and Robert Watkins.

DATED: January 7, 2008

BRADFORD K. NEWMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Bradford Newman
BRADFORD K. NEWMAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

Case No. C 07-06418-JSW         -2-         NOTICE OF DEMONSTRATIVE EXHIBITS

# EXHIBIT A

*REDACTED*

# EXHIBIT B

*REDACTED*

# EXHIBIT C

*REDACTED*