1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   JEFFREY E. ZINSMEISTER (SBN 235516)
3  Malcolm.Heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
6  Facsimile:   (415) 512-4077

7  Attorneys for Defendants
   EDGEWOOD PARTNERS INSURANCE
8  CENTER, DAN R. FRANCIS & JOHN G. HAHN

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>15            Plaintiffs,<br><br>16       vs.<br><br>17  EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>            Defendants. | CASE NO. C 07-6418 (JSW)<br><br>**DEFENDANT EDGEWOOD PARTNERS INSURANCE CENTER'S COMPENDIUM OF DECLARATIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor<br><br>**FILED CONDITIONALLY UNDER SEAL**<br><br>**PUBLIC VERSION** |

4186593.2

Compendium of Declarations;
Case No. 3:07-cv-06418-JSW

Defendant Edgewood Partners Insurance Center ("Defendant") hereby submits the following Declarations in Opposition to Plaintiffs' Motion for a Temporary Restraining Order:

| Exhibit No. | Declarant's Name |
|---|---|
| 1. | Amos, Alan |
| 2. | Armstrong, Molly |
| 3. | Benzer, Brian |
| 4. | Brimmer, John |
| 5. | Brown, Michael |
| 6. | Brown, Wally |
| 7. | Burdock, Brett |
| 8. | Burdock, Patricia |
| 9. | Cadinha, Linda |
| 10. | Capilla, Ron |
| 11. | Castello, Vic |
| 12. | Cavagnuolo, Kelly |
| 13. | Chua, Eric |
| 14. | Cohn, Neil |
| 15. | Craven, Elkie |
| 16. | Daughtry-Honda, Sandra |
| 17. | Dutto, Rob |
| 18. | Ellsworth, Bob |
| 19. | English, Susan |
| 20. | Field, Bud |
| 21. | Folwell, Ron |
| 22. | Francis, Dan |
| 23. | Glaser, Tammy |

| Exhibit No. | Declarant's Name |
|---|---|
| 24. | Hahn, John |
| 25. | Halbleib, James C. |
| 26. | Harvison, Olga |
| 27. | Hause, Stephen |
| 28. | Herman, Robin |
| 29. | Hilgen, Barbara L. |
| 30. | Johnson, Don |
| 31. | Johnson, Ruby |
| 32. | Keck, Mary |
| 33. | Lucas, Lisa |
| 34. | Martin, Laurinda |
| 35. | Middleton, Shandranette |
| 36. | O'Leary, Siobhan |
| 37. | Petty, George |
| 38. | Phillips, William |
| 39. | Quinn, Brian |
| 40. | Ramirez, Veronica |
| 41. | Rasmussen, Olga |
| 42. | Rodriguez, Dennis |
| 43. | Ronzitti, Amber |
| 44. | Schweitzer, Sharon |
| 45. | Soo Hoo, Linda |
| 46. | Stinson, Dirck R. |
| 47. | Stubbs, Kristina |
| 48. | Sweeney, Luanne |

| Exhibit No. | Declarant's Name |
|---|---|
| 49. | Varnica, Colleen |
| 50. | Wagener, Paul |
| 51. | Ward, Carol |
| 52. | Warner, Matt |
| 53. | Watkins, Robert Harrison |
| 54. | Wick, Laura |
| 55. | Yoshida, Takao |

Dated: January 4, 2008

Munger, Tolles & Olson LLP
JEROME C. ROTH
MARTIN D. BERN
MALCOLM A. HEINICKE
JEFFREY E. ZINSMEISTER

BY: /s/ Malcolm A. Heinicke
MALCOLM A. HEINICKE

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN