# EXHIBIT 3

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J. |
13 | GALLAGHER & CO., INSURANCE |
   | BROKERS OF CALIFORNIA, INC., a |
14 | California Corporation, | DECLARATION OF BRIAN BENZER

15 |   Plaintiffs, |

16 |   vs. |

17 | EDGEWOOD PARTNERS INSURANCE | Judge:  Hon. Jeffrey S. White
   | CENTER, a California corporation; DAN | Date:   January 11, 2008
18 | R. FRANCIS; JOHN G. HAHN; | Time:   9:00 a.m.
   | ANDREW ("WALLY") BROWN, JR.; | Dept:   Courtroom 2, 17th Floor
19 | BRIAN F. QUINN; NEIL R. COHN;
   | CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26
   |   Defendants. |
27

28

4181113.1

I, BRIAN BENZER, hereby declare as follows:

1. I am Director of Corporate Development of SRAM Corporation. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. On December 7, 2007, I received an e-mail from Mr. Neil Cohn announcing simply that he had taken a position with Edgewood Partners Insurance Center ("EPIC").

3. I responded to the e-mail by contacting Neil Cohn. I informed Mr. Cohn that I would like to continue our working relationship with him at EPIC. I then received a broker of letter from Mr. Cohn and executed it on Monday, December 10, 2007.

4. I understand that Gallagher has alleged that Mr. Cohn or others at EPIC solicited SRAM's business using confidential Gallagher materials. This is not correct. Neither Mr. Cohn, nor anyone else at EPIC, has shown me or sent me any Gallagher materials or files. The reason I decided that SRAM should continue working with Mr. Cohn after his move to EPIC was that he and I have a good professional relationship. In addition, I have no relationship with anyone else at Gallagher, as evidenced by the fact that nobody at Gallagher has attempted to contact me since Mr. Cohn's departure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 2nd day of January, 2008, in Chicago, Illinois.

By: _____
BRIAN BENZER

- 1 -

4181113.1

Benzer Declaration; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW