# EXHIBIT 4

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
5  Facsimile:   (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC.,          | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.         |
13 | GALLAGHER & CO., INSURANCE                |
   | BROKERS OF CALIFORNIA, INC., a            |
14 | California Corporation,                   | DECLARATION OF JOHN BRIMMER
15 |        Plaintiffs,                        |
16 |    vs.                                    |
17 | EDGEWOOD PARTNERS INSURANCE               | Judge:   Hon. Jeffrey S. White
   | CENTER, a California corporation; DAN     | Date:    January 11, 2008
18 | R. FRANCIS; JOHN G. HAHN;                 | Time:    9:00 a.m.
   | ANDREW ("WALLY") BROWN, JR.;              | Dept:    Courtroom 2, 17th Floor
19 | BRIAN F. QUINN; NEIL R. COHN;             |
   | CAROLANN COHN; MICHAEL J.                 |
20 | BROWN; STEPHEN HAUSE; LAURA J.            |
   | WICK; JAMES C. HALBLEIB;                  |
21 | LAURINDA ("LAURIE") A. MARTIN;            |
   | ERIC CHUA; GEORGE J. PETTY;               |
22 | LINDA SOO HOO; ROBERT E. DUTTO;           |
   | SUSAN M. ENGLISH; DON J.                  |
23 | JOHNSON; ALLEN L. AMOS;                   |
   | WILLIAM ("BILL") PHILLIPS, JR.;           |
24 | DIRCK ("RICK") R. STINSON; ROBERT         |
   | ("BOB") D. ELLSWORTH; ROBERT H.           |
25 | WATKINS; PAUL H. WAGENER;                 |
   | SHANDRANETTE MIDDLETON,                   |
26 |                                           |
   |        Defendants.                        |
27

28

4182079.1

Brimmer Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, JOHN BRIMMER, hereby declare as follows:

1. I am the principal of U.S. Glass & Aluminum, Inc.. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. On December 10, 2007, I received an e-mail from Mr. Bob Ellsworth announcing simply that he had taken a position with Edgewood Partners Insurance Center ("EPIC").

3. I responded to the e-mail by emailing Mr. Ellsworth on December 10, 2007, requesting that he give me a call when the dust settles. Mr. Ellsworth called me that night or the following day. I asked if I could move U.S. Glass & Aluminum's account to EPIC. Bob said that I could, and that I would need to execute a Broker of Record letter to do so, which I did.

4. I understand that Gallagher has alleged that Mr. Ellsworth or others at EPIC solicited U.S. Glass & Aluminum's business by using materials belonging to Gallagher. This is not correct. Neither Mr. Ellsworth, nor anyone else at EPIC, has shown me or sent me any Gallagher materials or files. The reason I decided that U.S. Glass & Aluminum should continue working with Mr. Ellsworth after his move to EPIC was that he has provided excellent service for more than 10 years, and we have an excellent professional relationship. In addition, I have no relationship with anyone else at Gallagher.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 2nd day of January, 2008, in Pittsburg, California.

By: _____
JOHN BRIMMER