# EXHIBIT 7

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
5  Facsimile:   (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 ARTHUR J. GALLAGHER & CO., INC.,        CASE NO. 07-CV-06418-JSW
   a Delaware Corporation, ARTHUR J.
13 GALLAGHER & CO., INSURANCE
   BROKERS OF CALIFORNIA, INC., a
14 California Corporation,                  DECLARATION OF BRETT BURDOCK

15              Plaintiffs,

16      vs.

17 EDGEWOOD PARTNERS INSURANCE            Date:  January 11, 2008
   CENTER, a California corporation; DAN  Time:  9:00 a.m.
18 R. FRANCIS; JOHN G. HAHN;              Dept:  Courtroom 2, 17th Floor
   ANDREW ("WALLY") BROWN, JR.;
19 BRIAN F. QUINN; NEIL R. COHN;
   CAROLANN COHN; MICHAEL J.
20 BROWN; STEPHEN HAUSE; LAURA J.                    **PUBLIC VERSION**
   WICK; JAMES C. HALBLEIB;
21 LAURINDA ("LAURIE") A. MARTIN;
   ERIC CHUA; GEORGE J. PETTY;
22 LINDA SOO HOO; ROBERT E. DUTTO;
   SUSAN M. ENGLISH; DON J.
23 JOHNSON; ALLEN L. AMOS;
   WILLIAM ("BILL") PHILLIPS, JR.;
24 DIRCK ("RICK") R. STINSON; ROBERT
   ("BOB") D. ELLSWORTH; ROBERT H.
25 WATKINS; PAUL H. WAGENER;
   SHANDRANETTE MIDDLETON,
26
                Defendants.
27

28

4178253.1                                  Brett Burdock Decl; Gallagher v. EPIC,
                                                 Case No. 07-CV-06418-JSW

I, BRETT BURDOCK, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") in the word processing department. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In March of 2000, I began working for Arthur J. Gallagher & Co. ("Gallagher") as an outside consultant. In 2002, I accepted a full-time position in Gallagher's word processing department. Over the last few years, I had become increasingly unhappy working at Gallagher. I felt that there were too many rules, regulations and "professional standards" being imposed on employees, and the manner in which we accomplished our work. The effect of these rules generally was to make the atmosphere at the office less personal and less enjoyable. In addition, I was very dissatisfied with my compensation.

**REDACTED**

3. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Nor had I ever heard of EPIC, the company where they were going. Their announcement came as a complete surprise to me.

4. After the meeting, I approached Brian Quinn about the possibility of working at EPIC, too. I had always found Brian to be very approachable, and he had helped coach me through some of my problems during my tenure at Gallagher. Because I respected Brian's leadership and because he had always expressed confidence in my work, I asked him whether there might be an opportunity for me to make the move with him. He told me that he could not speak to me about employment opportunities at EPIC, but gave me a phone number of Mary Smith, Director of Human Resources at EPIC.

5. I contacted Mary Smith and told her that I was interested in seeking employment at EPIC. Ms. Smith arranged for an interview with EPIC the following Monday,

December 10, 2007.

6.  During the next three days, I discussed the resignations of Wally, Brian and Michael with my mother, Patricia Burdock, and my wife, Amber Rozitti, who also were employed by Gallagher. I decided that if EPIC offered me a job opportunity, I would leave Gallagher and join Wally, Brian, and Michael at EPIC. At no point did any former Gallagher employee attempt to solicit me to leave Gallagher for EPIC.

7.  I interviewed at Gallagher with Mary Smith on the evening of Monday, December 10, 2007. At that time, I submitted an application for employment, which included my wage and salary information at Gallagher. Ms. Smith gave me information about EPIC and described its position as a new company, including its recent acquisition of another insurance brokerage firm. I was excited about the idea of working at the company, and about the opportunity to continue working with my colleagues, many of whom had by this point already decided to join EPIC. When I received an offer that included a significant increase in salary, a signing bonus, and a better benefits package, I accepted it immediately.

8.  I submitted my resignation to Gallagher the following day, Tuesday, December 11, 2007. I offered to continue working at the office for an additional period if needed, but was told that was not necessary. I began working at EPIC the following day.

9.  Before leaving Gallagher, I retrieved some personal files from my computer, including Internet bookmarks, text documents, and music files. I also deleted some of my personal files off the Gallagher computer system. None of the materials that I deleted or took with me contain any information about Gallagher clients, insurance policies, proposals, or other similar materials.

//
//
//
//
//
//

4178253.1

-- 2 --

Brett Burdock Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

10. In addition, I retrieved a handful of work-related files. The materials that I took contained

I took these files with me on a storage device, on which I had also placed the personal files described above. I transferred the personal files from the storage device, but I did not and have not accessed the files containing the logos since leaving Gallagher. When I arrived at EPIC, I was very clearly instructed not to use any confidential or proprietary information of Gallagher's. At that time, I discussed the files containing the logos with Dan Crawford, general counsel at EPIC. I have since turned these files over to him.

11. I have not solicited or encouraged any Gallagher employees to seek employment at EPIC.

12. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 2, 2008 in San Ramon, California.

By: /s/ BRETT BURDOCK