# EXHIBIT 8

1   JEROME C. ROTH (SBN 159483)
    MARTIN D. BERN (SBN 153203)
2   MALCOLM A. HEINICKE (SBN 194174)
    MUNGER, TOLLES & OLSON LLP
3   560 Mission Street
    Twenty-Seventh Floor
4   San Francisco, CA  94105-2907
    Telephone:    (415) 512-4000
5   Facsimile:    (415) 512-4077

6   Attorneys for Defendant
    EDGEWOOD PARTNERS INSURANCE CENTER
7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ARTHUR J. GALLAGHER & CO., INC.,        CASE NO.  07-CV-06418-JSW
    a Delaware Corporation, ARTHUR J.
13  GALLAGHER & CO., INSURANCE
    BROKERS OF CALIFORNIA, INC., a          **DECLARATION OF PATRICIA
14  California Corporation,                  BURDOCK**

15                  Plaintiffs,

16         vs.

17  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; DAN    Date:      January 11, 2008
18  R. FRANCIS; JOHN G. HAHN;               Time:      9:00 a.m.
    ANDREW ("WALLY") BROWN, JR.;            Dept:      Courtroom 2, 17th Floor
19  BRIAN F. QUINN; NEIL R. COHN;
    CAROLANN COHN; MICHAEL J.
20  BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB;                        **PUBLIC VERSION**
21  LAURINDA ("LAURIE") A. MARTIN;
    ERIC CHUA; GEORGE J. PETTY;
22  LINDA SOO HOO; ROBERT E. DUTTO;
    SUSAN M. ENGLISH; DON J.
23  JOHNSON; ALLEN L. AMOS;
    WILLIAM ("BILL") PHILLIPS, JR.;
24  DIRCK ("RICK") R. STINSON; ROBERT
    ("BOB") D. ELLSWORTH; ROBERT H.
25  WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,
26
                    Defendants.
27

28

4178254.1

I, PATRICIA BURDOCK, hereby declare as follows:

1.  I am presently employed at Edgewood Partners Insurance Center ("EPIC") in the word processing department. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2.  In January of 1998, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work in its word processing department. Over the last few years, I had become increasingly unhappy working at Gallagher. I felt that there were too many rules, regulations and "professional standards" being imposed on employees, and the manner in which we accomplished our work. The effect of these rules generally was to make the atmosphere at the office less personal and less enjoyable. In addition, I was very dissatisfied with my compensation.

## REDACTED

3.  On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Nor had I ever heard of EPIC, the company where they were going. Their announcement came as a complete surprise to me.

4.  After the meeting, I approached Wally Brown to wish him good luck. Wally had always been a good boss to me, and I felt a strong bond of loyalty to him, as did many others in Gallagher's San Ramon office. Because I respected Wally's leadership and wanted to continue to work with him, I asked him whether there might be an opportunity for me to work at EPIC, too. He told me that he could not speak to me about employment opportunities there, but he gave me a phone number of Mary Smith, Director of Human Resources at EPIC.

5.  I contacted Mary Smith and told her that I was interested in seeking employment at EPIC. Ms. Smith arranged for an interview with EPIC the following Monday, December 10, 2007.

6.  During the next three days, my son, Brett Burdock, who also was an

- 1 -

Patricia Burdock Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

1    employee at Gallagher in the word processing department, and I discussed the resignations of

2    Wally, Brian, and Michael. We both decided that if EPIC offered us job opportunities, we would

3    leave Gallagher and join Wally, Brian, and Michael at EPIC. At no point did any former

4    Gallagher employee attempt to solicit me to leave Gallagher for EPIC.

5             7.    I interviewed at EPIC with Mary Smith at 5:15 p.m. on Monday evening.

6    Ms. Smith gave me information about EPIC and described its position as a new company,

7    including its recent acquisition of another insurance brokerage firm. I was excited about the idea

8    of working at the company, and about the opportunity to continue working with my colleagues,

9    many of whom had by this point already decided to join EPIC. I received an offer that included a

10    significant increase in salary, a signing bonus, and a better benefits package, which I accepted.

11             8.    I resigned from Gallagher the following day, Tuesday, December 11, 2007.

12    I began working at EPIC on Wednesday, December 12, 2007.

13             9.    Before leaving Gallagher, I retrieved some personal e-mails and pictures

14    from my computer. None of the materials that I took with me contain any information about

15    Gallagher clients, insurance policies, proposals, or other similar materials. I also did not copy,

16    delete, or destroy any information at Gallagher or anything that contained any information about

17    Gallagher clients, policies, proposals, or other similar materials.

18            10.    Since coming to work at EPIC, I have not seen anyone using confidential

19    Gallagher information.

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

Patricia Burdock Decl. ; <u>Gallagher v. EPIC,</u>
Case No. 07-CV-06418-JSW

1        11.   I have not solicited or encouraged any Gallagher employees to seek

2    employment at EPIC.

3        12.   I make this declaration voluntarily. I understand that it was not a condition

4    of my employment at EPIC to provide this declaration, and that I could have declined to do so

5    without suffering any adverse employment consequences.

6

7        I declare under penalty of perjury under the laws of the State of California and the

8    United States that the foregoing is true and correct.

9        Executed January 2, 2008 in San Ramon, California.

10

11

12

13        By: _Patricia Burdock_
              PATRICIA BURDOCK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4178254.1

-- 3 --

Patricia Burdock Decl. ; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW