# EXHIBIT 9

| | |
|---|---|
| 1 | JEROME C. ROTH (SBN 159483) |
|   | MARTIN D. BERN (SBN 153203) |
| 2 | MALCOLM A. HEINICKE (SBN 194174) |
|   | MUNGER, TOLLES & OLSON LLP |
| 3 | 560 Mission Street |
|   | Twenty-Seventh Floor |
| 4 | San Francisco, CA 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 5 | Facsimile: (415) 512-4077 |
| 6 | Attorneys for Defendant |
|   | EDGEWOOD PARTNERS INSURANCE CENTER |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | | CASE NO. 07-CV-06418-JSW |
| Plaintiffs, | | **DECLARATION OF LINDA CADINHA** |
| vs. | | |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | | Date: January 11, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor |
| Defendants. | | |

I, Linda Cadinha, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I currently work for Defendant Edgewood Partners Insurance Center ("EPIC") as a Senior Account Manager. I am also a former employee of Plaintiff Arthur J. Gallagher & Co. ("Gallagher"). I became a Gallagher employee in 1989, working as an Account Manager at its San Ramon office. I was later promoted to Senior Account Manager at Gallagher, and I worked in that position until December 7, 2007.

3. As a Senior Account Manager at Gallagher, I helped Gallagher Producers (the Gallagher employees who are responsible for bringing in clients and maintaining client relationships) manage their client accounts.

4. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. I had also never heard of EPIC, the company where they said they were going to work. Their announcement therefore came as a complete surprise to me.

5. When I heard that Wally, Brian, and Michael were leaving, I became worried that I might be laid off by Gallagher. In my experience, when leaders of an insurance brokerage office leave for another employer, their clients will follow them. I also wanted to continue working with Brian, with whom I was close.

6. Thus, after the meeting I went to talk to Brian Quinn and asked him if I could continue to work with him, Wally, and Michael. In response, Brian stated that he could not discuss employment at EPIC with me, but gave me the telephone number of Mary Smith, EPIC's human resources director.

7. I called Mary Smith, and she set up an interview at EPIC's office that day. During the interview process, I divulged the salary I was currently making at Gallagher. After my interview, Mary gave me a written job offer to join EPIC as a Senior Account Manager,

1. which included a higher salary than I received at Gallagher, more vacation time, and a signing bonus. I accepted this offer immediately.

8. I returned to Gallagher's office on Friday and submitted my resignation letter. I left Gallagher's offices that day and never returned. When I left, I took only my personal items with me. I did not take, copy, delete, or destroy any data, documents, or materials at Gallagher or anything that contained any information about Gallagher clients, policies, proposals, or other similar materials.

9. At no point did any current or former Gallagher employees try to solicit me to move to EPIC, nor did I receive any assurance from anyone at EPIC that I would have a job there before I was hired.

10. Some current or former Gallagher employees have contacted me since the meeting on Friday, December 7, 2007, to ask me where Wally, Brian, and Michael were going, and I was going to do. When I told these people that I planned to follow Brian to EPIC, some of them asked me if they could apply to work there as well. I gave these people Mary Smith's telephone number. I have not solicited or encouraged any of these people, or any other current or former Gallagher employee, to seek employment at EPIC.

//
//
//
//
//
//
//
//
//
//
//
//

4178294.1

-- 2 --

L. Cadinha Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

11. I submit this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct

Executed January 2, 2008, in San Ramon, California.

By: /s/ Linda Cadinha
LINDA CADINHA