# EXHIBIT 10

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
ANDREW ("WALLY") BROWN,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07-06418 JSW<br><br>**DECLARATION OF RON CAPILLA**<br><br>Date:         January 11, 2008<br>Time:        9 a.m.<br>Courtroom:  2, 17th Floor<br><br>Hon. Jeffrey S. White |

CASE NO. C 07-06418 JSW                                                           DECL. OF RON CAPILLA

I, Ron Capilla, declare:

1. I am the co-owner and President of Can-Am Plumbing, Inc. I make this declaration of my own personal knowledge, and if called to testify could would testify competently to the following facts.

2. I have worked with Wally Brown and Michael Brown as insurance brokers for Can-Am for many years.

3. Earlier this year, Can-Am renewed its insurance policies with the Arthur J. Gallagher & Co. insurance brokerage ("Gallagher").

4. On December 7, 2007, I received an e-mail announcement stating simply that Michael Brown had left Gallagher and joined EPIC. Prior to December 7, 2007, I did not know that Wally or Michael would be leaving Gallagher to join EPIC. I was surprised and slightly annoyed that I had not learned of this before receiving the email announcement. That night, however, I dropped off a bottle of wine at Michael's house with a note wishing him good luck at his new firm.

5. Either Friday, December 7, or over the weekend, I responded to the email announcement by calling Michael Brown. I told him during that call to come to Can-Am's offices that Monday, and that I wanted his relationship with Can-Am to continue. On Monday, Michael came to our offices and I executed a broker of record letter changing Can-Am's broker of record from Gallagher to EPIC.

6. I understand that Gallagher has alleged that Michael Brown or others at EPIC solicited Can-Am's business using confidential Gallagher materials. Any such allegations are not accurate. Neither Michael Brown nor anyone else at EPIC has shown me or sent me any Gallagher materials or files. Instead, the simple reason I elected to move Can-Am's relationship from Gallagher to EPIC is because I was happy with the long-standing relationship with Michael Brown and Wally Brown, and we wanted them to continue as our brokers.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 2 day of January, 2008, at Pleasanton, California.

Ron Capilla