# EXHIBIT 11

Case 3:07-cv-06418-JSW   Document 123-12   Filed 01/16/2008   Page 1 of 3

1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ANDREW ("WALLY") BROWN, JR.,
6  BRIAN QUINN, MICHAEL BROWN, and
   LAURA WICK

7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07-06418 JSW<br><br>**DECLARATION OF VIC CASTELLO**<br><br>Date:        January 11, 2008<br>Time:       9 a.m.<br>Courtroom: 2, 17th Floor<br><br>Hon. Jeffrey S. White |

KERR & WAGSTAFFE LLP

CASE NO. C 07-06418 JSW                                              DECL. OF VIC CASTELLO

I, Vic Castello, declare:

1. I am the Executive Vice-President and Chief Operating Officer of Redwood City Electric, Inc. I make this declaration of my own personal knowledge, and if called to testify could and would testify competently to the following facts.

2. I have worked with Wally Brown as insurance broker for Redwood City Electric for many years.

3. On December 7, 2007, I received an e-mail announcement stating simply that Wally Brown had left the Arthur J. Gallagher & Co. insurance brokerage and joined EPIC. Prior to December 7, 2007, I did not know that Wally would be leaving Gallagher to join EPIC.

4. I responded to the e-mail with an e-mail to Wally asking him what was going on and telling him to call me on Monday to explain it. That following Monday, Wally called me.

5. At some point following that phone call, I decided to continue Redwood City Electric's relationship with Wally Brown and the other people who had also worked on the account and who had gone to EPIC.

6. I understand that Gallagher has alleged that Wally Brown or others at EPIC solicited Redwood City Electric's business using confidential Gallagher materials. Any such allegations are not accurate. Neither Wally Brown nor anyone else at EPIC has shown me or sent me any Gallagher materials or files.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 3rd day of January, 2008, at Santa Clara, California.

_____
Vic Castello