# EXHIBIT 18

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC.,        | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,                 | **DECLARATION OF ROBERT ELLSWORTH**

15 |             Plaintiffs,

16 |     vs.

17 | EDGEWOOD PARTNERS INSURANCE
   | CENTER, a California corporation; DAN   | Judge:  Hon. Jeffrey S. White
18 | R. FRANCIS; JOHN G. HAHN;                | Date:   January 11, 2008
   | ANDREW ("WALLY") BROWN, JR.;            | Time:   9:00 a.m.
19 | BRIAN F. QUINN; NEIL R. COHN;           | Dept:   Courtroom 2, 17th Floor
   | CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26
   |             Defendants.
27

28

4173772.1                                           R. Ellsworth Decl.; Gallagher v. EPIC, Case
                                                                      No. 07-CV-06418-JSW

I, Robert Ellsworth, declare as follows:

1. I am a Principal at Edgewood Insurance Partners Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I was employed as an Area Vice President at Arthur J. Gallagher ("Gallagher") for approximately 17 years until I resigned on Monday, December 10, 2007.

3. I understand that Gallagher has asserted in this litigation, in which I am named as a defendant, that the recent departure of 49 employees from Gallagher was a carefully planned and orchestrated conspiracy. This is not correct.

4. After a staff meeting on December 7, 2007, Wally Brown and Brian Quinn announced that they were resigning their positions at Gallagher. I was present at that meeting, which was the first time that I heard any information whatsoever about their departure from Gallagher to EPIC, although I did hear a widespread rumor that Wally Brown had interviewed at a competitor, Tanner Insurance Brokers. Like many of the people at the staff meeting, I was surprised by the announcement.

5. After learning of Wally Brown's and Brian Quinn's resignation, I asked Wally where he was going, and whether there were employment opportunities there. Wally told me he was going to EPIC, that he could not solicit me, and that if I wanted to explore employment at EPIC I should call Mary Smith. I asked him for Mary Smith's number, which he gave me. I called Ms. Smith and arranged an interview for later that day. At EPIC, I met with the founders, Dan Francis and John Hahn, and Ms. Smith. I also learned about the company and its business model, and shared with them the size of my book of business. I returned to EPIC on the next day to interview with its General Counsel, Dan Crawford. I received and signed a non-binding offer of employment at that time.

6. In the days that followed Wally Brown's and Brian Quinn's resignations, I spoke to several people about the situation. I co-produce several accounts with Alan Amos. He told me that he had no prior knowledge of the resignations. I also spoke to Alan Brooks, who had not yet decided whether he would leave Gallagher. Ultimately, Mr. Brooks decided to stay at

4173772.1     - 1 -     R. Ellsworth Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

Gallagher. I made my decision to accept EPIC's offer, and to leave Gallagher, on Monday morning, December 10, 2007, and communicated my decision in writing to Gallagher by email at 7:07 a.m. During the time between Wally Brown's and Brian Quinn's announcement, and my decision to resign on December 10, 2007, I was not solicited by any former Gallagher employees to accept employment with EPIC.

7. My decision to resign from Gallagher was based principally on my desire to continue to work with Wally Brown and others with whom I co-produced.

8. Prior to starting at EPIC, I was informed that I should not take or retain any Gallagher materials with me when I started work at EPIC. When I left the office on Friday December 7, 2007, I had my briefcase only, which contained my laptop computer and Blackberry device. I did not access the computer over the weekend, and used my personal computer and email account to write and send my resignation to the Gallagher on Monday morning. I accessed my Blackberry to check for messages because I was expecting a call with Gallagher's Regional Manager, Mr. McFarlane, but despite promising to call me on Sunday to discuss the situation at Gallagher, he never did.

9. I did not take any confidential materials from Gallagher after resigning. Indeed, I have not even removed my belongings from my former office at Gallagher, which still contains my personal effects and my furniture. I did not retain any materials belonging to Gallagher when I resigned and began work at EPIC.

10. After joining EPIC, I sent a "tombstone" message to my clients informing them of my move to EPIC. As I received emails asking me to call, or direct calls from clients, I explained that I had moved to EPIC. I refused to speak to clients who called with questions regarding their account until they had first reviewed the tombstone email announcement, and then contacted me. Because I have worked with most of my clients for years, it did not surprise me when they indicated that they wanted me to continue to work on their accounts and quickly provided Broker of Record letters. In fact, the same morning I sent my tombstone email, one of the clients I serviced while at Gallagher, Doug Hosking of Western Shower Door, sent a reply email asking me to call him "as soon as possible." I did, but, out of caution, told Mr. Hosking I

should not talk to him about his account until he provided me with a formal, written invitation to do so. Within minutes, he provided me with that invitation by email. True and correct copies of Mr. Hosking's two emails are attached hereto as Exhibit A.

11. At no point in time did I solicit any employee of Gallagher to leave the employment of that company in order to come to work at EPIC.

12. I make this declaration voluntarily. I understand that EPIC has not required me to provide this declaration as part of my job, and that I could have declined to do so without suffering any adverse career consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 3rd day of January, 2008 in San Ramon, California

By: _____
ROBERT ELLSWORTH

4173772.1

-- 3 --

R. Ellsworth Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

# EXHIBIT A

**Bob Ellsworth**

| | |
|---|---|
| From: | DGHosking@aol.com |
| Sent: | Monday, December 10, 2007 10:44 AM |
| To: | Bob Ellsworth |
| Subject: | Re: Bob Ellsworth Joins E.P.I.C. |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

# Please call me as soon as possible...
# (650) 759-5786
# Doug

In a message dated 12/10/2007 9:08:13 A.M. Pacific Standard Time, bellsworth@edgewoodins.com writes:

> 12/10/07
>
> Bob Ellsworth has joined Edgewood Partners Insurance Center (E.P.I.C.). Edgewood Partners, a newly funded retail property/casualty and employee benefits firm based in San Mateo, California, received $100 million in private equity from Stone Point Capital. Edgewood's market focus will be Technology, Life Science, Construction, Employee Benefits and other specialty niches.
>
> Bob Ellsworth
>
> Principal
>
> Edgewood Partners Insurance Center (E.P.I.C)
>
> 4000 Executive Parkway, Suite 200
>
> San Ramon, CA 94583
>
> Cell: (510) 409-9996
>
> Confidential Fax: (925) 901-0297
>
> Email: bellsworth@edgewoodins.com

1/2/2008

### Bob Ellsworth

**From:** DGHosking@aol.com
**Sent:** Monday, December 10, 2007 10:59 AM
**To:** Bob Ellsworth
**Subject:** Re: Bob Ellsworth Joins E.P.I.C.

Bob,

This is a formal invitation for you and all others at EPIC (including, but not limited to, Colleen Varnica, Elkie Craven, Lisa Lucas) to make direct contact with any and all Western Shower Door employees.

Doug Hosking
Western Shower Door

In a message dated 12/10/2007 9:08:13 A.M. Pacific Standard Time, bellsworth@edgewoodins.com writes:

> 12/10/07
>
> Bob Ellsworth has joined Edgewood Partners Insurance Center (E.P.I.C.). Edgewood Partners, a newly funded retail property/casualty and employee benefits firm based in San Mateo, California, received $100 million in private equity from Stone Point Capital. Edgewood's market focus will be Technology, Life Science, Construction, Employee Benefits and other specialty niches.
>
> Bob Ellsworth
>
> Principal
>
> Edgewood Partners Insurance Center (E.P.I.C)
>
> 4000 Executive Parkway, Suite 200
>
> San Ramon, CA 94583
>
> Cell: (510) 409-9996
>
> Confidential Fax: (925) 901-0297
>
> Email: bellsworth@edgewoodins.com
>
> "The contents of this email message and any attachments are intended solely for the addressee