# EXHIBIT 20

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC.,          CASE NO.  07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,                    DECLARATION OF BUD FIELD

15 |            Plaintiffs,

16 |        vs.

17 | EDGEWOOD PARTNERS INSURANCE       Judge:   Hon. Jeffrey S. White
   | CENTER, a California corporation; DAN   Date:    January 11, 2008
18 | R. FRANCIS; JOHN G. HAHN;              Time:    9:00 a.m.
   | ANDREW ("WALLY") BROWN, JR.;         Dept:    Courtroom 2, 17th Floor
19 | BRIAN F. QUINN; NEIL R. COHN;
   | CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26
   |            Defendants.
27

28

I, BUD FIELD, hereby declare as follows:

1.    I am the President and CEO of Lilja Corporation.. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2.    On December 7, 2007, I received an e-mail from Mr. Wally Brown announcing simply that he had taken a position with Edgewood Partners Insurance Center.

3.    On Monday, December 10, 2007, I telephoned my broker, Mr. Don Johnson. Mr. Johnson explained that he and other I have worked with at Gallagher had accepted positions with EPIC. Later that week, I telephone one of my insurance carriers, who informed me that EPIC was a legitimate organization with which they would have no difficulty working. I then telephoned Mr. Johnson and requested a meeting, after which I signed a Broker of Record designating EPIC as Lilja's broker.

4.    I understand Gallagher has alleged that Mr. Johnson or others at EPIC solicited Lilja's business by using property or materials belonging to Gallagher. This is not correct. Neither Mr. Johnson, Mr. Brown, nor anyone else at EPIC, showed me or sent me any Gallagher materials or files in an effort to obtain Lilja's business. The reason I decided that Lilja should continue working with Mr. Brown and Mr. Johnson is the professional relationship I have developed with them over the course of the past 7-8 years, and the service they and their team of managers have provided. In addition, I have no relationship with anyone else at Gallagher. Indeed, much to my surprise, nobody from Gallagher has even attempted to contact me since Mssrs. Brown and Johnson moved to EPIC.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 3rd day of January, 2008, in Livermore, California.

By:    _____
        BUD FIELD

- 1 -

4184337.1

Field Declaration: Gallagher v. EPIC,
Case No. 07-CV-06418-JSW