# EXHIBIT 21

1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ANDREW ("WALLY") BROWN,
6  BRIAN QUINN, MICHAEL BROWN, and
   LAURA WICK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>　　Defendants. | Case No. C07-06418 JSW<br><br>**DECLARATION OF RON FOLWELL**<br><br>Date:　　　　January 11, 2008<br>Time:　　　　9 a.m.<br>Courtroom:　2, 17th Floor<br><br>Hon. Jeffrey S. White |

CASE NO. C 07-06418 JSW                                                                                                                         DECL. OF RON FOLWELL

I, Ron Folwell, declare:

1. I am a Vice President of DiMare Fresh, Inc. I make this declaration of my own personal knowledge, and if called to testify could and would testify competently to the following facts.

2. I have worked with Brian Quinn as insurance broker for DiMare for many years.

3. On December 7, 2007, I received an e-mail announcement stating simply that Brian Quinn had left the Arthur J. Gallagher & Co. insurance brokerage and joined EPIC. Although I had previously learned from Brian that he was considering leaving Gallagher and was considering other opportunities, this was the first time I learned that he was going to EPIC. He had not previously mentioned EPIC to me.

4. After receiving the e-mail announcement, I called Brian and told him I wanted to continue DiMare's relationship with him.

5. I understand that Gallagher has alleged that Brian Quinn or others at EPIC solicited DiMare's business using confidential Gallagher materials. Any such allegations are not accurate. Neither Brian Quinn nor anyone else working for EPIC has shown me or sent me any Gallagher materials or files. Instead, all Brian Quinn has done is continued DiMare's relationship after I asked him to.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 3rd day of January, 2008, at Homestead, Florida.

_____
Ron Folwell