# EXHIBIT 24

```
 1  JEROME C. ROTH (SBN 159483)
    MARTIN D. BERN (SBN 153203)
 2  MALCOLM A. HEINICKE (SBN 194174)
    MUNGER, TOLLES & OLSON LLP
 3  560 Mission Street
    Twenty-Seventh Floor
 4  San Francisco, CA 94105-2907
    Telephone:  (415) 512-4000
 5  Facsimile:  (415) 512-4077

 6  Attorneys for Defendant
    EDGEWOOD PARTNERS INSURANCE CENTER
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>　　　　　　　Defendants. | CASE NO. 07-CV-06418-JSW<br><br>DECLARATION OF JOHN HAHN<br><br>Date:　　January 11, 2008<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom 2, 17th Floor |

4187474.1

Hahn Decl.; Gallagher v. EPIC;
Case No. 07-CV-06418-JSW

I, JOHN HAHN, hereby declare as follows:

1. I am a Co-Founder of Edgewood Partners Insurance Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I am 51 years old and have worked in the insurance industry for 29 years. I was born on February 8, 1956, and I began working in the insurance industry in 1978 after college. In 1978, I joined the Fred S. James brokerage. I later moved with this company to San Francisco and opened a wholesale branch called Pyramid Excess. In 1985, I left that company to found Tri-City Brokerage, which grew into one of the nation's leading wholesale brokerage firms. In 2003, BISYS purchased Tri-City Brokerage, and I remained with BISYS as the President of BISYS Commercial Insurance Services where I ran the property and casualty division, which had approximately $90 million in annual revenue when I left.

3. In July of 2007, I decided to leave BISYS to work with others, most notably EPIC Co-Founder Dan Francis, to found a new, smaller, more autonomous brokerage firm in California. Our basic business plan was to attract the most talented brokers in the market by offering them the combination of relatively standard compensation *and* (something many lacked, which was) significant equity participation in our growing company -- in other words, we were offering them partnership. In addition, we were offering them the chance to work in an entrepreneurial environment that would be beneficial to both them and EPIC. Because of my former position as a wholesale insurance executive, I knew many retail brokers and what they were looking for in a new company. In our view, EPIC was and is a unique brokerage firm that offers its principals better opportunities than can be found elsewhere, especially at large, corporate brokerage firms.

4. With our business plan designed, Co-Founder Dan Francis and I raised a significant amount of private equity from investors who shared our vision for EPIC. Specifically, we have a funding commitment from Stonepoint Capital for $100 million.

5. After acquiring an existing regional brokerage named CALCO, we began operations on July 26, 2007 in the name of EPIC, and our entry into the California insurance

- 1 -

market received significant attention within the industry. Over the six-month history of EPIC, we have recruited and hired brokers and other employees from eight different other firms beside Gallagher, and many of these people were hired through the assistance of independent recruiter Bryan Blakeman. To the extent anyone has suggested that EPIC was formed to essentially take over a single office of Gallagher, this is simply false. It is my belief that many of the people who have joined EPIC from Gallagher as well as elsewhere did so because of the sharp contrast between the benefits EPIC offers and the lack of such benefits at Gallagher other large brokerage firms.

6. In all of our hiring activities, Dan Francis and I and others at EPIC have made clear that, after decades in this industry, we cannot condone unethical behavior. Specifically, we have made clear that no incoming employees are to bring any materials belonging to their former employers to EPIC, and they are not to breach any lawful restrictive agreements they may have in their contracts with former employees. Indeed, we have required incoming employees to sign agreements confirming that failure to do so is grounds for termination; and, we place each new hire through a specific orientation on guidelines of conduct in this regard.

7. Bryan Blakeman, a recruiter EPIC uses, was retained to recruit talented brokers to EPIC. I instructed him to contact Neil Cohn at Gallagher, whom I knew to be a talented producer. No one at Gallagher initiated EPIC's interest in Cohn – I did.

8. Neil responded to Bryan Blakeman's inquiry with enthusiasm, and I took the lead in the negotiations with Neil. We eventually agreed on terms with Neil Cohn in or about October 2007, and he delayed his start with us until EPIC was ready to support him. Neil started with EPIC after resigning from Gallagher in December 7, 2007.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct, and that this declaration is executed on
3  January 3, 2007, in S.F., California.

By: _____
JOHN HAHN