# EXHIBIT 31

JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON, ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON.<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**DECLARATION OF RUBY JOHNSON**<br><br>Date:       January 11, 2008<br>Time:      9:00 a.m.<br>Dept:       Courtroom 2, 17th Floor<br><br>**PUBLIC VERSION** |

179630.1

Ruby Johnson Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, RUBY JOHNSON, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as a Certificate Technician. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In October of 2002, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work in its certificates and word processing departments. Over the last few years, I had become increasingly unhappy working at Gallagher. I had found it difficult to **REDACTED** **REDACTED** In addition, I was very dissatisfied with my compensation.

**REDACTED**

**REDACTED**

3. I was not in Gallagher's San Ramon office on the morning of Friday, December 7, 2007, when Wally Brown, Brian Quinn, and Michael Brown announced that they had decided to resign their positions at Gallagher. I learned of their announcement when Carol Ward, a colleague of mine in the Certificates Department, called and left me a voice message to tell me the news. Prior to receiving her message, I had heard no rumors that Wally, Brian, or Michael had intended to resign. Nor had I ever heard of EPIC, the company where I understood they would be going. The announcement came as a complete surprise to me.

4. When I received the message, at approximately 5:00 p.m. on Monday evening, I immediately returned a phone call to Carol Ward to find out more information. I was informed that many more Gallagher employees had decided to leave as well, including other Producers such as Neil Cohn and Steve Hause, as well as a significant number of staff. I felt a strong bond of loyalty to many of these people. With their departures, I became concerned about the security of my own job.

5. I contacted EPIC's Human Resources Department and indicated that I was interested in seeking employment at EPIC. The Director of Human Resources, Mary Smith, arranged for an interview on Saturday, December 10, 2007. At no point did any former Gallagher

- 1 -

Ruby Johnson Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

4179630.1

employee solicit me to seek employment at EPIC. The decision to apply for employment, and later on, to accept a position there, was mine alone.

6. At the interview, I completed an application for employment, which contained my work history, including information about my salary at Gallagher. Sara Cox, my interviewer in the Human Resources Department, gave me information about EPIC and described its position as a new company, including its recent acquisition of another insurance brokerage firm. I was excited about the idea of working at the company, and most significantly, about the opportunity to continue working with my colleagues, many of whom had by this point already decided to join EPIC. I received an offer that included a significant increase in salary, a signing bonus, and a better benefits package.

7. I returned to work at Gallagher the following week. On, Monday, December 10, 2007, I attended a meeting at the San Ramon office convened by Gallagher's Western Region Chairman, James McFarland. My understanding was that the purpose of the meeting was to **REDACTED** many of whom had already accepted positions at EPIC or had begun the interview process. At the meeting, Mr. McFarland acknowledge the concerns of employees, but he also suggested that **REDACTED** As a member of the Certification Department, this comment exacerbated my concern about the security of my job at Gallagher.

8. I submitted my resignation to Wednesday, December 12, 2007. My supervisor, Judy Fenz, stood over my desk while I typed my resignation, and she supervised me as I left the office. Before leaving Gallagher, I retrieved some personal e-mails and pictures from my computer, and then deleted some of my personal files off the Gallagher computer system. None of the materials that I took with me contained any information about Gallagher clients, insurance policies, proposals, or other similar materials.

9. Since coming to work at EPIC, I have not seen anyone using confidential Gallagher information.

10. I have not solicited any Gallagher employees to seek employment at EPIC.

11. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 2, 2008, in San Ramon, California.

By: *[signature]*
RUBY JOHNSON

-- 3 --

Ruby Johnson Decl. ; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW