# EXHIBIT 32

JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**DECLARATION OF MARY KECK**<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor<br><br>**PUBLIC VERSION** |

4178230.1

M. Keck Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

I, Mary Keck, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I currently work for Defendant Edgewood Partners Insurance Center ("EPIC") as an Account Manager. I am a former employee of Plaintiff Arthur J. Gallagher & Co. ("Gallagher"). Gallagher hired me in October 2005 to work as an Account Manager in its Pleasanton office (which was relocated to San Ramon in 2007), and I worked in that position until December 10, 2007.

3. By December 2007, I had become concerned with **REDACTED** Gallagher, and was worried that there might be **REDACTED** Also, I was **REDACTED** My **REDACTED** is especially important to me because I am a single mother.

4. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. I had heard of EPIC, the company where they said they were going to work, but only because someone I knew from a previous job now works out of EPIC's San Mateo office. Up until that December 7 meeting, I had never heard EPIC mentioned in connection with Wally, Brian, or Michael, or heard anything about their intention to work for EPIC. Their announcement therefore came as a complete surprise to me.

5. After the meeting, I went to Wally's office to say goodbye to him. I asked him where he was going to work. When he told me he was going to EPIC, I asked him if I could follow him there. I did this because I have a great deal of respect for Wally Brown. He has always been a good boss, and was very popular at Gallagher's San Ramon office. I and many others at that office felt very loyal to him, and I personally felt that the San Ramon office was "Wally's office." Given my feelings about Wally and my dissatisfaction with Gallagher, I wanted to continue working for him at his new company.

6. Wally responded that he could not solicit me to work there, but that if I

4178230.1        - 1 -        M. Keck Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

wanted to know more, I should talk to Brian Quinn. I thus talked to Brian shortly thereafter, and in response to my question regarding job opportunities at EPIC, Brian said he could not solicit me to work there. He then gave me the telephone number of Mary Smith, EPIC's human resources manager. I called Mary twice that day and left her messages that I was interested in a job at EPIC.

7. Someone from EPIC who I cannot remember returned my call sometime later and told me to come to EPIC's office for an interview. I did so, and interviewed with Laura Wick (an EPIC employee) later that day. During the interview process, I divulged the salary I was currently making at Gallagher. I also made sure to ask about EPIC's health insurance benefits, and was told that EPIC's health plan did not have a deductible, **REDACTED REDACTED**

8. The following day, I received a written job offer from EPIC to work as an Account Manager, which offered me a better salary and better health insurance than I had received at Gallagher. I accepted the offer.

9. I resigned from Gallagher the next business day, Monday, December 10, 2007. I left Gallagher's offices the day I resigned and never returned. When I left, I took only my personal items with me. I did not take, copy, delete, or destroy any information at Gallagher or anything that contained any information about Gallagher clients, policies, proposals, or other similar materials.

10. At no point did any current or former Gallagher employees try to solicit me to move to EPIC, nor did I receive any assurance from anyone at EPIC that I would have a job there before I was hired.

//
//
//
//
//
//

11. I have not solicited or encouraged any current or former Gallagher employees to seek employment at EPIC. I did give Mary Smith's telephone number to a colleague from Gallagher, Sharon Voth, but only after she had requested it. I did not volunteer this information to Sharon, nor did I encourage her to come to EPIC. I also do not know anyone else at EPIC who has solicited or encouraged any current or former Gallagher employees to seek employment at EPIC.

12. I submit this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct

Executed January 3, 2008, in San Ramon, California.

By: _____
MARY KECK