# EXHIBIT 33

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation, | **DECLARATION OF LISA LUCAS**

15 |         Plaintiffs,

16 |   vs.

17 | EDGEWOOD PARTNERS INSURANCE | Date:  January 11, 2008
   | CENTER, a California corporation; DAN | Time:  9:00 a.m.
18 | R. FRANCIS; JOHN G. HAHN; | Dept:  Courtroom 2, 17th Floor
   | ANDREW ("WALLY") BROWN, JR.;
19 | BRIAN F. QUINN; NEIL R. COHN;
   | CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26
   |         Defendants.
27

28

4179655.2

Lucas Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, LISA LUCAS, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as an Assistant Vice President in the Bond Department. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In July of 1995, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work in its Bond Department. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Nor had I ever heard of EPIC, the company where they were going. Their announcement came as a complete surprise to me.

3. After the meeting, I approached Brian Quinn to wish him good luck. Brian had always been a good boss to me, and I felt a strong bond of loyalty to him, as did many others in Gallagher's San Ramon office. Because I respected Brian's leadership and wanted to continue to work with him, I asked him whether there might be an opportunity for me to work at EPIC, too. He told me that he could not speak to me about employment opportunities there, but he gave me a phone number of Mary Smith, Director of Human Resources at EPIC.

4. I contacted Mary Smith and told her that I was interested in seeking employment at EPIC. Ms. Smith arranged for an interview with EPIC the same day, Friday, December 7, 2007. At no point did any former Gallagher employee attempt to solicit me to leave Gallagher for EPIC.

5. I interviewed at EPIC with Mary Smith at approximately 11:00 a.m. that Friday morning. I provided EPIC with my wage and salary information at Gallagher and explained my desire to continue working with Wally Brown and my other colleagues. Ms. Smith gave me information about EPIC and described its position as a new start-up company, including its recent acquisition of another insurance brokerage firm. Later that afternoon, I received an offer that included a significant increase in salary, a signing bonus, and a better benefits package. I accepted it the same day.

- 1 -

4179655.2

Lucas Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

6. I submitted my letter resignation to Gallagher the next business day, Monday, December 10, 2007. Before leaving Gallagher, I retrieved some personal e-mails and pictures from my computer, and then deleted some of my personal files off the Gallagher computer system. I also made copies of all of my non-resident licenses so that I could demonstrate my eligibility to conduct business in the states where I had obtained authorization to do bond work. None of the materials that I deleted or took with me contain any information about Gallagher clients, insurance policies, proposals, or other similar materials.

7. Since coming to work at EPIC, I have not seen anyone using confidential Gallagher information.

8. I have not solicited or encouraged any Gallagher employees to seek employment at EPIC.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4179655.2

-- 2 --

Lucas Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

9. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 3rd, 2008, in San Ramon, California.

By: _____
    LISA LUCAS