# EXHIBIT 41

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:   (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,           | **DECLARATION OF OLGA RASMUSSEN**

15 |          Plaintiffs,

16 |     vs.

17 | EDGEWOOD PARTNERS INSURANCE       | Date:   January 11, 2008
   | CENTER, a California corporation; DAN | Time:   9:00 a.m.
18 | R. FRANCIS; JOHN G. HAHN;         | Dept:   Courtroom 2, 17th Floor
   | ANDREW ("WALLY") BROWN, JR.;
19 | BRIAN F. QUINN; NEIL R. COHN;
   | CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.    | **PUBLIC VERSION**
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26 |
   |          Defendants.
27
28

4179380.1

Rasmussen Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, OLGA RASMUSSEN, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as a Senior Account Manager. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work as a Senior Account Manager. I initially came to work at Gallagher when it hired Paul Wagener, a broker with whom I had worked closely for several years at Aon Corporation, my previous employer. I had managed Mr. Wagener's accounts for many years at Aon, and I have always felt a strong professional loyalty to him.

3. Over the last few years, I had become increasingly unhappy working at Gallagher. I felt that there were too many rules, regulations and "professional standards" being imposed on employees, and the manner in which we accomplished our work. The effect of these rules generally was to increase the amount of paperwork that account managers like myself were forced to handle on a daily basis, including **REDACTED** **REDACTED** All in all, the atmosphere at the office had become less personal and less enjoyable.

4. In addition, I was very dissatisfied with my compensation. **REDACTED** **REDACTED** **REDACTED** **REDACTED** In fact, at a meeting I attended, an employee in the Pleasanton office (which was later moved to San Ramon) had raised questions about **REDACTED** **REDACTED** **REDACTED** **REDACTED**

5. Finally, I was very concerned about the quality and security of my job at Gallagher. **REDACTED** **REDACTED**

- 1 -

4179380.1

Rasmussen Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

**REDACTED** I was concerned that this trend would soon place the security of my job at Gallagher in jeopardy. **REDACTED**

**REDACTED**

**REDACTED**

6. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard rumors that Wally Brown was seeking employment elsewhere, but these rumors were vague and did not suggest where or when he might be leaving. Prior to the announcement, I had never heard of EPIC, the company where they said they were going. Their announcement therefore came as a surprise to me.

7. Later that day, I obtained a phone number for Mary Smith, Director of Human Resources at EPIC. The contact information was circulating throughout the San Ramon office as colleagues of mine debated whether they would stay at Gallagher, or instead whether they would interview at EPIC and attempt to follow Wally, Michael, and Brian. I do not recall who gave me Ms. Smith's phone number.

8. I contacted Mary Smith and told her that I was interested in seeking employment at EPIC. Ms. Smith arranged for an interview with EPIC the next day, Saturday, December 8, 2007. I received a provisional offer of employment from EPIC, but I initially decided to wait before accepting it.

9. I returned to work at Gallagher the following week. On Monday, December 10, 2007, I attended a meeting at the San Ramon office convened by Mr. McFarlane. My understanding was that the purpose of the meeting was to bring order to the San Ramon office and to allay the fears of the employees there, many of whom had already accepted positions at EPIC or had begun the interview process. At the meeting, Mr. McFarlane acknowledged the concerns of employees, but he **REDACTED**

**REDACTED** This comment only exacerbated the fears of many employees for their job security, including my own.

41793801    -- 2 --    Rasmussen Decl. ; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

10. Also on Monday, December 10, 2007, I learned that Mr. Wagener, my long-time colleague and supervisor, had decided to accept an offer of employment from EPIC. I contacted him that evening at home to discuss his resignation and to review my own decision with him. Ultimately, I decided to continue working through the entire week of December 10, 2007, because **REDACTED**

**REDACTED** By the end of the week, the atmosphere in the San Ramon office was very tense, and I found it too uncomfortable to work there any longer. I resigned from Gallagher on Friday, December 14, 2007.

11. I did not copy, download, or otherwise take with me any information about Gallagher clients, insurance policies, proposals, or other similar materials. During the last week of my employment with Gallagher, I frequently deleted e-mails sent to me by clients who wanted to get in touch with Mr. Wagener, and I provided them with his contact information, rather than attempting to contact clients in his stead.

12. Since coming to work at EPIC, I have not seen anyone using confidential information taken from the Gallagher office.

13. I have not solicited or encouraged any Gallagher employees to seek employment at EPIC.

//
//
//
//
//
//
//
//
//
//
//

14. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 2, 2008, in San Ramon, California.

By: /s/ Olga Rasmussen
OLGA RASMUSSEN

4179380.1

-- 4 --

Rasmussen Decl. ; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW