# EXHIBIT 43

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 ARTHUR J. GALLAGHER & CO., INC.,          CASE NO. 07-CV-06418-JSW
   a Delaware Corporation, ARTHUR J.
13 GALLAGHER & CO., INSURANCE
   BROKERS OF CALIFORNIA, INC., a
14 California Corporation,                   DECLARATION OF AMBER RONZITTI

15              Plaintiffs,

16         vs.

17 EDGEWOOD PARTNERS INSURANCE              Date:    January 11, 2008
   CENTER, a California corporation; DAN    Time:    9:00 a.m.
18 R. FRANCIS; JOHN G. HAHN;                Dept:    Courtroom 2, 17th Floor
   ANDREW ("WALLY") BROWN, JR.;
19 BRIAN F. QUINN; NEIL R. COHN;
   CAROLANN COHN; MICHAEL J.
20 BROWN; STEPHEN HAUSE; LAURA J.            PUBLIC VERSION
   WICK; JAMES C. HALBLEIB;
21 LAURINDA ("LAURIE") A. MARTIN;
   ERIC CHUA; GEORGE J. PETTY;
22 LINDA SOO HOO; ROBERT E. DUTTO;
   SUSAN M. ENGLISH; DON J.
23 JOHNSON; ALLEN L. AMOS;
   WILLIAM ("BILL") PHILLIPS, JR.;
24 DIRCK ("RICK") R. STINSON; ROBERT
   ("BOB") D. ELLSWORTH; ROBERT H.
25 WATKINS; PAUL H. WAGENER;
   SHANDRANETTE MIDDLETON,
26
               Defendants.
27

28

4178276.1

I, AMBER RONZITTI, hereby declare as follows:

1.    I am presently employed at Edgewood Partners Insurance Center ("EPIC") as an Assistant Account Manager. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2.    In October of 2004, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work as a Certificates Assistant. In my last few months at Gallagher, I had become increasingly unhappy working there. I was very dissatisfied with my compensation **REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

- 1 -

4178276.1

Ronzitti Decl.; <u>Gallagher v. EPIC</u>,
Case No. 07-CV-06418-JSW



1    REDACTED

2

3                        REDACTED

4

5

6

7        REDACTED

8

9

10                               REDACTED

11

12

13      REDACTED

14

15              REDACTED

16

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

- - 2 - -

Ronzitti Decl. ; _Gallagher v. EPIC,_
Case No. 07-CV-06418-JSW

4178276.1



**REDACTED**

**REDACTED**

**REDACTED**

By: AMBER RONZITTI

Ronzitti Decl. ; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

4178276.1