# EXHIBIT 44

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER

         UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA

         SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**DECLARATION OF SHARON SCHWEITZER**<br><br>Date:  January 11, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 2, 17th Floor<br><br>**PUBLIC VERSION** |

4179598.1

Schweitzer Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, SHARON SCHWEITZER, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as the Vice President of Marketing. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In 2003, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work as Manager of its Marketing Department. By 2007, I had become dissatisfied with my compensation at Gallagher. **REDACTED**
**REDACTED**
**REDACTED**
**REDACTED**

3. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Nor had I ever heard of EPIC, the company where they were going. Their announcement came as a total surprise to me.

4. After the meeting, I was in disbelief that the leaders of the San Ramon office had decided to leave Gallagher. Wally and Brian had always been good bosses to me, and I felt a strong bond of loyalty to them, as did many others in Gallagher's San Ramon office. Indeed, several of my colleagues indicated immediately after the meeting that they would follow Wally and Brian to EPIC if there were opportunities available there. I immediately did research on the Internet to try to learn more about EPIC to see whether I might wish to pursue such an opportunity for myself.

5. Because I respected their leadership and wanted to continue to work with him, I approached Brian Quinn and asked him whether there would be an opportunity for me to work at EPIC. He told me that he could not speak to me about employment opportunities there, but he gave me a phone number of Mary Smith, Director of Human Resources at EPIC.

6. I contacted Mary Smith and told her that I was interested in seeking employment at EPIC. Ms. Smith arranged for an interview with EPIC the following morning, on

- 1 -

1 | Saturday, December 8, 2007.

2 |     7.    I interviewed at EPIC with Mary Smith for fifteen to twenty minutes. Ms.
3 | Smith gave me information about EPIC and described its position as a new company, including
4 | its recent acquisition of another insurance brokerage firm. I was excited about the idea of
5 | working at the company, and about the opportunity to continue working with my colleagues,
6 | many of whom had by this point already decided to join EPIC. I communicated to her my
7 | concerns about benefits, and I provided her with information about my own wage and salary,
8 | including my pay stubs from Gallagher. I received an offer that included a significant increase in
9 | salary, a signing bonus, and a better benefits package, as well as a promotion to the position of
10 | Vice President of Marketing. I accepted the offer immediately.

11 |     8.    I submitted my letter resignation to Gallagher on Monday, December 10,
12 | 2007. Before leaving Gallagher, I gathered my personal effects from my desk and said good-bye
13 | to several of my colleagues. I did not any take any files or information with me when I left
14 | Gallagher, either business-related or personal.

15 |     9.    Since coming to work at EPIC, I have not seen anyone using confidential
16 | Gallagher information.

17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1 |       10.    I have not solicited or encouraged any Gallagher employees to seek
2 | employment at EPIC.
3 |       11.    I make this declaration voluntarily. I understand that it was not a condition
4 | of my employment at EPIC to provide this declaration, and that I could have declined to do so
5 | without suffering any adverse employment consequences.

       I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

       Executed January 2, 2008, in San Ramon, California.

By: /s/ Sharon Schweitzer
       SHARON SCHWEITZER