# EXHIBIT 45

1 | JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
2 | MALCOLM A. HEINICKE (SBN 194174)
MUNGER, TOLLES & OLSON LLP
3 | 560 Mission Street
Twenty-Seventh Floor
4 | San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
5 | Facsimile:    (415) 512-4077

6 | Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC.,     CASE NO.  07-CV-06418-JSW
a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,

15 |                 Plaintiffs,     **DECLARATION OF LINDA SOO HOO**

16 |           vs.

17 | EDGEWOOD PARTNERS INSURANCE     Date:     January 11, 2008
CENTER, a California corporation; DAN     Time:     9:00 a.m.
18 | R. FRANCIS; JOHN G. HAHN;     Dept:     Courtroom 2, 17th Floor
ANDREW ("WALLY") BROWN, JR.;
19 | BRIAN F. QUINN; NEIL R. COHN;
CAROLANN COHN; MICHAEL J.
20 | BROWN; STEPHEN HAUSE; LAURA J.
WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOO HOO; ROBERT E. DUTTO;
SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;     **PUBLIC VERSION**
WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
SHANDRANETTE MIDDLETON,
26
|                 Defendants.
27

28

4178498.1

Linda Soo Hoo Decl..; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

1

2                I, LINDA SOO HOO, hereby declare as follows:

3                1.     I am presently employed at Edgewood Partners Insurance Center ("EPIC")

4 as a Vice President in the Corporate Accounting department.  I make this declaration of my own

5 personal knowledge, and if called upon to do so, I could and would testify to the matters set forth

6 herein.

7                2.     I was hired by Arthur J. Gallagher & Co. ("Gallagher") in 2001 as

8 Controller.

9                3.     On the evening of Thursday, December 6, 2007, Wally Brown informed

10 me that he, Michael Brown (his son) and Brian Quinn would be resigning from Gallagher the

11 following morning.  I was shocked by this news, of which I had no prior knowledge.  Wally told

12 me that he could not solicit me, but that Laura Wick was already working at this company.

13                4.     The next morning, December 7, 2007, I telephoned Laura, whose cell

14 phone number I knew, about obtaining an interview at EPIC.  She gave me the number of Mary

15 Smith, who set up an interview and met me later that day.

16                5.     On Saturday, December 8, 2007, I received a call from Mr. McFarlane

17 asking that I come to the office to provide him lists of accounts and other reports, and to provide

18 access to the computer system.  Because I was departing for a scheduled trip to San Diego that

19 afternoon I could not come to the office.  However, I was able to log into the Gallagher system

20 from home through the Internet.  I ran the reports Mr. McFarlane requested and emailed them to

21 him.  I never heard from him again.

22                6.     My decision to leave Gallagher and join EPIC was based on several

23 reasons.  First, I had worked closely with Wally for 16 years and Brian for nearly 10 years.  I

24 enjoyed working with them because            **REDACTED**

25 **REDACTED**

26                    **REDACTED**      In addition, the

27 documentation workload in the office increased considerably due to Sarbanes Oxley compliance,

28

4178498.1                    1            Linda Soo Hoo Decl.; <u>Gallagher v. EPIC</u>,
                                                      Case No. 07-CV-06418-JSW

and much of that work was non-productive.  I felt that I had been protected by Wally and Brian to

date from REDACTED but that my prospects were not great in their absence.

        7.     I was not solicited by any current or former Gallagher employee to join

EPIC.

        8.     I received an offer to join EPIC on Saturday, December 8, 2007 by email.

I decided to accept the offer while I was in San Diego, and delivered the acceptance to EPIC on

Monday morning.

        9.     I prepared a resignation letter at home and took it to the office early

Monday morning, with my computer, building pass and company credit card.  I ran into Alicia

Bansil, who arrived at the same time.  I gave my resignation letter, computer and other items to

her, and asked her to deliver them to the office.  Since then, I have not returned to the Gallagher

office.  Before returning my computer I copied my personal letters, pictures and a personal budget

to a flash drive, and then deleted these files from the laptop.  I also uninstalled personal software

programs for my camera, DVD player and Printshop from the computer as well.  I left the

remaining information related to Gallagher on the laptop, which consisted of accounting-related

information only.  I did not retain a copy of that information.  I do not work directly with any

clients, and therefore I never had any information such as insurance policies or proposals on my

computer.

       10.     During the interview and eventual hiring process at EPIC, EPIC personnel

made clear to me that EPIC would not allow me to bring any Gallagher property with me to my

new job at EPIC, and I followed these instructions.  I have not taken or retained any Gallagher

materials or property since starting work at EPIC.  Since coming to work at EPIC, I have not seen

anyone using confidential Gallagher information.

       11.     I have not solicited or encouraged any Gallagher employees to seek

employment at EPIC.

//

//

- 2 -

Linda Soo Hoo Decl..; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

4178498.1

1  //

2  //

3      12.    I make this declaration voluntarily.  I understand that EPIC has not

4  required me to provide this declaration as part of my job, and that I could have declined to do so

5  without suffering any adverse career consequences.

6

7      I declare under penalty of perjury under the laws of the State of California and the

8  United States that the foregoing is true and correct, and that this declaration is executed this 3RD

9  day of January, 2008 in San Ramon, California.

10

11

12

13      By:_____

14              LINDA SOO HOO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4178498.1

- 3 -

Linda Soo Hoo Decl..; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW