# EXHIBIT 46

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**DECLARATION OF DIRCK R. STINSON**<br><br>Date:   January 11, 2008<br>Time:   9:00 a.m.<br>Dept:   Courtroom 2, 17th Floor |

4178500.1

Dirck R. Stinson Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

1       I, DIRCK R. STINSON, hereby declare as follows:

2       1.      I am presently a Principal at Edgewood Partners Insurance Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

3       2.      I was hired by Arthur J. Gallagher & Co. ("Gallagher") on April 26, 1999 as an Account Executive.

4       3.      On Friday, December 7, 2007, I attended a staff meeting, after which Mr. Wally Brown and Mr. Brian Quinn announced that they were resigning from Gallagher. I did not know that he and Mr. Quinn were planning to resign prior to hearing them announce it at this meeting. Because I was already actively interviewing with other companies, and had just recently received an offer to work at Santa Maria Risk Management Service that I intended to accept, I asked Brian Quinn about EPIC. Brian told me that he could not solicit me to work at EPIC, and gave me the phone number of Mary Smith to call if I was interested in EPIC.

5       4.      I contacted Ms. Smith at EPIC and obtained an interview for the same afternoon. At that time, I met with Dan Francis and John Hahn. I was made an offer to join EPIC the next day. I accepted that offer on Monday, December 10, 2007. That same day I emailed a letter containing my resignation to Ms. Gabrielle Simpson at Gallagher.

6       5.      On Sunday, December 9, 2007, I dropped off at the Gallagher offices two binders of client materials that I had in my car. Prior to my resignation, I had planned to drop off these binders at a client. The security guard let me into the building and escorted me to my office, where I left these materials. I did not take anything from my office, and still have not retrieved my personal belongings.

7       6.      I did not have a Gallagher laptop computer and did not possess any Gallagher property other than a credit card and building pass, which I turned in to counsel for EPIC for return to Gallagher, when I started working at EPIC.

8       7.      No person employed or formerly employed by Gallagher solicited me to leave Gallagher for EPIC. Nor have I solicited any person to leave Gallagher for EPIC.

9       8.      During the interview and eventual hiring process at EPIC, EPIC personnel

made clear to me that EPIC would not allow me to bring any Gallagher property with me to my new job at EPIC, and I followed these instructions. I have not taken or retained any Gallagher materials or property since starting work at EPIC.

9. After joining EPIC, I sent a "tombstone" notice by email informing the clients with whom I worked when at Gallagher that I had joined EPIC. I have had communications only with those clients who called or emailed me in response to my message. Many of these clients provided Broker of Record letters moving their accounts to EPIC so that we could continue to work together.

10. I make this declaration voluntarily. I understand that EPIC has not required me to provide this declaration as part of my job, and that I could have declined to do so without suffering any adverse career consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 3rd day of January, 2008 in San Ramon, California.

By: /s/ DIRCK R. STINSON