# EXHIBIT 47

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | ARTHUR J. GALLAGHER & CO., INC., | CASE NO. 07-CV-06418-JSW
   | a Delaware Corporation, ARTHUR J.
13 | GALLAGHER & CO., INSURANCE
   | BROKERS OF CALIFORNIA, INC., a
14 | California Corporation,           | **DECLARATION OF KRISTINA STUBBS**

15 |         Plaintiffs,

16 |   vs.                              | Date:  January 11, 2008
                                        | Time:  9:00 a.m.
17 | EDGEWOOD PARTNERS INSURANCE        | Dept:  Courtroom 2, 17th Floor
   | CENTER, a California corporation; DAN
18 | R. FRANCIS; JOHN G. HAHN;
   | ANDREW ("WALLY") BROWN, JR.;
19 | BRIAN F. QUINN; NEIL R. COHN;
   | CAROLANN COHN; MICHAEL J.          | **PUBLIC VERSION**
20 | BROWN; STEPHEN HAUSE; LAURA J.
   | WICK; JAMES C. HALBLEIB;
21 | LAURINDA ("LAURIE") A. MARTIN;
   | ERIC CHUA; GEORGE J. PETTY;
22 | LINDA SOC HOO; ROBERT E. DUTTO;
   | SUSAN M. ENGLISH; DON J.
23 | JOHNSON; ALLEN L. AMOS;
   | WILLIAM ("BILL") PHILLIPS, JR.;
24 | DIRCK ("RICK") R. STINSON; ROBERT
   | ("BOB") D. ELLSWORTH; ROBERT H.
25 | WATKINS; PAUL H. WAGENER;
   | SHANDRANETTE MIDDLETON,
26 |
   |         Defendants.
27

28

4170895.1

Stubbs Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

I, KRISTINA STUBBS, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as a Certificate Manager. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In January of 2005, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work as an Operations Manager. For the first five months of my employment there, I shared responsibility as a manager of the San Ramon office. Since the birth of my third child in May 2005, I have worked from home on a part-time basis. My experience with the heads of that office, Wally Brown and Brian Quinn, was a positive one, and I found them to be very accommodating of my unique circumstances. Nonetheless, during my final couple of months there, I considered leaving Gallagher and was exploring other options. In particular, I had hoped that I would be able to make more money with another company, and I wanted a job that would provide me with more responsibility and continued flexibility.

3. I was not in the office on the morning of Friday, December 7, 2007, when Wally Brown, Brian Quinn, and Michael Brown announced that they had decided to resign their positions at Gallagher. I did not learn of their decision until much later, when I received a phone call from Amber Ronzitti, a colleague of mine, who informed me that they had decided to leave. Prior to that day, I had heard no rumors of their intent to resign. News of their announcement came as a shock to me.

4. I subsequently spoke to my co-worker Carol Ward, and found out that Wally, Brian, and Michael had decided to move to a company called EPIC. Prior to that time, I had never heard of EPIC. I attempted to find out more about the company, and Ms. Ward provided me with the contact information of Mary Smith, Director of Human Resources at EPIC. At no point in the conversation did Ms. Ward solicit or encourage me to move to EPIC.

5. As a part-time, stay-at-home employee, I was concerned about the security of my job, because the people who had been so accommodating of my situation were no longer at Gallagher. I contacted Mary Smith and told her that I was interested in learning about employment opportunities at EPIC. Ms. Smith arranged for an interview that same day.

6. I interviewed at EPIC with Mary Smith on Monday, December 10, 2007. At that time, I submitted an application for employment, which included my wage and salary information at Gallagher. I was excited about the idea of working at the company, and about the opportunity to continue working with my colleagues, many of whom had by this point already decided to join EPIC. At the end of the interview, I received an offer that included a significant increase in salary, and a signing bonus. I accepted it immediately.

7. I submitted my resignation to Gallagher the following day, Tuesday, December 11, 2007. I offered to continue working at the office for an additional period of two weeks, but was told that was not necessary. I began working at EPIC the following Monday.

8. Before leaving Gallagher, I retrieved some personal files related to my employment at Gallagher, such as my "vacation balance" and my "personal timesheet." I also deleted some of my personal files off the Gallagher computer, such as the contact list for my daughter's kindergarten class and the lineups for the children's soccer team that I coach. None of the materials that I deleted or took with me contain any information about Gallagher clients, insurance policies, proposals, or other similar materials.

9. I also had a work file containing a **REDACTED** **REDACTED** **REDACTED** e-mail account. Since coming to work at EPIC, I have not used any confidential Gallagher information, nor have I seen anyone else using such information.

//
//
//
//
//
//
//
//

4173895.1

-- 2 --

Stubbs Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

10. The only contact I have had with the Gallagher office since I left was with an employee named Kavleen Sahoni, who called me to ask how I was doing. I did not solicit or encourage her or any other Gallagher employees to seek employment at EPIC.

11. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 2, 2008 in San Ramon, California.

By: /s/ Kristina Stubbs
KRISTINA STUBBS