# EXHIBIT 48

```
 1   JEROME C. ROTH (SBN 159483)
     MARTIN D. BERN (SBN 153203)
 2   MALCOLM A. HEINICKE (SBN 194174)
     MUNGER, TOLLES & OLSON LLP
 3   560 Mission Street
     Twenty-Seventh Floor
 4   San Francisco, CA 94105-2907
     Telephone:    (415) 512-4000
 5   Facsimile:    (415) 512-4077

 6   Attorneys for Defendant
     EDGEWOOD PARTNERS INSURANCE CENTER
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br><br>DECLARATION OF LOUANNE SWEENEY<br><br><br>Date:      January 11, 2008<br>Time:     9:00 a.m.<br>Dept:      Courtroom 2, 17th Floor<br><br><br>**PUBLIC VERSION** |

4173395.2

I, LOUANNE SWEENEY, hereby declare as follows:

1. I am presently employed at Edgewood Partners Insurance Center ("EPIC") as a Front Desk Administrator. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. In February of 2003, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work as a receptionist at the front desk of the company's San Ramon office. Over the last year of my employment at Gallagher, I had become increasingly dissatisfied with my job there.  **REDACTED**

**REDACTED**

**REDACTED**

Nonetheless, I had stayed because I liked my co-workers.

3. On the morning of Friday, December 7, 2007, Wally Brown and Brian Quinn held an employee meeting at Gallagher's San Ramon office. Because I initially stayed to cover the reception area, I was not present at the first half of that meeting. After I was asked to join the meeting, I learned that Wally Brown, Brian Quinn and Michael Brown had decided to resign their positions at Gallagher. I was shocked by the announcement, because before then, I had not heard any rumors of their intent to resign.

4. I was at the reception desk when Wally Brown left the office that day. On his way out, I asked him if there were any employment opportunities at his new employer. (I did not know at this time that his new company was called EPIC.) While Wally told me that he was not at liberty to discuss job opportunities at his new company, he said I could contact the human resources department there if I wished to pursue the matter.

5. I arranged to come to this company's San Ramon office to apply for a job the next day, Saturday, December 8, 2007. When I arrived there, I learned for the first time that this new company was called EPIC. I filled out and submitted a job application, which included my wage and salary information at Gallagher. Afterwards, I was asked to interview with Mary Smith, EPIC's human resources director, and I agreed to do so. Mary gave me information about EPIC and described its position as a new company. I received an offer that included a significant

41733953.2                                                  - 1 -                              Sweeney Decl.; Gallagher v. EPIC,
                                                                                               Case No. 07-CV-06418-JSW

increase in salary, a signing bonus, and a better benefits package, which was the most important factor for me in deciding whether to take a new job. Over the weekend, I discussed the situation with my husband, and I formally accepted the job with EPIC on Monday, December 10, 2007.

6. On Monday, December 10, 2007, I also submitted my resignation to Gallagher. I was asked to stay at Gallagher to run the front desk that week, and I agreed to do so. I started work at EPIC the following Monday, December 17, 2007.

7. I took nothing at all when I left Gallagher. I did not copy, download, or take with me any files off the Gallagher computer system, either work-related or personal. I did not take any information about Gallagher clients, insurance policies, proposals, or other similar materials.

8. I was not solicited by any former Gallagher employees to accept a position there myself, nor have I solicited any Gallagher employees to seek employment at EPIC.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4178395.2

-- 2 --

Sweeney Decl.; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

9. I make this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January 3, 2008 in San Ramon, California.

By: _____
LOUANNE SWEENEY