# EXHIBIT 49

1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street
   Twenty-Seventh Floor
4  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Defendant
   EDGEWOOD PARTNERS INSURANCE CENTER
7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 ARTHUR J. GALLAGHER & CO., INC.,          CASE NO.  07-CV-06418-JSW
   a Delaware Corporation, ARTHUR J.
13 GALLAGHER & CO., INSURANCE
   BROKERS OF CALIFORNIA, INC., a           **DECLARATION OF COLLEEN VARNICA**
14 California Corporation,

15                    Plaintiffs,

16          vs.

17 EDGEWOOD PARTNERS INSURANCE              Date:     January 11, 2008
   CENTER, a California corporation; DAN    Time:     9:00 a.m.
18 R. FRANCIS; JOHN G. HAHN;                Dept:     Courtroom 2, 17th Floor
   ANDREW ("WALLY") BROWN, JR.;
19 BRIAN F. QUINN; NEIL R. COHN;
   CAROLANN COHN; MICHAEL J.
20 BROWN; STEPHEN HAUSE; LAURA J.
   WICK; JAMES C. HALBLEIB;                 **PUBLIC VERSION**
21 LAURINDA ("LAURIE") A. MARTIN;
   ERIC CHUA; GEORGE J. PETTY;
22 LINDA SOO HOO; ROBERT E. DUTTO;
   SUSAN M. ENGLISH; DON J.
23 JOHNSON; ALLEN L. AMOS;
   WILLIAM ("BILL") PHILLIPS, JR.;
24 DIRCK ("RICK") R. STINSON; ROBERT
   ("BOB") D. ELLSWORTH; ROBERT H.
25 WATKINS; PAUL H. WAGENER;
   SHANDRANETTE MIDDLETON,
26
                    Defendants.
27

28

I, COLLEEN VARNICA, hereby declare as follows:

1.      I am presently employed at Edgewood Partners Insurance Center ("EPIC") as a Senior Account Manager. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2.      In July 1997, I was hired by Arthur J. Gallagher & Co. ("Gallagher") to work in its Property and Casualty Department. Over the last few years, I had become increasingly unhappy working at Gallagher. I felt that there were too many rules, regulations and "professional standards" being imposed on employees, and the manner in which we accomplished our work. The effect of these rules generally was to make the atmosphere at the office less personal and less enjoyable. In addition,        **REDACTED**

**REDACTED**

**REDACTED**        I was disturbed by this trend, which I understood was due to        **REDACTED**

3.      On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Nor had I ever heard of EPIC, the company where they were going. Their announcement came as a complete surprise to me, and I was shocked and upset that these two leaders, who embodied what I viewed as the entrepreneurial spirit of the San Ramon office, had decided to leave.

4.      After the meeting, I approached Brian Quinn to discuss his resignation. Because I respected Brian's leadership and wanted to continue to work with him, I asked him whether there might be an opportunity for me to work at EPIC, too. I am able to retire at any time, and the opportunity to continue working with my longtime colleagues was of paramount importance to me. If I had not been able to follow them to EPIC, I probably would have retired altogether. He told me that he could not speak to me about employment opportunities there, but he gave me a phone number of Mary Smith, Director of Human Resources at EPIC.

5.      I contacted Mary Smith and told her that I was interested in seeking

4179659.1                                    - 1 -                    Varnica Decl.; Gallagher v. EPIC,
                                                                      Case No. 07-CV-06418-JSW

1    employment at EPIC.  Ms. Smith arranged for an interview with EPIC the same day, Friday,

2    December 7, 2007, at 5:00 p.m.

3            6.      At the interview, I filled out an application describing my employment at

4    Gallagher.  Ms. Smith gave me information about EPIC and described its position as a new start-

5    up company, including its recent acquisition of a competitor insurance brokerage firm.  I was

6    excited about the idea of working at the company, and about the opportunity to continue working

7    with my colleagues, many of whom had by this point already decided to join EPIC.  The

8    following morning, on Saturday, December 8, 2007, I picked up an offer that included a

9    significant increase in salary, a signing bonus, and a better benefits package.  I accepted it

10   immediately.

11           7.      I submitted my letter resignation to Gallagher on Monday, December 10,

12   2007.  I began working at EPIC the same day.

13           8.      Before leaving Gallagher, I retrieved my personal items.  I did not any take

14   any other files or information with me when I left Gallagher, nor did I delete or destroy any files

15   or other materials from Gallagher, whether personal or business-related.  Also, none of the

16   materials that I took with me contain any information about Gallagher clients, insurance policies,

17   proposals, or other similar materials.  Mary Smith was adamant about EPIC's policy that it would

18   not allow its employees to come to work at EPIC with confidential information belonging to

19   Gallagher, and I followed her instructions not to take any such information with me when I left.

20           9.      Since coming to work at EPIC, I have not seen anyone using confidential

21   Gallagher information.

22   //

23   //

24   //

25   //

26   //

27   //

28   //

10.     I have not solicited or encouraged any Gallagher employees to seek employment at EPIC.

11.     I make this declaration voluntarily.  I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed January ₋2, 2008 in San Ramon, California.

By:  *Colleen Varnica*
COLLEEN VARNICA

417/659.1

- - 3 - -

Varnica Decl. ; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW