# EXHIBIT 51

```
 1  JEROME C. ROTH (SBN 159483)
    MARTIN D. BERN (SBN 153203)
 2  MALCOLM A. HEINICKE (SBN 194174)
    MUNGER, TOLLES & OLSON LLP
 3  560 Mission Street
    Twenty-Seventh Floor
 4  San Francisco, CA 94105-2907
    Telephone:  (415) 512-4000
 5  Facsimile:  (415) 512-4077

 6  Attorneys for Defendant
    EDGEWOOD PARTNERS INSURANCE CENTER
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 07-CV-06418-JSW<br><br>**DECLARATION OF CAROL WARD**<br><br>Date:  January 11, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 2, 17th Floor<br><br>**PUBLIC VERSION** |

4178230.1

C. Ward Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

I, Carol Ward, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I currently work for Defendant Edgewood Partners Insurance Center ("EPIC") as a Certificate Technician. As a Certificate Technician, I process insurance certificates at our clients' request. I am also a former employee of Plaintiff Arthur J. Gallagher & Co. ("Gallagher"). Gallagher hired me in 1997 to work as a Certificate Technician at its San Ramon office, and I worked in that position until December 10, 2007.

3. Over the last few years, I had become increasingly unhappy with my job at Gallagher. In particular, I did not like my department manager. **REDACTED**
**REDACTED**

4. On the morning of Friday, December 7, 2007, I attended a meeting at Gallagher's San Ramon office. In that meeting, I learned for the first time that Wally Brown, Brian Quinn, and Michael Brown had decided to resign their positions at Gallagher. Prior to that meeting, I had heard no rumors of their intent to resign. Their announcement therefore came as a complete surprise to me.

5. After the meeting, Carol Cohn stopped by my desk to tell me that she was also resigning from Gallagher. She did not tell me where she would be working next, but I assumed that she was following Wally, Brian, and Michael to their new employer. (I did not yet know the name of the company they were going to work for.) I asked Carol whether there might be work for me at her new employer, too. I asked her this not only because I was dissatisfied with my job at Gallagher, but also because I very much respect and admire Wally Brown, whom I have always thought was a good boss. In response to my question, Carol told me that I could contact Laura Wick (whose cell phone number I still had due to our longstanding friendship) if I wanted more information. I called Laura, who gave me the telephone number of Mary Smith, whom she said was a human resources employee at the company she worked for. I then called Mary and left her a message that I was interested in a job.

6. At no point did any current or former Gallagher employees try to solicit me

4178230.1     - 1 -     C. Ward Decl.; Gallagher v. EPIC, Case No. 07-CV-06418-JSW

to move to EPIC, nor did I receive any assurance from anyone at EPIC that I would have a job there before I was hired. In fact, Mary Smith did not return my telephone call. Instead, I found out that this new company was interviewing on the following day when I spoke to a friend from work, Ruby Johnson. Ruby told me that Wally and Brian's new employer was interviewing, and that since she knew I was interested in working there, I should just go over to their offices uninvited.

7. After my conversation with Ruby, I called Mary Smith and told her that I wanted to come over to her office. As I did not know how to get there, or even what company Mary worked for, I asked her for directions. It was only once I arrived that I found out that the name of this company was EPIC, a name I had never heard before.

8. Once at EPIC's offices, I interviewed with Sara Cox, a member of EPIC's human resources department. During the interview, I told Sara that I was interested in coming to EPIC to follow Wally. I also divulged the salary I was currently making at Gallagher. At the end of the interview, I was presented with a written job offer from EPIC to work as a Certificate Technician. EPIC's offer included a higher salary than I was currently making at Gallagher, plus a signing bonus. I accepted this offer, and said that I would start on December 17, 2007.

9. I resigned from Gallagher the next business day, Monday, December 10, 2007. I left Gallagher's offices that day and never returned. When I left, I took only my personal items, and forwarded some personal e-mails from my Gallagher account to my personal e-mail address. I may have deleted those personal emails from my work computer, but I am not sure. Regardless, I did not take, copy, delete, or destroy any information at Gallagher or anything that contained any information about Gallagher clients, policies, proposals, or other similar materials. Also, Gabrielle Simpson, a Gallagher employee, escorted me out of the office that day while I was carrying out my personal items.

//
//
//
//

4178230.1

-- 2 --

C. Ward Decl.; <u>Gallagher v. EPIC</u>, Case No. 07-CV-06418-JSW

1  10. I have not solicited or encouraged any current or former Gallagher employees to seek employment at EPIC. I also do not know anyone else at EPIC who has solicited or encouraged any current or former Gallagher employees to seek employment at EPIC.

11. I submit this declaration voluntarily. I understand that it was not a condition of my employment at EPIC to provide this declaration, and that I could have declined to do so without suffering any adverse employment consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct

Executed January 2, 2008, in San Ramon, California

By: /s/ Carol Ward
CAROL WARD