# EXHIBIT 52

# EXHIBIT 52

```
 1  JAMES M. WAGSTAFFE (95535)
    ADRIAN J. SAWYER (203712)
 2  KERR & WAGSTAFFE LLP
    100 Spear Street, Suite 1800
 3  San Francisco, CA 94105-1528
    Telephone: (415) 371-8500
 4  Fax: (415) 371-0500

 5  Attorneys for Defendants
    ANDREW ("WALLY") BROWN, JR.,
 6  BRIAN QUINN, MICHAEL BROWN, and
    LAURA WICK
 7
 8
 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>  Defendants. | Case No. C07-06418 JSW<br><br>**DECLARATION OF MATT WARNER**<br><br>Date:        January 11, 2008<br>Time:       9 a.m.<br>Courtroom: 2, 17th Floor<br><br>Hon. Jeffrey S. White |

CASE NO. C 07-06418 JSW                                                                                                 DECL. OF MATT WARNER

I, Matt Warner, declare:

1. I am the Chief Financial Officer of F. Rodgers Corp. I make this declaration of my own personal knowledge, and if called to testify could and would testify competently to the following facts.

2. F. Rodgers Corp. has worked with Michael Brown as insurance brokers for many years.

3. On December 7, 2007, I received an e-mail announcement stating simply that Michael Brown had left the Arthur J. Gallagher & Co. insurance brokerage and joined EPIC. This was the first time I learned that he was going to EPIC.

4. At a lunch meeting on Wednesday, December 5, I and Frank Rodgers had met with Michael and with Wally Brown. They told us they were going to leave Gallagher and that they did not want us to be surprised if we received an announcement. At that lunch, however, they did not tell us where they were going.

5. After learning that Michael and Wally were going to leave, we decided to continue F. Rodgers' relationship with them. In fact, we decided this in internal discussions before even learning that they would join EPIC.

6. Michael and Wally had previously been invited to attend F. Rodgers' Holiday Party that weekend, and when I saw Michael at the party I instructed him to come to F. Rodgers' offices that Monday. When he did so, F. Rodgers executed a broker of record letter.

7. I understand that Gallagher has alleged that Michael Brown, Wally Brown, or others at EPIC solicited F. Rodgers' business using confidential Gallagher materials. Any such allegations are not accurate. Neither Michael Brown, Wally Brown, or anyone else working for

1  EPIC has shown me or sent me any Gallagher materials or files. F. Rodgers made the decision
2  to continue its relationship with Michael and Wally Brown on the strength of that relationship.
3       I declare under penalty of perjury that the foregoing is true and correct and was executed
4  on this ___ day of January, 2008, at Livermore, California.

                                                          _____
                                                            Matt Warner