# EXHIBIT 54

1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ANDREW ("WALLY") BROWN, JR.,
6  BRIAN QUINN, MICHAEL BROWN, and
   LAURA WICK

7

8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                **SAN FRANCISCO DIVISION**

13  ARTHUR J. GALLAGHER & CO., Inc., a          Case No. C07-06418 JSW
    Delaware Corporation, ARTHUR J.
14  GALLAGHER & CO., INSURANCE               **DECLARATION OF LAURA WICK IN**
    BROKERS OF CALIFORNIA, INC., a           **SUPPORT OF OPPOSITION TO**
15  California Corporation,                    **MOTION FOR A TEMPORARY**
                                              **RESTRAINING ORDER**
16         Plaintiffs,

17      v.                                     Date:      January 11, 2008
                                              Time:      9 a.m.
18                                             Courtroom: 2, 17th Floor

19  EDGEWOOD PARTNERS INSURANCE                Hon. Jeffrey S. White
    CENTER, a California Corporation, DAN R.
20  FRANCIS, JOHN G. HAHN, ANDREW
    ("WALLY") BROWN, JR., BRIAN F. QUINN,      **PUBLIC VERSION**
21  NEIL R. COHN, CAROLANN COHN,
    MICHAEL J. BROWN, STEPHEN HAUSE,
22  LAURA J. WICK, JAMES C. HALBLEIB,
    LAURINDA ("LAURIE") A. MARTIN, ERIC
23  CHUA, GEORGE J. PETTY, LINDA SOO
    HOO, ROBERT E. DUTTO, SUSAN M.
24  ENGLISH, DON J. JOHNSON, ALLEN L.
    AMOS, WILLIAM ("BILL") PHILLIPS, JR.,
25  DIRCK ("RICK") R. STINSON, ROBERT
    (' BOB") D. ELLSWORTH, ROBERT H.
26  WATKINS, PAUL H. WAGENER, and
    SHANDRANETTE MIDDLETON,
27

28         Defendants.

I, Laura Wick, declare:

1.    I am currently an employee of Edgewood Partners Insurance Center ("EPIC"), and am a former employee of Arthur J. Gallagher & Co., Insurance Brokers of California ("Gallagher"). I have personal knowledge of each of the facts set forth in this declaration and if called as a witness could and would testify competently thereto.

**My Employment at Gallagher**

2.    While at Gallagher I was an at-will employee with no employment agreement. I was not a Producer and I did not oversee Producers. Rather, I had a broad range of responsibilities overseeing the administrative staff, on matters ranging from time sheets and expense reports to vacation planning to employee absences to performance issues on employees who directly reported to me and compliance with professional standards.

3.    The Commercial Unit (which consists of the administrative staff, not Producers) reported to me. I had responsibility for filling staff positions, placing advertisements, but never held the HR Manager title. I did not have primary responsibility for accounting. I did monthly bank reconciliations on the office accounts, but did not close the books.

**The Process of My Joining EPIC**

4.    The first time I heard of EPIC was early Fall 2007. I do not recall the exact date. Wally Brown confided in me that he was looking at other opportunities. I have been friends with Wally Brown for many years. Wally told me that he was exploring other opportunities, including EPIC, but that he could not say more than that. He did not tell me at that time that EPIC was something I should look at. He did not at that time (or at any time subsequent to that) offer to arrange a meeting between me and EPIC.

5.    The next time I heard about EPIC from anyone was when I received a call from a recruiter named Bryan Blakeman from Human Capital Solutions. I believe the call was on October 8th or 9th. Mr. Blakeman informed me that he wanted to discuss with me a new opportunity to join a company needing an experienced administrative manager in the East Bay. He described it as a start-up but told me they were talking to many people in the industry and

1    that this was an exciting company.  Mr. Blakeman told me he would like to meet with me in

2    person on October 10th or 11th (I do not remember when).

3           6.     After the phone call, I told Wally Brown that I had received a call from a recruiter

4    and had set up an appointment to meet with the recruiter.

5           7.     I had a variety of reasons for agreeing to meet with Mr. Blakeman.  I was

6    concerned by the manner of Mr. Brown's demotion.  I was also concerned by **REDACTED**

7

8    **REDACTED**

9    **REDACTED**

10

11

12    **REDACTED**

13    **REDACTED**

14

15    **REDACTED** This was a difficult experience for me.  Finally, in the past few years many of the

16    staff **REDACTED** All in all, this was a big

17    contrast to the Gallagher I had joined in 1996, which had been an employee-friendly place.

18           8.     My meeting with Mr. Blakeman was on October 10th or 11th.  We met at the

19    Sheraton in Pleasanton in the early morning.  Mr. Blakeman talked generally about EPIC, gave

20    me the history of the founders, talked with me about my responsibilities at Gallagher, and spoke

21    of my potential responsibilities at EPIC.  Our meeting ended cordially, and Mr. Blakeman said

22    he would get in touch with John Hahn to set up an interview.

23           9.     At that meeting, Mr. Blakeman made no mention of whether EPIC was talking to

24    anyone at Gallagher.

25          10.    Following my meeting with the recruiter, I gave Wally Brown a general

26    description of the meeting.

27          11.    I do not remember whether Mr. Blakeman or Mr. Hahn contacted me next, but

28    one of them contacted me to arrange an interview with Mr. Hahn.

12.     After the interview with Mr. Hahn had been arranged, I shared with Wally Brown that I would be meeting with Mr. Hahn. I did not want to conceal from Mr. Brown that I was meeting with John Hahn on Monday October 15, because I was interested in the opportunity.

13.     Mr. Hahn and I met early in the morning on October 15. I believe it was at 7:30 a.m. We met at the Hilton in Pleasanton. Mr. Hahn talked about his and Mr. Francis's careers, he talked about the excitement of the startup, the people he worked with at EPIC and how high energy they were, the "can do" attitude at EPIC, and about EPIC's financial backer, Stonepoint. Mr. Hahn asked me why I was interested in coming to work for EPIC. I shared with him **REDACTED**

**REDACTED**

I asked Mr. Hahn what he saw me doing at EPIC, and he asked me what I would like to do. I told him that I would like to expand on my responsibilities and would like to try new things. He said he had talked to a lot of producers in the insurance industry who were very excited about coming to EPIC, and that EPIC was serious about building an East Bay office. I do not think, but do not recall specifically, that I had even spoken with Brian Quinn about EPIC by the time of my October 15 meeting with Mr. Hahn.

14.     The meeting with Mr. Hahn was approximately 30-45 minutes long. I had a very favorable impression about John Hahn, and felt that he believed in EPIC. We did not discuss compensation or benefits. I do not think that I had an offer to come work with EPIC when I left the October 15 meeting.

15.     I asked Mr. Hahn what time frame he had in mind in the event I chose to join EPIC. He did not give me a definitive date about when I needed to come on board.

16.     On October 17, I met with Wally Brown and Brian Quinn and presented my letter of resignation from Gallagher. Any suggestion that Mr. Brown or Mr. Quinn helped me draft my letter of resignation is incorrect. I drafted the letter on my own. I told them that I wanted to spend some time with my family and visit family in Southern California. I informed them that I was looking at an opportunity with EPIC, but that it was not a "sealed deal."

17.     I picked Friday, November 2, 2007, as my last day because Gallagher had an office move coming up and I wanted to stay and help the people I had worked with get through

the move. I had worked closely with Gabriele Simpson regarding the move, and I told Mr. Brown and Mr. Quinn that I felt I owed it to Gallagher and to Ms. Simpson not to leave until Gallagher got through the move from Pleasanton to San Ramon, which was scheduled for October 25th. Mr. Brown told me that he appreciated that.

18. The day prior to meeting with Wally and Brian, I told Ms. Simpson that I was leaving Gallagher. I did not mention to her that I had discussed an opportunity with EPIC.

19. In addition to telling Mr. Brown and Mr. Quinn that I was resigning, I called a Commercial Lines meeting (the administrative unit I was the administrator for) and told them that I was resigning. The meeting was very emotional for me and others. I told them that I was going to spend some time with my family, but didn't know whether I was ready to be a stay-at-home mom. I did not mention anything about EPIC.

20. Following the meeting on October 17, I worked very hard with Ms. Simpson to coordinate Gallagher's move. We worked on Saturday the 20th buying supplies, and stayed at the new Gallagher office until 1 a.m. on the night of October 25th. We also worked through the weekend of the 27th and 28th.

21. I first met with Mary Smith, EPIC's HR director, at 7:30 a.m. on October 24th in San Mateo. I had previously voluntarily provided EPIC with information on my compensation at Gallagher, and at this meeting Mary told me what my salary at EPIC would be. I did not discuss what my title would be.

22. I was at EPIC on October 24 for a couple of hours. I met with Mary's sister and other EPIC employees. I don't recall what we discussed.

23. Following that meeting, I was very excited about EPIC. I had enjoyed meeting Mary and thought she would be a very nice person with whom to work.

24. Following that meeting, I told Wally that I had met with Mary Smith and really enjoyed the meeting and the feeling I got at EPIC. I do not recall whether I mentioned the meeting to Brian Quinn. I did not mention to anyone else at Gallagher that I had met with EPIC.

25. My last day at Gallagher was November 2, 2007. I did not download or take any Gallagher files or material on my departure from Gallagher.

26.     Following my departure from Gallagher, I spoke with Ms. Simpson a few times. I received a call from Stephanie Mulkey in Jim McFarlane's office, and I returned the call. She and I spoke. Ms. Mulkey did not realize that I had already left Gallagher, and wanted to wish me luck, and asked for my personal email address to keep in touch with me.

27.     My first day at EPIC was November 19. From November 2 through November 19, I visited EPIC once to meet with Sarah Cox to review new hire paperwork. That meeting took place on November 12 or November 13. Otherwise, during this period, I spent time with friends and family, including visiting family in Los Angeles on November 8. I returned from that trip on November 11 because it was my son's birthday.

28.     I reported to work at EPIC's San Mateo office on November 19 for my first day of work. Between November 19 and December 6, I worked in EPIC's San Mateo office, and worked primarily with Mary Smith . There were ongoing office remodel projects in the San Mateo office and the Orange County office, and I met with furniture vendors, the project manager, and IT personnel for those projects.

29.     During the period November 19 through December 6, I did not call any Gallagher employees to encourage them to come to EPIC. Contrary to the allegations made by Gallagher: (a) I did not help set up office equipment for EPIC's San Ramon office; (b) I had no involvement in arranging EPIC's lease on its San Ramon office space; and (c) I did not have any human resources responsibilities for EPIC's San Ramon office. I did, however, handle some minor administrative tasks related to the San Ramon office.

30.     Sometime after I joined EPIC, I received a call from Mr. Brown telling me that I should keep my options open because he and Brian were not certain they would come to EPIC. While this was disheartening, I told Mr. Brown that I liked EPIC, was confident in its long-term plans for the East Bay, and had no interest in leaving it to return to Gallagher.

31.     Subsequent to that phone call, I received a call from Wally informing me that he was very likely to resign from Gallagher. I do not remember the timing of that call.

32.    In the latter part of the week of November 26, I spoke with Wally Brown. I do not recall exactly what Wally said to me, but I understood at the end of the call that he, Brian Quinn, and Michael Brown would be resigning that Friday.

33.    On December 6, I met John Hahn, Dan Francis, Dan Crawford, Mary Smith, Wally Brown, and Brian Quinn in the late afternoon. We met first at the office space that EPIC had leased on a short-term basis. That was the second time I had seen the office space, which was furnished by the landlord with desks and cubicles. The first time had been the week prior, when I had a 20 minute meeting with EPIC's IT personnel and looked around at the space.

34.    On Thursday evening, EPIC's IT personnel set up approximately 10 computers for the office.

35.    On December 7, I reported to EPIC's San Ramon office at about 8:30 a.m. after dropping my children off to school. I met Mary Smith at the office. John Hahn and Dan Francis showed up at some point in time. That morning, Mary's cell phone and my cell phone began to ring. The majority of calls went to Mary Smith. If I took a call, I generally had a brief chat with the person and arranged a meeting with Mary Smith. The volume of calls and requests for interviews was too high for Mary Smith to handle, and we had to call Sarah Cox and Dan Crawford over from the San Mateo office. That condition continued through Saturday.

36.    John Hahn and Dan Francis handled the interviews with the Producers. Mary Smith and Sarah Cox handled interviews with other employees. I interviewed two employees, although the intent had been that I would not interview anyone. Those two employees were Mary Keck and Sharon Voth, an Account Manager and a Senior Account Manager, respectively. I interviewed Sharon Voth on Saturday, because she had been out on maternity leave and had heard about the resignations.

37.    One of the calls I received that Friday was from Lynn Tu. I told her I would call her back. Lynn told me that she wanted to come over and meet with Dan Francis and John Hahn. After an hour, however, she had not made it over and I called to follow up. When she arrived, I took her to John Hahn and closed the door. I was not part of that conversation.

38.    On Saturday, December 8, four producers and I were in the EPIC San Ramon office. I was asked to contact someone at the Gallagher office, and see if I could arrange for Producers to collect their personal belongings as these individuals did not want to have an encounter with other employees at Gallagher the following week, should they return during business hours to collect personal belongings. I had heard from someone that Gallagher had IT people in the office that day, and so I thought they would be a good contact. I called Jaren Thersen and told him that there were some producers who needed an escort into the office to get personal belongings. Jaren agreed. Within five to ten minutes, I received a call from Doug Bowring, the Branch Manager of Gallagher Construction Services. He told me that they could not allow the Producers in. We respected that request. To date, Gallagher has not returned personal belongings to nearly all of the Producers.

39.    I have reviewed the email attached as Exhibit B to the Complaint. Without waiving any objections made by my attorneys to the admissibility of this e-mail, and without waiving the marital communications privilege, I declare as follows: To the extent the e-mail indicates there was a plan that all San Ramon Gallagher salespeople were going to join EPIC, it is inaccurate. I frankly expected that if Brian and Wally joined EPIC, some salespeople and staff would follow them over. I did not know who would come over, and there was no plan in place to make that happen.

40.    As for the e-mail's statement that I would set up an office, that is not what I did at EPIC, as discussed in paragraphs 28 and 29, above. When I showed up at EPIC on November 19, it was clear that I would not be setting up an office. In fact, my days in the office before December 7, 2007, were quite limited. I worked at EPIC through noon that Wednesday (at which point the office closed), and then took Thanksgiving weekend off of work. During the following two weeks, the only tasks related to San Ramon were those limited tasks described in paragraph 29, above.

41.    In short, the suggestion that I acted as the "advance team" for an organized departure of Gallagher's San Ramon office is utterly false. There was no plan for an organized

1  departure of the office, and I did not have any substantive involvement with EPIC's San Ramon

2  office until the day Wally and Brian resigned.

3      I declare under penalty of perjury that the foregoing is true and correct and was executed

4  on this 4 day of January, 2008, at San Ramon, California.

5

6                                          Laura Wick

7                                          Laura Wick

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28