# EXHIBIT 55

JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
ANDREW ("WALLY") BROWN, JR.,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07-06418 JSW<br><br>**DECLARATION OF TAKAO YOSHIDA**<br><br>Date:         January 11, 2008<br>Time:        9 a.m.<br>Courtroom:  2, 17th Floor<br><br>Hon. Jeffrey S. White |

CASE NO. C 07-06418 JSW                                    DECL. OF TAKAO YOSHIDA

I, Takao Yoshida, declare: _Vice President Finance_

1. I am the ~~CFO~~ of Wawona Frozen Foods. I make this declaration of my own personal knowledge, and if called to testify could and would testify competently to the following facts.

2. I have worked with Brian Quinn as insurance broker for Wawona for approximately six years.

3. On December 7, 2007, I received an e-mail announcement stating simply that Brian Quinn had left the Arthur J. Gallagher & Co. insurance brokerage and joined EPIC. Although I had previously learned from Brian that he was considering leaving Gallagher, this was the first time I learned that he was going to EPIC.

4. I responded to the e-mail by contacting Brian Quinn. I asked him what I needed to do to continue Wawona's relationship with him, and he said that Wawona would need to execute a broker of record letter. I asked him to send me one immediately.

5. I understand that Gallagher has alleged that Brian Quinn or others at EPIC solicited Wawona's business using confidential Gallagher materials. Any such allegations are not accurate. Neither Brian Quinn nor anyone else at EPIC tried to convince me to come to EPIC through the use of any Gallagher materials or files. No Gallagher materials or files have been shown to me by anyone working for EPIC, including Brian Quinn. The reason I decided that Wawona should continue working with Brian was that Brian and I have a good personal and professional relationship, and I have been very happy with Brian's service over the years.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 3rd day of January, 2008, at Clovis, California.

_____
Takao Yoshida