# EXHIBIT A

| Name | [illegible] | [illegible] | Is Deleted | Last Accessed | File Created | Last Written | Full Path |
|---|---|---|---|---|---|---|---|
| NT File System and Artifacts-v6a (04-17-2007) .lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\NT File System and Artifacts-v6a (04-17-2007) .pdf | No | 1/2/2008 14:38 | 1/2/2008 14:09 | 1/2/2008 14:38 | Test\G\Documents and Settings\ga\Recent\NT File System and Artifacts-v6a (04-17-2007) .lnk |
| _.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\._.Trashes | No | 1/2/2008 14:10 | 1/2/2008 14:10 | 1/2/2008 14:10 | Test\G\Documents and Settings\ga\Recent_.lnk |
| .lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\.DS_Store | No | 1/8/2008 14:10 | 1/2/2008 14:10 | 1/2/2008 14:10 | Test\G\Documents and Settings\ga\Recent\.lnk |
| 20050930_draft.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Ryan's How-to's\20050930_draft.doc | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\20050930_draft.lnk |
| Accessibility Wizard.lnk | lnk | C:\WINDOWS\system32\accwiz.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Accessibility\Accessibility Wizard.lnk |
| Address Book.lnk | lnk | C:\Program Files\Outlook Express\wab.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:51 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Address Book.lnk |
| Autorun.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Snag-It\Autorun.inf | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\Autorun.lnk |
| Backup.lnk | lnk | C:\WINDOWS\system32\ntbackup.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Backup.lnk |
| Basic Steps to Securing Your Linux System.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Ryan's How-to's\Basic Steps to Securing Your Linux System.pdf | No | 1/2/2008 14:39 | 1/2/2008 14:14 | 1/2/2008 14:39 | Test\G\Documents and Settings\ga\Recent\Basic Steps to Securing Your Linux System.lnk |
| Bifrost v1.102.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Bifrost v1.102.rar | No | 1/2/2008 14:10 | 1/2/2008 14:10 | 1/2/2008 14:10 | Test\G\Documents and Settings\ga\Recent\Bifrost v1.102.lnk |
| Calculator.lnk | lnk | C:\WINDOWS\system32\calc.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Calculator.lnk |
| Character Map.lnk | lnk | C:\WINDOWS\system32\charmap.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Character Map.lnk |
| Command Prompt.lnk | lnk | C:\WINDOWS\system32\cmd.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Command Prompt.lnk |
| Command Prompt.lnk | lnk | C:\WINDOWS\system32\cmd.exe | No | 8/23/2008 5:49 | 8/23/2008 5:49 | 8/23/2008 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Command Prompt.lnk |
| Command Prompt.lnk | lnk | C:\WINDOWS\system32\cmd.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Command Prompt.lnk |
| Component Services.lnk | lnk | C:\WINDOWS\system32\Com\comexp.msc | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Component Services.lnk |
| Computer Management.lnk | lnk | C:\WINDOWS\system32\compmgmt.msc | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Computer Management.lnk |
| Console RAR manual.lnk | lnk | C:\Program Files\WinRAR\Rar.txt | No | 8/23/2008 8:19 | 8/23/2008 8:02 | 8/23/2008 8:02 | Test\G\Documents and Settings\ga\Start Menu\Programs\WinRAR\Console RAR manual.lnk |
| Console RAR manual.lnk | lnk | C:\Program Files\WinRAR\Rar.txt | No | 8/23/2008 8:19 | 8/22/2008 8:02 | 8/23/2008 8:02 | Test\G\Documents and Settings\All Users\Start Menu\Programs\WinRAR\Console RAR manual.lnk |
| Data Sources (ODBC).lnk | lnk | C:\WINDOWS\system32\odbcad32.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Data Sources (ODBC).lnk |
| DC3 Pres.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\DC3 Pres.doc | No | 1/2/2008 14:11 | 1/2/2008 14:11 | 1/2/2008 14:11 | Test\G\Documents and Settings\ga\Recent\DC3 Pres.lnk |
| Disk Cleanup.lnk | lnk | C:\WINDOWS\system32\cleanmgr.exe | No | 8/23/2008 5:45 | 8/23/2008 5:45 | 8/23/2008 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Disk Cleanup.lnk |
| Disk Defragmenter.lnk | lnk | C:\WINDOWS\system32\dfrg.msc | No | 8/23/2008 5:45 | 8/23/2008 5:45 | 8/23/2008 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Disk Defragmenter.lnk |
| EEv6Laptop (2).lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\EEv6Laptop.Setup | No | 1/2/2008 14:11 | 1/2/2008 14:11 | 1/2/2008 14:11 | Test\G\Documents and Settings\ga\Recent\EEv6Laptop (2).lnk |
| EEv6Laptop.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\EEv6Laptop.Machine | No | 1/2/2008 14:11 | 1/2/2008 14:11 | 1/2/2008 14:11 | Test\G\Documents and Settings\ga\Recent\EEv6Laptop.lnk |
| EF_User_Manual_English_rev503.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Ryan's How-to's\EF_User_Manual_English_rev503.pdf | No | 1/2/2008 14:39 | 1/2/2008 14:14 | 1/2/2008 14:39 | Test\G\Documents and Settings\ga\Recent\EF_User_Manual_English_rev503.lnk |
| Email Forensics HTCIA 2005.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Email Forensics HTCIA 2005.ppt | No | 1/2/2008 14:11 | 1/2/2008 14:11 | 1/2/2008 14:11 | Test\G\Documents and Settings\ga\Recent\Email Forensics HTCIA 2005.lnk |
| Event Viewer.lnk | lnk | C:\WINDOWS\system32\eventvwr.msc | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Event Viewer.lnk |
| Exploitation of the BrightStor backup service.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Ryan's How-to's\Exploitation of the BrightStor backup service.doc | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\Exploitation of the BrightStor backup service.lnk |
| Files and Settings Transfer Wizard.lnk | lnk | C:\WINDOWS\system32\usmt\migwiz.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Files and Settings Transfer Wizard.lnk |
| filesystems.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Power Points\filesystems.ppt | No | 1/2/2008 14:15 | 1/2/2008 14:15 | 1/2/2008 14:15 | Test\G\Documents and Settings\ga\Recent\filesystems.lnk |
| Freecell.lnk | lnk | C:\WINDOWS\system32\freecell.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Games\Freecell.lnk |
| Get online with MSN.lnk | lnk | C:\Program Files\MSN\MSNCoreFiles\msn6.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Program Files\Online Services\Get online with MSN.lnk |
| getopt (2).lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Anti-forensics\timestomp\getopt.h | No | 1/2/2008 14:16 | 1/2/2008 14:16 | 1/2/2008 14:16 | Test\G\Documents and Settings\ga\Recent\getopt (2).lnk |

[Page contains a rotated table of file listings (filenames, paths, dates, and a Yes/No column). The image is too low-resolution and skewed to transcribe reliably.]

| Name | File Ext. | Symbolic Link | Is Deleted | Last Accessed | File Created | Last Written | [illegible] |
|---|---|---|---|---|---|---|---|
| NeroBull.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\tools\NeroBull.rar | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\NeroBull.lnk |
| Network Connections.lnk | lnk | C:\WINDOWS\explorer.exe | No | 8/23/2008 5:41 | 8/23/2008 5:41 | 8/23/2008 5:41 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Communications\Network Connections.lnk |
| Network Setup Wizard.lnk | lnk | C:\WINDOWS\system32\rundll32.exe | No | 8/23/2008 5:45 | 8/23/2008 5:45 | 8/23/2008 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Communications\Network Setup Wizard.lnk |
| New Connection Wizard.lnk | lnk | C:\WINDOWS\system32\rundll32.exe | No | 8/23/2008 5:41 | 8/23/2008 5:41 | 8/23/2008 5:41 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Communications\New Connection Wizard.lnk |
| Notepad.lnk | lnk | C:\WINDOWS\system32\notepad.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Notepad.lnk |
| Notepad.lnk | lnk | C:\WINDOWS\system32\notepad.exe | No | 8/23/2008 5:49 | 8/23/2008 5:49 | 8/23/2008 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Notepad.lnk |
| Notepad.lnk | lnk | C:\WINDOWS\system32\notepad.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Notepad.lnk |
| On-Screen Keyboard.lnk | lnk | C:\WINDOWS\system32\osk.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Accessibility\On-Screen Keyboard.lnk |
| On-Screen Keyboard.lnk | lnk | C:\WINDOWS\system32\osk.exe | No | 8/23/2008 5:49 | 8/23/2008 5:49 | 8/23/2008 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Accessibility\On-Screen Keyboard.lnk |
| On-Screen Keyboard.lnk | lnk | C:\WINDOWS\system32\osk.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Accessibility\On-Screen Keyboard.lnk |
| Original.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Power Points\VB Briefing\Original | No | 1/2/2008 14:15 | 1/2/2008 14:15 | 1/2/2008 14:15 | Test\G\Documents and Settings\ga\Recent\Original.lnk |
| oul.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Sniffing Detection Tool\oul.txt | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\oul.lnk |
| Outlook Express.lnk | lnk | C:\Program Files\Outlook Express\msimn.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:51 | Test\G\Documents and Settings\ga\Start Menu\Programs\Outlook Express.lnk |
| Packer artifacts.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Packer artifacts.xls | No | 1/2/2008 14:12 | 1/2/2008 14:12 | 1/2/2008 14:12 | Test\G\Documents and Settings\ga\Recent\Packer artifacts.lnk |
| Paint.lnk | lnk | C:\WINDOWS\system32\mspaint.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Paint.lnk |
| Perfect murder.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\Perfect murder.txt | No | 1/2/2008 14:10 | 1/2/2008 14:10 | 1/2/2008 14:10 | Test\G\Documents and Settings\ga\Recent\Perfect murder.lnk |
| Performance.lnk | lnk | C:\WINDOWS\system32\perfmon.msc | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Performance.lnk |
| Pinball.lnk | lnk | C:\Program Files\Windows NT\Pinball\PINBALL.EXE | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Games\Pinball.lnk |
| Power Points.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Power Points | No | 1/2/2008 14:15 | 1/2/2008 14:15 | 1/2/2008 14:15 | Test\G\Documents and Settings\ga\Recent\Power Points.lnk |
| Program Compatibility Wizard.lnk | lnk | @%systemRoot%\system32\compatUI.dll,-117 | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Program Compatibility Wizard.lnk |
| Program Compatibility Wizard.lnk | lnk | @%systemRoot%\system32\compatUI.dll,-117 | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Program Compatibility Wizard.lnk |
| Program Compatibility Wizard.lnk | lnk | @%systemRoot%\system32\compatUI.dll,-117 | No | 8/23/2008 5:49 | 8/23/2008 5:49 | 8/23/2008 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Program Compatibility Wizard.lnk |
| README (2).lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Sniffing Detection Tool\README.txt | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\README (2).lnk |
| README.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\file_search_08312008\README.pdf | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\README.lnk |
| README_J.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Sniffing Detection Tool\README_J.txt | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\README_J.lnk |
| Refer me to more Internet Service Providers.lnk | lnk | C:\Program Files\Internet Explorer\Connection Wizard\icwconn1.exe | No | 8/23/2008 5:45 | 8/23/2008 5:45 | 8/23/2008 5:46 | Test\G\Program Files\Online Services\Refer me to more Internet Service Providers.lnk |
| Remote Assistance.lnk | lnk | C:\WINDOWS\system32\rcimlby.exe | No | 8/23/2008 5:49 | 8/23/2008 5:49 | 8/23/2008 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Remote Assistance.lnk |
| Remote Assistance.lnk | lnk | C:\WINDOWS\system32\rcimlby.exe | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Remote Assistance.lnk |
| Remote Assistance.lnk | lnk | C:\WINDOWS\system32\rcimlby.exe | No | 8/23/2008 5:47 | 8/23/2008 5:47 | 8/23/2008 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Remote Assistance.lnk |
| Remote Desktop Connection.lnk | lnk | C:\WINDOWS\system32\mstsc.exe | No | 8/23/2008 5:43 | 8/23/2008 5:43 | 8/23/2008 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Communications\Remote Desktop Connection.lnk |
| Ryan's How-to's.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Ryan's How-to's | No | 1/2/2008 14:39 | 1/2/2008 14:14 | 1/2/2008 14:39 | Test\G\Documents and Settings\ga\Recent\Ryan's How-to's.lnk |
| SAFE Keys.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\SAFE Keys.lnk |
| Sample Music.lnk | lnk | C:\Documents and Settings\All Users\Documents\My Music\Sample Music | No | 8/23/2008 5:51 | 8/23/2008 5:51 | 8/23/2008 5:51 | Test\G\Documents and Settings\ga\My Documents\My Music\Sample Music.lnk |

| Name | File Ext | Symbolic Link | Is Deleted | Last Accessed | File Created | Last Written | [illegible] |
|---|---|---|---|---|---|---|---|
| Sample Pictures.lnk | lnk | C:\Documents and Settings\All Users\Documents\My Pictures\Sample Pictures | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:51 | Test\G\Documents and Settings\ga\My Documents\My Pictures\Sample Pictures.lnk |
| Scheduled Tasks.lnk | lnk | C:\WINDOWS\explorer.exe | No | 8/23/2006 5:45 | 8/23/2006 5:45 | 8/23/2006 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\Scheduled Tasks.lnk |
| Services.lnk | lnk | C:\WINDOWS\system32\services.msc | No | 8/23/2006 5:47 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Administrative Tools\Services.lnk |
| Snag-It.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Snag-It | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\Snag-It.lnk |
| Sniffing Detection Tool.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Sniffing Detection Tool | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\Sniffing Detection Tool.lnk |
| Solitaire.lnk | lnk | C:\WINDOWS\system32\sol.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Games\Solitaire.lnk |
| Sound Recorder.lnk | lnk | C:\WINDOWS\system32\sndrec32.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Entertainment\Sound Recorder.lnk |
| Spider Solitaire.lnk | lnk | C:\WINDOWS\system32\spider.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Games\Spider Solitaire.lnk |
| start.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Snag-It\start.lst | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\start.lnk |
| student101.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys\student101.PublicKey | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\student101.lnk |
| student104.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys\student104.PublicKey | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\student104.lnk |
| student107.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys\student107.PublicKey | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\student107.lnk |
| student114.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys\student114.PublicKey | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\student114.lnk |
| student117.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\SAFE\SAFE Keys\student117.PublicKey | No | 1/2/2008 14:14 | 1/2/2008 14:14 | 1/2/2008 14:14 | Test\G\Documents and Settings\ga\Recent\student117.lnk |
| Synchronize.lnk | lnk | C:\WINDOWS\system32\mobsync.exe | No | 8/23/2006 5:47 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Synchronize.lnk |
| Synchronize.lnk | lnk | C:\WINDOWS\system32\mobsync.exe | No | 8/23/2006 5:49 | 8/23/2006 5:49 | 8/23/2006 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Synchronize.lnk |
| Synchronize.lnk | lnk | C:\WINDOWS\system32\mobsync.exe | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Synchronize.lnk |
| System Information.lnk | lnk | C:\Program Files\Common Files\Microsoft Shared\MSInfo\msinfo32.exe | No | 8/23/2006 5:45 | 8/23/2006 5:45 | 8/23/2006 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\System Information.lnk |
| System Restore.lnk | lnk | C:\WINDOWS\system32\Restore\rstrui.exe | No | 8/23/2006 5:45 | 8/23/2006 5:45 | 8/23/2006 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\System Tools\System Restore.lnk |
| Test Files.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files | No | 1/2/2008 14:36 | 1/2/2008 14:26 | 1/2/2008 14:36 | Test\G\Documents and Settings\ga\Recent\Test Files.lnk |
| TEST_MEDIA (E).lnk | lnk | E:\ | No | 1/2/2008 14:42 | 1/2/2008 14:42 | 1/2/2008 14:42 | Test\G\Documents and Settings\ga\Recent\TEST_MEDIA (E).lnk |
| toolz.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\toolz | No | 1/2/2008 14:13 | 1/2/2008 14:13 | 1/2/2008 14:13 | Test\G\Documents and Settings\ga\Recent\toolz.lnk |
| Tour Windows XP.lnk | lnk | C:\WINDOWS\system32\tourstart.exe | No | 8/23/2006 5:49 | 8/23/2006 5:49 | 8/23/2006 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Tour Windows XP.lnk |
| Tour Windows XP.lnk | lnk | C:\WINDOWS\system32\tourstart.exe | No | 8/23/2006 5:47 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Tour Windows XP.lnk |
| Tour Windows XP.lnk | lnk | C:\WINDOWS\system32\tourstart.exe | No | 8/22/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Tour Windows XP.lnk |
| TR 1 VA Welcome.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\TR 1 VA Welcome.ppt | No | 1/2/2008 14:12 | 1/2/2008 14:12 | 1/2/2008 14:12 | Test\G\Documents and Settings\ga\Recent\TR 1 VA Welcome.lnk |
| TR1 Welcome - Do not animate.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\TR1 Welcome - Do not animate.ppt | No | 1/2/2008 14:12 | 1/2/2008 14:12 | 1/2/2008 14:12 | Test\G\Documents and Settings\ga\Recent\TR1 Welcome - Do not animate.lnk |
| Using Linen (EnCase disk).lnk | lnk | E:\Using Linen (EnCase disk).pdf | No | 1/2/2008 14:42 | 1/2/2008 14:15 | 1/2/2008 14:42 | Test\G\Documents and Settings\ga\Recent\Using Linen (EnCase disk).lnk |
| Utility Manager.lnk | lnk | C:\WINDOWS\system32\utilman.exe | No | 8/23/2006 5:47 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Accessibility\Utility Manager.lnk |
| Utility Manager.lnk | lnk | C:\WINDOWS\system32\utilman.exe | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:47 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Accessibility\Utility Manager.lnk |
| Utility Manager.lnk | lnk | C:\WINDOWS\system32\utilman.exe | No | 8/22/2006 5:49 | 8/23/2006 5:49 | 8/23/2006 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Accessibility\Utility Manager.lnk |
| VolatileData.lnk | lnk | E:\VolatileData.pdf | No | 1/2/2008 14:42 | 1/2/2008 14:42 | 1/2/2008 14:42 | Test\G\Documents and Settings\ga\Recent\VolatileData.lnk |
| Volume Control.lnk | lnk | C:\WINDOWS\system32\sndvol32.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Entertainment\Volume Control.lnk |
| Windows Catalog.lnk | lnk | @%SystemRoot%\system32\shell32.dll,-22567 | No | 1/2/2008 14:08 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Windows Catalog.lnk |
| Windows Explorer.lnk | lnk | C:\WINDOWS\explorer.exe | No | 8/22/2006 5:45 | 8/23/2006 5:45 | 8/23/2006 5:45 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Accessories\Windows Explorer.lnk |
| Windows Explorer.lnk | lnk | C:\WINDOWS\explorer.exe | No | 8/23/2006 5:49 | 8/23/2006 5:49 | 8/23/2006 5:45 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Accessories\Windows Explorer.lnk |
| Windows Explorer.lnk | lnk | C:\WINDOWS\explorer.exe | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:45 | Test\G\Documents and Settings\ga\Start Menu\Programs\Accessories\Windows Explorer.lnk |

| Name | [illegible] | [illegible] | Is Deleted | Last Accessed | File Created | Last Written | [illegible] |
|---|---|---|---|---|---|---|---|
| Windows Media Player.lnk | lnk | C:\Program Files\Windows Media Player\wmplayer.exe | No | 8/23/2006 5:48 | 8/23/2006 5:48 | 8/23/2006 5:47 | Test\G\WINDOWS\system32\config\systemprofile\Start Menu\Programs\Windows Media Player.lnk |
| Windows Media Player.lnk | lnk | C:\Program Files\Windows Media Player\wmplayer.exe | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:51 | Test\G\Documents and Settings\ga\Start Menu\Programs\Windows Media Player.lnk |
| Windows Media Player.lnk | lnk | C:\Program Files\Windows Media Player\wmplayer.exe | No | 8/23/2006 5:47 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\Default User\Start Menu\Programs\Windows Media Player.lnk |
| Windows Media Player.lnk | lnk | C:\Program Files\Windows Media Player\wmplayer.exe | No | 8/23/2006 5:51 | 8/23/2006 5:51 | 8/23/2006 5:51 | Test\G\Documents and Settings\ga\Application Data\Microsoft\Internet Explorer\Quick Launch\Windows Media Player.lnk |
| Windows Media Player.lnk | lnk | C:\Program Files\Windows Media Player\wmplayer.exe | No | 8/23/2006 5:51 | 8/23/2006 5:47 | 8/23/2006 5:51 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Entertainment\Windows Media Player.lnk |
| Windows Messenger.lnk | lnk | C:\Program Files\Messenger\msmsgs.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Windows Messenger.lnk |
| Windows Movie Maker.lnk | lnk | C:\Program Files\Movie Maker\moviemk.exe | No | 8/23/2006 5:45 | 8/23/2006 5:45 | 8/23/2006 5:45 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\Windows Movie Maker.lnk |
| Windows Update.lnk | lnk | C:\WINDOWS\system32\wupdmgr.exe | No | 1/2/2008 14:08 | 8/23/2006 5:47 | 8/23/2006 5:47 | Test\G\Documents and Settings\All Users\Start Menu\Windows Update.lnk |
| Windows.XP.USB.Stick.Edition-TRWINS.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\Windows.XP.USB.Stick.Edition-TRWINS.rar | No | 1/2/2008 14:12 | 1/2/2008 14:12 | 1/2/2008 14:12 | Test\G\Documents and Settings\ga\Recent\Windows.XP.USB.Stick.Edition-TRWINS.lnk |
| WinRAR help.lnk | lnk | C:\Program Files\WinRAR\WinRAR.hlp | No | 8/23/2006 8:19 | 8/23/2006 8:02 | 8/23/2006 8:02 | Test\G\Documents and Settings\All Users\Start Menu\Programs\WinRAR\WinRAR help.lnk |
| WinRAR help.lnk | lnk | C:\Program Files\WinRAR\WinRAR.hlp | No | 8/23/2006 8:19 | 8/23/2006 8:02 | 8/23/2006 8:02 | Test\G\Documents and Settings\ga\Start Menu\Programs\WinRAR\WinRAR help.lnk |
| WinRAR.lnk | lnk | C:\Program Files\WinRAR\WinRAR.exe | No | 8/23/2006 8:19 | 8/23/2006 8:02 | 8/23/2006 8:02 | Test\G\Documents and Settings\All Users\Start Menu\Programs\WinRAR\WinRAR.lnk |
| WinRAR.lnk | lnk | C:\Program Files\WinRAR\WinRAR.exe | No | 8/23/2006 8:19 | 8/23/2006 8:02 | 8/23/2006 8:02 | Test\G\Documents and Settings\ga\Start Menu\Programs\WinRAR\WinRAR.lnk |
| WMPInfo.lnk | lnk | C:\Documents and Settings\ga\Desktop\Test Files\my stuff\WMPInfo.xml | No | 1/2/2008 14:12 | 1/2/2008 14:12 | 1/2/2008 14:12 | Test\G\Documents and Settings\ga\Recent\WMPInfo.lnk |
| WordPad.lnk | lnk | C:\Program Files\Windows NT\Accessories\wordpad.exe | No | 8/23/2006 5:43 | 8/23/2006 5:43 | 8/23/2006 5:43 | Test\G\Documents and Settings\All Users\Start Menu\Programs\Accessories\WordPad.lnk |