1   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    BRADFORD K. NEWMAN (SB# 178902)
2   bradfordnewman@paulhastings.com
    STEPHEN N. YANG (SB# 142474)
3   stephenyang@paulhastings.com
    SARJU A. NARAN (SB# 215410)
4   sarjunaran@paulhastings.com
    SHANNON S. SEVEY (SB# 229319)
5   shannonsevey@paulhastings.com
    1117 S. California Avenue
6   Palo Alto, CA 94304-1106
    Telephone: (650) 320-1800
7   Facsimile: (650) 320-1900

8   Attorneys for Plaintiffs
    Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9   Insurance Brokers of California, Inc.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., INC.,          CASE NO. C 07-06418 JSW
    a Delaware Corporation, et al.,

15              Plaintiffs,

16        vs.                                 DECLARATION OF [CUSTOMER 1] IN
                                              SUPPORT OF PLAINTIFF ARTHUR J.
17  EDGEWOOD PARTNERS INSURANCE               GALLAGHER & CO., INC.'S MOTION
    CENTER, a California corporation; et al., FOR TEMPORARY RESTRAINING
18                                            ORDER, EVIDENCE PRESERVATION
                Defendants.                   ORDER, EXPEDITED DISCOVERY
19                                            ORDER, AND ORDER TO SHOW CAUSE
                                              RE ISSUANCE OF PRELIMINARY
20                                            INJUNCTION

21

22

23                                            **REDACTED**

24

25

26

27

28

                                              DECLARATION OF [CUSTOMER 1]

*REDACTED*

# EXHIBIT A

*REDACTED*

# EXHIBIT B

*REDACTED*

# EXHIBIT C

REDACTED