1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  ARTHUR J. GALLAGHER & CO., INC.,        CASE NO. C 07-06418 JSW
    a Delaware Corporation, et al.,

15              Plaintiffs,

16       vs.                                 **DECLARATION OF [CUSTOMER 2] IN
                                             SUPPORT OF PLAINTIFF ARTHUR J.
17  EDGEWOOD PARTNERS INSURANCE              GALLAGHER & CO., INC.'S MOTION
    CENTER, a California corporation; et al., FOR TEMPORARY RESTRAINING
18                                           ORDER, EVIDENCE PRESERVATION
                Defendants.                  ORDER, EXPEDITED DISCOVERY
19                                           ORDER, AND ORDER TO SHOW CAUSE
                                             RE ISSUANCE OF PRELIMINARY
20                                           INJUNCTION**

21

22                                              **REDACTED**

23

24

25

26

27

28

                                                    DECLARATION OF [CUSTOMER 2]
   Case No. C 07 06418-JSW

*REDACTED*