# EXHIBIT A

James F. Wells
James F. Wells Co. LLC

9 Walters Road Box 737, Ross California 94957
415-460-0792 Office Phone  415-460-1054 Office Fax
Americanjfw@aol.com

**Profile**

- Nearly 33 years experience in the insurance brokerage profession.
- Ability to quickly turn unprofitable offices into high margin profit centers.
- Proven ability to work in unison with staff and board of directors.
- Extensive experience with agency mergers and acquisition transactions.
- Specializing in litigation support, corporate insurance portfolio reviews, and agency efficiency/profitability studies and implementation.

**Education**

- Harvard University Business School, Boston
  Executive Education                                             1998

- College of Insurance, New York                                  1996

- Golden Gate University, San Francisco
  Graduate Business School, MBA                                   1978

- Lloyds of London, London
  Brokered for C.T. Bowrings and Price Forbes                     1976

- Aetna Life & Casualty Home Office Sales School
  Hartford, Connecticut                                           1975

- California State University, BS Finance                         1974

**Relevant Experience & Accomplishments**

- Chief Executive Officer of 1000 employees and a 1 billion dollar premium budget
- Overall responsibilities for 23 western offices in Washington, Oregon, California, Nevada, Colorado, Arizona and Texas
- Advisory board member for 12 insurance companies
- Former board member of Pettit-Morry Co, four divisions of Acordia, IBA West and Diversified Risk Insurance Brokers
- Responsible for 7 agency/brokerage acquisitions in the West
- Appointed expert witness for 31 insurance related cases.

**Employment**

- Managing Principal, *James F. Wells Co. LLC*            2002 – present

- Regional Managing Director and Senior Vice-President
  *Acordia Wells Fargo*                                  2001 – 2002

- President and Chief Executive Officer
  *Acordia West*                                         1999 – 2001

- President and Chief Executive Officer
  *Acordia of California*                                1997 – 1999

- Executive Vice-President and Chief Operating Officer
  *Acordia Northwest*                                    1994 – 1997

- Vice-President and Manager
  *Pettit Morry Co. of California*                       1983 – 1994

- Assistant Vice-President
  *Woodruff-Sawyer Co.*                                  1978 – 1983

- Account Executive
  *Underwriters Service, Inc.*                           1974 – 1978

# EXHIBIT B

# James F. Wells Co. LLC Has Provided Expert Testimony Services for the Underlined Entities Listed Below

(Updated on August 23, 2007)

2002- **Philip E. Decker** v. Fire Insurance Exchange et. al.
Superior Court of California (Santa Clara) Case No: CV767947

2003- Vahaid Khalili and Shahnaz Khalili v. **Liberty Mutual Fire Insurance**
Superior Court of California (Santa Clara) Case No: CIV 020358

**2003-** Fairweather E&P Services and Fairwesther Pacific v. **Hanover Insurance Company** Superior Court of California (Santa Barbara) Case No: 01001991

2004- Apartment Investment and Management Company, a/k/a AIMCO, a Maryland corporation v. National Union Fire Insurance Company of Pittsburgh, **First Capital Agency, Inc.** et al United States District Court (Colorado) Case No: 01-M-2018 (MJW)

2003- Bahman Bitaraf v. **National Accident Insurance Underwriters, Inc.**
Superior Court of California (Los Angeles) Case No: BC 288508

2003- Dina Farms et al v. **Hartford Fire Insurance Company et al**
Tulare County Superior Court- California Case No: 02-202249

2003- **International Specialty, Inc. as an Authorized Agent for National Casualty Co.** v. Marisco, LTD. United States District Court- Hawaii Case No: 02-00093 DAE-LEK

2004- Sam D. Schmidt v. **Certain Underwriters at Lloyd's London (Europea Limited)** United States District Court- Nevada
Caser No: CV-S-01-0865 KJD (PAL)

2004- **California Capital Insurance Company** v. Michael Shakeri et. al.
Superior Court of California Santa Clara  Case No: CV812915

2004- Bridgestone / Firestone North America Tire, LLC v. **Sompo Japan Ins. Co. of America** United States District Court (Nashville Division) Case No: 3-02-1117

1

2004- Sentry Select Insurance Company; Lloyds Syndicates 588, 861 and 1209; and Kelly-Ryan, Inc. v. Alaska National Insurance Company; and **Royal Insurance Company of America**
United States District Court- Western District of Washington at Seattle Case No: C01-19556RSM

2004/05 -James B. Shea v. **ABD Insurance and Financial Services**
Superior Court of the State of California, County of San Mateo
Case No: CGC 03-425940

2005/06- Peninsula Nephrology v. **Claremont Liability Insurance Company**
Superior Court of the State of California, County of San Mateo
Case No: CIV 419459

2005/06- **Golden Gate Petroleum Co.** et al v. Thorson & Associates Insurance Services.   Superior Court of the State of California in and for the County of Contra Costa.  Case No: C04-00112

2005- Riverport Insurance Company v. **Heffernan Insurance Brokers**, et al Superior Court of the State of California for the County of Los Angeles-Northeast District.  Case No: GC033578

2005- Michael Brownewell v. **John Kezer and Jones & Keller, P.C.**  District Court, City and County of Denver, Colorado.  Case No: 04CV8722

2005- Zadeh et al v. **Chase Manhattan Bank USA** (Prepared a Declaration in Support of a Class Action Settlement) Superior Court of the State of California, County of San Francisco  Case # 323715

2005/06- **Grand Pacific Holdings** et al v. Professional Insurance Associates et Al Case No: BC299348

2005/06- **Regents of the University of California** v. Stop Loss Insurance Brokers, Inc. San Francisco Superior Court Case # CGC03425164

2006 – NECA v. **Arthur J. Gallagher Insurance Brokers** American Arbitration Association Case # 74 181 00717 SUBR San Francisco

2006 – Integrated Airline Services, Inc. v. **Marsh USA, Inc.**
Denver County District Court, Case No: 05-CV-3926

2

2006 – Insurance Company of the West v. **Risk Placement Services, Inc. of Lexington**   Southern District of California No. 05-CV 324DMS

2006/07- Gholamreza Rahmani – Azar v. **Midwest Regional Agency, et al** District Court Jefferson County, Colorado. Case No. 05-CV-3858

2007 – Brandon Johnson, Bryon Johnson and Vicki Johnson v. Big Air Jumpers, Inc., a Colorado Corporation, and Lance Miller v**. Richard Wardlow, Wardlow Insurance Agency, Inc. d/b/a Dick Wardlow Insurance Brokers,** and Nautilus Insurance Group a/b/a Nautilus Insurance Company, an Arizona Corporation. Case No: 2004CV3501

2006/07- Magsakay v. **Jennifer Picardo, Jennifer Picardo Insurance Services** Santa Clara County Case No. 1-05-CV-048707

2006/07 –Marla A. Sewell, individually and as parent and next friend of Brooke Sewell, a minor v. Great Northern Insurance Company; Hays Companies; **and PLI Brokerage, Inc.,** United States District Court Case No. 06-CV-00223 WDM-PAC

2007 –ZF Micro Solutions, Inc. et al v. Underwriters at Lloyd's, Illinois Union Insurance Company; **ABD Insurance and Financial Services**, et al. Superior Court of the State of California for the County of Santa Clara Case No. 1:04-CV-017803

2006- **San Francisco Bay Area Rapid Transit District, a legislatively created public transit district;** Tutor-Saliba/Slattery, JV, a Joint Venture, et al. v. Certain Underwriters at Lloyd's, CNA Reinsurance & Zurich Reinsurance. Superior Court of the State of California for the County of San Mateo. Case No. CIV451223

2007- **Molina Healthcare of Washington** v. Security Capital Corporation, et al., United States District Court, Central District of California, Western Division, Case No. CV04-07101DOC (RZX)

2007- Sovereign General Insurance Services, Inc. v. **Scottsdale Insurance Company et al.** United States District Court, Eastern District of California, Case No. 2:05-cv-0312-MCE-DAD

2007- M&F Fishing v. **Certain Underwriters at Lloyds; GE Frankona Reinsurance Co. Ltd.** United States District Court for the Southern District of California, Case No. 06CV934 DMS (BLM)

2007/08- Bakersfield Westwind v. **Ken Schultz & Walter Mortensen Insurance** Kern County Superior Court Case No. S-1500-CV-259835 WDP

3

2007- UNOCAL v. **Zurich Re (UK) LTD., a UK corporation and Gerling-Konzern Allgemeine Versicherungs AG, a German corporation** Superior Court of the State of California for the County of Los Angeles, Central District, Case No. BC360774 and BC360837.

2007- **New Jersey Natural Gas** v. Willis Group Holdings, LTD. United States District Court, District of New Jersey. Civil Action No. 3:07-cv-3108 (MLC)

2007- John Person and Janie Person v. **Justin Bragg, Bridgette Bragg and Dan Weller**, United States District Court, Elbert County, State of Colorado, Case No: 06CV243

4