# EXHIBIT G

***REDACTED***

# EXHIBIT H

***REDACTED***

# EXHIBIT I

***REDACTED***

# EXHIBIT J

***REDACTED***

# EXHIBIT K

*REDACTED*

# EXHIBIT L

LABRAT64

EnCase Version 3 - [F:\BCF528-45\528-45.cas]

File Edit View Tools Window Help

New Open Save Add Preview Acquire Back Forward Prev Next Search EScript

Bookmarks | Keywords | 3

- Case
  - 528-45
    - C
      - $Extend
      - 21a4d719011981987cbc
      - 64838d8f54f9cc336961c938f2
      - BUSINESS
      - Config.Msi
      - DOCS
      - Documents and Settings
      - I386
      - lotus
      - POWERPOINT FILES
      - Program Files
      - QUARANTINE
      - RECYCLER
      - SwSetup
      - System Recovery
      - System Volume Information
      - System.sav
      - Video clips
      - WINDOWS
      - Lost Files

Gallery | Timeline | Report

| | File Name | Description | Is Deleted | Is Bookmarked | Last Accessed | Last Written | File Created |
|---|---|---|---|---|---|---|---|
| 8 | SwSetup | Folder | | | 12/12/07 10:29:57AM | 02/15/07 11:05:28AM | 03/13/06 01:12:30AM |
| 9 | POWERPOINT FILES | Folder | | | 12/12/07 10:29:57AM | 11/12/07 07:24:51AM | 02/21/07 04:44:48PM |
| 10 | Video clips | Folder | | | 12/12/07 10:29:57AM | 06/11/07 12:57:43PM | 02/21/07 04:45:40PM |
| 11 | boot.ini | File, Hidden, System, Read | | | 12/12/07 10:29:17AM | 02/15/07 10:57:11AM | 08/07/04 04:57:46AM |
| 12 | QUARANTINE | Folder | | | 12/12/07 10:27:32AM | 12/12/07 10:27:32AM | 02/22/07 10:36:30AM |
| 13 | hiberfil.sys | File, Hidden, System, Archi | | | 12/12/07 10:27:17AM | 12/12/07 10:27:17AM | 02/13/07 12:38:24AM |
| 14 | pagefile.sys | File, Hidden, System, Archi | | | 12/12/07 10:27:14AM | 12/12/07 10:27:14AM | 02/13/07 12:38:23AM |
| 15 | System Volume Information | Folder, Hidden, System | | | 12/12/07 10:26:39AM | 02/15/07 10:57:16AM | 07/05/06 02:07:09AM |
| 16 | System.sav | Folder, Hidden | | | 12/12/07 10:26:39AM | 02/15/07 11:05:28AM | 03/30/99 10:17:54AM |
| 17 | WINDOWS | Folder | | | 12/12/07 10:26:39AM | 12/03/07 03:56:09PM | 07/05/06 01:58:53AM |
| 18 | Program Files | Folder, Read Only | | | 12/12/07 10:26:38AM | 12/03/07 07:37:59AM | 07/05/06 01:58:53AM |
| 19 | lotus | Folder | | | 12/12/07 10:26:38AM | 02/21/07 04:49:51PM | 02/21/07 04:49:51PM |
| 20 | Documents and Settings | Folder | | | 12/12/07 10:26:38AM | 02/21/07 04:39:49PM | 07/05/06 01:58:53AM |
| 21 | email.doc | File, Archive | | | 12/05/07 08:56:01AM | 12/05/07 08:51:27AM | 12/05/07 08:51:27AM |
| 22 | general industry.doc | File, Archive | | | 12/05/07 08:56:01AM | 12/05/07 07:31:58AM | 12/05/07 07:31:58AM |
| 23 | construction.doc | File, Archive | | | 12/05/07 08:56:01AM | 12/05/07 07:31:44AM | 12/05/07 07:31:43AM |
| 24 | Config.Msi | Folder, Deleted, Overwritte | • | | 12/03/07 07:40:05AM | 12/03/07 07:40:05AM | 12/03/07 07:39:57AM |
| 25 | HuskyInstallerLog.txt | File, Archive | | | 02/22/07 04:01:14PM | 02/22/07 04:01:14PM | 02/22/07 10:09:13AM |
| 26 | IO.SYS | File, Hidden, System, Read | | | 02/22/07 08:46:48AM | 02/22/07 08:46:48AM | 02/22/07 08:46:48AM |
| 27 | MSDOS.SYS | File, Hidden, System, Read | | | 02/22/07 08:46:48AM | 02/22/07 08:46:48AM | 02/22/07 08:46:48AM |
| 28 | ntldr | File, Hidden, System, Read | | | 09/29/06 11:12:59PM | 08/04/04 12:00:00AM | 08/28/02 11:00:00PM |
| 29 | ntdetect.com | File, Hidden, System, Read | | | 09/29/06 11:12:58PM | 08/04/04 12:00:00AM | 08/28/02 11:00:00PM |
| 30 | bootex.log | File, Deleted, Overwritten | • | | 07/05/06 02:36:03AM | 07/05/06 02:36:03AM | 07/05/06 02:36:03AM |
| 31 | $MFTMirr | File, Internal | | | 02/26/01 08:38:39AM | 02/26/01 08:38:39AM | 02/26/01 08:38:39AM |
| 32 | $UpCase | File, Internal | | | 02/26/01 08:38:39AM | 02/26/01 08:38:39AM | 02/26/01 08:38:39AM |

Hex | Report | Picture | Disk | Evidence | Lock | PS 6251031 LS 6250968 CL 781371 SO 0 FO 0 LE 1


```
00000 ¶Ï.à;±.á...............>...þÿ ....................<...........□.......þÿÿÿ....±...Š...ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
00170 ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
00340 ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
00510 ÿÿì¥Á. @ ...ø.¿..............."4....bjbjŠ*Š*.......................+d..W@..W@..",......................ÿÿ.........ÿÿ.........ÿÿ.....................^.....j.......j.
00680 ..j.........j.......j.......j.......j....................-.......&l.......&l.......&l......&l..t...šl..D...-........?>..¶...êl..-...€6......€6......€6.......€6.....[7.......[7......
00850 [7......¾=......À=......À=......À=......À=......À=......À=..$...õ>..R...GÀ..ž...ä=.....................j.......Ü7.........................[7.......[7.......Ü7.......Ü7......ä=
01020 ................j.......j.......€6................€6..Û...ù=.......†=.......†=.......†=.......Ü7.......j.......€6......j.......€6......¾=...................†=......................
01190 ...............................Ü7......¾=...................†=...................†=......j.......j.......j.......j..............................†=......€6......Þl....
01360 ..¨öé._7Ë..........&l.......Þ<..v...†=.........................¾=..........>..0...?>.......†=......åA.......åA......T=..(...åA......†=..............~.........~........j.......j.......j.......j.......
01530 ......................åA.....................j.........†=..8...[7.......o7.......†=.......}7......%7..S..........................[7.......[7.......[7.......ä=.......ä=.......~..........~.
01700 ..$....¢...„.................[=.. ....-..........~.........¢.................................................................................................................
01870 ..........................................................................................................................................................................
02040 ..........................................................................................................................................................................
02210 ..........................................................................................................................................................................
02380 ...........................................................................................................................................................................
02550 .........."Zeydi Gutierrez" <zgutierrez@abifoundry.com> "Charles T. Wilson" <charles@risksmartsolutions.com>, "Stuart Scott" <. HYPERLINK "mailto:stuarts@mcbuild.com" . "Wyatt Jones" . HYPERLINK "mailto:wyattj@aircomech.com" ..wyat
02720 .stuarts@mcbuild.com.> "Birchard, Jeffrey W" <JBIRCHARD@orcpg.com> "John Yonkus" <jcysafety@surewest.net> [illegible]
```


528-45\C\email.doc

start | F:\BCF528-45 | EnCase Version 3 - [F... 9:53 AM

# EXHIBIT M

***REDACTED***

# EXHIBIT N



harrison_watkins@comcast.net
12/12/2007 08:33 AM

To gabriele_simpson@ajg.com
cc
bcc
Subject Resignation

Hi Gabriele:

It is with great ambivalence that I announce my resignation from Arthur J. Gallagher & Co. My resignation is effective immediately.

Please forward any of my personal belongings to my home, and I'll return any Gallagher property via mail.

Best of luck to you and those remaining at Gallagher.

Sincerely,

Harrison
(Robert Harrison Watkins)

# EXHIBIT O

*REDACTED*

# EXHIBIT P


LABRAT64
EnCase Version 3 - [F:\BCF528-45\528-45.cas]
File Edit View Tools Window Help
New Open Save Add Preview Acquire Back Forward Prev Next Search EScript
Bookmarks Keywords
All Users
Default User
jethorsen
LocalService
NetworkService
RHWatkins
Application Data
Bluetooth Software
Cookies
Desktop
Favorites
Local Settings
Application Data
Adobe
Acrobat
7.0
8.0
Color
ESD
Updater5
ApplicationHistory
Google
Help
Microsoft
CD Burning
Harrison Pics 071001
Credentials
FORMS
HelpCtr
Internet Explorer
Media Player
Outlook
Portable Devices
Windows
File Deployment
Windows Media
Apps
History
Temp
Gallery Timeline Report
File Name Description Is Deleted Is Bookmarked Last Accessed Last Written File Created
1 Harrison Pics 071001 Folder, Deleted • 12/12/07 10:46:12AM 12/12/07 10:46:12AM 12/12/07 10:32:49AM
Hex Report Picture Disk Evidence Lock
PS 25468455 LS 25468392 CL 3183549 SO 0 FO 0 LE 1
528-45\C\Documents and Settings\RHWatkins\Local Settings\Application Data\Microsoft\CD Burning\Harrison Pics 071001

LABRAT64

EnCase Version 3 - [F:\BCF528-45\528-45.cas]

File Edit View Tools Window Help

New Open Save Add Preview Acquire Back Forward Prev Next Search EScript

Bookmarks | Keywords | 0

- ccmsetup
- Com
- config
  - system.sav
  - systemprofile
  - software
    - NTRegistry
  - system
    - NTRegistry
      - $$$PROTO.HIV
        - ControlSet001
          - Control
          - Enum
          - Hardware Profiles
            - 0000
            - 0001
          - Services
            - .NET CLR Data
            - .NET CLR Networl
            - .NET Data Provide
            - .NET Data Provide
            - .NETFramework
            - Abiosdsk
            - abp480n5
            - Accelerometer
            - ACPI
            - ACPIEC
            - AddFiltr
            - ADIHdAudAddSer
            - adpu160m
            - AEAudioService
            - aec
            - AFD
            - Aha154x
            - aic78u2
            - aic78xx
            - Alerter
            - ALG
            - AliIde

Gallery | Timeline | Report

| | File Name | File Ext | Description | Is Deleted | Is Bookmarked | Last Accessed | Last Written | File Creat |
|---|---|---|---|---|---|---|---|---|
| 42 | Beep | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 43 | BITS | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 44 | Browser | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 45 | BTKRNL | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 46 | btwdins | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 47 | BTWUSB | | Folder, Registry Entry | | | | 12/12/07 10:26:47AM | |
| 48 | cbidf2k | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 49 | CcmExec | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 50 | CcmFramework | | Folder, Registry Entry | | | | 02/27/07 07:32:09AM | |
| 51 | cd20xrnt | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 52 | Cdaudio | | Folder, Registry Entry | | | | 12/12/07 10:26:44AM | |
| 53 | Cdfs | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 54 | Cdrom | | Folder, Registry Entry | | | | 12/12/07 10:26:33AM | |
| 55 | Changer | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 56 | Ci5vc | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 57 | ClipSrv | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 58 | clr_optimization_v2.0.50727_32 | 50727 | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 59 | CmBatt | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 60 | CmdIde | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 61 | Compbatt | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 62 | COMSysApp | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 63 | ContentFilter | | Folder, Registry Entry | | | | 08/07/04 09:58:52AM | |
| 64 | ContentIndex | | Folder, Registry Entry | | | | 08/07/04 09:58:52AM | |
| 65 | Cpqarray | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 66 | CryptSvc | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 67 | dac2w2k | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 68 | dac960nt | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |
| 69 | DcomLaunch | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 70 | Dhcp | | Folder, Registry Entry | | | | 12/12/07 10:26:31AM | |
| 71 | Disk | | Folder, Registry Entry | | | | 12/12/07 10:26:33AM | |
| 72 | dmadmin | | Folder, Registry Entry | | | | 08/07/04 02:54:03AM | |

Hex | Report | Picture | Disk | Evidence | Lock | system: PS 2211 LS 2211 CL 2211 SO 120 FO 0 LE 1

0 Cdrom

# EXHIBIT Q




| | File Name | Description | Is Deleted | Is Bookmarked | Last Accessed | Last Written | File Created |
|---|---|---|---|---|---|---|---|
| 1 | Cache | Folder | | | 12/12/07 10:58:57AM | 02/22/07 08:47:28AM | 02/22/07 08:47:28AM |
| 2 | wfica32.exe | File, Archive | | | 12/12/07 10:36:19AM | 11/08/06 06:31:00PM | 02/22/07 08:47:15AM |
| 3 | ssoncom.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:28:08PM | 02/22/07 08:47:16AM |
| 4 | pnstub.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:27:58PM | 02/22/07 08:47:15AM |
| 5 | wfcmoven.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:31:28PM | 02/22/07 08:47:16AM |
| 6 | ssonsvr.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:28:12PM | 02/22/07 08:47:16AM |
| 7 | pn.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:32:08PM | 02/22/07 08:47:16AM |
| 8 | pcl2bmp.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:23:08PM | 02/22/07 08:47:19AM |
| 9 | migrateN.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:33:18PM | 02/22/07 08:47:16AM |
| 10 | wfcrun32.exe | File, Archive | | | 12/12/07 10:36:18AM | 11/08/06 06:31:26PM | 02/22/07 08:47:15AM |
| 11 | g2mview.exe | File, Archive | | | 12/12/07 10:36:17AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 12 | 198 | Folder | | | 12/12/07 10:36:17AM | 08/08/07 07:59:35AM | 08/08/07 07:00:05AM |
| 13 | cpviewer.exe | File, Archive | | | 12/12/07 10:36:17AM | 11/08/06 06:32:22PM | 02/22/07 08:47:19AM |
| 14 | CtxTwnPA.exe | File, Archive | | | 12/12/07 10:36:17AM | 11/08/06 06:28:42PM | 02/22/07 08:47:19AM |
| 15 | g2mui.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 16 | G2MUninstall.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 17 | g2mtranscoder.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 18 | g2mstart.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 19 | g2msessioncontrol.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 20 | g2mrecorder.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 21 | g2mQandA.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 22 | g2mpolling.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 23 | g2mmatchmaking.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 24 | G2MInstaller.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 25 | G2MInstHigh.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 26 | g2mlauncher.exe | File, Archive | | | 12/12/07 10:36:16AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 27 | g2mchat.exe | File, Archive | | | 12/12/07 10:36:15AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 28 | GoToMeeting | Folder | | | 12/12/07 10:36:15AM | 08/08/07 07:00:05AM | 08/08/07 07:00:05AM |
| 29 | g2mhost.exe | File, Archive | | | 12/12/07 10:36:15AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |
| 30 | g2mfeedback.exe | File, Archive | | | 12/12/07 10:36:15AM | 08/08/07 07:00:04AM | 08/08/07 07:00:07AM |
| 31 | g2mcomm.exe | File, Archive | | | 12/12/07 10:36:15AM | 08/08/07 07:00:04AM | 08/08/07 07:00:06AM |

# EXHIBIT R

***REDACTED***

# EXHIBIT S

*REDACTED*