# EXHIBIT A

*REDACTED*

# EXHIBIT B

*REDACTED*

# EXHIBIT C

*REDACTED*

# EXHIBIT D

*REDACTED*

# EXHIBIT E

*REDACTED*

# EXHIBIT F

*REDACTED*

# EXHIBIT G

*REDACTED*

# EXHIBIT H

*REDACTED*

# EXHIBIT I

*REDACTED*

# EXHIBIT J

*REDACTED*

# EXHIBIT K

*REDACTED*

# EXHIBIT L

*REDACTED*