# EXHIBIT A

*REDACTED*

# EXHIBIT B

```
----- Original Message -----
From: "Eric Chua/BSD/AJG" [Eric_Chua@AJG.com]
Sent: 12/08/2007 11:09 AM PST
To: archive@ajg001.ajg.com@AJGRISS
Subject: Upcoming Renewals -
```

Hi Gabriele,

I'm sure Jim McFarlane will address our current situation on Monday. Despite all of this, we still have work to do and accounts to renew, my help is available even for those accounts that are not mine. I understand we are in "damage control" mode and should probably bind and renew as much as we can moving forward to maintain our revenue. Just let me know.

Thanks.

Best Regards,

Eric Chua
Account Manager
-----------------------------------
Arthur J. Gallagher Risk Management Services
Arthur J. Gallagher & Co. Insurance Brokers of CA, Inc.
2603 Camino Ramon, Suite 550
San Ramon, CA 94583
License #0726293
(925) 983 3715 (Direct)
(925) 277 0128 (Fax)
Eric_Chua@AJG.com

1/4/2008

# EXHIBIT C

*REDACTED*

# EXHIBIT D

# GALLAGHER EMPLOYEES RAIDED BY DEFENDANTS

## San Ramon Senior Executives

- Andrew "Wally" Brown (Area Chairman)
- Brian Quinn (Head of San Ramon after Brown demoted)

## San Ramon "Producers" & Sales Execs

- Neil Cohn (Producer)
- Steve Hause (Area SVP)
- Don Johnson (Producer)
- Allen Amos (Area VP-Sales)
- Dennis Rodriguez (Area VP-Sales)
- Bill Phillips (Area VP-Sales)
- Paul Wagener (Area VP-Sales)
- Rob Ellsworth (Area VP-Sales)
- Robert Dutto (Area VP-Managerial)
- Carol Cohn (Area VP-Sales)
- Lisa Lucas (Area AVP-Sales)
- Shandranette Middleton (Area AVP-Sales)
- Michael Brown (Account Exec-Sales)
- Rick Stinson (Account Exec-Sales)
- Robert Harrison Watkins (Account Exec - Sales)

## San Ramon Managers

- Barbara Hilgen (Sr. Account Mgr.)
- Robin Herman (Sr. Account Mgr.)
- Olga Rasumssen (Sr. Account Mgr.)
- Sharon Voth (Sr. Account Mgr.)
- Collen Varnica (Sr. Account Mgr.)
- Tiffany Pastorius (Account Mgr.)
- Eric Chua (Account Mgr.)
- Veronica Ramirez-Bonds (Account Mgr.)
- Sharon Schweitzer (Marketing Mgr.)
- Olga Harvison (Claims Mgr.)
- Elkie Craven (Claims Mgr.)
- Mary Keck (Account Mgr.)

## San Ramon Lower-Level Managers and Admin

- Sandra Daugherty-Honda (Asst. Account Mgr.)
- Siobhan O'Leary (Asst. Account Mgr.)
- Linda Cardinha (Commercial Lines Mgr.)
- Kelly Cavagnulo (Commercial Lines Asst.)
- Susan English (GBS)
- Amber Ronzitti (Assistant)
- Tammy Glaser (Assistant)
- Molly Armstrong (Assistant)
- Kristina Stubbs (Assistant)
- Carolyn Johnson (Assistant)
- Patricia Burdock (Word Processing)
- Brett Burdock (Word Processing)
- Carol Ward (Assistant)

## San Francisco Personnel

- Jim Halbleib (Producer)
- Laurie Martin (Account Exec)

## San Ramon HR Execs

- Laura Wick (Area VP Managerial)
- Gail Petty (Mgr. HR)

## San Ramon IT

- George Petty (Head of IT)

## San Ramon Finance

- Linda Soo Hoo (Controller)

- Louanne Sweeney (Receptionist)

# EXHIBIT E

**Linda Soo Hoo/BSD/AJG**

09/14/2007 03:52 PM

To  Stephanie Mulkey/BSD/AJG@AJG, Jim Pagliai/BSD/AJG@AJG
cc  Brian Quinn/BSD/AJG@AJG
Subject  Dominant Priorities - FINAL

We added the comments per our conference call today. I will be entering the forecast/plan into COGNOS.

Let me know if you need anything else.

Have a great weekend.

Linda Soo Hoo
*******************
Arthur J. Gallagher Risk Management Services
Arthur J. Gallagher & Co. Insurance Brokers of CA, Inc.
CA Lic# 0726293
4301 Hacienda Dr. #300
Pleasanton, CA  94588
BSD Pleasanton
(925) 225-7410 (direct)
(925) 460-9900 (main)
(925) 847-8831 (fax)
linda_soo_hoo@ajg.com

| PROFIT CENTER NAME > | | DIVISION > | BSD | LOCATION > | | Pleasanton | | MANAGER > | Brian Quinn | Date > | 6-Jan-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All $ Amounts. | JS | Pleasanton | | | | | | | | | Page 1 of 2 |

| | |
|---|---|
| Revenue $ | |
| New Business $ | |
| Lost Business $ | |
| Compensation $ | |
| Pre-tax $ | |
| Comp % | |
| Margin % | |
| **Percent of Rev in Niches** | |
| Growth: Total Rev % | |
| Organic % | |
| Pretax % | |
| Headcount | |
| Revenue Per Person | |

**Describe Your Business Today**

The Pleasanton Branch consists of two offices, Pleasanton and San Jose. The following are some important highlights of our business today.

- We participate in many of the Gallagher niches, our primary specialties are Construction and Workers' Compensation.

**Describe How You Want Your Business To Look in 3 to 5 Years**

| DOMINANT PRIORITIES 2007 | Owner Name | Delivery Date | Impact on Revenue | Impact on Expense | Resulting | | Performance against 2007 DP's |
|---|---|---|---|---|---|---|---|
| Specific Actions to Accomplish Above Financial Targets | | | | | Revenue | Expenses | Comments |
| 1 | Increase revenue by focussing on mergers & acquisitions, hiring producers, | B. Quinn<br>W. Brown | | | 06<br>07<br>08<br>09 | | | |
| 2 | System Conversion for Cupertino from TAM to Sagitta. | J. Fenz<br>L. Soo Hoo | | | 06<br>07<br>08<br>09 | | | |
| 3 | Upgrade Agency Management System to Sagitta Version 7. | J. Fenz<br>L. Soo Hoo | | | 06<br>07<br>08<br>09 | | | |
| 4 | Complete Pleasanton Branch relocation with minimal operation disruption. | B. Quinn<br>L. Wick<br>G. Simpson | | 08<br>09 | 06<br>07<br>08<br>09 | | | |


REDACTED

| # | Description | Responsible | Years |
|---|---|---|---|
| 5 | Continue to support Corporate initiatives such as: Client Retention | B. Quinn / L. Wick / G. Simpson | 06 / 07 / 08 / 09 |
| 6 | Focus our efforts on making Gallagher the "Employer of Choice", through our leadership and work place culture. Help employees learn, develop and thrive in an environment of excellence while achieving work life balance. | B. Quinn / L. Wick / G. Simpson | 06 / 07 / 08 / 09 |
| 7 | Move Cupertino to San Jose, CA and integrate new Producer Team (L. Tu). | G. Simpson / L. Wick | 06 / 07 / 08 / 09 |
| 8 | "Growing Our Own" - Internship Program / Service Professional Program / Sales Track Full implementation of new Career Launch platform to identify Service Professionals vs. Sales professionals and appropriate two year training / career path strategy. | B. Quinn / L. Wick / G. Simpson | 06 / 07 / 08 / 09 |
| 9 | Participate in the Western Region rollout of work efficiencies in 2007, to increase team/office capacity. Sales professionals and appropriate two year training / career path strategy. | B. Quinn / L. Wick / G. Simpson | 06 / 07 / 08 / 09 |