1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. &
9  Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.

10

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14  ARTHUR J. GALLAGHER & CO., Inc., a          CASE NO. 3:07-CV-06418-JSW
    Delaware Corporation, et al.,
15                                              **ERRATA TO THE ORDER GRANTING**
                 Plaintiffs,                    **DEFENDANTS' MOTION TO FILE ITS**
16                                              **OPPOSITION PAPERS UNDER SEAL**
17          vs.

18  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation, et al.,
19
                 Defendants.
20

21

22

23

24

25

26

27

28

ERRATA TO ORDER GRANTING DEFS'
MOTION TO FILE ITS OPPOSITION
PAPERS UNDER SEAL

I, Shannon S. Sevey, declare:

1.    I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc. (collectively, "Gallagher").  If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2.    Gallagher files the following Errata to the Order Granting Defendants' Motion to File Its Opposition Papers Under Seal, executed by the Court on January 10, 2008.

3.    Attached hereto as Exhibit A is a true and correct copy of the Proposed Order Granting Defendants' Motion to File Its Opposition Papers Under Seal.  The original Proposed Order electronically filed with the Court, and which the Court executed on January 10, 2008, inadvertently omitted the first page of Plaintiffs' Proposed Order.  Plaintiffs request that the Court execute the version of the Proposed Order submitted herewith in order to seal all portions of Defendants' Opposition papers identified in Plaintiffs' Identification of Portions of Documents to be Sealed in Response to January 9, 2008 Order of the Court.  The portions of documents identified on the omitted Page 1 of the Proposed Order are consistent with the portions of documents the Court has already ordered sealed in this matter.  Plaintiffs will also submit a word format of this order via email pursuant to local rule requirements.

I declare under penalty of perjury according to the laws of the United States and the State of California that the foregoing information is true and correct to the best of my knowledge and belief.

Executed this 17th day of January, 2008, in Palo Alto, California.

/s/ Shannon S. Sevey
_____
Shannon S. Sevey