1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07 06418 JSW<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING PERMISSION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL DECLARATIONS REQUESTED BY THE COURT (NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-11 AND 79-5)** |

1  Pursuant to Local Rule 7-11(a), defendants Allen L. Amos, Neil R. Cohn, Robert E. Dutto, Robert D. Ellsworth, and Stephen Hause (collectively "the Individual Defendants") hereby give notice to all counsel of record of their Motion for Administrative Relief Seeking Permission to File Under Seal Portions of Supplemental Declarations Requested by the Court ("Administrative Motion"). At the January 11, 2008 hearing on plaintiffs' motion for a temporary restraining order, the Court requested the Individual Defendants to file supplemental declarations relating to various factual issues discussed at the hearing. Some of those issues involve dealings between EPIC and potential clients, the identities of which plaintiffs have contended are confidential. Accordingly, the Individual Defendants make this request to file under seal certain materials relating to the identities of such clients.

By way of this Administrative Motion, the Individual Defendants request, pursuant to Local Rules 79-5(c) and 7-11(a), an order sealing paragraphs 3 through 8, inclusive, of and Exhibit A to the supplemental declaration of Neil R. Cohn ("the Cohn Supplemental Declaration"), and paragraphs 3 through 7, inclusive, of the supplemental declaration of Stephen Hause ("the Hause Supplemental Declaration").

## DECLARATION OF R. ADAM LAURIDSEN

In support of this Administrative Request, undersigned counsel R. Adam Lauridsen, under penalty of perjury, declares as follows:

1. Paragraphs 3 through 8, inclusive, of and Exhibit A to the Cohn Supplemental Declaration and paragraphs 3 through 7, inclusive, of the Hause Supplemental Declaration contain client information of the nature that plaintiffs have sought to file under seal in their prior filings in this case.

2. Although the Individual Defendants do not believe this information should be filed under seal, out of an abundance of caution the Individual Defendants request permission to file these paragraphs of and exhibit to the Cohn Supplemental Declaration and paragraphs of the Hause Supplemental Declaration conditionally under seal, pending the Court's determination regarding whether the information is confidential.

## CONCLUSION

WHEREFORE, the Individual Defendants respectfully ask the Court to file under seal paragraphs 3 through 8, inclusive, of and Exhibit A to the Cohn Supplemental Declaration and paragraphs 3 through 7, inclusive, of the Hause Supplemental Declaration.

Dated: January 16, 2008                    KEKER & VAN NEST, LLP


                                           By: /s/ R. Adam Lauridsen
                                               R. ADAM LAURIDSEN
                                               Attorneys for the Individual Defendants