1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

| 14 ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 3:07-CV-06418-JSW<br><br>**SUPPLEMENTAL DECLARATION OF ALLEN L. AMOS** |
|---|---|

I, ALLEN L. AMOS, hereby declare as follows:

1. I am a Principal at Edgewood Partners Insurance Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I executed a declaration in this matter that was submitted to the Court on January 4, 2008 in connection with EPIC's Opposition to Plaintiffs' Motion for a Temporary Restraining Order. I am aware that Gallagher filed a supplemental declaration from Mr. James Pagliai alleging that I "retained hard copy documents regarding the revenues of actual and prospective Gallagher customers and what steps Amos intended while at Gallagher to take to retain existing business and procure new business." Gallagher Reply ¶ 30.

3. I believe Mr. Pagliai is describing "business plans" that I prepared annually while at Gallagher. These documents were typically three to four pages long and prepared for summary purposes. The information contained in each document is largely identical from year to year and addresses my general personal goals. I believe the documents were provided to and used by Mr. Wally Brown, Mr. Brian Quinn, and Ms. Linda Soo Hoo in their preparation of annual business summary documents for Gallagher's corporate leadership.

4. I found these documents while cleaning out a home filing cabinet in the days following my resignation from Gallagher. Upon finding them, I immediately turned over the documents to in-house counsel for EPIC. I have not used any of the information in these documents since resigning from Gallagher and starting work at EPIC.

5. I have been shown a correspondence sent to Gallagher under my name announcing the return of the "business plan" documents. Pagliai Decl., Exh. B. This correspondence misspells my first name. This correspondence was drafted for me by another EPIC employee, at my request, because I was unfamiliar with the EPIC word processing software immediately upon starting work at the company. Although the correspondence appears to be an email, it is not. It was drafted on an email program and then printed for inclusion with the "business plan" documents being returned to Gallagher. It was never sent as an email to anyone as far as I know.

1   6. As with my prior declaration, I make this declaration voluntarily. I
2   understand that EPIC has not required me to provide this declaration as part of my job, and that I
3   could have declined to do so without suffering any adverse career consequences.
4   I declare under penalty of perjury under the laws of the State of California and the United
5   States that the foregoing is true and correct, and that this declaration is executed this 15th day of
6   January 2008 in San Ramon, California.

*/s/ Allen Amos*
ALLEN AMOS