KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 3:07-CV-06418-JSW<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT E. DUTTO** |

1

SUPPLEMENTAL DUTTO DECLARATION
CASE NO. 3:07-CV-06418-JSW

409279.01

I, ROBERT E. DUTTO, hereby declare as follows:

1. I am a Producer at Edgewood Partners Insurance Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I executed a declaration in this matter that was submitted to the Court on January 4, 2008 in connection with EPIC's Opposition to Plaintiffs' Motion for a Temporary Restraining Order. I am aware that the Court, in connection with the hearing on Gallagher's motion for a temporary restraining order on January 11, 2008, has requested that I clarify one of the statements in that declaration.

3. I left Gallagher's office on Friday, December 7, 2007, carrying only my briefcase and Rolodex. After leaving Gallagher's office that day, I did not access or use any of the material in my Rolodex, or any other Gallagher business information. I received an employment offer from EPIC on Saturday, December 8, 2007 and resigned from Gallagher by email on Sunday, December 9, 2007. After starting work at EPIC, I gave the Rolodex to in-house counsel for EPIC, to be returned to Gallagher.

4. As with my prior declaration, I make this declaration voluntarily. I understand that EPIC has not required me to provide this declaration as part of my job, and that I could have declined to do so without suffering any adverse career consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 14th day of January 2008 in San Ramon, California.

ROBERT E. DUTTO