KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, <br><br> Defendants. | Case No. 3:07-CV-06418-JSW <br><br> **SUPPLEMENTAL DECLARATION OF ROBERT ELLSWORTH** |

1

I, ROBERT ELLSWORTH, hereby declare as follows:

1. I am a Principal at Edgewood Partners Insurance Center ("EPIC"). I make this declaration of my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. I executed a declaration in this matter that was submitted to the Court on January 3, 2008 in connection with EPIC's Opposition to Plaintiffs' Motion for a Temporary Restraining Order. I am aware that the Court, in connection with the hearing on Gallagher's motion for a temporary restraining order on January 11, 2008, has requested that I clarify one of the statements in that declaration.

3. When I left the Gallagher office on December 7, 2007, I took with me a laptop computer and Blackberry device. Both machines belonged to Gallagher, although I had originally purchased the Blackberry and registered service in my name. Gallagher later reimbursed me for this purchase.

4. I believe that, at the time I left Gallagher on December 7, 2007, the laptop and Blackberry both contained Gallagher business information, including documents and correspondence. I used both machines in the regular course of business while employed by Gallagher. It was my normal practice to take both machines home with me over the weekend.

5. At that time, I was still a Gallagher employee. I had not yet accepted employment with EPIC.

6. I did not use or access the laptop computer or Blackberry device after accepting EPIC's employment offer on December 10, 2007. I believe that I last accessed Gallagher business information on the laptop on December 7, 2007. Similarly, I did not access or use any Gallagher business information on my Blackberry device after December 7, 2007. I used the Blackberry between December 7 and December 10, 2007 only to check for messages from Jim McFarlane, Gallagher's Regional Manager, who had promised to call me on Sunday, December 9, 2007, to discuss the situation at Gallagher. Mr. McFarlane did not call me. At 7:07 on Monday, December 10, 2007, I used my personal computer, not Gallagher's laptop, to send my resignation email to Gallagher.

7. On December 10, 2007, I turned my Gallagher laptop and Blackberry over to in-house counsel for EPIC, to be returned to Gallagher.

8. As with my prior declaration, I make this declaration voluntarily. I understand that EPIC has not required me to provide this declaration as part of my job, and that I could have declined to do so without suffering any adverse career consequences.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed this 14th day of January 2008 in San Ramon, California.

_____
ROBERT ELLSWORTH