1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., INC.,           Case No. 07-CV-06418-JSW
    a Delaware Corporation, ARTHUR J.
15  GALLAGHER & CO., INSURANCE BROKERS         **MANUAL FILING NOTIFICATION**
    OF CALIFORNIA, INC., a California Corporation,
16
                       Plaintiffs,
17
         v.
18
    EDGEWOOD PARTNERS INSURANCE
19  CENTER, a California corporation; DAN R.
    FRANCIS; JOHN G. HAHN; ANDREW
20  ("WALLY") BROWN, JR.; BRIAN F. QUINN;
    NEIL R. COHN; CAROLANN COHN; MICHAEL
21  J. BROWN; STEPHEN HAUSE; LAURA J.
    WICK; JAMES C. HALBLEIB; LAURINDA
22  ("LAURIE") A. MARTIN; ERIC CHUA;
    GEORGE J. PETTY; LINDA SOO HOO;
23  ROBERT E. DUTTO; SUSAN M. ENGLISH;
    DON J. JOHNSON; ALLEN L. AMOS; WILLIAM
24  ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R.
    STINSON; ROBERT ("BOB") D. ELLSWORTH;
25  ROBERT H. WATKINS; PAUL H. WAGENER;
    SHANDRANETTE MIDDLETON,
26
                       Defendants.
27

28

409471.01

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | 1.  Supplemental Declaration of Stephen Hause |
| 4 | This filing is in paper or physical form only, and is being maintained in the case file in |
| 5 | the Clerk's office. |
| 6 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 7 | For information on retrieving this filing directly from the court, please see the court's |
| 8 | main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 9 | This filing was not efiled for the following reason(s) |
| 10 | ___  Voluminous Document (PDF file size larger than efiling system allowances) |
| 11 | ___  Unable to Scan Documents |
| 12 | ___  Physical Object (description) |
| 13 | ___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 14 | _X_  Item Under Seal |
| 15 | ___  Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 16 | ___  Other (description): |

Dated: January 16, 2008             KEKER & VAN NEST, LLP

By: *s/R. Adam Lauridsen*
R. ADAM LAURIDSEN
Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS