```
 1  KEKER & VAN NEST, LLP
    ELLIOT R. PETERS - #158708 (epeters@kvn.com)
 2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
    R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
 3  710 Sansome Street
    San Francisco, California 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5
    Attorneys for Defendants
 6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
    COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
 7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
    HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
 8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
    WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
 9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, <br><br> Defendants. | Case No. 07-CV-06418-JSW <br><br> **PROOF OF SERVICE** <br> (Supplemental Declaration of Stephen Hause-Conditionally Filed Under Seal) |

# PROOF OF SERVICE

I, ROSEANN CIRELLI, declare and state as follows:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On January 17, 2008, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF STEPHEN HAUSE**
**(CONDITIONALLY FILED UNDER SEAL)**

X   by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Time Machine Network, whose address is 965 Mission Street, Suite 500, San Francisco, California 94103, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | |
|---|---|
| Bradford K. Newman<br>Stephen N. Yang<br>Sarju A. Naran<br>Shannon S. Sevey<br>Paul, Hastings, Janofsky & Walker LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Facsimile: 650.320.1900<br><br>Attorneys for Plaintiffs<br>*Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.*<br><br>James M. Wagstaffe<br>Adrian J. Sawyer<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Facsimile: 415.371.0500<br><br>Attorneys for Defendants<br>*Andrew "Wally" Brown, Jr., Brian Quinn, Michael Brown and Laura Wick* | Malcolm A. Heinicke<br>Munger Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Facsimile: 415.512.4077<br><br>Attorneys for Defendants<br>*EPIC; Dan R. Francis and John G. Hahn* |

Executed on January 17, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Roseann Cirelli*
ROSEANN CIRELLI

1
PROOF OF SERVICE
CASE NO. 07-CV-06418-JSW

409063.01