1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  CHEROKEE D. M. MELTON (243265)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   Attorneys for Defendants
6  ANDREW ("WALLY") BROWN,
   BRIAN QUINN, MICHAEL BROWN, and
7  LAURA WICK

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGENER, and SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07-06418 JSW<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING PERMISSION TO FILE UNDER SEAL PORTIONS OF A SUPPLEMENTAL DECLARATION REQUESTED BY THE COURT (NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-11 AND 79-5)**<br><br>DATE: January 11, 2008<br>TIME: 9 a.m.<br>DEPT: 2, 17th Floor<br><br>Hon: Jeffrey S. White |

1  Pursuant to Local Rule 7-11(a), Defendants Andrew ("Wally") Brown, Brian Quinn,
2  Michael Brown, and Laura Wick (collectively "the Individual Defendants") hereby give notice to
3  all counsel of record of their Motion for Administrative Relief Seeking Permission to File Under
4  Seal Portions of a Supplemental Declaration Requested by the Court ("Administrative Motion").
5  At the January 11, 2008 hearing on Plaintiffs' motion for a temporary restraining order, the
6  Court requested that the Individual Defendants file supplemental declarations relating to various
7  factual issues discussed at the hearing.  Some of those issues involve dealings between EPIC and
8  potential clients, the identities of which Plaintiffs have contended are confidential.  Accordingly,
9  the Individual Defendants make this request to file under seal the supplemental declaration of
10 Brian Quinn ("the Quinn Supplemental Declaration") relating to the identities of such clients.
11     By way of this Administrative Motion, the Individual Defendants request, pursuant to
12 Local Rules 79-5(c) and 7-11(a), an order sealing paragraphs 2 through 4, inclusive, of the Quinn
13 Supplemental Declaration.

### DECLARATION OF CHEROKEE D.M. MELTON

15     In support of this Administrative Request, undersigned counsel Cherokee D. M. Melton,
16 under penalty of perjury, declares as follows:
17     1.  Paragraphs 2 through 4, inclusive, of the Quinn Supplemental Declaration
18 contains client information of the nature that Plaintiffs have sought to file under seal in their
19 prior filings in this case.
20     2.  Although the Individual Defendants do not believe this information should be
21 filed under seal, out of an abundance of caution, the Individual Defendants request permission to
22 file these paragraphs of the Quinn Supplemental Declaration conditionally under seal, pending
23 the Court's determination regarding whether the information is confidential.

### CONCLUSION

25     WHEREFORE, the Individual Defendants respectfully ask the Court to file under seal
26 paragraphs 2 through 4, inclusive, of the Quinn Supplemental Declaration.

27
28

KERR
& WAGSTAFFE
LLP

– 1 –
NOT. OF MOT. & MOT. FOR ADMIN. RELIEF SEEKING PERMISSION TO FILE UNDER SEAL

1  DATED: January 17, 2008

Respectfully submitted,

**KERR & WAGSTAFFE LLP**

By      /s/
CHEROKEE D.M. MELTON

Attorneys for Defendants
ANDREW ("WALLY") BROWN,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK

– 2 –
NOT. OF MOT. & MOT. FOR ADMIN. RELIEF SEEKING PERMISSION TO FILE UNDER SEAL