JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
CHEROKEE D.M. MELTON (243265)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
ANDREW ("WALLY") BROWN,
BRIAN QUINN, MICHAEL BROWN, and
LAURA WICK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGENER, and SHANDRANETTE MIDDLETON,<br><br>    Defendants. | Case No. C07-06418 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS *EX PARTE* MOTION FOR ADMINISTRATIVE RELIEF SEEKING PERMISSION TO FILE UNDER SEAL PORTIONS OF A SUPPLEMENTAL DECLARATION REQUESTED BY THE COURT**<br><br>DATE: January 11, 2008<br>TIME: 9 a.m.<br>DEPT: 2, 17th Floor<br><br>HON: Jeffrey S. White |

1    Good cause appearing, the Court orders that Defendants Ex Parte Motion for
2  Administrative Relief Seeking Permission to File Under Seal Portions of a Supplemental
3  Declaration Requested by the Court is GRANTED.  The following document shall be filed under
4  seal:
5    1)   Supplemental Declaration of Brian Quinn in Opposition to Plaintiffs' Motion for
6         a Temporary Restraining Order, Pursuant to The Court's Order Regarding Factual
7         Representations Made at January 11 Hearing, Paragraphs 2 through 4, inclusive.

9    IT IS SO ORDERED

11  DATED: _____    _____
                                     Hon. Jeffrey S. White