| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JAMES M. WAGSTAFFE (95535)<br>ADRIAN J. SAWYER (203712)<br>CHEROKEE D. M. MELTON (243265)<br>**KERR & WAGSTAFFE LLP**<br>100 Spear Street, Suite 1800<br>San Francisco, CA 94105–1528<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500 |
| 6<br>7 | Attorneys for Defendants<br>ANDREW ("WALLY") BROWN,<br>BRIAN QUINN, MICHAEL BROWN, and<br>LAURA WICK |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGNER, and SHANDRANETTE MIDDLETON,<br><br>    Defendants. | Case No. C07-06418 JSW<br><br>**SUPPLEMENTAL DECLARATION OF BRIAN QUINN IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PURSUANT TO COURT'S ORDER REGARDING FACTUAL REPRESENTATIONS MADE AT JANUARY 11 HEARING**<br><br>Date:       January 11, 2008<br>Time:       9 a.m.<br>Courtroom:  2, 17th Floor<br><br>Hon. Jeffrey S. White |

**LODGED UNDER SEAL PENDING MOTION TO FILE UNDER SEAL**

CASE NO. C 07-06418 JSW                                                                           SUPPL. DECL. OF BRIAN QUINN

1  **MANUAL FILING NOTIFICATION**

2  Regarding: Supplemental Declaration of Brian Quinn in Opposition to Plaintiffs' Motion
3  for a Temporary Restraining Order, Pursuant to The Court's Order Regarding Factual
4  Representations Made at January 11 Hearing.

5  This filing is in paper or physical form only, and is being maintained in the case file in
6  the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy
7  shortly. For information on retrieving this filing directly from the court, please see the court's
8  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not efiled for the following reason(s):

10  [_] Voluminous Document (PDF file size larger than the efiling system allows)

11  [_] Unable to Scan Documents

12  [_] Physical Object (description): _____

13  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14  [X] Item Under Seal

15  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  [_] Other (description): _____

19  DATED: January 17, 2008          Respectfully submitted,

20                                   **KERR & WAGSTAFFE LLP**

22                          By  _____/s/_____
                                CHEROKEE D.M. MELTON

24                          Attorneys for Defendants
                            ANDREW ("WALLY") BROWN,
25                          BRIAN QUINN, MICHAEL BROWN, and
                            LAURA WICK