1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
9  Insurance Brokers of California, Inc.

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  ARTHUR J. GALLAGHER & CO., INC.,        CASE NO. C 07-06418 JSW
    a Delaware Corporation, et al.,
15                                          **GALLAGHER'S OBJECTIONS TO**
                                            **SUPPLEMENTAL EVIDENCE**
16              Plaintiffs,                 **SUBMITTED BY DEFENDANTS IN**
                                            **SUPPORT OF THEIR OPPOSITION TO**
17       vs.                                **GALLAGHER'S MOTION FOR**
                                            **TEMPORARY RESTRAINING ORDER**
18  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; et al.,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1    Plaintiffs Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co., Insurance

2  Brokers of California, Inc. (collectively, "Gallagher") submit these Objections to the

3  Supplemental Declarations of Allen A. Amos, Neil Cohn, Robert E. Dutto, Robert Ellsworth,

4  John Hahn, Stephen Hause and Brian Quinn submitted by Defendants in support of EPIC's

5  Memorandum of Points and Authorities in Opposition to Plaintiff Gallagher's Motion for a

6  Temporary Restraining Order ("Opposition").

7  **OBJECTIONS TO THE DECLARATIONS**

| Key to Objections | |
|---|---|
| 1 | Improper New Evidence Beyond Scope of Court's Inquiry and Counsel's Offers of Proof |
| 2 | Authenticity (FRE 901) |
| 3 | Hearsay (FRE 802) |
| 4 | Hearsay Within Hearsay (FRE 805) |
| 5 | Improper Opinion (FRE 701, 702, and 703): improper lay opinion; expert opinion not likely to assist fact-finder because not sufficiently beyond common experience; opinion likely to prejudice, confuse or mislead the fact-finder; legal conclusions; opinion not based on reliable facts or data; and opinion based on speculation, conjecture or other improper matter. |
| 6 | Irrelevant and Prejudicial (FRE 401, 402, and 403) |
| 7 | Lacks Foundation, Speculative and/or Conclusory (lack of personal knowledge under FRE 602, lack of expert qualifications on subject, and opinion based on assumed facts for which there is no admissible evidence.) |
| 8 | Contradicts or is inconsistent with previous testimony (A declarant cannot establish a fact by contradicting his or her own prior testimony. See, e.g., Kennedy v. Allied Mut. Ins. Co., 952 F.2d 262, 266 (9th Cir. 1991) ("a party cannot create an issue of fact by an affidavit contradicting his prior deposition testimony."). |

| | Declaration | Objection | Paragraph: Line |
|---|---|---|---|
| 1 | **Ellsworth** | 1 | 4:17<br><br>6:20-28:<br>• Ellsworth Decl., 8:12-13—"I did not access the computer over the weekend…I accessed my Blackberry to check for messages…"<br>• 1/11/08 Hearing Transcript—Mr. Purcell: "The answer to [5] B is no, he did not use them [Gallagher laptop and Blackberry] over the weekend. He did not look at them. He did not access any information on them."<br>• Ellsworth Suppl. Decl., 6:20-28—"I did not use or access the laptop or Blackberry device after accepting EPIC's employment offer on December 10, 2007. I believe that I last accessed Gallagher business information on the laptop on December 7, 2007." |

| | | 6 | 3:11-12, 7:1-2 |
|---|---|---|---|
| | | 7 | 4:17, 5:18-19, 6:20-28, 7:1-2 |
| | | 8 | 6:20-28:<br>• Ellsworth Decl., 8:12-13—"I did not access the computer over the weekend…I accessed my Blackberry to check for messages…"<br>• Ellsworth Suppl. Decl., 6:20-28—"I did not use or access the laptop or Blackberry device after accepting EPIC's employment offer on December 10, 2007. I believe that I last accessed Gallagher business information on the laptop on December 7, 2007." |
| 2 | Amos | 1 | 4:19-20 |
| | | 5 | 3:12-14 |
| | | 6 | 4:17-19, 5:22-28 |
| | | 7 | 3:11-16, 4:19-20, 5:22-28, 5:27-28 |
| 3 | Cohn | 3 | 7:25-28, 8:7-8 |
| | | 6 | 6:21-23, 7:27-28, 7:2-5, 8:9, 9:16-18, 9:19-20 |
| | | 7 | 3:9-11, 4:14-15, 7:27-28, 7:1-5, 8:8-9, 9:14-22 |
| 4 | Dutto | 6 | 3:10-12 |
| | | 7 | 3:11-12 |
| 5 | Hahn | 3 | 4:18-23 |
| | | 5 | 4:23-26, 6:5-6, 8:21-24, 9:5-6 |
| | | 6 | 4:25-26, 6:5-6, 8:24-28, 8:1-2, 9:4-6, 10:14-15 |
| | | 7 | 4:17-26, 5:1-2, 5:28-29, 6:4-7, 7:13-18, 8:20-28, 8:1-3, 9:4-9, 10:10-15 |
| 6 | Hause | 1 | 5:24-26, 5:28, 5:1-2, 6:3-6, 7:8-11 |
| | | 3 | 4:22 |
| | | 5 | 7:8-11 |
| | | 6 | 4:15-17, 6:3-6, 7:8-11 |
| | | 7 | 4:19-23; 5:26-27, 6:4-6 |
| | | 8 | 4:12-14 |
| 7 | Quinn | 7 | 3:9-10 |

DATED:  January 18, 2008       PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____
              SARJU A. NARAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher &
Co., Insurance Brokers of California, Inc.