```
1   KEKER & VAN NEST, LLP
    ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2   DANIEL PURCELL - #191424 (dpurcell@kvn.com)
    R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3   710 Sansome Street
    San Francisco, California 94111-1704
4   Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
5
    Attorneys for Defendants
6   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
    COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
    HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
    WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R.
9   STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. C07 06418 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION SEEKING PERMISSION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL<br><br>Date Comp. Filed: December 20, 2007 |

1

409464.01

[~~PROPOSED~~] ORDER GRANTING DEFS' ADMINISTRATIVE MOTION SEEKING PERMISSION ~~TO FILE A SUR-REPLY~~; CASE NO. C07 06418 JSW

1    Pursuant to Local Rules 7-11 and 79-5, and good cause having been shown, the
2  Individual Defendants' Administrative Motion Seeking Permission To File Under Seal Portions
3  Of Supplemental Declarations Requested By the Court ("the Motion") is hereby GRANTED.
4    Paragraphs 3 through 8, inclusive, of and Exhibit A to the Cohn Supplemental
5  Declaration and paragraphs 3 through 7, inclusive, of the Hause Supplemental Declaration are
6  hereby ordered sealed.
7    IT IS SO ORDERED.
8  Dated:  January 23        , 2008

By: *Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA