1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  CHEROKEE D.M. MELTON (243265)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5
   Attorneys for Defendants
6  ANDREW ("WALLY") BROWN,
   BRIAN QUINN, MICHAEL BROWN, and
7  LAURA WICK

8               **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11  ARTHUR J. GALLAGHER & CO., Inc., a          Case No. C07-06418 JSW
    Delaware Corporation, ARTHUR J.
12  GALLAGHER & CO., INSURANCE               **[PROPOSED] ORDER GRANTING
    BROKERS OF CALIFORNIA, INC., a          DEFENDANTS** *EX PARTE* **MOTION
13  California Corporation,                  FOR ADMINISTRATIVE RELIEF
                                             SEEKING PERMISSION TO FILE
14                                           UNDER SEAL PORTIONS OF A
         Plaintiffs,                         SUPPLEMENTAL DECLARATION
15                                           REQUESTED BY THE COURT**

16      v.

17  EDGEWOOD PARTNERS INSURANCE              DATE:  January 11, 2008
    CENTER, a California Corporation, DAN R. TIME:  9 a.m.
18  FRANCIS, JOHN G. HAHN, ANDREW            DEPT:  2, 17th Floor
    ("WALLY") BROWN, JR., BRIAN F. QUINN,
19  NEIL R. COHN, CAROLANN COHN,             HON:  Jeffrey S. White
    MICHAEL J. BROWN, STEPHEN HAUSE,
20  LAURA J. WICK, JAMES C. HALBLEIB,
    LAURINDA ("LAURIE") A. MARTIN, ERIC
21  CHUA, GEORGE J. PETTY, LINDA SOO
    HOO, ROBERT E. DUTTO, SUSAN M.
22  ENGLISH, DON J. JOHNSON, ALLEN L.
    AMOS, WILLIAM ("BILL") PHILLIPS, JR.,
23  DIRCK ("RICK") R. STINSON, ROBERT
    ("BOB") D. ELLSWORTH, ROBERT H.
24  WATKINS, PAUL H. WAGENER, and
    SHANDRANETTE MIDDLETON,
25
26      Defendants.
27
28

KERR
&
WAGSTAFFE
LLP

1    Good cause appearing, the Court orders that Defendants Ex Parte Motion for

2  Administrative Relief Seeking Permission to File Under Seal Portions of a Supplemental

3  Declaration Requested by the Court is GRANTED.  The following document shall be filed under

4  seal:

5         1)      Supplemental Declaration of Brian Quinn in Opposition to Plaintiffs' Motion for

6                 a Temporary Restraining Order, Pursuant to The Court's Order Regarding Factual

7                 Representations Made at January 11 Hearing, Paragraphs 2 through 4, inclusive.

8

9         IT IS SO ORDERED

10
                                          
    DATED:    January 23, 2008
11                                        _____
                                          Hon. Jeffrey S. White

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

CASE NO. C 07-06418 JSW                                              [PROPOSED] ORDER