IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER, & CO., INC., et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>EDGEWOOD PARTNERS INS. CENTER, et al.<br><br>  Defendants.<br>_____/ | No. C 07-06418 JSW<br><br>**ORDER SETTING SCHEDULE** |

Now before the Court is the proposed discovery plan submitted by the parties. The Court HEREBY SETS the following deadlines in this matter:

(1)  Deadline to provide initial disclosures: March 25, 2008;

(2)  Close of fact discovery: September 22, 2008;

(3)  Last day for expert disclosures: December 1, 2008;

(4)  Last day to for rebuttal expert disclosures: January 9, 2009; and

(5)  Close of expert discovery: February 6, 2009.

The Court FURTHER ORDERS that the Case Management Conference scheduled for April 4, 2008 is CONTINUED to December 19, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE