1   KEKER & VAN NEST, LLP
    ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2   DANIEL PURCELL - #191424 (dpurcell@kvn.com)
    R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3   710 Sansome Street
    San Francisco, California  94111-1704
4   Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
5

6   Attorneys for Defendants
    ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
    COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
    HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
    WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9   STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14   ARTHUR J. GALLAGHER & CO., a Delaware     Case No. 07-CV-06418-JSW
    Corporation, ARTHUR J. GALLAGHER & CO.
15   INSURANCE BROKERS OF CALIFORNIA,     **ANSWER OF SUSAN M. ENGLISH**
    INC., a California Corporation,               **TO FIRST AMENDED**
16                               **COMPLAINT FOR DAMAGES AND**
                    Plaintiffs,     **INJUNCTIVE RELIEF**
17
        v.
18
    EDGEWOOD PARTNERS INSURANCE
19   CENTER, a California corporation; DAN R.
    FRANCIS; JOHN G. HAHN; ANDREW
20   ("WALLY") BROWN, JR.; BRIAN F. QUINN;
    NEIL R. COHN; CAROLANN COHN;
21   MICHAEL J. BROWN; STEPHEN HAUSE;
    LAURA J. WICK; JAMES C. HALBLEIB;
22   STEPHEN HAUSE; LAURINDA ("LAURIE") A.
    MARTIN; ERIC CHUA; GEORGE J. PETTY;
23   LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
    M. ENGLISH; DON J. JOHNSON; ALLEN L.
24   AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
    DIRCK ("RICK") R. STINSON; ROBERT
25   ("BOB") D. ELLSWORTH; ROBERT H.
    WATKINS; PAUL H. WAGENER;
26   SHANDRANETTE MIDDLETON,

27                   Defendants.

28

1    Defendant Susan M. English ("English") answers plaintiffs' First Amended Complaint as

2  follows:

3                              I.    **NATURE OF ACTION**

4    1.    English denies Gallagher's allegations of "illegal raiding" or "associated theft and

5  use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of business,"

6  and the existence of any ongoing misconduct.  Except as expressly denied above, English admits

7  Gallagher's characterization of its complaint and the claims for relief set forth therein.

8    2.    English admits the allegations of this paragraph.

9    3.    English admits that EPIC touts its belief in principles of business ethics, but

10  denies, to the best of her knowledge, that EPIC behaved in a manner contrary to such ethical

11  principles.  English denies the remaining allegations in this paragraph as to her.  With respect to

12  the allegations in this paragraph as to other Individual Defendants, English lacks sufficient

13  information to admit or deny the allegations in this paragraph, and on that basis denies those

14  allegations.

15    4.    English denies the allegations in this paragraph as to her.  With respect to the

16  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

17  information to admit or deny the allegations in this paragraph, and on that basis denies those

18  allegations.

19    5.    This paragraph states legal conclusions to which no response is required.

20    6.    English lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22    7.    English denies the allegations in this paragraph as to her.  With respect to the

23  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

24  information to admit or deny the allegations in this paragraph, and on that basis denies those

25  allegations.

26    8.    English denies the allegations in this paragraph as to her.  With respect to the

27  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

28  information to admit or deny the allegations in this paragraph, and on that basis denies those

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  allegations.

2      9.      English denies the allegations in this paragraph as to her.  With respect to the

3  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

4  information to admit or deny the allegations in this paragraph, and on that basis denies those

5  allegations.

6      10.     English admits that Wally Brown and Brian Quinn held the most senior

7  management positions in Gallagher's San Ramon office.  As to the remainder of the allegations

8  in this paragraph, English lacks sufficient information to admit or deny, and on that basis denies

9  those allegations.

10     11.     English denies the allegations in this paragraph as to her.  With respect to the

11 allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

12 information to admit or deny the allegations in this paragraph, and on that basis denies those

13 allegations.

14              **II.      SUBJECT-MATTER JURISDICTION AND VENUE**

15     12.     This paragraph states a legal conclusion to which no response is required.

16     13.     This paragraph states a legal conclusion to which no response is required.

17              **III.     PARTIES AND PERSONAL JURISDICTION**

18     14.     English lacks sufficient information to admit or deny the allegations in this

19 paragraph, and on that basis denies those allegations.

20     15.     English admits the allegations in this paragraph.

21     16.     English admits that Francis and Hahn are co-founders of EPIC and have

22 experience in the insurance industry.  As to the remaining allegations in this paragraph, English

23 lacks sufficient information to admit or deny, and on that basis denies those allegations.

24     17.     English admits that Wally Brown, Brian Quinn, Neil Cohn, Jim Halbleib, and

25 Stephen Hause were former high-level employees of Gallagher.  As to the allegations in this

26 paragraph regarding the fiduciary status of certain individual defendants, those allegations state

27 legal conclusions to which no response is required.

28     18.     English admits that the Individual Defendants, including herself, are current

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   employees of EPIC and former employees of Gallagher.  English admits that she is a resident of

2   the State of California.  Except as expressly admitted, English denies the allegations of this

3   paragraph as they relate to her, and denies the allegations of this paragraph as they relate to other

4   Individual Defendants on the basis that she lacks sufficient information to admit or deny those

5   allegations.

6       19.     English denies the allegations in this paragraph as they relate to her.  For those

7   allegations that relate to other Individual Defendants and EPIC, English lacks sufficient

8   information to admit or deny, and on that basis denies those allegations.

9       20.     English admits that Gallagher has sued each of the Individual Defendants

10  individually as co-conspirators.  Except as expressly admitted, English denies the allegations of

11  this paragraph as they relate to her.  English denies the allegations of this paragraph as they relate

12  to other Individual Defendants and EPIC on the basis that she lacks sufficient information to

13  admit or deny those allegations.

14      21.     English admits that Gallagher has sued each of the Individual Defendants

15  individually and is alleging that each Individual Defendant acted as an agent of the others.

16  Except as expressly admitted, English denies the allegations of this paragraph as they relate to

17  her.  English denies the allegations of this paragraph as they relate to other Individual Defendants

18  and EPIC on the basis that she lacks sufficient information to admit or deny those allegations.

19                          IV.     **FACTUAL ALLEGATIONS**

20      22.     English denies that this paragraph accurately characterizes the job duties of

21  former Gallagher employees who left to join EPIC.  English denies the characterization that the

22  Individual Defendants left Gallagher "*en masse*."

23      23.     English lacks sufficient information to admit or deny the allegations in this

24  paragraph, and on that basis denies those allegations.

25      24.     English lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27      25.     English lacks sufficient information to admit or deny the allegations in this

28  paragraph, and on that basis denies those allegations.

410432.01

1        26.    English admits that Gallagher and its employees have invested resources in

2    developing relationships with their clients.  English further admits that, if Gallagher possessed

3    any confidential or trade-secret information, and, if that information were misappropriated by a

4    competitor, that misappropriation potentially could enable that competitor to compete unfairly

5    with Gallagher.  English specifically denies that she misappropriated any Gallagher confidential

6    information.  Except as expressly admitted or denied, English denies the allegations in this

7    paragraph as to her.  With respect to the allegation in this paragraph as to other Individual

8    Defendants, English lacks sufficient information to admit or deny the allegations in this

9    paragraph, and on that basis denies those allegations.

10        27.    English admits that, during her employment at Gallagher, she gained access to

11    non-public Gallagher information.  Except as expressly admitted, English lacks sufficient

12    information to admit or deny the allegations in this paragraph, and on that basis denies those

13    allegations.

14        28.    English admits the existence of Gallagher's Code for Business Conduct and

15    Ethics and Executive Agreements referenced in this paragraph.  Without having those documents

16    in her possession, English lacks sufficient information to admit or deny Gallagher's allegations

17    regarding the content of those documents, and on that basis denies those allegations.  With

18    respect to Gallagher's allegations regarding its Non-Competition Agreement with Wally Brown

19    and Stockholder Agreement, English lacks sufficient information to admit or deny those

20    allegations, and on that basis denies those allegations.  Finally, Gallagher's statement that it

21    "takes reasonable and appropriate measures to safeguard its non-public commercially valuable

22    information" states a legal conclusion to which no response is required.

23        29.    English admits that she executed a Producer Agreement with EPIC in conjunction

24    with beginning work at EPIC.  English further admits that her agreement contains provisions

25    regarding (a) confidential information and trade secrets, (b) solicitation of employees, (c) duty of

26    loyalty, (d) solicitation of customers, and (e) injunctive relief.  Except as expressly admitted,

27    English lacks sufficient information to admit or deny the allegations in this paragraph, and on

28    that basis denies those allegations.

4

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    30.    English lacks sufficient information to admit or deny the allegations in this
2 paragraph, and on that basis denies those allegations.

3    31.    English lacks sufficient information to admit or deny the allegations in this
4 paragraph, and on that basis denies those allegations.

5    32.    English lacks sufficient information to admit or deny the allegations in this
6 paragraph, and on that basis denies those allegations.

7    33.    English admits the allegations in this paragraph.

8    34.    English lacks sufficient information to admit or deny the allegations in this
9 paragraph, and on that basis denies those allegations.

10    35.    English denies the allegations in this paragraph as to her.  With respect to the
11 allegations in this paragraph as to other Individual Defendants, English lacks sufficient
12 information to admit or deny the allegations in this paragraph, and on that basis denies those
13 allegations.

14    36.    English denies the allegations in this paragraph as to her.  With respect to the
15 allegations in this paragraph as to other Individual Defendants, English lacks sufficient
16 information to admit or deny the allegations in this paragraph, and on that basis denies those
17 allegations.

18    37.    English denies the allegations in this paragraph as to her.  With respect to the
19 allegations in this paragraph as to other Individual Defendants, English lacks sufficient
20 information to admit or deny the allegations in this paragraph, and on that basis denies those
21 allegations.

22    38.    English lacks sufficient information to admit or deny the allegations in this
23 paragraph, and on that basis denies those allegations.

24    39.    English lacks sufficient information to admit or deny the allegations in this
25 paragraph, and on that basis denies those allegations.

26    40.    English lacks sufficient information to admit or deny the allegations in this
27 paragraph, and on that basis denies those allegations.

28    41.    English lacks sufficient information to admit or deny the allegations in this

5

1   paragraph, and on that basis denies those allegations.

2       42.    English lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4       43.    English lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6       44.    English lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8       45.    English lacks sufficient information to admit or deny the allegations in this

9   paragraph, and on that basis denies those allegations.

10      46.    English lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12      47.    English lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14      48.    English lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16      49.    English lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18      50.    English lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20      51.    English lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22      52.    English lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24      53.    English lacks sufficient information to admit or deny the allegations in this

25  paragraph, and on that basis denies those allegations.

26      54.    English lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28      55.    English lacks sufficient information to admit or deny the allegations in this

410432.01    ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  paragraph, and on that basis denies those allegations.

2      56.    English lacks sufficient information to admit or deny the allegations in this

3  paragraph, and on that basis denies those allegations.

4      57.    English lacks sufficient information to admit or deny the allegations in this

5  paragraph, and on that basis denies those allegations.

6      58.    English lacks sufficient information to admit or deny the allegations in this

7  paragraph, and on that basis denies those allegations.

8      59.    English lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10     60.    English lacks sufficient information to admit or deny the allegations in this

11 paragraph, and on that basis denies those allegations.

12     61.    English lacks sufficient information to admit or deny the allegations in this

13 paragraph, and on that basis denies those allegations.

14     62.    English lacks sufficient information to admit or deny the allegations of this

15 paragraph, and on that basis denies those allegations.

16     63.    English denies the allegations in this paragraph as to her.  With respect to the

17 allegations in this paragraph as to other Individual Defendants, English lacks sufficient

18 information to admit or deny the allegations in this paragraph, and on that basis denies those

19 allegations.

20     64.    English denies the allegations in this paragraph as to her.  With respect to the

21 allegations in this paragraph as to other Individual Defendants, English lacks sufficient

22 information to admit or deny the allegations in this paragraph, and on that basis denies those

23 allegations.

24     65.    The first sentence of this paragraph is a prefatory statement to which no response

25 is required.  English denies the remaining allegations in this paragraph as to her.  With respect to

26 the allegations in this paragraph as to other Individual Defendants, English lacks sufficient

27 information to admit or deny the allegations in this paragraph, and on that basis denies those

28 allegations.

7

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    66.    English admits that George Petty was responsible for IT and computer systems in

2  Gallagher's San Ramon office.  Except as expressly admitted, English lacks sufficient

3  information to admit or deny, and on that basis denies those allegations.

4    67.    English denies the allegations in this paragraph as to her.  With respect to the

5  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

6  information to admit or deny the allegations in this paragraph, and on that basis denies those

7  allegations.

8    68.    English lacks sufficient information to admit or deny the allegations of this

9  paragraph, and on that basis denies those allegations.

10    69.    English denies the allegations in this paragraph as to her.  With respect to the

11  allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

12  information to admit or deny the allegations in this paragraph, and on that basis denies those

13  allegations.

14    70.    English lacks sufficient information to admit or deny the allegations of this

15  paragraph, and on that basis denies those allegations.

16    71.    English lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18    72.    English lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20    73.    English lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22    74.    English admits the allegations in this paragraph.

23    75.    English denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

25  information to admit or deny the allegations in this paragraph, and on that basis denies those

26  allegations.

27    76.    English denies the allegations in this paragraph as to her.  With respect to the

28  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

8

1   information to admit or deny the allegations in this paragraph, and on that basis denies those
2   allegations.

3        77.    English denies the allegations in this paragraph as to her.  With respect to the
4   allegations in this paragraph as to other Individual Defendants, English lacks sufficient
5   information to admit or deny the allegations in this paragraph, and on that basis denies those
6   allegations.

7        78.    English lacks sufficient information to admit or deny the allegations in this
8   paragraph, and on that basis denies those allegations.

9        79.    English lacks sufficient information to admit or deny the allegations in this
10  paragraph, and on that basis denies those allegations.

11       80.    English lacks sufficient information to admit or deny the allegations in this
12  paragraph, and on that basis denies those allegations.

13       81.    English denies the allegations in this paragraph as to her.  With respect to the
14  allegations in this paragraph as to other Individual Defendants, English lacks sufficient
15  information to admit or deny the allegations in this paragraph, and on that basis denies those
16  allegations.

17       82.    With respect to the allegations regarding Cohn's resignation letter, that letter is set
18  forth in its entirety this paragraph.  The document speaks for itself.  With respect to the
19  allegations in this paragraph as to other Individual Defendants, English lacks sufficient
20  information to admit or deny the allegations in this paragraph, and on that basis denies those
21  allegations.

22       83.    English lacks sufficient information to admit or deny the allegations in this
23  paragraph, and on that basis denies those allegations.

24       84.    English lacks sufficient information to admit or deny the allegations in this
25  paragraph, and on that basis denies those allegations.

26       85.    English lacks sufficient information to admit or deny the allegations in this
27  paragraph, and on that basis denies those allegations.

28       86.    English lacks sufficient information to admit or deny the allegations in this

410432.01

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  paragraph, and on that basis denies those allegations.

2      87.    English admits that Wally Brown and Brian Quinn announced their resignations

3  at an all-hands meeting at Gallagher's San Ramon office on December 7, 2007. Except as

4  expressly admitted, English lacks sufficient information to admit or deny the allegations in this

5  paragraph, and on that basis denies those allegations.

6      88.    English lacks sufficient information to admit or deny the allegations in this

7  paragraph, and on that basis denies those allegations.

8      89.    English lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10     90.    English lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12     91.    English admits that she interviewed with EPIC on December 10, 2007 and

13  received an employment offer that day. With respect to the allegations in this paragraph as to

14  other Individual Defendants and EPIC, English lacks sufficient information to admit or deny the

15  allegations in this paragraph, and on that basis denies those allegations.

16     92.    English admits that she resigned from Gallagher on December 11, 2007 without

17  giving prior notice to work at EPIC. English denies that she coordinated her resignation with

18  any other employees or EPIC. English denies the remaining allegations in this paragraph as to

19  her. With respect to the allegations in this paragraph as to other Individual Defendants, English

20  lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis

21  denies those allegations.

22     93.    English admits that she accessed her work email by means of a BlackBerry email

23  device over the weekend of December 8-9, 2007 for legitimate business purposes. Except as

24  expressly admitted, English denies the allegations in this paragraph as to her. With respect to the

25  allegations in this paragraph as to other Individual Defendants, English lacks sufficient

26  information to admit or deny the allegations in this paragraph, and on that basis denies those

27  allegations.

28     94.    English lacks sufficient information to admit or deny the allegations in this

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   paragraph, and on that basis denies those allegations.

2       95.    English lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4       96.    English lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6       97.    English lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8       98.    English admits that she resigned from Gallagher on December 11, 2007 without

9   giving prior notice.  Except as expressly admitted, English denies the remaining allegations of

10  this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

11  Defendants and EPIC, English lacks sufficient information to admit or deny the allegations in

12  this paragraph, and on that basis denies those allegations.

13      99.    English lacks sufficient information to admit or deny the allegations in this

14  paragraph, and on that basis denies those allegations.

15      100.   English lacks sufficient information to admit or deny the allegations in this

16  paragraph, and on that basis denies those allegations.

17      101.   English lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19      102.   English denies the allegations in this paragraph as to her.  With respect to the

20  allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

21  information to admit or deny the allegations in this paragraph, and on that basis denies those

22  allegations.

23      103.   This paragraph states a legal conclusion to which no response is required.  To the

24  degree a response is required, English denies the allegations in this paragraph as to her.  With

25  respect to allegations in this paragraph as to other Individual Defendants and EPIC, English lacks

26  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

27  those allegations.  Although Plaintiffs do not specifically identify the document they quote, any

28  such document will speak for itself.

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    104.    English denies the allegations in this paragraph as to her. With respect to the

2    allegations in this paragraph as to other Individual Defendants, English lacks sufficient

3    information to admit or deny the allegations in this paragraph, and on that basis denies those

4    allegations.

5    105.    English lacks sufficient information to admit or deny the allegations in this

6    paragraph, and on that basis denies those allegations.

7    106.    English lacks sufficient information to admit or deny the allegations in this

8    paragraph, and on that basis denies those allegations.

9    107.    English denies the allegations in this paragraph as to her. With respect to the

10   allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

11   information to admit or deny the allegations in this paragraph, and on that basis denies those

12   allegations.

13   108.    English lacks sufficient information to admit or deny the allegations in this

14   paragraph, and on that basis denies those allegations.

15   109.    English lacks sufficient information to admit or deny the allegations in this

16   paragraph, and on that basis denies those allegations.

17   110.    English lacks sufficient information to admit or deny the allegations in this

18   paragraph, and on that basis denies those allegations.

19   111.    English lacks sufficient information to admit or deny the allegations in this

20   paragraph, and on that basis denies those allegations.

21   112.    English lacks sufficient information to admit or deny the allegations in this

22   paragraph, and on that basis denies those allegations.

23   113.    English lacks sufficient information to admit or deny the allegations in this

24   paragraph, and on that basis denies those allegations.

25   114.    English denies the allegations in this paragraph as to her. With respect to the

26   allegations in this paragraph as to other Individual Defendants, English lacks sufficient

27   information to admit or deny the allegations in this paragraph, and on that basis denies those

28   allegations.

410432.01

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1     115.   English denies that she used any deceptive or unlawful business practices, or any

2 Gallagher business information, to convince any client to switch its business from Gallagher to

3 EPIC. Except as expressly denied, English lacks sufficient information to admit or deny the

4 allegations in this paragraph, and on that basis denies these allegations.

5     116.   English lacks sufficient information to admit or deny the allegations in this

6 paragraph, and on that basis denies those allegations.

7     117.   English denies the allegations in this paragraph as to her. With respect to the

8 allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

9 information to admit or deny the allegations in this paragraph, and on that basis denies those

10 allegations.

11     118.   English lacks sufficient information to admit or deny the allegations in this

12 paragraph, and on that basis denies those allegations.

13     119.   English denies that she has solicited any Gallagher employees or customers.

14 Except as expressly denied, English lacks sufficient information to admit or deny the allegations

15 in this paragraph, and on that basis denies those allegations.

16     120.   English denies the allegations in this paragraph as to her. With respect to the

17 allegations in this paragraph as to other Individual Defendants, English lacks sufficient

18 information to admit or deny the allegations in this paragraph and EPIC, and on that basis denies

19 those allegations.

20     121.   English denies the allegations in this paragraph as to her. With respect to the

21 allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

22 information to admit or deny the allegations in this paragraph, and on that basis denies those

23 allegations.

24     122.   This paragraph states a legal conclusion to which no response is required.

25     123.   English denies the allegations in this paragraph as to her. With respect to the

26 allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

27 information to admit or deny the allegations in this paragraph, and on that basis denies those

28 allegations.

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

124.    English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

125.    English denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

126.    This paragraph states legal conclusions to which no response is required.

127.    This paragraph states legal conclusions to which no response is required.

## COUNT ONE

**(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**

128.    English realleges and incorporates by reference her responses to paragraphs 1 through 127.

129.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

130.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

131.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

132.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

133.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

134.    This cause of action is not asserted against English.  English, therefore, is not required to and does not respond to the allegations in the paragraph.

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

## COUNT TWO

**(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton and Watkins)**

135.    English realleges and incorporates by reference her responses to paragraphs 1 through 134.

136.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

137.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

138.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

139.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

140.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

141.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

142.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

## COUNT THREE

**(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 *et seq.* – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on behalf of and in furtherance of the conspiracy with EPIC)**

143.    English realleges and incorporates by reference her responses to paragraphs 1 through 142.

144.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

145.    This cause of action is not asserted against English. English, therefore, is not required to and does not respond to the allegations in the paragraph.

1    146.    This cause of action is not asserted against English.  English, therefore, is not
2  required to and does not respond to the allegations in the paragraph.

3    147.    This cause of action is not asserted against English.  English, therefore, is not
4  required to and does not respond to the allegations in the paragraph.

5    148.    This cause of action is not asserted against English.  English, therefore, is not
6  required to and does not respond to the allegations in the paragraph.

7    149.    This cause of action is not asserted against English.  English, therefore, is not
8  required to and does not respond to the allegations in the paragraph.

9    150.    This cause of action is not asserted against English.  English, therefore, is not
10  required to and does not respond to the allegations in the paragraph.

11    151.    This cause of action is not asserted against English.  English, therefore, is not
12  required to and does not respond to the allegations in the paragraph.

13    152.    This cause of action is not asserted against English.  English, therefore, is not
14  required to and does not respond to the allegations in the paragraph.

15    153.    This cause of action is not asserted against English.  English, therefore, is not
16  required to and does not respond to the allegations in the paragraph.

17                          **COUNT FOUR**

18  **(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against
19  Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on
     behalf of and in furtherance of the conspiracy with EPIC)**
20

21    154.    English realleges and incorporates by reference her responses to paragraphs 1
22  through 153.

23    155.    This cause of action is not asserted against English.  English, therefore, is not
24  required to and does not respond to the allegations in the paragraph.

25    156.    This cause of action is not asserted against English.  English, therefore, is not
26  required to and does not respond to the allegations in the paragraph.

27    157.    This cause of action is not asserted against English.  English, therefore, is not
28  required to and does not respond to the allegations in the paragraph.

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    158.    This cause of action is not asserted against English.  English, therefore, is not

2  required to and does not respond to the allegations in the paragraph.

3    159.    This cause of action is not asserted against English.  English, therefore, is not

4  required to and does not respond to the allegations in the paragraph.

5    160.    This cause of action is not asserted against English.  English, therefore, is not

6  required to and does not respond to the allegations in the paragraph.

7  **COUNT FIVE**

8
9  **(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

10    161.    English realleges and incorporates by reference her responses to paragraphs 1

11  through 160.

12    162.    This cause of action is not asserted against English.  English, therefore, is not

13  required to and does not respond to the allegations in the paragraph.

14    163.    This cause of action is not asserted against English.  English, therefore, is not

15  required to and does not respond to the allegations in the paragraph.

16    164.    This cause of action is not asserted against English.  English, therefore, is not

17  required to and does not respond to the allegations in the paragraph.

18    165.    This cause of action is not asserted against English.  English, therefore, is not

19  required to and does not respond to the allegations in the paragraph.

20  **COUNT SIX**

21  **(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause, Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

22

23    166.    English realleges and incorporates by reference her responses to paragraphs 1

24  through 165.

25    167.    English admits that she signed an Executive Agreement with Gallagher.  Without

26  having possession of the Executive Agreement she signed, English lacks sufficient information

27  to admit or deny its contents, and on that basis denies the allegations in the first sentence of this

28  paragraph.  In any event, the Executive Agreement will speak for itself.  English admits that,

410432.01

1    when she began work with EPIC, she agreed to maintain and not to misappropriate any EPIC

2    confidential or proprietary information, and not to solicit EPIC employees.

3        168.    English admits that she agreed to abide by Gallagher's Code of Business Conduct

4    and Ethics.  Without having possession of a copy of that Code, English lacks sufficient

5    information to admit or deny its contents, and on that basis denies the allegations in the first

6    sentence of this paragraph.  In any event, the Code will speak for itself.

7        169.    English lacks sufficient information to admit or deny the allegations in this

8    paragraph, and on that basis denies those allegations.

9        170.    English lacks sufficient information to admit or deny the allegations in this

10    paragraph, and on that basis denies those allegations.

11        171.    English denies the allegations in this paragraph as to her.  With respect to

12    allegations in this paragraph as to other Individual Defendants, English lacks sufficient

13    information to admit or deny the allegations in this paragraph, and on that basis denies those

14    allegations.

15        172.    English denies that she materially breached any contract with Gallagher.  English

16    lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on

17    that basis denies those allegations.

18        173.    This paragraph states legal conclusions to which no response is required.

19                          **COUNT SEVEN**

20    **(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown,
      Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin,**

21    **Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

22        174.    English realleges and incorporates by reference her responses to paragraphs 1

23    through 173.

24        175.    This paragraph states a legal conclusion to which no response is required.

25        176.    English denies the allegations in this paragraph as to her.  With respect to

26    allegations in this paragraph as to other Individual Defendants, English lacks sufficient

27    information to admit or deny the allegations in this paragraph, and on that basis denies those

28    allegations.

410432.01        ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
                          INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

177.    English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

178.    English denies that she breached any duties contained in any agreements she signed with Gallagher.  English lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on that basis denies those allegations.

## COUNT EIGHT

**(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos, Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul Wagener)**

179.    English realleges and incorporates by reference her responses to paragraphs 1 through 178.

180.    English admits that she was a Gallagher officer.  With respect to allegations in this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  Although Plaintiffs do not specifically identify the document they quote, any such document will speak for itself.  The remaining allegations in this paragraph state a legal conclusion to which no response is required.

181.    English denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

182.    This paragraph states a legal conclusion to which no response is required.

183.    English denies that she did any act willfully or maliciously with the intent to injure Gallagher or for her personal financial benefit or for the financial benefit of EPIC or anyone else.  With respect to allegations in this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The remainder of this paragraph states legal conclusions to which no response is required.

410432.01

## COUNT NINE

**(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants Except Francis and Hahn)**

184.    English realleges and incorporates by reference her responses to paragraphs 1 through 183.

185.    This paragraph states a legal conclusion to which no response is required.

186.    English admits that, prior to her resignation from Gallagher, she was an employee of Gallagher.  The remainder of this paragraph states legal conclusions to which no response is required.

187.    English denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

188.    English denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

189.    English denies the allegations in the first two sentences of this paragraph as to her.  With respect to allegations in the first two sentences this paragraph as to other Individual Defendants, English lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The third sentence of this paragraph states legal conclusions to which no response is required.

## COUNT TEN

**(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn, and Wick)**

190.    English realleges and incorporates by reference her responses to paragraphs 1 through 189.

191.    This cause of action is not asserted against English.  English, therefore, is not

20

410432.01

1  required to and does not respond to the allegations in the paragraph.

2      192.    This cause of action is not asserted against English.  English, therefore, is not

3  required to and does not respond to the allegations in the paragraph.

4      193.    This cause of action is not asserted against English.  English, therefore, is not

5  required to and does not respond to the allegations in the paragraph.

6      194.    This cause of action is not asserted against English.  English, therefore, is not

7  required to and does not respond to the allegations in the paragraph.

8      195.    This cause of action is not asserted against English.  English, therefore, is not

9  required to and does not respond to the allegations in the paragraph.

10     196.    This cause of action is not asserted against English.  English, therefore, is not

11  required to and does not respond to the allegations in the paragraph.

12
### COUNT ELEVEN

13
**(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC,**
14  **Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth,**
**Halbleib, Hause, Johnson, Quinn, and Wagener)**

15     197.    English realleges and incorporates by reference her responses to paragraphs 1

16  through 196.

17     198.    This cause of action is not asserted against English.  English, therefore, is not

18  required to and does not respond to the allegations in the paragraph.

19     199.    This cause of action is not asserted against English.  English, therefore, is not

20  required to and does not respond to the allegations in the paragraph.

21     200.    This cause of action is not asserted against English.  English, therefore, is not

22  required to and does not respond to the allegations in the paragraph.

23     201.    This cause of action is not asserted against English.  English, therefore, is not

24  required to and does not respond to the allegations in the paragraph.

25     202.    This cause of action is not asserted against English.  English, therefore, is not

26  required to and does not respond to the allegations in the paragraph.

27

28

410432.01

1

### COUNT TWELVE

2

### (Unfair Competition – Cal. Bus. & Prof. Code §17200 *et seq.* – Against All Defendants)

3      203.   English realleges and incorporates by reference her responses to paragraphs 1

4  through 202.

5      204.   This paragraph states legal conclusions to which no response is required.

6      205.   This paragraph states legal conclusions to which no response is required.

7

### COUNT THIRTEEN

8

### (Unjust Enrichment – Against All Defendants)

9      206.   English realleges and incorporates by reference her responses to paragraphs 1

10  through 205.

11      207.   English denies the allegations in this paragraph as to her.  With respect to

12  allegations in this paragraph as to other Individual Defendants and EPIC, English lacks sufficient

13  information to admit or deny the allegations in this paragraph, and on that basis denies those

14  allegations.

15      208.   This paragraph states legal conclusions to which no response is required.

16

### COUNT FOURTEEN

17

### (Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)

18      209.   English realleges and incorporates by reference her responses to paragraphs 1

19  through 208.

20      210.   This cause of action is not asserted against English.  English, therefore, is not

21  required to and does not respond to the allegations in the paragraph.

22      211.   This cause of action is not asserted against English.  English, therefore, is not

23  required to and does not respond to the allegations in the paragraph.

24      212.   This cause of action is not asserted against English.  English, therefore, is not

25  required to and does not respond to the allegations in the paragraph.

26      213.   This cause of action is not asserted against English.  English, therefore, is not

27  required to and does not respond to the allegations in the paragraph.

28      214.   This cause of action is not asserted against English.  English, therefore, is not

22

1  required to and does not respond to the allegations in the paragraph.

2  **AFFIRMATIVE DEFENSES**

3      For its affirmative defenses to the First Amended Complaint ("FAC"), English alleges the

4  following:

5  **FIRST AFFIRMATIVE DEFENSE**

6  (Failure to State a Claim)

7      The FAC, and each purported count therein, fails to state a claim upon which relief can

8  be granted.

9  **SECOND AFFIRMATIVE DEFENSE**

10  (Failure to Allege Sufficient Facts)

11      The FAC, and each purported count therein, fails to state facts sufficient to constitute a

12  cause of action.

13  **THIRD AFFIRMATIVE DEFENSE**

14  (Justification)

15      The actions of EPIC that allegedly give rise to liability herein, if any such actions

16  occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

17  **FOURTH AFFIRMATIVE DEFENSE**

18  (Failure to Establish Causation)

19      Without in any way admitting that any of the conduct alleged in the FAC occurred or is

20  in any way unlawful, Gallagher may not recover any damages sought herein because there is no

21  causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by

22  Gallagher.

23  **FIFTH AFFIRMATIVE DEFENSE**

24  (Good Faith)

25      EPIC acted in good faith and did not directly or indirectly perform any acts that would

26  constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

27  ////

28  ////

410432.01

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

**SIXTH AFFIRMATIVE DEFENSE**

(Failure to Conduct Reasonable Inquiry)

The FAC, and each and every purported cause of action alleged therein, is barred because Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

**SEVENTH AFFIRMATIVE DEFENSE**

(Privilege of Competition)

Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the privilege to compete.

**EIGHTH AFFIRMATIVE DEFENSE**

(Absence of Irreparable Harm)

To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief because the injury or damages suffered by Gallagher, if any, would be adequately compensated in an action at law for damages.

**NINTH AFFIRMATIVE DEFENSE**

(Equitable Estoppel)

Some of the claims are barred by the doctrine of equitable estoppel.

**TENTH AFFIRMATIVE DEFENSE**

(Judicial Estoppel)

Some of the claims are barred by the doctrine of judicial estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

Some of the claims are barred by the doctrine of unclean hands.

**TWELFTH AFFIRMATIVE DEFENSE**

(Failure to Establish Misappropriation)

Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ. Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

2   **THIRTEENTH AFFIRMATIVE DEFENSE**

3   (Failure to Establish Existence of Trade Secrets)

4       Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

5   Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is

6   readily ascertainable by proper means and is therefore not a "trade secret" under California law.

7   **FOURTEENTH AFFIRMATIVE DEFENSE**

8   (Invalidity of Contracts)

9       Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the

10  Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive

11  Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid

12  contracts as they lack consideration and/or are void for public policy reasons under California

13  law.

14  **FIFTEENTH AFFIRMATIVE DEFENSE**

15  (Failure to Establish a Private Cause of Action)

16      Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is

17  barred as an improper cause of action.

18  **SIXTEENTH AFFIRMATIVE DEFENSE**

19  (Public Policy)

20      Some of the claims are barred insofar as several contract provisions are void for public

21  policy.

22  **SEVENTEENTH AFFIRMATIVE DEFENSE**

23  (Waiver)

24      Gallagher has waived the right, if any, to pursue the claims in the FAC, and each

25  purported cause of action contained therein, by reason of Gallagher's own actions and course of

26  conduct.

27  ////

28  ////

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Absence of Deception)

Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that EPIC's conduct is not likely to mislead the public or harm Gallagher.

## NINETEENTH AFFIRMATIVE DEFENSE

(Lack of Specificity)

The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim with the requisite particularity.

## TWENTIETH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

The FAC, and each and every purported cause of action alleged therein, is barred because any recovery would result in Gallagher's unjust enrichment.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as required by law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

(Punitive Damages)

Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in the FAC, because California's laws regarding the alleged conduct in question in this action are too vague to permit the imposition of punitive damages, and the award of punitive damages as applied to the facts of this case would violate EPIC's constitutional rights under the United States and California Constitution.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

(Improper Restraint of Competition)

Some of Plaintiffs' claims are improper efforts to restrain competition and employee mobility in violation of Cal. Bus. & Prof. Code § 16600.

////

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Incorporation of Other Defenses)

EPIC adopts and incorporates any and all other defenses raised or to be raised by any other defendant joined in this litigation to the extent that said defenses are not inconsistent with EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising out of this lawsuit.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

EPIC reserves the right to raise additional affirmative and other defenses as they are discovered or otherwise become available.

## PRAYER FOR RELIEF

English denies that Gallagher is entitled to any of the relief requested in its FAC. WHEREFORE, English prays:

1.  That Gallagher take nothing by reason of its FAC;

2.  That judgment be rendered in favor of English;

3.  That English be awarded her costs incurred in defense of this action; and,

4.  That the Court provide such other relief as it deems proper.

Dated: February 8, 2008                    KEKER & VAN NEST, LLP


                                           By:  s/Daniel Purcell
                                                DANIEL PURCELL
                                                Attorneys for Defendants
                                                ALLEN L. AMOS, ERIC CHUA, CAROL ANN
                                                COHN, NEIL R. COHN, ROBERT E. DUTTO,
                                                ROBERT D. ELLSWORTH, SUSAN M.
                                                ENGLISH, JAMES C. HALBLEIB, STEPHEN
                                                HAUSE, DON J. JOHNSON, LAURINDA A.
                                                MARTIN, SHANDRANETTE MIDDLETON,
                                                GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,
                                                LINDA SOO HOO, DIRCK R. STINSON,
                                                PAUL H. WAGENER, and ROBERT H.
                                                WATKINS

ANSWER OF SUSAN M. ENGLISH TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

410432.01