1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., a Delaware          Case No. 07-CV-06418-JSW
    Corporation, ARTHUR J. GALLAGHER & CO.
15  INSURANCE BROKERS OF CALIFORNIA,              **ANSWER OF ERIC CHUA TO
    INC., a California Corporation,                FIRST AMENDED COMPLAINT
16                                                 FOR DAMAGES AND INJUNCTIVE
                          Plaintiffs,              RELIEF**
17
         v.
18
    EDGEWOOD PARTNERS INSURANCE
19  CENTER, a California corporation; DAN R.
    FRANCIS; JOHN G. HAHN; ANDREW
20  ("WALLY") BROWN, JR.; BRIAN F. QUINN;
    NEIL R. COHN; CAROLANN COHN;
21  MICHAEL J. BROWN; STEPHEN HAUSE;
    LAURA J. WICK; JAMES C. HALBLEIB;
22  STEPHEN HAUSE; LAURINDA ("LAURIE") A.
    MARTIN; ERIC CHUA; GEORGE J. PETTY;
23  LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
    M. ENGLISH; DON J. JOHNSON; ALLEN L.
24  AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
    DIRCK ("RICK") R. STINSON; ROBERT
25  ("BOB") D. ELLSWORTH; ROBERT H.
    WATKINS; PAUL H. WAGENER;
26  SHANDRANETTE MIDDLETON,

27                        Defendants.

28

Defendant Eric Chua ("Chua") answers plaintiffs' First Amended Complaint as follows:

## I.   NATURE OF ACTION

1.      Chua denies Gallagher's allegations of "illegal raiding" or "associated theft and use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of business," and the existence of any ongoing misconduct.  Except as expressly denied above, Chua admits Gallagher's characterization of its complaint and the claims for relief set forth therein.

2.      Chua admits the allegations of this paragraph.

3.      Chua admits that EPIC touts its belief in principles of business ethics, but denies, to the best of his knowledge, that EPIC behaved in a manner contrary to such ethical principles. Chua denies the remaining allegations in this paragraph as to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

4.      Chua denies the allegations in this paragraph as to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

5.      This paragraph states legal conclusions to which no response is required.

6.      Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

7.      Chua denies the allegations in this paragraph as to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

8.      Chua denies the allegations in this paragraph as to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

9.      Chua denies the allegations in this paragraph as to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

10.      Chua admits that Wally Brown and Brian Quinn held the most senior

410516.01

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1    management positions in Gallagher's San Ramon office.  As to the remainder of the allegations

2    in this paragraph, Chua lacks sufficient information to admit or deny, and on that basis denies

3    those allegations.

4        11.    Chua denies the allegations in this paragraph as to him.  With respect to the

5    allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

6    information to admit or deny the allegations in this paragraph, and on that basis denies those

7    allegations.

8                    **II.    SUBJECT-MATTER JURISDICTION AND VENUE**

9        12.    This paragraph states a legal conclusion to which no response is required.

10       13.    This paragraph states a legal conclusion to which no response is required.

11                   **III.    PARTIES AND PERSONAL JURISDICTION**

12       14.    Chua lacks sufficient information to admit or deny the allegations in this

13   paragraph, and on that basis denies those allegations.

14       15.    Chua admits the allegations in this paragraph.

15       16.    Chua admits that Francis and Hahn are co-founders of EPIC and have experience

16   in the insurance industry.  As to the remaining allegations in this paragraph, Chua lacks

17   sufficient information to admit or deny, and on that basis denies those allegations.

18       17.    Chua admits that Wally Brown, Brian Quinn, Neil Cohn, Jim Halbleib, and

19   Stephen Hause were former high-level employees of Gallagher.  As to the allegations in this

20   paragraph regarding the fiduciary status of certain individual defendants, those allegations state

21   legal conclusions to which no response is required.

22       18.    Chua admits that the Individual Defendants, including himself, are current

23   employees of EPIC and former employees of Gallagher.  Chua admits that he is a resident of the

24   State of California.  Except as expressly admitted, Chua denies the allegations of this paragraph

25   as they relate to him, and denies the allegations of this paragraph as they relate to other

26   Individual Defendants on the basis that he lacks sufficient information to admit or deny those

27   allegations.

28       19. .    Chua denies the allegations in this paragraph as they relate to him.  For those

1  allegations that relate to other Individual Defendants and EPIC, Chua lacks sufficient

2  information to admit or deny, and on that basis denies those allegations.

3      20.    Chua admits that Gallagher has sued each of the Individual Defendants

4  individually as co-conspirators.  Except as expressly admitted, Chua denies the allegations of this

5  paragraph as they relate to him.  Chua denies the allegations of this paragraph as they relate to

6  other Individual Defendants and EPIC on the basis that he lacks sufficient information to admit

7  or deny those allegations.

8      21.    Chua admits that Gallagher has sued each of the Individual Defendants

9  individually and is alleging that each Individual Defendant acted as an agent of the others.

10  Except as expressly admitted, Chua denies the allegations of this paragraph as they relate to him.

11  Chua denies the allegations of this paragraph as they relate to other Individual Defendants and

12  EPIC on the basis that he lacks sufficient information to admit or deny those allegations.

13                  **IV.    FACTUAL ALLEGATIONS**

14      22.    Chua denies that this paragraph accurately characterizes the job duties of former

15  Gallagher employees who left to join EPIC.  Chua denies the characterization that the Individual

16  Defendants left Gallagher "*en masse.*"

17      23.    Chua lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19      24.    Chua lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21      25.    Chua lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23      26.    Chua admits that Gallagher and its employees have invested resources in

24  developing relationships with their clients.  Chua further admits that, if Gallagher possessed any

25  confidential or trade-secret information, and, if that information were misappropriated by a

26  competitor, that misappropriation potentially could enable that competitor to compete unfairly

27  with Gallagher.  Chua specifically denies that he misappropriated any Gallagher confidential

28  information.  Except as expressly admitted or denied, Chua denies the allegations in this

410516.01

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1   paragraph as to him. With respect to the allegation in this paragraph as to other Individual

2   Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph,

3   and on that basis denies those allegations.

4        27.     Chua admits that, during his employment at Gallagher, he gained access to non-

5   public Gallagher information. Except as expressly admitted, Chua lacks sufficient information to

6   admit or deny the allegations in this paragraph, and on that basis denies those allegations.

7        28.     Chua admits the existence of Gallagher's Code for Business Conduct and Ethics

8   referenced in this paragraph. Without having that document in his possession, Chua lacks

9   sufficient information to admit or deny Gallagher's allegations regarding the content of that

10  document, and on that basis denies those allegations. With respect to Gallagher's allegations

11  regarding its Executive Agreements, Non-Competition Agreement with Wally Brown, and

12  Stockholder Agreement, Chua lacks sufficient information to admit or deny those allegations,

13  and on that basis denies those allegations. Finally, Gallagher's statement that it "takes

14  reasonable and appropriate measures to safeguard its non-public commercially valuable

15  information" states a legal conclusion to which no response is required.

16       29.     Chua lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18       30.     Chua lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20       31.     Chua lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22       32.     Chua lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24       33.     Chua admits the allegations in this paragraph.

25       34.     Chua lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27       35.     Chua denies the allegations in this paragraph.

28       36.     Chua denies the allegations in this paragraph.

1   37.  Chua denies the allegations in this paragraph.

2   38.  Chua lacks sufficient information to admit or deny the allegations in this

3 paragraph, and on that basis denies those allegations.

4   39.  Chua lacks sufficient information to admit or deny the allegations in this

5 paragraph, and on that basis denies those allegations.

6   40.  Chua lacks sufficient information to admit or deny the allegations in this

7 paragraph, and on that basis denies those allegations.

8   41.  Chua lacks sufficient information to admit or deny the allegations in this

9 paragraph, and on that basis denies those allegations.

10   42.  Chua lacks sufficient information to admit or deny the allegations in this

11 paragraph, and on that basis denies those allegations.

12   43.  Chua lacks sufficient information to admit or deny the allegations in this

13 paragraph, and on that basis denies those allegations.

14   44.  Chua lacks sufficient information to admit or deny the allegations in this

15 paragraph, and on that basis denies those allegations.

16   45.  Chua lacks sufficient information to admit or deny the allegations in this

17 paragraph, and on that basis denies those allegations.

18   46.  Chua lacks sufficient information to admit or deny the allegations in this

19 paragraph, and on that basis denies those allegations.

20   47.  Chua lacks sufficient information to admit or deny the allegations in this

21 paragraph, and on that basis denies those allegations.

22   48.  Chua lacks sufficient information to admit or deny the allegations in this

23 paragraph, and on that basis denies those allegations.

24   49.  Chua lacks sufficient information to admit or deny the allegations in this

25 paragraph, and on that basis denies those allegations.

26   50.  Chua lacks sufficient information to admit or deny the allegations in this

27 paragraph, and on that basis denies those allegations.

28   51.  Chua lacks sufficient information to admit or deny the allegations in this

5

410516.01

1    paragraph, and on that basis denies those allegations.

2        52.    Chua lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4        53.    Chua lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6        54.    Chua lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8        55.    Chua lacks sufficient information to admit or deny the allegations in this

9    paragraph, and on that basis denies those allegations.

10        56.    Chua lacks sufficient information to admit or deny the allegations in this

11    paragraph, and on that basis denies those allegations.

12        57.    Chua lacks sufficient information to admit or deny the allegations in this

13    paragraph, and on that basis denies those allegations.

14        58.    Chua lacks sufficient information to admit or deny the allegations in this

15    paragraph, and on that basis denies those allegations.

16        59.    Chua lacks sufficient information to admit or deny the allegations in this

17    paragraph, and on that basis denies those allegations.

18        60.    Chua lacks sufficient information to admit or deny the allegations in this

19    paragraph, and on that basis denies those allegations.

20        61.    Chua lacks sufficient information to admit or deny the allegations in this

21    paragraph, and on that basis denies those allegations.

22        62.    Chua lacks sufficient information to admit or deny the allegations of this

23    paragraph, and on that basis denies those allegations.

24        63.    Chua denies the allegations in this paragraph as to him.  With respect to the

25    allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

26    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

27        64.    Chua denies the allegations in this paragraph as to him.  With respect to the

28    allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

6

410516.01

1   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

2        65.    The first sentence of this paragraph is a prefatory statement to which no response

3   is required.  Chua denies the remaining allegations in this paragraph as to him.  With respect to

4   the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient

5   information to admit or deny the allegations in this paragraph, and on that basis denies those

6   allegations.

7        66.    Chua admits that George Petty was responsible for IT and computer systems in

8   Gallagher's San Ramon office.  Except as expressly admitted, Chua lacks sufficient information

9   to admit or deny, and on that basis denies those allegations.

10       67.    Chua denies the allegations in this paragraph as to him.  With respect to the

11  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

12  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

13       68.    Chua admits the facts stated in his declaration of January 3, 2008, which Chua

14  incorporates herein by reference.  Chua further admits that, while conducting a search of his

15  possessions following the filing of this lawsuit, he discovered additional Gallaher data on the

16  personal memory stick that was still in his possession.  Chua admits that he then made

17  arrangements for the memory stick to be placed in the custody of a forensic computer specialist

18  so the Gallagher data could be copied in a forensically sound manner and returned to Gallagher.

19  Chua denies that any Gallagher data remains in his possession.  Chua denies the remaining

20  allegations of this paragraph as to him.  With respect to the allegations in this paragraph as to

21  other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations

22  in this paragraph, and on that basis denies those allegations.

23       69.    Chua denies that he failed to disclose that he possessed Gallagher data prior to the

24  filing of this lawsuit.  Chua admits the facts stated in his declaration of January 3, 2008, which

25  Chua incorporates herein by reference.  Chua further admits that, while conducting a search of

26  his possessions following the filing of this lawsuit, he discovered additional Gallaher data on the

27  personal memory stick that was still in his possession.  Chua admits that he then made

28  arrangements for the memory stick to be placed in the custody of a forensic computer specialist

7

1  so the Gallagher data could be copied in a forensically sound manner and returned to Gallagher.

2  Chua denies that any Gallagher data remains in his possession. Chua denies the remaining

3  allegations of this paragraph as to him. With respect to the allegations in this paragraph as to

4  other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations

5  in this paragraph, and on that basis denies those allegations.

6        70.    Chua admits the facts stated in his declaration of January 3, 2008, which Chua

7  incorporates herein by reference.   Except as expressly admitted, Chua denies the allegations in

8  this paragraph as to him. With respect to the allegations in this paragraph as to other Individual

9  Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph,

10  and on that basis denies those allegations.

11        71.    Chua lacks sufficient information to admit or deny the allegations in this

12  paragraph, and on that basis denies those allegations.

13        72.    Chua lacks sufficient information to admit or deny the allegations in this

14  paragraph, and on that basis denies those allegations.

15        73.    Chua lacks sufficient information to admit or deny the allegations in this

16  paragraph, and on that basis denies those allegations.

17        74.    Chua admits the allegations in this paragraph.

18        75.    Chua denies the allegations in this paragraph as to him. With respect to the

19  allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

20  information to admit or deny the allegations in this paragraph, and on that basis denies those

21  allegations.

22        76.    Chua denies the allegations in this paragraph as to him. With respect to the

23  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

24  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

25        77.    Chua denies the allegations in this paragraph as to him. With respect to the

26  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

27  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

28        78.    Chua lacks sufficient information to admit or deny the allegations in this

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1  | paragraph, and on that basis denies those allegations.

2  | 79.    Chua lacks sufficient information to admit or deny the allegations in this

3  | paragraph, and on that basis denies those allegations.

4  | 80.    Chua lacks sufficient information to admit or deny the allegations in this

5  | paragraph, and on that basis denies those allegations.

6  | 81.    Chua denies the allegations in this paragraph as to him.  With respect to the

7  | allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

8  | to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

9  | 82.    With respect to the allegations regarding Cohn's resignation letter, that letter is set

10 | forth in its entirety this paragraph.  The document speaks for itself.  With respect to the

11 | allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

12 | to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

13 | 83.    Chua lacks sufficient information to admit or deny the allegations in this

14 | paragraph, and on that basis denies those allegations.

15 | 84.    Chua lacks sufficient information to admit or deny the allegations in this

16 | paragraph, and on that basis denies those allegations.

17 | 85.    Chua lacks sufficient information to admit or deny the allegations in this

18 | paragraph, and on that basis denies those allegations.

19 | 86.    Chua lacks sufficient information to admit or deny the allegations in this

20 | paragraph, and on that basis denies those allegations.

21 | 87.    Chua admits that Wally Brown and Brian Quinn announced their resignations at

22 | an all-hands meeting at Gallagher's San Ramon office on December 7, 2007.  Except as

23 | expressly admitted, Chua lacks sufficient information to admit or deny the allegations in this

24 | paragraph, and on that basis denies those allegations.

25 | 88.    Chua lacks sufficient information to admit or deny the allegations in this

26 | paragraph, and on that basis denies those allegations.

27 | 89.    Chua lacks sufficient information to admit or deny the allegations in this

28 | paragraph, and on that basis denies those allegations.

9

410516.01

1    90.    Chua lacks sufficient information to admit or deny the allegations in this

2  paragraph, and on that basis denies those allegations.

3    91.    Chua denies the allegations in this paragraph as to him.  With respect to the

4  allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

5  information to admit or deny the allegations in this paragraph, and on that basis denies those

6  allegations.

7    92.    Chua admits that he resigned from Gallagher on December 10, 2007 without

8  giving prior notice to work at EPIC.  Chua denies that he coordinated his resignation with any

9  other employees or EPIC.  Chua denies the remaining allegations in this paragraph as to him.

10  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

11  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

12  those allegations.

13    93.    Chua admits that he accessed Gallagher's computer media on December 8, 2007

14  while finishing Gallagher work not completed during the prior week.  Chua denies that he was

15  planning to resign when he accessed the computer media and that such access was not for

16  legitimate business purposes.  With respect to the allegations in this paragraph as to other

17  Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19    94.    Chua lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21    95.    Chua lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23    96.    Chua lacks sufficient information to admit or deny the allegations in this

24  paragraph, and on that basis denies those allegations.

25    97.    Chua admits that he resigned from Gallagher on December 10, 2007 without

26  giving prior notice to work at EPIC.  Chua denies the remaining allegations in this paragraph as

27  to him.  With respect to the allegations in this paragraph as to other Individual Defendants, Chua

28  lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis

10

410516.01

1    denies those allegations.

2         98.    Chua lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4         99.    Chua lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6         100.    Chua lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8         101.    Chua lacks sufficient information to admit or deny the allegations in this

9    paragraph, and on that basis denies those allegations.

10         102.    Chua lacks sufficient information to admit or deny the allegations in this

11    paragraph, and on that basis denies those allegations.

12         103.    Chua lacks sufficient information to admit or deny the allegations in this

13    paragraph, and on that basis denies those allegations.

14         104.    Chua lacks sufficient information to admit or deny the allegations in this

15    paragraph, and on that basis denies those allegations.

16         105.    Chua lacks sufficient information to admit or deny the allegations in this

17    paragraph, and on that basis denies those allegations.

18         106.    Chua lacks sufficient information to admit or deny the allegations in this

19    paragraph, and on that basis denies those allegations.

20         107.    Chua denies the allegations in this paragraph as to him.  With respect to the

21    allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

22    information to admit or deny the allegations in this paragraph, and on that basis denies those

23    allegations.

24         108.    Chua lacks sufficient information to admit or deny the allegations in this

25    paragraph, and on that basis denies those allegations.

26         109.    Chua lacks sufficient information to admit or deny the allegations in this

27    paragraph, and on that basis denies those allegations.

28         110.    Chua lacks sufficient information to admit or deny the allegations in this

11

410516.01

1   paragraph, and on that basis denies those allegations.

2       111.   Chua lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4       112.   Chua lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6       113.   Chua lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8       114.   Chua denies the allegations in this paragraph as to him.  With respect to the

9   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

10   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

11       115.   Chua denies that he used any deceptive or unlawful business practices, or any

12   Gallagher business information, to convince any client to switch its business from Gallagher to

13   EPIC.  Except as expressly denied, Chua lacks sufficient information to admit or deny the

14   allegations in this paragraph, and on that basis denies these allegations.

15       116.   Chua lacks sufficient information to admit or deny the allegations in this

16   paragraph, and on that basis denies those allegations.

17       117.   Chua denies the allegations in this paragraph as to him.  With respect to the

18   allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

19   information to admit or deny the allegations in this paragraph, and on that basis denies those

20   allegations.

21       118.   Chua lacks sufficient information to admit or deny the allegations in this

22   paragraph, and on that basis denies those allegations.

23       119.   Chua denies that he has solicited any Gallagher employees or customers.  Except

24   as expressly denied, Chua lacks sufficient information to admit or deny the allegations in this

25   paragraph, and on that basis denies those allegations.

26       120.   Chua denies the allegations in this paragraph as to him.  With respect to the

27   allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

28   information to admit or deny the allegations in this paragraph, and on that basis denies those

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

410516.01

1   allegations.

2       121.    Chua denies the allegations in this paragraph as to him. With respect to the

3   allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

4   information to admit or deny the allegations in this paragraph, and on that basis denies those

5   allegations.

6       122.    This paragraph states a legal conclusion to which no response is required.

7       123.    Chua denies that he failed to disclose that he possessed Gallagher data prior to the

8   filing of this lawsuit. Chua admits the facts stated in his declaration of January 3, 2008, which

9   Chua incorporates herein by reference. Chua further admits that, while conducting a search of

10  his possessions following the filing of this lawsuit, he discovered additional Gallaher data on the

11  personal memory stick that was still in his possession. Chua admits that he then made

12  arrangements for the memory stick to be placed in the custody of a forensic computer specialist

13  so the Gallagher data could be copied in a forensically sound manner and returned to Gallagher.

14  Chua denies that any Gallagher data remains in his possession. Chua denies the remaining

15  allegations of this paragraph as to him. With respect to the allegations in this paragraph as to

16  other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations

17  in this paragraph, and on that basis denies those allegations.

18      124.    Chua lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20      125.    Chua denies the allegations in this paragraph as to him. With respect to the

21  allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

22  information to admit or deny the allegations in this paragraph, and on that basis denies those

23  allegations.

24      126.    This paragraph states legal conclusions to which no response is required.

25      127.    This paragraph states legal conclusions to which no response is required.

26

27

28

1

## COUNT ONE

2

**(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**

3

4        128.    Chua realleges and incorporates by reference his responses to paragraphs 1

5    through 127.

6        129.    Chua admits that Gallagher's computer systems had Internet capabilities and that

7    he used those computers to provide insurance services across state lines.  Chua further admits

8    that, during his employment with Gallagher, he accessed and had access to Gallagher's computer

9    network through his Gallagher computer.  Except as expressly admitted, Chua lacks sufficient

10   information to admit or deny the allegations in this paragraph, and on that basis denies those

11   allegations.  The final sentence of this paragraph states a legal conclusion to which no response

12   is required.

13       130.    Chua denies the allegations in this paragraph as to him.  With respect to the

14   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

15   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

16       131.    Chua denies the allegations in this paragraph as to him.  With respect to the

17   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

18   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

19       132.    Chua denies the allegations in this paragraph as to him.  With respect to the

20   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

21   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

22       133.    Chua lacks sufficient information to admit or deny the allegations in this

23   paragraph, and on that basis denies those allegations.

24       134.    Chua denies the allegations in this paragraph as to him.  With respect to the

25   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

26   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

27

28

410516.01

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

## COUNT TWO

**(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton and Watkins)**

135.    Chua realleges and incorporates by reference his responses to paragraphs 1 through 134.

136.    Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

137.    Chua denies the allegations in this paragraph as to him. With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

138.    Chua denies the allegations in this paragraph as to him. With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

139.    This paragraph states legal conclusions to which no response is required. To the degree a response is required, Chua denies the allegations in this paragraph as to him. With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

140.    This paragraph states legal conclusions to which no response is required. To the degree a response is required, Chua denies the allegations in this paragraph as to him. With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

141.    Chua denies that he knowingly accessed Gallagher's computer system and confidential and proprietary information without authorization or permission and that he retained any Gallagher data or information obtained through any such knowing access. With respect to allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations. The

15

1    final sentence of this paragraph states legal conclusions to which no response is required.

2       142.    Chua denies the allegations in this paragraph as to him. With respect to the

3    allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

4    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

5                        **COUNT THREE**

6
7    **(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 *et seq.* – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on behalf of and in furtherance of the conspiracy with EPIC)**

8       143.    Chua realleges and incorporates by reference his responses to paragraphs 1

9    through 142.

10       144.    Chua denies the allegations in this paragraph.

11       145.    Gallagher's assertion that it possesses trade secrets under California law is a legal

12    conclusion to which no response is required. To the degree a response is required, Chua denies

13    the allegations in this paragraph.

14       146.    Chua admits that he properly used Gallagher material during his employment,

15    sometimes while working from home. Chua admits the facts stated in his declaration of

16    January 3, 2008, which Chua incorporates herein by reference. Chua further admits that, while

17    conducting a search of his possessions following the filing of this lawsuit, he discovered

18    additional Gallaher data on the personal memory stick that was still in his possession. Chua

19    admits that he then made arrangements for the memory stick to be placed in the custody of a

20    forensic computer specialist so the Gallagher data could be copied in a forensically sound

21    manner and returned to Gallagher. Chua denies that he improperly took any material, that he

22    used or disclosed any Gallagher data following his resignation, and that any Gallagher data

23    remains in his possession. Chua denies the remaining allegations of this paragraph as to him.

24    With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

25    sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

26    those allegations.

27       147.    Chua denies the allegations in this paragraph as to him. With respect to the

28    allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1  information to admit or deny the allegations in this paragraph, and on that basis denies those

2  allegations.

3        148.    Chua denies the allegations in this paragraph as to him.  With respect to the

4  allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

5  information to admit or deny the allegations in this paragraph, and on that basis denies those

6  allegations.

7        149.    This paragraph states legal conclusions to which no response is required.

8        150.    The first sentence of this paragraph states legal conclusions to which no response

9  is required.  As to the allegations in the second sentence, Chua lacks sufficient information to

10  admit or deny the allegations in this paragraph, and on that basis denies those allegations.

11        151.    This paragraph states legal conclusions to which no response is required.  To the

12  degree a response is required, Chua denies the allegations in this paragraph.

13        152.    Chua denies that he misappropriated Gallagher trade secrets.  With respect to the

14  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

15  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The

16  remainder of this paragraph states legal conclusions to which no response is required.

17        153.    Chua denies that he misappropriated Gallagher trade secrets or deliberately

18  intended to injure Gallagher in any way.  With respect to the allegations in this paragraph as to

19  other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations

20  in this paragraph, and on that basis denies those allegations.  The remainder of this paragraph

21  states legal conclusions to which no response is required.

22  **COUNT FOUR**

23  **(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against**
**Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on**
24  **behalf of and in furtherance of the conspiracy with EPIC)**

25        154.    Chua realleges and incorporates by reference his responses to paragraphs 1

26  through 153.

27        155.    This paragraph states a legal conclusion to which no response is required.  To the

28  degree a response is required, Chua denies the allegations in this paragraph as to him.  With

17

410516.01

1  respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

2  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

3  those allegations.

4      156.    This paragraph states a legal conclusion to which no response is required.  To the

5  degree a response is required, Chua denies the allegations in this paragraph as to him.  With

6  respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

7  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

8  those allegations.

9      157.    Chua denies the allegations in this paragraph as to him.  With respect to the

10  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

11  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

12      158.    Chua denies that he engaged in wrongful conduct or misappropriated any

13  Gallagher property.  Except as expressly denied, Chua lacks sufficient information to admit or

14  deny the allegations in this paragraph, and on that basis denies those allegations.

15      159.    Chua denies the allegations in this paragraph as to him.  With respect to the

16  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

17  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

18      160.    Chua denies that he misappropriated Gallagher property.  With respect to the

19  allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

20  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The

21  remainder of this paragraph states legal conclusions to which no response is required.

## COUNT FIVE

**(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

22  161.    Chua realleges and incorporates by reference his responses to paragraphs 1

23  through 160.

24

25      162.    Chua denies the allegations in this paragraph as to him.  With respect to the

26  allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

410516.01

1   information to admit or deny the allegations in this paragraph, and on that basis denies those

2   allegations.

3       163.    Chua denies the allegations in this paragraph as to him.  With respect to the

4   allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

5   information to admit or deny the allegations in this paragraph, and on that basis denies those

6   allegations.

7       164.    Chua denies the allegations in this paragraph as to him.  With respect to the

8   allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

9   information to admit or deny the allegations in this paragraph, and on that basis denies those

10  allegations.

11      165.    Chua denies that he willfully and maliciously converted any property belonging to

12  Gallagher or deliberately intended to injure Gallagher's business for his own financial gain.

13  With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

14  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

15  those allegations.  The remainder of this paragraph states legal conclusions to which no response

16  is required.

17                          **COUNT SIX**

18  **(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause,
    Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips,**
19  **Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

20      166.    Chua realleges and incorporates by reference his responses to paragraphs 1

21  through 165.

22      167.    Chua lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24      168.    Chua admits that he agreed to abide by Gallagher's Code of Business Conduct

25  and Ethics.  Without having possession of a copy of that Code, Chua lacks sufficient information

26  to admit or deny its contents, and on that basis denies the allegations in the first sentence of this

27  paragraph.  With respect to the allegations in this paragraph as to other Individual Defendants,

28  Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that

                                        19

1    basis denies those allegations.  In any event, the Code will speak for itself.

2         169.    Chua lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4         170.    Chua lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6         171.    Chua denies the allegations in this paragraph as to him.  With respect to

7    allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

8    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

9         172.    Chua denies that he materially breached any contract with Gallagher.  Chua lacks

10   sufficient information to admit or deny the remaining allegations in this paragraph, and on that

11   basis denies those allegations.

12        173.    This paragraph states legal conclusions to which no response is required.

### COUNT SEVEN

**(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown, Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin, Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

16        174.    Chua realleges and incorporates by reference his responses to paragraphs 1

17   through 173.

18        175.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

19   to and does not respond to the allegations in the paragraph.

20        176.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

21   to and does not respond to the allegations in the paragraph.

22        177.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

23   to and does not respond to the allegations in the paragraph.

24        178.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

25   to and does not respond to the allegations in the paragraph.

26

27

28

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1

## COUNT EIGHT

2

**(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos, Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul Wagener)**

3

4

5          179.    Chua realleges and incorporates by reference his responses to paragraphs 1

6    through 178.

7          180.    This cause of action is not asserted against Chua. Chua, therefore, is not required

8    to and does not respond to the allegations in the paragraph.

9          181.    This cause of action is not asserted against Chua. Chua, therefore, is not required

10   to and does not respond to the allegations in the paragraph.

11         182.    This cause of action is not asserted against Chua. Chua, therefore, is not required

12   to and does not respond to the allegations in the paragraph.

13         183.    This cause of action is not asserted against Chua. Chua, therefore, is not required

14   to and does not respond to the allegations in the paragraph.

15                                  ## COUNT NINE

16   **(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants Except Francis and Hahn)**

17

18         184.    Chua realleges and incorporates by reference his responses to paragraphs 1

19   through 183.

20         185.    This paragraph states a legal conclusion to which no response is required.

21         186.    Chua admits that, prior to his resignation from Gallagher, he was an employee of

22   Gallagher. With respect to the allegations in this paragraph as to other Individual Defendants,

23   Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that

24   basis denies those allegations. The remainder of this paragraph states legal conclusions to which

25   no response is required.

26         187.    Chua denies the allegations in this paragraph as to him. With respect to

27   allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information

28   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

410516.01

188.    Chua denies the allegations in this paragraph as to him.  With respect to allegations in this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

189.    Chua denies the allegations in the first two sentences of this paragraph as to his. With respect to allegations in the first two sentences this paragraph as to other Individual Defendants, Chua lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The third sentence of this paragraph states legal conclusions to which no response is required.

## COUNT TEN

**(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn, and Wick)**

190.    Chua realleges and incorporates by reference his responses to paragraphs 1 through 189.

191.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

192.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

193.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

194.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

195.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

196.    This cause of action is not asserted against Chua.  Chua, therefore, is not required to and does not respond to the allegations in the paragraph.

410516.01

1

## COUNT ELEVEN

2

**(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC,**
Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth,

3

**Halbleib, Hause, Johnson, Quinn, and Wagener)**

4

197.   Chua realleges and incorporates by reference his responses to paragraphs 1

5

through 196.

6

198.   Chua admits that Gallagher had and has business relationships with its employees

7

and customers.  With respect to Gallagher's "business expectancies" with its employees and

8

customers, Chua lacks sufficient information to admit or deny the allegations in this paragraph,

9

and on that basis denies those allegations.

10

199.   Chua denies the allegations in this paragraph as to him.  With respect to

11

allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

12

information to admit or deny the allegations in this paragraph, and on that basis denies those

13

allegations.

14

200.   Chua denies the allegations in this paragraph as to him.  With respect to

15

allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

16

information to admit or deny the allegations in this paragraph, and on that basis denies those

17

allegations.

18

201.   This paragraph states a legal conclusion to which no response is required.

19

202.   Chua denies that he did any act deliberately or maliciously with the deliberate

20

intent to injure Gallagher's business or improve his own business or realize any financial gain.

21

With respect to the allegations in this paragraph as to other Individual Defendants, Chua lacks

22

sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

23

those allegations.  The remaining allegations of this paragraph state legal conclusions to which

24

no response is required.

25

## COUNT TWELVE

26

**(Unfair Competition – Cal. Bus. & Prof. Code §17200 _et seq._ – Against All Defendants)**

27

203.   Chua realleges and incorporates by reference his responses to paragraphs 1

28

through 202.

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

1    204.    This paragraph states legal conclusions to which no response is required.

2    205.    This paragraph states legal conclusions to which no response is required.

3    ### COUNT THIRTEEN

4    **(Unjust Enrichment – Against All Defendants)**

5    206.    Chua realleges and incorporates by reference his responses to paragraphs 1

6    through 205.

7    207.    Chua denies the allegations in this paragraph as to him.  With respect to

8    allegations in this paragraph as to other Individual Defendants and EPIC, Chua lacks sufficient

9    information to admit or deny the allegations in this paragraph, and on that basis denies those

10   allegations.

11   208.    This paragraph states legal conclusions to which no response is required.

12   ### COUNT FOURTEEN

13   **(Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)**

14   209.    Chua realleges and incorporates by reference his responses to paragraphs 1

15   through 208.

16   210.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

17   to and does not respond to the allegations in the paragraph.

18   211.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

19   to and does not respond to the allegations in the paragraph.

20   212.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

21   to and does not respond to the allegations in the paragraph.

22   213.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

23   to and does not respond to the allegations in the paragraph.

24   214.    This cause of action is not asserted against Chua.  Chua, therefore, is not required

25   to and does not respond to the allegations in the paragraph.

26   ### AFFIRMATIVE DEFENSES

27   For its affirmative defenses to the First Amended Complaint ("FAC"), Chua alleges the

28   following:

24

ANSWER OF ERIC CHUA TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
CASE NO. 07-CV-06418-JSW

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The FAC, and each purported count therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Allege Sufficient Facts)

The FAC, and each purported count therein, fails to state facts sufficient to constitute a cause of action.

## THIRD AFFIRMATIVE DEFENSE

### (Justification)

The actions of EPIC that allegedly give rise to liability herein, if any such actions occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Establish Causation)

Without in any way admitting that any of the conduct alleged in the FAC occurred or is in any way unlawful, Gallagher may not recover any damages sought herein because there is no causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by Gallagher.

## FIFTH AFFIRMATIVE DEFENSE

### (Good Faith)

EPIC acted in good faith and did not directly or indirectly perform any acts that would constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Conduct Reasonable Inquiry)

The FAC, and each and every purported cause of action alleged therein, is barred because Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

**SEVENTH AFFIRMATIVE DEFENSE**

(Privilege of Competition)

Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the privilege to compete.

**EIGHTH AFFIRMATIVE DEFENSE**

(Absence of Irreparable Harm)

To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief because the injury or damages suffered by Gallagher, if any, would be adequately compensated in an action at law for damages.

**NINTH AFFIRMATIVE DEFENSE**

(Equitable Estoppel)

Some of the claims are barred by the doctrine of equitable estoppel.

**TENTH AFFIRMATIVE DEFENSE**

(Judicial Estoppel)

Some of the claims are barred by the doctrine of judicial estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

Some of the claims are barred by the doctrine of unclean hands.

**TWELFTH AFFIRMATIVE DEFENSE**

(Failure to Establish Misappropriation)

Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ. Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Failure to Establish Existence of Trade Secrets)

Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ. Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is readily ascertainable by proper means and is therefore not a "trade secret" under California law.

1

## FOURTEENTH AFFIRMATIVE DEFENSE

2

(Invalidity of Contracts)

3      Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the

4  Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive

5  Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid

6  contracts as they lack consideration and/or are void for public policy reasons under California

7  law.

8

## FIFTEENTH AFFIRMATIVE DEFENSE

9

(Failure to Establish a Private Cause of Action)

10      Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is

11  barred as an improper cause of action.

12

## SIXTEENTH AFFIRMATIVE DEFENSE

13

(Public Policy)

14      Some of the claims are barred insofar as several contract provisions are void for public

15  policy.

16

## SEVENTEENTH AFFIRMATIVE DEFENSE

17

(Waiver)

18      Gallagher has waived the right, if any, to pursue the claims in the FAC, and each

19  purported cause of action contained therein, by reason of Gallagher's own actions and course of

20  conduct.

21

## EIGHTEENTH AFFIRMATIVE DEFENSE

22

(Absence of Deception)

23      Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that

24  EPIC's conduct is not likely to mislead the public or harm Gallagher.

25

## NINETEENTH AFFIRMATIVE DEFENSE

26

(Lack of Specificity)

27      The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim

28  with the requisite particularity.

410516.01

## TWENTIETH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The FAC, and each and every purported cause of action alleged therein, is barred because any recovery would result in Gallagher's unjust enrichment.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as required by law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Punitive Damages)

Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in the FAC, because California's laws regarding the alleged conduct in question in this action are too vague to permit the imposition of punitive damages, and the award of punitive damages as applied to the facts of this case would violate EPIC's constitutional rights under the United States and California Constitution.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Improper Restraint of Competition)

Some of Plaintiffs' claims are improper efforts to restrain competition and employee mobility in violation of Cal. Bus. & Prof. Code § 16600.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Incorporation of Other Defenses)

EPIC adopts and incorporates any and all other defenses raised or to be raised by any other defendant joined in this litigation to the extent that said defenses are not inconsistent with EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising out of this lawsuit.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

EPIC reserves the right to raise additional affirmative and other defenses as they are

28

1  discovered or otherwise become available.

2  **PRAYER FOR RELIEF**

3      Chua denies that Gallagher is entitled to any of the relief requested in its FAC.

4  WHEREFORE, Chua prays:

5          1.      That Gallagher take nothing by reason of its FAC;

6          2.      That judgment be rendered in favor of Chua;

7          3.      That Chua be awarded his costs incurred in defense of this action; and,

8          4.      That the Court provide such other relief as it deems proper.

9

10  Dated:  February 8, 2008               KEKER & VAN NEST, LLP

11

12

                  By:  s/Daniel Purcell

13                       DANIEL PURCELL
                     Attorneys for Defendants

14                       ALLEN L. AMOS, ERIC CHUA, CAROL ANN
                     COHN, NEIL R. COHN, ROBERT E. DUTTO,

15                       ROBERT D. ELLSWORTH, SUSAN M.
                     ENGLISH, JAMES C. HALBLEIB, STEPHEN

16                       HAUSE, DON J. JOHNSON, LAURINDA A.
                     MARTIN, SHANDRANETTE MIDDLETON,

17                       GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,
                     LINDA SOO HOO, DIRCK R. STINSON,

18                       PAUL H. WAGENER, and ROBERT H.
                     WATKINS

19

20

21

22

23

24

25

26

27

28

410516.01