1    KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2    DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3    710 Sansome Street
San Francisco, California  94111-1704
4    Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
5

6    Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7    SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8    SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9    STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14    ARTHUR J. GALLAGHER & CO., a Delaware      Case No. 07-CV-06418-JSW
Corporation, ARTHUR J. GALLAGHER & CO.
15    INSURANCE BROKERS OF CALIFORNIA,      **ANSWER OF SHANDRANETTE**
INC., a California Corporation,      **MIDDLETON TO FIRST**
16                                 **AMENDED COMPLAINT FOR**
                      Plaintiffs,      **DAMAGES AND INJUNCTIVE**
17                                   **RELIEF**
     v.
18
EDGEWOOD PARTNERS INSURANCE
19    CENTER, a California corporation; DAN R.
FRANCIS; JOHN G. HAHN; ANDREW
20    ("WALLY") BROWN, JR.; BRIAN F. QUINN;
NEIL R. COHN; CAROLANN COHN;
21    MICHAEL J. BROWN; STEPHEN HAUSE;
LAURA J. WICK; JAMES C. HALBLEIB;
22    STEPHEN HAUSE; LAURINDA ("LAURIE") A.
MARTIN; ERIC CHUA; GEORGE J. PETTY;
23    LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
M. ENGLISH; DON J. JOHNSON; ALLEN L.
24    AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
DIRCK ("RICK") R. STINSON; ROBERT
25    ("BOB") D. ELLSWORTH; ROBERT H.
WATKINS; PAUL H. WAGENER;
26    SHANDRANETTE MIDDLETON,

27                         Defendants.

28

1    Defendant Shandranette Middleton ("Middleton") answers plaintiffs' First Amended

2  Complaint as follows:

3                    I.    **NATURE OF ACTION**

4    1.    Middleton denies Gallagher's allegations of "illegal raiding" or "associated theft

5  and use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of

6  business," and the existence of any ongoing misconduct.  Except as expressly denied above,

7  Middleton admits Gallagher's characterization of its complaint and the claims for relief set forth

8  therein.

9    2.    Middleton admits the allegations of this paragraph.

10    3.    Middleton admits that EPIC touts its belief in principles of business ethics, but

11  denies, to the best of her knowledge, that EPIC behaved in a manner contrary to such ethical

12  principles.  Middleton denies the remaining allegations in this paragraph as to her.  With respect

13  to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

14  information to admit or deny the allegations in this paragraph, and on that basis denies those

15  allegations.

16    4.    Middleton denies the allegations in this paragraph as to her.  With respect to the

17  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

18  information to admit or deny the allegations in this paragraph, and on that basis denies those

19  allegations.

20    5.    This paragraph states legal conclusions to which no response is required.

21    6.    Middleton lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23    7.    Middleton denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

25  information to admit or deny the allegations in this paragraph, and on that basis denies those

26  allegations.

27    8.    Middleton denies the allegations in this paragraph as to her.  With respect to the

28  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

1

410534.01

1    information to admit or deny the allegations in this paragraph, and on that basis denies those

2    allegations.

3         9.    Middleton denies the allegations in this paragraph as to her. With respect to the

4    allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

5    information to admit or deny the allegations in this paragraph, and on that basis denies those

6    allegations.

7         10.    Middleton admits that Wally Brown and Brian Quinn held the most senior

8    management positions in Gallagher's San Ramon office. As to the remainder of the allegations

9    in this paragraph, Middleton lacks sufficient information to admit or deny, and on that basis

10   denies those allegations.

11        11.    Middleton denies the allegations in this paragraph as to her. With respect to the

12   allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

13   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

14   those allegations.

15        **II.**    **SUBJECT-MATTER JURISDICTION AND VENUE**

16        12.    This paragraph states a legal conclusion to which no response is required.

17        13.    This paragraph states a legal conclusion to which no response is required.

18        **III.**    **PARTIES AND PERSONAL JURISDICTION**

19        14.    Middleton lacks sufficient information to admit or deny the allegations in this

20   paragraph, and on that basis denies those allegations.

21        15.    Middleton admits the allegations in this paragraph.

22        16.    Middleton admits that Francis and Hahn are co-founders of EPIC and have

23   experience in the insurance industry. As to the remaining allegations in this paragraph,

24   Middleton lacks sufficient information to admit or deny, and on that basis denies those

25   allegations.

26        17.    Middleton admits that Wally Brown, Brian Quinn, Neil Cohn, Jim Halbleib, and

27   Stephen Hause were former high-level employees of Gallagher. As to the allegations in this

28   paragraph regarding the fiduciary status of certain individual defendants, those allegations state

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  legal conclusions to which no response is required.

2  　　18.　Middleton admits that the Individual Defendants, including herself, are current

3  employees of EPIC and former employees of Gallagher. Middleton admits that she is a resident

4  of the State of California. Except as expressly admitted, Middleton denies the allegations of this

5  paragraph as they relate to her, and denies the allegations of this paragraph as they relate to other

6  Individual Defendants on the basis that she lacks sufficient information to admit or deny those

7  allegations.

8  　　19.　Middleton denies the allegations in this paragraph as they relate to her. For those

9  allegations that relate to other Individual Defendants and EPIC, Middleton lacks sufficient

10  information to admit or deny, and on that basis denies those allegations.

11  　　20.　Middleton admits that Gallagher has sued each of the Individual Defendants

12  individually as co-conspirators. Except as expressly admitted, Middleton denies the allegations

13  of this paragraph as they relate to her. Middleton denies the allegations of this paragraph as they

14  relate to other Individual Defendants and EPIC on the basis that she lacks sufficient information

15  to admit or deny those allegations.

16  　　21.　Middleton admits that Gallagher has sued each of the Individual Defendants

17  individually and is alleging that each Individual Defendant acted as an agent of the others.

18  Except as expressly admitted, Middleton denies the allegations of this paragraph as they relate to

19  her. Middleton denies the allegations of this paragraph as they relate to other Individual

20  Defendants and EPIC on the basis that she lacks sufficient information to admit or deny those

21  allegations.

22  　　**IV.　FACTUAL ALLEGATIONS**

23  　　22.　Middleton denies that this paragraph accurately characterizes the job duties of

24  former Gallagher employees who left to join EPIC. Middleton denies the characterization that

25  the Individual Defendants left Gallagher "*en masse.*"

26  　　23.　Middleton lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28  　　24.　Middleton lacks sufficient information to admit or deny the allegations in this

3

410534.01

1    paragraph, and on that basis denies those allegations.

2        25.    Middleton lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4        26.    Middleton admits that Gallagher and its employees have invested resources in

5    developing relationships with their clients. Middleton further admits that, if Gallagher possessed

6    any confidential or trade-secret information, and, if that information were misappropriated by a

7    competitor, that misappropriation potentially could enable that competitor to compete unfairly

8    with Gallagher. Middleton specifically denies that she misappropriated any Gallagher

9    confidential information. Except as expressly admitted or denied, Middleton denies the

10   allegations in this paragraph as to her. With respect to the allegation in this paragraph as to other

11   Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in

12   this paragraph, and on that basis denies those allegations.

13       27.    Middleton admits that, during her employment at Gallagher, she gained access to

14   non-public Gallagher information. Except as expressly admitted, Middleton lacks sufficient

15   information to admit or deny the allegations in this paragraph, and on that basis denies those

16   allegations.

17       28.    Middleton admits the existence of Gallagher's Code for Business Conduct and

18   Ethics referenced in this paragraph. Without having this document in her possession, Middleton

19   lacks sufficient information to admit or deny Gallagher's allegations regarding the content of this

20   document, and on that basis denies those allegations. With respect to Gallagher's allegations

21   regarding its Executive Agreements, Non-Competition Agreement with Wally Brown, and

22   Stockholder Agreement, Middleton lacks sufficient information to admit or deny those

23   allegations, and on that basis denies those allegations. Finally, Gallagher's statement that it

24   "takes reasonable and appropriate measures to safeguard its non-public commercially valuable

25   information" states a legal conclusion to which no response is required.

26       29.    Middleton lacks sufficient information to admit or deny the allegations in this

27   paragraph, and on that basis denies those allegations.

28       30.    Middleton lacks sufficient information to admit or deny the allegations in this

1    paragraph, and on that basis denies those allegations.

2        31.     Middleton lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4        32.     Middleton lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6        33.     Middleton admits the allegations in this paragraph.

7        34.     Middleton lacks sufficient information to admit or deny the allegations in this

8    paragraph, and on that basis denies those allegations.

9        35.     Middleton denies the allegations in this paragraph as to her.  With respect to the

10    allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

11    information to admit or deny the allegations in this paragraph, and on that basis denies those

12    allegations.

13        36.     Middleton denies the allegations in this paragraph as to her.  With respect to the

14    allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

15    information to admit or deny the allegations in this paragraph, and on that basis denies those

16    allegations.

17        37.     Middleton denies the allegations in this paragraph as to her.  With respect to the

18    allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

19    information to admit or deny the allegations in this paragraph, and on that basis denies those

20    allegations.

21        38.     Middleton lacks sufficient information to admit or deny the allegations in this

22    paragraph, and on that basis denies those allegations.

23        39.    Middleton lacks sufficient information to admit or deny the allegations in this

24    paragraph, and on that basis denies those allegations.

25        40.     Middleton lacks sufficient information to admit or deny the allegations in this

26    paragraph, and on that basis denies those allegations.

27        41.     Middleton lacks sufficient information to admit or deny the allegations in this

28    paragraph, and on that basis denies those allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    42.    Middleton lacks sufficient information to admit or deny the allegations in this
2  paragraph, and on that basis denies those allegations.

3    43.    Middleton lacks sufficient information to admit or deny the allegations in this
4  paragraph, and on that basis denies those allegations.

5    44.    Middleton lacks sufficient information to admit or deny the allegations in this
6  paragraph, and on that basis denies those allegations.

7    45.    Middleton lacks sufficient information to admit or deny the allegations in this
8  paragraph, and on that basis denies those allegations.

9    46.    Middleton lacks sufficient information to admit or deny the allegations in this
10 paragraph, and on that basis denies those allegations.

11    47.    Middleton lacks sufficient information to admit or deny the allegations in this
12 paragraph, and on that basis denies those allegations.

13    48.    Middleton lacks sufficient information to admit or deny the allegations in this
14 paragraph, and on that basis denies those allegations.

15    49.    Middleton lacks sufficient information to admit or deny the allegations in this
16 paragraph, and on that basis denies those allegations.

17    50.    Middleton lacks sufficient information to admit or deny the allegations in this
18 paragraph, and on that basis denies those allegations.

19    51.    Middleton lacks sufficient information to admit or deny the allegations in this
20 paragraph, and on that basis denies those allegations.

21    52.    Middleton lacks sufficient information to admit or deny the allegations in this
22 paragraph, and on that basis denies those allegations.

23    53.    Middleton lacks sufficient information to admit or deny the allegations in this
24 paragraph, and on that basis denies those allegations.

25    54.    Middleton lacks sufficient information to admit or deny the allegations in this
26 paragraph, and on that basis denies those allegations.

27    55.    Middleton lacks sufficient information to admit or deny the allegations in this
28 paragraph, and on that basis denies those allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    56.    Middleton lacks sufficient information to admit or deny the allegations in this

2  paragraph, and on that basis denies those allegations.

3    57.    Middleton lacks sufficient information to admit or deny the allegations in this

4  paragraph, and on that basis denies those allegations.

5    58.    Middleton lacks sufficient information to admit or deny the allegations in this

6  paragraph, and on that basis denies those allegations.

7    59.    Middleton lacks sufficient information to admit or deny the allegations in this

8  paragraph, and on that basis denies those allegations.

9    60.    Middleton lacks sufficient information to admit or deny the allegations in this

10  paragraph, and on that basis denies those allegations.

11    61.    Middleton lacks sufficient information to admit or deny the allegations in this

12  paragraph, and on that basis denies those allegations.

13    62.    Middleton lacks sufficient information to admit or deny the allegations of this

14  paragraph, and on that basis denies those allegations.

15    63.    Middleton denies the allegations in this paragraph as to her.  With respect to the

16  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

17  information to admit or deny the allegations in this paragraph, and on that basis denies those

18  allegations.

19    64.    Middleton denies the allegations in this paragraph as to her.  With respect to the

20  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

21  information to admit or deny the allegations in this paragraph, and on that basis denies those

22  allegations.

23    65.    The first sentence of this paragraph is a prefatory statement to which no response

24  is required.  Middleton denies the remaining allegations in this paragraph as to her.  With respect

25  to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

26  information to admit or deny the allegations in this paragraph, and on that basis denies those

27  allegations.

28    66.    Middleton admits that George Petty was responsible for IT and computer systems

1  in Gallagher's San Ramon office.  Except as expressly admitted, Middleton lacks sufficient

2  information to admit or deny, and on that basis denies those allegations.

3       67.   Middleton denies the allegations in this paragraph as to her.  With respect to the

4  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

5  information to admit or deny the allegations in this paragraph, and on that basis denies those

6  allegations.

7       68.   Middleton admits the allegations of this paragraph only to the extent stated in her

8  declaration of January 3, 2008, which Middleton incorporates herein by reference.  Except as

9  expressly admitted, Middleton denies the allegations of this paragraph as to her. With respect to

10  the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

11  information to admit or deny the allegations in this paragraph, and on that basis denies those

12  allegations.

13       69.   Middleton admits that following the filing of this lawsuit she returned a Gallagher

14  laptop, used prior to April 2006 to perform tasks related to her job at Gallagher, and accordingly

15  admits that the computer may contain Gallagher information.  Middleton further admits that she

16  did not access the laptop following the filing of this lawsuit to verify whether it contained any

17  Gallagher data.  Except as expressly admitted or denied, Middleton denies the allegations in this

18  paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

19  Defendants and EPIC, Middleton lacks sufficient information to admit or deny the allegations in

20  this paragraph, and on that basis denies those allegations.

21       70.   Middleton admits the facts stated in her declaration of January 3, 2008, which

22  Middleton incorporates herein by reference.  Except as expressly admitted, Middleton denies the

23  allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to

24  other Individual Defendants and EPIC, Middleton lacks sufficient information to admit or deny

25  the allegations in this paragraph, and on that basis denies those allegations.

26       71.   Middleton lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28       72.   Middleton lacks sufficient information to admit or deny the allegations in this

8

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  paragraph, and on that basis denies those allegations.

2        73.     Middleton lacks sufficient information to admit or deny the allegations in this

3  paragraph, and on that basis denies those allegations.

4        74.     Middleton admits the allegations in this paragraph.

5        75.     Middleton denies the allegations in this paragraph as to her.  With respect to the

6  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

7  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

8  those allegations.

9        76.     Middleton denies the allegations in this paragraph as to her.  With respect to the

10  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

11  information to admit or deny the allegations in this paragraph, and on that basis denies those

12  allegations.

13        77.     Middleton denies the allegations in this paragraph as to her.  With respect to the

14  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

15  information to admit or deny the allegations in this paragraph, and on that basis denies those

16  allegations.

17        78.     Middleton lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19        79.     Middleton lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21        80.     Middleton lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23        81.     Middleton denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

25  information to admit or deny the allegations in this paragraph, and on that basis denies those

26  allegations.

27        82.     With respect to the allegations regarding Cohn's resignation letter, that letter is set

28  forth in its entirety this paragraph.  The document speaks for itself.  With respect to the

9

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

2    information to admit or deny the allegations in this paragraph, and on that basis denies those

3    allegations.

4        83.    Middleton lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6        84.    Middleton lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8        85.    Middleton lacks sufficient information to admit or deny the allegations in this

9    paragraph, and on that basis denies those allegations.

10       86.    Middleton lacks sufficient information to admit or deny the allegations in this

11   paragraph, and on that basis denies those allegations.

12       87.    Middleton admits that Wally Brown and Brian Quinn announced their

13   resignations at an all-hands meeting at Gallagher's San Ramon office on December 7, 2007.

14   Except as expressly admitted, Middleton lacks sufficient information to admit or deny the

15   allegations in this paragraph, and on that basis denies those allegations.

16       88.    Middleton lacks sufficient information to admit or deny the allegations in this

17   paragraph, and on that basis denies those allegations.

18       89.    Middleton lacks sufficient information to admit or deny the allegations in this

19   paragraph, and on that basis denies those allegations.

20       90.    Middleton lacks sufficient information to admit or deny the allegations in this

21   paragraph, and on that basis denies those allegations.

22       91.    Middleton denies the allegations in this paragraph as to her.  With respect to the

23   allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

24   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

25   those allegations.

26       92.    Middleton admits that she resigned from Gallagher on December 11, 2007

27   without giving prior notice to work at EPIC.  Middleton denies that she coordinated her

28   resignation with any other employees or EPIC.  Middleton denies the remaining allegations in

10

410534.01

1  this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

2  Defendants, Middleton lacks sufficient information to admit or deny the allegations in this

3  paragraph, and on that basis denies those allegations.

4       93.    Middleton denies the allegations in this paragraph as to her.  With respect to the

5  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

6  information to admit or deny the allegations in this paragraph, and on that basis denies those

7  allegations.

8       94.    Middleton lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10       95.    Middleton lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12       96.    Middleton lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14       97.    Middleton lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16       98.    Middleton admits that she resigned from Gallagher on December 11, 2007

17  without giving prior notice to work at EPIC.  Middleton denies the remaining allegations in this

18  paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

19  Defendants, Middleton lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21       99.    Middleton lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23       100.    Middleton lacks sufficient information to admit or deny the allegations in this

24  paragraph, and on that basis denies those allegations.

25       101.    Middleton lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27       102.    Middleton lacks sufficient information to admit or deny the allegations in this

28  paragraph, and on that basis denies those allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    103.    Middleton lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    104.    Middleton lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5    105.    Middleton lacks sufficient information to admit or deny the allegations in this

6    paragraph, and on that basis denies those allegations.

7    106.    Middleton lacks sufficient information to admit or deny the allegations in this

8    paragraph, and on that basis denies those allegations.

9    107.    Middleton denies the allegations in this paragraph as to her.  With respect to the

10   allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

11   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

12   those allegations.

13   108.    Middleton lacks sufficient information to admit or deny the allegations in this

14   paragraph, and on that basis denies those allegations.

15   109.    Middleton lacks sufficient information to admit or deny the allegations in this

16   paragraph, and on that basis denies those allegations.

17   110.    Middleton lacks sufficient information to admit or deny the allegations in this

18   paragraph, and on that basis denies those allegations.

19   111.    Middleton lacks sufficient information to admit or deny the allegations in this

20   paragraph, and on that basis denies those allegations.

21   112.    Middleton lacks sufficient information to admit or deny the allegations in this

22   paragraph, and on that basis denies those allegations.

23   113.    Middleton lacks sufficient information to admit or deny the allegations in this

24   paragraph, and on that basis denies those allegations.

25   114.    Middleton denies the allegations in this paragraph as to her.  With respect to the

26   allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

27   information to admit or deny the allegations in this paragraph, and on that basis denies those

28   allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1      115.    Middleton denies that she used any deceptive or unlawful business practices, or

2  any Gallagher business information, to convince any client to switch its business from Gallagher

3  to EPIC.  Except as expressly denied, Middleton lacks sufficient information to admit or deny

4  the allegations in this paragraph, and on that basis denies these allegations.

5      116.    Middleton lacks sufficient information to admit or deny the allegations in this

6  paragraph, and on that basis denies those allegations.

7      117.    Middleton denies the allegations in this paragraph as to her.  With respect to the

8  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

9  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

10  those allegations.

11      118.    Middleton lacks sufficient information to admit or deny the allegations in this

12  paragraph, and on that basis denies those allegations.

13      119.    Middleton denies that she has solicited any Gallagher employees or customers.

14  Except as expressly denied, Middleton lacks sufficient information to admit or deny the

15  allegations in this paragraph, and on that basis denies those allegations.

16      120.    Middleton denies the allegations in this paragraph as to her.  With respect to the

17  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

18  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

19  those allegations.

20      121.    Middleton denies the allegations in this paragraph as to her.  With respect to the

21  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

22  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

23  those allegations.

24      122.    This paragraph states a legal conclusion to which no response is required.

25      123.    Middleton admits that following the filing of this lawsuit she returned a Gallagher

26  laptop, used prior to April 2006 to perform tasks related to her job at Gallagher, and accordingly

27  admits that the computer may contain Gallagher information.  Middleton further admits that she

28  did not access the laptop following the filing of this lawsuit to verify whether it contained any

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   Gallagher data.  Except as expressly admitted or denied, Middleton denies the allegations in this

2   paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

3   Defendants and EPIC, Middleton lacks sufficient information to admit or deny the allegations in

4   this paragraph, and on that basis denies those allegations.

5        124.   Middleton lacks sufficient information to admit or deny the allegations in this

6   paragraph, and on that basis denies those allegations.

7        125.   Middleton denies the allegations in this paragraph as to her.  With respect to the

8   allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

9   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

10   those allegations.

11        126.   This paragraph states legal conclusions to which no response is required.

12        127.   This paragraph states legal conclusions to which no response is required.

13                   **<u>COUNT ONE</u>**

14   **(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual**
15       **Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**

16        128.   Middleton realleges and incorporates by references\ her responses to paragraphs 1

17   through 127.

18        129.   Middleton admits that Gallagher's computer systems had Internet capabilities and

19   that she used those computers to provide insurance services across state lines.  Middleton further

20   admits that, during her employment with Gallagher, she accessed and had access to Gallagher's

21   computer network through her Gallagher computer.  Except as expressly admitted, Middleton

22   lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis

23   denies those allegations.  The final sentence of this paragraph states a legal conclusion to which

24   no response is required.

25        130.   Middleton denies the allegations in this paragraph as to her.  With respect to the

26   allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

27   information to admit or deny the allegations in this paragraph, and on that basis denies those

28   allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

131.    Middleton denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

132.    Middleton denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

133.    Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

134.    Middleton denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

## COUNT TWO

**(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton and Watkins)**

135.    Middleton realleges and incorporates by reference her responses to paragraphs 1 through 134.

136.    Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

137.    Middleton denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

138.    Middleton denies the allegations in this paragraph as to her.  With respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those

1  allegations.

2      139.    This paragraph states legal conclusions to which no response is required.  To the

3  degree a response is required, Middleton denies the allegations in this paragraph as to her.  With

4  respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks

5  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

6  those allegations.

7      140.    This paragraph states legal conclusions to which no response is required.  To the

8  degree a response is required, Middleton denies the allegations in this paragraph as to her.  With

9  respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks

10  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

11  those allegations.

12      141.    Middleton denies that she knowingly accessed Gallagher's computer system and

13  confidential and proprietary information without authorization or permission and that she

14  retained any Gallagher data or information obtained through any such knowing access.  With

15  respect to allegations in this paragraph as to other Individual Defendants, Middleton lacks

16  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

17  those allegations.  The final sentence of this paragraph states legal conclusions to which no

18  response is required.

19      142.    Middleton denies the allegations in this paragraph as to her.  With respect to the

20  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

21  information to admit or deny the allegations in this paragraph, and on that basis denies those

22  allegations.

23                                    **COUNT THREE**

24  **(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 *et seq.* – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on**

25  **behalf of and in furtherance of the conspiracy with EPIC)**

26      143.    Middleton realleges and incorporates by reference her responses to paragraphs 1

27  through 142.

28      144.    Middleton denies the allegations in this paragraph.

                                        16

410534.01

1    145.   Gallagher's assertion that it possesses trade secrets under California law is a legal

2  conclusion to which no response is required.  To the degree a response is required, Middleton

3  denies the allegations in this paragraph.

4    146.   Middleton admits that following the filing of this lawsuit she returned a Gallagher

5  laptop, used prior to April 2006 to perform tasks related to her job at Gallagher, and accordingly

6  admits that the computer may contain Gallagher information.  Middleton further admits that she

7  did not access the laptop following the filing of this lawsuit to verify whether it contained any

8  Gallagher data.  Middleton denies that she shared, used, or planned to use the any Gallagher data

9  that may be on the computer following her resignation from Gallagher.  Except as expressly

10  admitted or denied, Middleton denies the allegations in this paragraph as to her.  With respect to

11  the allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

12  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

13  those allegations.

14    147.   Middleton denies the allegations in this paragraph as to her.  With respect to the

15  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

16  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

17  those allegations.

18    148.   Middleton denies the allegations in this paragraph as to her.  With respect to the

19  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

20  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

21  those allegations.

22    149.   This paragraph states legal conclusions to which no response is required.

23    150.   The first sentence of this paragraph states legal conclusions to which no response

24  is required.  As to the allegations in the second sentence, Middleton lacks sufficient information

25  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

26    151.   This paragraph states legal conclusions to which no response is required.  To the

27  degree a response is required, Middleton denies the allegations in this paragraph.

28    152.   Middleton denies that she misappropriated Gallagher trade secrets.  With respect

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  to the allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

2  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

3  those allegations.  The remainder of this paragraph states legal conclusions to which no response

4  is required.

5          153.    Middleton denies that she misappropriated Gallagher trade secrets or deliberately

6  intended to injure Gallagher in any way.  With respect to the allegations in this paragraph as to

7  other Individual Defendants and EPIC, Middleton lacks sufficient information to admit or deny

8  the allegations in this paragraph, and on that basis denies those allegations.  The remainder of

9  this paragraph states legal conclusions to which no response is required.

10                                    **COUNT FOUR**

11  **(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against
    Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on**
12  **behalf of and in furtherance of the conspiracy with EPIC)**

13          154.    Middleton realleges and incorporates by reference her responses to paragraphs 1

14  through 153.

15          155.    This paragraph states a legal conclusion to which no response is required.  To the

16  degree a response is required, Middleton denies the allegations in this paragraph as to her.  With

17  respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks

18  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

19  those allegations.

20          156.    This paragraph states a legal conclusion to which no response is required.  To the

21  degree a response is required, Middleton denies the allegations in this paragraph as to her.  With

22  respect to the allegations in this paragraph as to other Individual Defendants, Middleton lacks

23  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

24  those allegations.

25          157.    Middleton denies the allegations in this paragraph as to her.  With respect to the

26  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

27  information to admit or deny the allegations in this paragraph, and on that basis denies those

28  allegations.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    158.    Middleton denies that she engaged in wrongful conduct or misappropriated any

2  Gallagher property.  Except as expressly denied, Middleton lacks sufficient information to admit

3  or deny the allegations in this paragraph, and on that basis denies those allegations.

4    159.    Middleton denies the allegations in this paragraph as to her.  With respect to the

5  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

6  information to admit or deny the allegations in this paragraph, and on that basis denies those

7  allegations.

8    160.    Middleton denies that she misappropriated Gallagher property.  The remainder of

9  this paragraph states legal conclusions to which no response is required.

10                                          **COUNT FIVE**

11  **(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua,**

12  **Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

13    161.    Middleton realleges and incorporates by reference her responses to paragraphs 1

14  through 160.

15    162.    Middleton denies the allegations in this paragraph as to her.  With respect to the

16  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

17  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

18  those allegations.

19    163.    Middleton denies the allegations in this paragraph as to her.  With respect to the

20  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

21  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

22  those allegations.

23    164.    Middleton denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

25  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

26  those allegations.

27    165.    Middleton denies that she willfully and maliciously converted any property

28  belonging to Gallagher or deliberately intended to injure Gallagher's business for her own

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1  financial gain.  With respect to the allegations in this paragraph as to other Individual Defendants

2  and EPIC, Middleton lacks sufficient information to admit or deny the allegations in this

3  paragraph, and on that basis denies those allegations.  The remainder of this paragraph states

4  legal conclusions to which no response is required.

5  **COUNT SIX**

6  **(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause,**
**Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips,**
7  **Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

8      166.    Middleton realleges and incorporates by reference her responses to paragraphs 1

9  through 165.

10     167.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

11  not required to and does not respond to the allegations in the paragraph.

12     168.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

13  not required to and does not respond to the allegations in the paragraph.

14     169.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

15  not required to and does not respond to the allegations in the paragraph.

16     170.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

17  not required to and does not respond to the allegations in the paragraph.

18     171.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

19  not required to and does not respond to the allegations in the paragraph.

20     172.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

21  not required to and does not respond to the allegations in the paragraph.

22     173.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

23  not required to and does not respond to the allegations in the paragraph.

24  **COUNT SEVEN**

25  **(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown,**
**Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin,**
26  **Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

27     174.    Middleton realleges and incorporates by reference her responses to paragraphs 1

28  through 173.

20

410534.01

1    175.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

2    not required to and does not respond to the allegations in the paragraph.

3    176.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

4    not required to and does not respond to the allegations in the paragraph.

5    177.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

6    not required to and does not respond to the allegations in the paragraph.

7    178.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

8    not required to and does not respond to the allegations in the paragraph.

9    **COUNT EIGHT**

10   **(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual
Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos,**
11   **Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul
Wagener)**

12

13   179.    Middleton realleges and incorporates by reference her responses to paragraphs 1

14   through 178.

15   180.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

16   not required to and does not respond to the allegations in the paragraph.

17   181.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

18   not required to and does not respond to the allegations in the paragraph.

19   182.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

20   not required to and does not respond to the allegations in the paragraph.

21   183.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

22   not required to and does not respond to the allegations in the paragraph.

23   **COUNT NINE**

24   **(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants
Except Francis and Hahn)**

25

26   184.    Middleton realleges and incorporates by reference her responses to paragraphs 1

27   through 183.

28   185.    This paragraph states a legal conclusion to which no response is required.

21

410534.01

1      186.    Middleton admits that, prior to her resignation from Gallagher, she was an

2  employee of Gallagher.  The remainder of this paragraph states legal conclusions to which no

3  response is required.

4      187.    Middleton denies the allegations in this paragraph as to her.  With respect to

5  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

6  information to admit or deny the allegations in this paragraph, and on that basis denies those

7  allegations.

8      188.    Middleton denies the allegations in this paragraph as to her.  With respect to

9  allegations in this paragraph as to other Individual Defendants, Middleton lacks sufficient

10  information to admit or deny the allegations in this paragraph, and on that basis denies those

11  allegations.

12      189.    Middleton denies the allegations in the first two sentences of this paragraph as to

13  her.  With respect to allegations in the first two sentences this paragraph as to other Individual

14  Defendants, Middleton lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.  The third sentence of this paragraph states

16  legal conclusions to which no response is required.

17                              **COUNT TEN**

18  **(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn,**
                                    **and Wick)**

19

20      190.    Middleton realleges and incorporates by reference her responses to paragraphs 1

21  through 189.

22      191.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

23  not required to and does not respond to the allegations in the paragraph.

24      192.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

25  not required to and does not respond to the allegations in the paragraph.

26      193.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

27  not required to and does not respond to the allegations in the paragraph.

28      194.    This cause of action is not asserted against Middleton.  Middleton, therefore, is

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   not required to and does not respond to the allegations in the paragraph.

2        195.   This cause of action is not asserted against Middleton. Middleton, therefore, is

3   not required to and does not respond to the allegations in the paragraph.

4        196.   This cause of action is not asserted against Middleton. Middleton, therefore, is

5   not required to and does not respond to the allegations in the paragraph.

6                  **COUNT ELEVEN**

7   **(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC,**
  **Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth,**
8           **Halbleib, Hause, Johnson, Quinn, and Wagener)**

9        197.   Middleton realleges and incorporates by reference her responses to paragraphs 1

10   through 196.

11        198.   This cause of action is not asserted against Middleton. Middleton, therefore, is

12   not required to and does not respond to the allegations in the paragraph.

13        199.   This cause of action is not asserted against Middleton. Middleton, therefore, is

14   not required to and does not respond to the allegations in the paragraph.

15        200.   This cause of action is not asserted against Middleton. Middleton, therefore, is

16   not required to and does not respond to the allegations in the paragraph.

17        201.   This cause of action is not asserted against Middleton. Middleton, therefore, is

18   not required to and does not respond to the allegations in the paragraph.

19        202.   This cause of action is not asserted against Middleton. Middleton, therefore, is

20   not required to and does not respond to the allegations in the paragraph.

21                  **COUNT TWELVE**

22   **(Unfair Competition – Cal. Bus. & Prof. Code §17200 *et seq.* – Against All Defendants)**

23        203.   Middleton realleges and incorporates by reference her responses to paragraphs 1

24   through 202.

25        204.   This paragraph states legal conclusions to which no response is required.

26        205.   This paragraph states legal conclusions to which no response is required.

27

28

1

## COUNT THIRTEEN

2

### (Unjust Enrichment – Against All Defendants)

3   206.   Middleton realleges and incorporates by reference her responses to paragraphs 1

4   through 205.

5   207.   Middleton denies the allegations in this paragraph as to her.  With respect to

6   allegations in this paragraph as to other Individual Defendants and EPIC, Middleton lacks

7   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

8   those allegations.

9   208.   This paragraph states legal conclusions to which no response is required.

10

## COUNT FOURTEEN

11

### (Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)

12   209.   Middleton realleges and incorporates by reference her responses to paragraphs 1

13   through 208.

14   210.   This cause of action is not asserted against Middleton.  Middleton, therefore, is

15   not required to and does not respond to the allegations in the paragraph.

16   211.   This cause of action is not asserted against Middleton.  Middleton, therefore, is

17   not required to and does not respond to the allegations in the paragraph.

18   212.   This cause of action is not asserted against Middleton.  Middleton, therefore, is

19   not required to and does not respond to the allegations in the paragraph.

20   213.   This cause of action is not asserted against Middleton.  Middleton, therefore, is

21   not required to and does not respond to the allegations in the paragraph.

22   214.   This cause of action is not asserted against Middleton.  Middleton, therefore, is

23   not required to and does not respond to the allegations in the paragraph.

24

## AFFIRMATIVE DEFENSES

25   For its affirmative defenses to the First Amended Complaint ("FAC"), Middleton alleges

26   the following:

27   ////

28   ////

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   **FIRST AFFIRMATIVE DEFENSE**

2   (Failure to State a Claim)

3   The FAC, and each purported count therein, fails to state a claim upon which relief can

4   be granted.

5   **SECOND AFFIRMATIVE DEFENSE**

6   (Failure to Allege Sufficient Facts)

7   The FAC, and each purported count therein, fails to state facts sufficient to constitute a

8   cause of action.

9   **THIRD AFFIRMATIVE DEFENSE**

10   (Justification)

11   The actions of EPIC that allegedly give rise to liability herein, if any such actions

12   occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

13   **FOURTH AFFIRMATIVE DEFENSE**

14   (Failure to Establish Causation)

15   Without in any way admitting that any of the conduct alleged in the FAC occurred or is

16   in any way unlawful, Gallagher may not recover any damages sought herein because there is no

17   causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by

18   Gallagher.

19   **FIFTH AFFIRMATIVE DEFENSE**

20   (Good Faith)

21   EPIC acted in good faith and did not directly or indirectly perform any acts that would

22   constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

23   **SIXTH AFFIRMATIVE DEFENSE**

24   (Failure to Conduct Reasonable Inquiry)

25   The FAC, and each and every purported cause of action alleged therein, is barred because

26   Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and

27   because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and

28   their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1

## SEVENTH AFFIRMATIVE DEFENSE

2

### (Privilege of Competition)

3    Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the

4 privilege to compete.

5

## EIGHTH AFFIRMATIVE DEFENSE

6

### (Absence of Irreparable Harm)

7    To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief

8 because the injury or damages suffered by Gallagher, if any, would be adequately compensated

9 in an action at law for damages.

10

## NINTH AFFIRMATIVE DEFENSE

11

### (Equitable Estoppel)

12    Some of the claims are barred by the doctrine of equitable estoppel.

13

## TENTH AFFIRMATIVE DEFENSE

14

### (Judicial Estoppel)

15    Some of the claims are barred by the doctrine of judicial estoppel.

16

## ELEVENTH AFFIRMATIVE DEFENSE

17

### (Unclean Hands)

18    Some of the claims are barred by the doctrine of unclean hands.

19

## TWELFTH AFFIRMATIVE DEFENSE

20

### (Failure to Establish Misappropriation)

21    Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

22 Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the

23 allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

24

## THIRTEENTH AFFIRMATIVE DEFENSE

25

### (Failure to Establish Existence of Trade Secrets)

26    Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

27 Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is

28 readily ascertainable by proper means and is therefore not a "trade secret" under California law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Invalidity of Contracts)

Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid contracts as they lack consideration and/or are void for public policy reasons under California law.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Failure to Establish a Private Cause of Action)

Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is barred as an improper cause of action.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Public Policy)

Some of the claims are barred insofar as several contract provisions are void for public policy.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Waiver)

Gallagher has waived the right, if any, to pursue the claims in the FAC, and each purported cause of action contained therein, by reason of Gallagher's own actions and course of conduct.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

(Absence of Deception)

Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that EPIC's conduct is not likely to mislead the public or harm Gallagher.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Lack of Specificity)

The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim with the requisite particularity.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The FAC, and each and every purported cause of action alleged therein, is barred because any recovery would result in Gallagher's unjust enrichment.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as required by law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Punitive Damages)

Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in the FAC, because California's laws regarding the alleged conduct in question in this action are too vague to permit the imposition of punitive damages, and the award of punitive damages as applied to the facts of this case would violate EPIC's constitutional rights under the United States and California Constitution.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Improper Restraint of Competition)

Some of Plaintiffs' claims are improper efforts to restrain competition and employee mobility in violation of Cal. Bus. & Prof. Code § 16600.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Incorporation of Other Defenses)

EPIC adopts and incorporates any and all other defenses raised or to be raised by any other defendant joined in this litigation to the extent that said defenses are not inconsistent with EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising out of this lawsuit.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

EPIC reserves the right to raise additional affirmative and other defenses as they are

1    discovered or otherwise become available.

2                          **PRAYER FOR RELIEF**

3          Middleton denies that Gallagher is entitled to any of the relief requested in its FAC.

4    WHEREFORE, Middleton prays:

5                1.    That Gallagher take nothing by reason of its FAC;

6                2.    That judgment be rendered in favor of Middleton;

7                3.    That Middleton be awarded her costs incurred in defense of this action;

8                      and,

9                4.    That the Court provide such other relief as it deems proper.

10

11   Dated:  February 8, 2008                    KEKER & VAN NEST, LLP

12

13

14                                  By:  s/Daniel Purcell
                                         DANIEL PURCELL
15                                       Attorneys for Defendants
                                         ALLEN L. AMOS, ERIC CHUA, CAROL ANN
16                                       COHN, NEIL R. COHN, ROBERT E. DUTTO,
                                         ROBERT D. ELLSWORTH, SUSAN M.
17                                       ENGLISH, JAMES C. HALBLEIB, STEPHEN
                                         HAUSE, DON J. JOHNSON, LAURINDA A.
18                                       MARTIN, SHANDRANETTE MIDDLETON,
                                         GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,
19                                       LINDA SOO HOO, DIRCK R. STINSON,
                                         PAUL H. WAGENER, and ROBERT H.
20                                       WATKINS

21

22

23

24

25

26

27

28

410534.01    ANSWER OF SHANDRANETTE MIDDLETON TO FIRST AMENDED COMPLAINT FOR DAMAGES AND
             INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW