1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., a Delaware          Case No. 07-CV-06418-JSW
    Corporation, ARTHUR J. GALLAGHER & CO.
15  INSURANCE BROKERS OF CALIFORNIA,              **ANSWER OF NEIL R. COHN TO**
    INC., a California Corporation,                **FIRST AMENDED COMPLAINT**
16                                                 **FOR DAMAGES AND INJUNCTIVE**
                            Plaintiffs,            **RELIEF**
17
           v.
18
    EDGEWOOD PARTNERS INSURANCE
19  CENTER, a California corporation; DAN R.
    FRANCIS; JOHN G. HAHN; ANDREW
20  ("WALLY") BROWN, JR.; BRIAN F. QUINN;
    NEIL R. COHN; CAROLANN COHN;
21  MICHAEL J. BROWN; STEPHEN HAUSE;
    LAURA J. WICK; JAMES C. HALBLEIB;
22  STEPHEN HAUSE; LAURINDA ("LAURIE") A.
    MARTIN; ERIC CHUA; GEORGE J. PETTY;
23  LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
    M. ENGLISH; DON J. JOHNSON; ALLEN L.
24  AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
    DIRCK ("RICK") R. STINSON; ROBERT
25  ("BOB") D. ELLSWORTH; ROBERT H.
    WATKINS; PAUL H. WAGENER;
26  SHANDRANETTE MIDDLETON,

27                          Defendants.

28

1     Defendant Neil R. Cohn ("Cohn") answers plaintiffs' First Amended Complaint as

2   follows:

3                                    I.       **NATURE OF ACTION**

4        1.      Cohn denies Gallagher's allegations of "illegal raiding" or "associated theft and

5   use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of business,"

6   and the existence of any ongoing misconduct.  Except as expressly denied above, Cohn admits

7   Gallagher's characterization of its complaint and the claims for relief set forth therein.

8        2.      Cohn admits the allegations of this paragraph.

9        3.      Cohn admits that EPIC touts its belief in principles of business ethics, but denies,

10   to the best of his knowledge, that EPIC behaved in a manner contrary to such ethical principles.

11   Cohn denies the remaining allegations in this paragraph as to him.  With respect to the allegation

12   in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or

13   deny the allegations in this paragraph, and on that basis denies those allegations.

14       4.      Cohn denies the allegations in this paragraph as to him.  With respect to the

15   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

16   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

17       5.      This paragraph states legal conclusions to which no response is required.

18       6.      Cohn denies the allegations in this paragraph as to him.  With respect to the

19   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

20   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

21       7.      Cohn denies the allegations in this paragraph as to him.  With respect to the

22   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

23   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

24       8.      Cohn denies the allegations in this paragraph as to him.  With respect to the

25   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

26   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

27       9.      Cohn denies the allegations in this paragraph as to him.  With respect to the

28   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

2      10.    Cohn admits that Wally Brown and Brian Quinn held the most senior

3  management positions in Gallagher's San Ramon office.  As to the remainder of the allegations

4  in this paragraph, Cohn lacks sufficient information to admit or deny, and on that basis denies

5  those allegations.

6      11.    Cohn denies the allegations in this paragraph as to him.  With respect to the

7  allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

8  information to admit or deny the allegations in this paragraph, and on that basis denies those

9  allegations.

10          **II.    SUBJECT-MATTER JURISDICTION AND VENUE**

11      12.    This paragraph states a legal conclusion to which no response is required.

12      13.    This paragraph states a legal conclusion to which no response is required.

13          **III.    PARTIES AND PERSONAL JURISDICTION**

14      14.    Cohn lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16      15.    Cohn admits the allegations in this paragraph.

17      16.    Cohn admits that Francis and Hahn are co-founders of EPIC and have experience

18  in the insurance industry.  As to the remaining allegations in this paragraph, Cohn lacks

19  sufficient information to admit or deny, and on that basis denies those allegations.

20      17.    Cohn admits that he, Wally Brown, Brian Quinn, Jim Halbleib, and Stephen

21  Hause were former high-level employees of Gallagher.  As to the allegations in this paragraph

22  regarding the fiduciary status of certain individual defendants, those allegations state legal

23  conclusions to which no response is required.

24      18.    Cohn admits that the Individual Defendants, including himself, are current

25  employees of EPIC and former employees of Gallagher.  Cohn admits that he is a resident of the

26  State of California.  Except as expressly admitted, Cohn denies the allegations of this paragraph

27  as they relate to him, and denies the allegations of this paragraph as they relate to other

28  Individual Defendants on the basis that he lacks sufficient information to admit or deny those

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1    allegations.

2         19.    Cohn denies the allegations in this paragraph as they relate to him.  For those

3    allegations that relate to other Individual Defendants and EPIC, Cohn lacks sufficient

4    information to admit or deny, and on that basis denies those allegations.

5         20.    Cohn admits that Gallagher has sued each of the Individual Defendants

6    individually as co-conspirators.  Except as expressly admitted, Cohn denies the allegations of

7    this paragraph as they relate to him.  Cohn denies the allegations of this paragraph as they relate

8    to other Individual Defendants and EPIC on the basis that he lacks sufficient information to

9    admit or deny those allegations.

10         21.    Cohn admits that Gallagher has sued each of the Individual Defendants

11    individually and is alleging that each Individual Defendant acted as an agent of the others.

12    Except as expressly admitted, Cohn denies the allegations of this paragraph as they relate to him.

13    Cohn denies the allegations of this paragraph as they relate to other Individual Defendants and

14    EPIC on the basis that he lacks sufficient information to admit or deny those allegations.

15               **IV.**    **FACTUAL ALLEGATIONS**

16         22.    Cohn denies that this paragraph accurately characterizes the job duties of former

17    Gallagher employees who left to join EPIC.  Cohn denies the characterization that the Individual

18    Defendants left Gallagher "*en masse.*"

19         23.    Cohn lacks sufficient information to admit or deny the allegations in this

20    paragraph, and on that basis denies those allegations.

21         24.    Cohn lacks sufficient information to admit or deny the allegations in this

22    paragraph, and on that basis denies those allegations.

23         25.    Cohn lacks sufficient information to admit or deny the allegations in this

24    paragraph, and on that basis denies those allegations.

25         26.    Cohn admits that Gallagher and its employees have invested resources in

26    developing relationships with their clients.  Cohn further admits that, if Gallagher possessed any

27    confidential or trade-secret information, and, if that information were misappropriated by a

28    competitor, that misappropriation potentially could enable that competitor to compete unfairly

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1    with Gallagher. Cohn specifically denies that he misappropriated any Gallagher confidential

2    information. Except as expressly admitted or denied, Cohn denies the allegations in this

3    paragraph as to him. With respect to the allegation in this paragraph as to other Individual

4    Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

5    and on that basis denies those allegations.

6            27.    Cohn admits that, during his employment at Gallagher, he gained access to non-

7    public Gallagher information. His resignation letter speaks for itself. With respect to the

8    allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

9    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

10           28.    Cohn admits the existence of Gallagher's Code for Business Conduct and Ethics,

11   Executive Agreements, and Stockholder Agreement referenced in this paragraph. Without

12   having those documents in his possession, Cohn lacks sufficient information to admit or deny

13   Gallagher's allegations regarding the content of those documents, and on that basis denies those

14   allegations. With respect to Gallagher's allegations regarding its Non-Competition Agreement

15   with Wally Brown, Cohn lacks sufficient information to admit or deny those allegations, and on

16   that basis denies those allegations. Finally, Gallagher's statement that it "takes reasonable and

17   appropriate measures to safeguard its non-public commercially valuable information" states a

18   legal conclusion to which no response is required.

19           29.    Cohn admits that he executed a Producer Agreement with EPIC in conjunction

20   with beginning work at EPIC. Cohn further admits that his agreement contains provisions

21   regarding (a) confidential information and trade secrets, (b) solicitation of employees, (c) duty of

22   loyalty, (d) solicitation of customers, and (e) injunctive relief. Except as expressly admitted,

23   Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that

24   basis denies those allegations.

25           30.    Cohn lacks sufficient information to admit or deny the allegations in this

26   paragraph, and on that basis denies those allegations.

27           31.    Cohn lacks sufficient information to admit or deny the allegations in this

28   paragraph, and on that basis denies those allegations.

4

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1      32.     Cohn lacks sufficient information to admit or deny the allegations in this

2   paragraph, and on that basis denies those allegations.

3      33.     Cohn admits the allegations in this paragraph.

4      34.     Cohn lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6      35.     Cohn denies the allegations in this paragraph as to him.  With respect to the

7   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

8   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

9      36.     Cohn denies the allegations in this paragraph as to him.  With respect to the

10  allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

11  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

12     37.     Cohn denies the allegations in this paragraph as to him.  With respect to the

13  allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

14  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

15     38.     Cohn lacks sufficient information to admit or deny the allegations in this

16  paragraph, and on that basis denies those allegations.

17     39.     Cohn lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19     40.     Cohn lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21     41.     Cohn lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23     42.     Cohn denies the allegations in this paragraph as to him.  With respect to the

24  allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

25  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

26     43.     Cohn lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28     44.     Cohn lacks sufficient information to admit or deny the allegations in this

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1   paragraph, and on that basis denies those allegations.

2       45.    Cohn denies the allegations in this paragraph as to him.  With respect to the

3   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

4   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

5       46.    Cohn lacks sufficient information to admit or deny the allegations in this

6   paragraph, and on that basis denies those allegations.

7       47.    Cohn lacks sufficient information to admit or deny the allegations in this

8   paragraph, and on that basis denies those allegations.

9       48.    Cohn lacks sufficient information to admit or deny the allegations in this

10  paragraph, and on that basis denies those allegations.

11      49.    Cohn lacks sufficient information to admit or deny the allegations in this

12  paragraph, and on that basis denies those allegations.

13      50.    Cohn lacks sufficient information to admit or deny the allegations in this

14  paragraph, and on that basis denies those allegations.

15      51.    Cohn lacks sufficient information to admit or deny the allegations in this

16  paragraph, and on that basis denies those allegations.

17      52.    Cohn lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19      53.    Cohn lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21      54.    Cohn lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23      55.    Cohn lacks sufficient information to admit or deny the allegations in this

24  paragraph, and on that basis denies those allegations.

25      56.    Cohn lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27      57.    Cohn lacks sufficient information to admit or deny the allegations in this

28  paragraph, and on that basis denies those allegations.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1      58.    Cohn lacks sufficient information to admit or deny the allegations in this

2  paragraph, and on that basis denies those allegations.

3      59.    Cohn lacks sufficient information to admit or deny the allegations in this

4  paragraph, and on that basis denies those allegations.

5      60.    Cohn lacks sufficient information to admit or deny the allegations in this

6  paragraph, and on that basis denies those allegations.

7      61.    Cohn denies the allegations in this paragraph as to him.  With respect to the

8  allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

9  information to admit or deny the allegations in this paragraph, and on that basis denies those

10  allegations.

11      62.    Cohn admits that all of these expenses alleged in this paragraph were incurred

12  while conducting Gallagher business.  Cohn denies that any of the expenses were incurred to

13  convince the clients to refrain from providing Gallagher with additional business.  As to the

14  specific allegations about the amount of the business expenses, Cohn lacks sufficient information

15  to admit or deny the allegations, and on that basis denies those allegations.  Cohn denies the

16  remaining allegations in this paragraph as to him.  With respect to the allegation in this

17  paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny

18  the allegations in this paragraph, and on that basis denies those allegations.

19      63.    Cohn admits that, prior to leaving Gallagher, he informed some of the clients he

20  serviced that he was considering leaving Gallagher.  He denies that he told these clients

21  specifically that he was leaving Gallagher or that he solicited those clients to switch their

22  business to EPIC.  With respect to the allegations in this paragraph as to other Individual

23  Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

24  and on that basis denies those allegations.

25      64.    Cohn denies the allegations in this paragraph as to him.  With respect to the

26  allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

27  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

28      65.    The first sentence of this paragraph is a prefatory statement to which no response

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1   is required.  As to the remainder of the allegations in this paragraph, Cohn admits that as of the

2   filing of the First Amended Complaint he had a small number of Gallagher files on his personal

3   computers and computer media.  He has not knowingly accessed these files since resigning from

4   Gallagher and made arrangements for them to be copied in a forensically sound manner and

5   returned to Gallagher.  He is no longer in possession of Gallagher data.  With respect to the

6   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

7   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

8      66. Cohn admits that George Petty was responsible for IT and computer systems in

9   Gallagher's San Ramon office.  Except as expressly admitted, Cohn lacks sufficient information

10   to admit or deny, and on that basis denies those allegations.

11      67. Cohn denies the allegations in this paragraph as to him.  With respect to the

12   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

13   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

14      68. Cohn admits the allegations of this paragraph only to the extent stated in his

15   declaration of January 3, 2008, which Cohn incorporates herein by reference.  Except as

16   expressly admitted, Cohn denies the allegations of this paragraph as to him.  With respect to the

17   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

18   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

19      69. Cohn admits that he discovered additional Gallagher data on his personal

20   computer media following the filing of this lawsuit.  He made arrangements for them to be

21   copied in a forensically sound manner and returned to Gallagher.  He is no longer in possession

22   of Gallagher data.  With respect to the allegations in this paragraph as to other Individual

23   Defendants and EPIC, Cohn lacks sufficient information to admit or deny the allegations in this

24   paragraph, and on that basis denies those allegations.

25      70. Cohn denies that he intentionally deleted any Gallagher data off the Gallagher

26   computer without Gallagher's knowledge or consent.  Cohn admits a computer forensics

27   specialists deleted files from his personal computer media to ensure that he no longer had

28   Gallagher files in his possession.  Cohn admits that a computer forensic specialists made

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1   forensically acceptable copies of these files prior to deleting them. Cohn further admits that he

2   provided copies of all of the deleted files to Gallagher, and no longer possesses any Gallagher

3   files or data. Cohn denies that such deletion was "wrongful." Cohn denies the remaining

4   allegations in this paragraph. With respect to the allegations in this paragraph as to other

5   Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this

6   paragraph, and on that basis denies those allegations.

7        71.    Cohn lacks sufficient information to admit or deny the allegations in this

8   paragraph, and on that basis denies those allegations.

9        72.    Cohn lacks sufficient information to admit or deny the allegations in this

10   paragraph, and on that basis denies those allegations.

11        73.    Cohn lacks sufficient information to admit or deny the allegations in this

12   paragraph, and on that basis denies those allegations.

13        74.    Cohn admits the allegations in this paragraph.

14        75.    Cohn denies the allegations in this paragraph as to him. With respect to the

15   allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

16   information to admit or deny the allegations in this paragraph, and on that basis denies those

17   allegations.

18        76.    Cohn admits that, prior to leaving Gallagher, he informed some of the clients he

19   serviced that he was considering leaving Gallagher. He denies that he told these clients

20   specifically that he was leaving Gallagher or that he solicited those clients to switch their

21   business to EPIC. With respect to the allegations in this paragraph as to other Individual

22   Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

23   and on that basis denies those allegations.

24        77.    Cohn denies the allegations in this paragraph as to him. With respect to the

25   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

26   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

27        78.    Cohn admits that he negotiated an individual indemnification provision as part of

28   his negotiation of his employment agreement with EPIC, and that he did so in the days leading

9

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    up to his resignation from Gallagher.  Except as expressly admitted, Cohn denies the allegations

2    in this paragraph.

3        79.    Cohn admits that he resigned from Gallagher without notice on December 7,

4    2007.  Cohn admits that he subsequently began work at EPIC.  Cohn denies that he made "an

5    immediate and planned grab for Plaintiffs' business using unfair competition and other illegal

6    methods."  With respect to the allegation in this paragraph as to other Individual Defendants,

7    Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that

8    basis denies those allegations.

9        80.    Cohn denies the allegations in this paragraph as to him.  With respect to the

10   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

11   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

12       81.    Cohn denies the allegations in this paragraph as to him.  With respect to the

13   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

14   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

15       82.    With respect to the allegations regarding Cohn's resignation letter, that letter is set

16   forth in its entirety this paragraph.  That document speaks for itself.  Cohn denies the remaining

17   allegations in this paragraph.

18       83.    Cohn admits that he properly used Gallagher material during his employment,

19   sometimes while working from home.  Cohn admits that he discovered the additional Gallagher

20   files in his possession on personal computer media while conducting an additional search

21   following the filing of this lawsuit.  Cohn admits that he and computer forensic specialists made

22   copies of these files prior to deleting them, and that such copies, where possible, were made in a

23   forensically acceptable manner.  Cohn further admits that he provided copies of all of the deleted

24   files to Gallagher, and no longer possesses these files.  Cohn denies that he improperly took any

25   material.  Cohn denies that he used or disclosed Gallagher material or information following his

26   resignation.

27       84.    Cohn lacks sufficient information to admit or deny the allegations in this

28   paragraph regarding the instructions given to Petty, and on that basis denies those allegations.

410549.01

1    Cohn denies, to the best of his knowledge, that Petty defragmented his personal laptop and failed

2    to inspect, review, or remove Gallagher's confidential data from it.

3         85.    Cohn lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5         86.    Cohn lacks sufficient information to admit or deny the allegations in this

6    paragraph, and on that basis denies those allegations.

7         87.    Cohn admits that Wally Brown and Brian Quinn announced their resignations at

8    an all-hands meeting at Gallagher's San Ramon office on December 7, 2007.  Except as

9    expressly admitted, Cohn lacks sufficient information to admit or deny the allegations in this

10   paragraph, and on that basis denies those allegations.

11        88.    Cohn lacks sufficient information to admit or deny the allegations in this

12   paragraph, and on that basis denies those allegations.

13        89.    Cohn lacks sufficient information to admit or deny the allegations in this

14   paragraph, and on that basis denies those allegations.

15        90.    Cohn lacks sufficient information to admit or deny the allegations in this

16   paragraph, and on that basis denies those allegations.

17        91.    Cohn lacks sufficient information to admit or deny the allegations in this

18   paragraph, and on that basis denies those allegations.

19        92.    Cohn lacks sufficient information to admit or deny the allegations in this

20   paragraph, and on that basis denies those allegations.

21        93.    Cohn lacks sufficient information to admit or deny the allegations in this

22   paragraph, and on that basis denies those allegations.

23        94.    Cohn lacks sufficient information to admit or deny the allegations in this

24   paragraph, and on that basis denies those allegations.

25        95.    Cohn lacks sufficient information to admit or deny the allegations in this

26   paragraph, and on that basis denies those allegations.

27        96.    Cohn lacks sufficient information to admit or deny the allegations in this

28   paragraph, and on that basis denies those allegations.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    97.    Cohn lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    98.    Cohn lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5    99.    Cohn lacks sufficient information to admit or deny the allegations in this

6    paragraph, and on that basis denies those allegations.

7    100.    Cohn lacks sufficient information to admit or deny the allegations in this

8    paragraph, and on that basis denies those allegations.

9    101.    Cohn lacks sufficient information to admit or deny the allegations in this

10    paragraph, and on that basis denies those allegations.

11    102.    Cohn denies the allegations in this paragraph as to him.  With respect to the

12    allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

13    information to admit or deny the allegations in this paragraph, and on that basis denies those

14    allegations.

15    103.    This paragraph states a legal conclusion to which no response is required.  To the

16    degree a response is required, Cohn denies the allegations in this paragraph as to him.  With

17    respect to allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks

18    sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

19    those allegations.  Although Plaintiffs do not specifically identify the document they quote, any

20    such document will speak for itself.

21    104.    Cohn denies the allegations in this paragraph as to him.  With respect to the

22    allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

23    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

24    105. .    Cohn lacks sufficient information to admit or deny the allegations in this

25    paragraph, and on that basis denies those allegations.

26    106.    Cohn lacks sufficient information to admit or deny the allegations in this

27    paragraph, and on that basis denies those allegations.

28    107.    Cohn denies the allegations in this paragraph as to him.  With respect to the

1 | allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

2 | information to admit or deny the allegations in this paragraph, and on that basis denies those

3 | allegations.

4 |      108.   Cohn lacks sufficient information to admit or deny the allegations in this

5 | paragraph, and on that basis denies those allegations.

6 |      109.   Cohn lacks sufficient information to admit or deny the allegations in this

7 | paragraph, and on that basis denies those allegations.

8 |      110.   Cohn lacks sufficient information to admit or deny the allegations in this

9 | paragraph, and on that basis denies those allegations.

10 |      111.   Cohn lacks sufficient information to admit or deny the allegations in this

11 | paragraph, and on that basis denies those allegations.

12 |      112.   Cohn lacks sufficient information to admit or deny the allegations in this

13 | paragraph, and on that basis denies those allegations.

14 |      113.   Cohn lacks sufficient information to admit or deny the allegations in this

15 | paragraph, and on that basis denies those allegations.

16 |      114.   Cohn denies the allegations in this paragraph as to him.  With respect to the

17 | allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

18 | to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

19 |      115.   Cohn denies that he used any deceptive or unlawful business practices, or any

20 | Gallagher business information, to convince any client to switch its business from Gallagher to

21 | EPIC.  Except as expressly denied, Cohn lacks sufficient information to admit or deny the

22 | allegations in this paragraph, and on that basis denies these allegations.

23 |      116.   Cohn lacks sufficient information to admit or deny the allegations in this

24 | paragraph, and on that basis denies those allegations.

25 |      117.   Cohn denies the allegations in this paragraph as to him.  With respect to the

26 | allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

27 | information to admit or deny the allegations in this paragraph, and on that basis denies those

28 | allegations.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1    118.    Cohn lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    119.    Cohn denies that he has solicited any Gallagher employees or customers.  Except

4    as expressly denied, Cohn lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6    120.    Cohn denies the allegations in this paragraph as to him.  With respect to the

7    allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

8    information to admit or deny the allegations in this paragraph, and on that basis denies those

9    allegations.

10    121.    Cohn denies the allegations in this paragraph as to him.  With respect to the

11    allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

12    information to admit or deny the allegations in this paragraph, and on that basis denies those

13    allegations.

14    122.    This paragraph states a legal conclusion to which no response is required.

15    123.    Cohn admits that following the filing of the lawsuit he conducted an additional

16    search of his possessions and discovered Gallagher data.  Cohn admits that he and computer

17    forensic specialists made copies of these files prior to deleting them, and that such copies, where

18    possible, were made in a forensically acceptable manner.  Cohn further admits that he provided

19    copies of all of the deleted files to Gallagher and no longer possesses these files.   With respect to

20    the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks

21    sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

22    those allegations.

23    124.    Cohn lacks sufficient information to admit or deny the allegations in this

24    paragraph, and on that basis denies those allegations.

25    125.    Cohn admits that following the filing of the lawsuit he conducted an additional

26    search of his possessions and discovered Gallagher data.  Cohn admits that he and computer

27    forensic specialists made copies of these files prior to deleting them, and that such copies, where

28    possible, were made in a forensically acceptable manner.  Cohn further admits that he provided

14

410549.01

1   copies of all of the deleted files to Gallagher and no longer possesses these files.   With respect to

2   the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks

3   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

4   those allegations.

5        126.    This paragraph states legal conclusions to which no response is required.

6        127.    This paragraph states legal conclusions to which no response is required.

7                          **COUNT ONE**

8    **(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual
     Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**

9

10       128.    Cohn realleges and incorporates by reference his responses to paragraphs 1

11   through 127.

12       129.    Cohn admits that Gallagher's computer systems had Internet capabilities and that

13   he used those computers to provide insurance services across state lines.  Cohn further admits

14   that, during his employment with Gallagher, he accessed and had access to Gallagher's computer

15   network through his Gallagher computer.  Except as expressly admitted, Cohn lacks sufficient

16   information to admit or deny the allegations in this paragraph, and on that basis denies those

17   allegations.  The final sentence of this paragraph states a legal conclusion to which no response

18   is required.

19       130.    Cohn denies the allegations in this paragraph as to him.  With respect to the

20   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

21   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

22       131.    Cohn denies the allegations in this paragraph as to him.  With respect to the

23   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

24   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

25       132.    Cohn denies the allegations in this paragraph as to him.  With respect to the

26   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

27   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

28       133.    Cohn lacks sufficient information to admit or deny the allegations in this

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    paragraph, and on that basis denies those allegations.

2        134.    Cohn denies the allegations in this paragraph as to him.  With respect to the

3    allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

4    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

## COUNT TWO

**(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton and Watkins)**

8        135.    Cohn realleges and incorporates by reference his responses to paragraphs 1

9    through 134.

10       136.    Cohn lacks sufficient information to admit or deny the allegations in this

11   paragraph, and on that basis denies those allegations.

12       137.    Cohn denies the allegations in this paragraph as to him.  With respect to the

13   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

14   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

15       138.    Cohn denies the allegations in this paragraph as to him.  With respect to the

16   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

17   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

18       139.    This paragraph states legal conclusions to which no response is required.  To the

19   degree a response is required, Cohn denies the allegations in this paragraph as to him.  With

20   respect to the allegation in this paragraph as to other Individual Defendants, Cohn lacks

21   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

22   those allegations.

23       140.    This paragraph states legal conclusions to which no response is required.  To the

24   degree a response is required, Cohn denies the allegations in this paragraph as to him.  With

25   respect to the allegation in this paragraph as to other Individual Defendants, Cohn lacks

26   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

27   those allegations.

28       141.    Cohn denies that he knowingly accessed Gallagher's computer system and

16

1   confidential and proprietary information without authorization or permission and that he retained

2   any Gallagher data or information obtained through any such knowing access.  With respect to

3   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

4   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The

5   final sentence of this paragraph states legal conclusions to which no response is required.

6          142.    Cohn denies the allegations in this paragraph as to him.  With respect to the

7   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

8   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

9                                    **COUNT THREE**

10
     **(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 et seq. – Against Defendants**
11  **EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on**
                  **behalf of and in furtherance of the conspiracy with EPIC)**
12

13         143.    Cohn realleges and incorporates by reference his responses to paragraphs 1

14  through 142.

15         144.    Cohn denies the allegations in this paragraph.

16         145.    Gallagher's assertion that it possesses trade secrets under California law is a legal

17  conclusion to which no response is required.  To the degree a response is required, Cohn denies

18  the allegations in this paragraph.

19         146.    Cohn admits that he properly used Gallagher material during his employment,

20  sometimes while working from home.  Cohn admits that he discovered additional Gallagher data

21  on his personal computer media following the filing of this lawsuit.  He made arrangements for

22  them to be copied in a forensically sound manner and returned to Gallagher.  He is no longer in

23  possession of Gallagher data.  Cohn denies that he improperly took any material.  Cohn denies

24  that he used or disclosed Gallagher material or information following his resignation.  With

25  respect to the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn

26  lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis

27  denies those allegations.  Except as expressly admitted or denied, the remaining allegations of

28  this paragraph are legal conclusions to which no response is required.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
                                        RELIEF; CASE NO. 07-CV-06418-JSW

1    147.    Cohn denies the allegations in this paragraph as to him.  With respect to the

2  allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

3  information to admit or deny the allegations in this paragraph, and on that basis denies those

4  allegations.

5    148.    Cohn admits that he properly obtained the Gallagher material he previously

6  possessed during the course of his employment with Gallagher.  Except as expressly admitted,

7  Cohn denies the allegations in this paragraph.  With respect to the allegation in this paragraph as

8  to other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the

9  allegations in this paragraph, and on that basis denies those allegations.

10    149.    This paragraph states legal conclusions to which no response is required.

11    150.    The first sentence of this paragraph states legal conclusions to which no response

12  is required.  As to the allegations in the second sentence, Cohn lacks sufficient information to

13  admit or deny the allegations in this paragraph, and on that basis denies those allegations.

14    151.    This paragraph states legal conclusions to which no response is required.  To the

15  degree a response is required, Cohn denies the allegations in this paragraph.

16    152.    Cohn denies that he misappropriated Gallagher trade secrets.  With respect to the

17  allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

18  information to admit or deny the allegations in this paragraph, and on that basis denies those

19  allegations.  The remainder of this paragraph states legal conclusions to which no response is

20  required.

21    153.    Cohn denies that he misappropriated Gallagher trade secrets or deliberately

22  intended to injure Gallagher in any way.  With respect to the allegation in this paragraph as to

23  other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the

24  allegations in this paragraph, and on that basis denies those allegations.  The remainder of this

25  paragraph states legal conclusions to which no response is required.

26

27

28

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1

## COUNT FOUR

2

**(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

3

4      154.    Cohn realleges and incorporates by reference his responses to paragraphs 1

5    through 153.

6      155.    This paragraph states a legal conclusion to which no response is required.  To the

7    degree a response is required, Cohn denies the allegations in this paragraph as to him.  With

8    respect to the allegation in this paragraph as to other Individual Defendants, Cohn lacks

9    sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

10   those allegations.

11     156.    This paragraph states a legal conclusion to which no response is required.  To the

12   degree a response is required, Cohn denies the allegations in this paragraph as to him.  With

13   respect to the allegation in this paragraph as to other Individual Defendants, Cohn lacks

14   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

15   those allegations.

16     157.    Cohn denies the allegations in this paragraph as to him.  With respect to the

17   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

18   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

19     158.    Cohn denies that he engaged in wrongful conduct or misappropriated any

20   Gallagher property.  Except as expressly denied, Cohn lacks sufficient information to admit or

21   deny the allegations in this paragraph, and on that basis denies those allegations.

22     159.    Cohn denies the allegations in this paragraph as to him.  With respect to the

23   allegation in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

24   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

25     160.    Cohn denies that he misappropriated Gallagher property.  The remainder of this

26   paragraph states legal conclusions to which no response is required.

27

28

410549.01

**COUNT FIVE**

**(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

161.    Cohn realleges and incorporates by reference his responses to paragraphs 1 through 160.

162.    Cohn denies the allegations in this paragraph as to him.  With respect to the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

163.    Cohn denies the allegations in this paragraph as to him.  With respect to the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

164.    Cohn denies the allegations in this paragraph as to him.  With respect to the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

165.    Cohn denies that he willfully and maliciously converted any property belonging to Gallagher or deliberately intended to injure Gallagher's business for his own financial gain. With respect to the allegation in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  The remainder of this paragraph states legal conclusions to which no response is required.

**COUNT SIX**

**(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause, Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

166.    Cohn realleges and incorporates by reference his responses to paragraphs 1

20

410549.01

1    through 165.

2        167.    Cohn admits that he signed an Executive Agreement with Gallagher.  Without

3    having possession of the Executive Agreement he signed, Cohn lacks sufficient information to

4    admit or deny its contents, and on that basis denies the allegations in the first sentence of this

5    paragraph.  In any event, the Executive Agreement will speak for itself.  Cohn admits that, when

6    he began work with EPIC, he agreed to maintain and not to misappropriate any EPIC

7    confidential or proprietary information, and not to solicit EPIC employees.

8        168.    Cohn admits that he agreed to abide by Gallagher's Code of Business Conduct

9    and Ethics.  Without having possession of a copy of that Code, Cohn lacks sufficient information

10    to admit or deny its contents, and on that basis denies the allegations in the first sentence of this

11    paragraph.  In any event, the Code will speak for itself.

12        169.    Cohn admits that he entered into a Stock Option Agreement with Gallagher.

13    Without having possession of the Stock Option Agreement he signed, Cohn lacks sufficient

14    information to admit or deny its contents, and on that basis denies the allegations in the first

15    sentence of this paragraph.  In any event, the Stock Option Agreement will speak for itself.

16        170.    Cohn lacks sufficient information to admit or deny the allegations in this

17    paragraph, and on that basis denies those allegations.

18        171.    Cohn denies the allegations in this paragraph as to him.  With respect to

19    allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

20    to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

21        172.    Cohn denies that he materially breached any contract with Gallagher.  Cohn lacks

22    sufficient information to admit or deny the remaining allegations in this paragraph, and on that

23    basis denies those allegations.

24        173.    This paragraph states legal conclusions to which no response is required.

25                            **COUNT SEVEN**

26    **(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown,
     Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin,
27    Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

28        174.    Cohn realleges and incorporates by reference his responses to paragraphs 1

                                   21

410549.01

1   through 173.

2        175.   This paragraph states a legal conclusion to which no response is required.

3        176.   Cohn denies the allegations in this paragraph as to him.  With respect to

4   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

5   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

6        177.   Cohn lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8        178.   Cohn denies that he breached any duties contained in any agreements he signed

9   with Gallagher.  Cohn lacks sufficient information to admit or deny the remaining allegations in

10   this paragraph, and on that basis denies those allegations.

11   **COUNT EIGHT**

12   **(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos, Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul Wagener)**

13

14

15        179.   Cohn realleges and incorporates by reference his responses to paragraphs 1

16   through 178.

17        180.   Cohn admits that he was an officer-level employee of Gallagher.  With respect to

18   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

19   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

20   Although Plaintiffs do not specifically identify the document they quote, any such document will

21   speak for itself.  The remaining allegations in this paragraph state a legal conclusion to which no

22   response is required.

23        181.   Cohn denies the allegations in this paragraph as to him.  With respect to

24   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

25   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

26        182.   This paragraph states a legal conclusion to which no response is required.

27        183.   Cohn denies that he did any act willfully or maliciously with the intent to injure

28   Gallagher or for his personal financial benefit or for the financial benefit of EPIC or anyone else.

22

1    With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks

2    sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

3    those allegations.  The remainder of this paragraph states legal conclusions to which no response

4    is required.

## COUNT NINE

**(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants
Except Francis and Hahn)**

8        184.    Cohn realleges and incorporates by reference his responses to paragraphs 1

9    through 183.

10       185.    This paragraph states a legal conclusion to which no response is required.

11       186.    Cohn admits that, prior to his resignation from Gallagher, he was an employee of

12   Gallagher.  The remainder of this paragraph states legal conclusions to which no response is

13   required.

14       187.    Cohn denies the allegations in this paragraph as to him.  With respect to

15   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

16   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

17       188.    Cohn denies the allegations in this paragraph as to him.  With respect to

18   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

19   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

20       189.    Cohn denies the allegations in the first two sentences of this paragraph as to his.

21   With respect to allegations in the first two sentences this paragraph as to other Individual

22   Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

23   and on that basis denies those allegations.  The third sentence of this paragraph states legal

24   conclusions to which no response is required.

## COUNT TEN

**(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn,
and Wick)**

28       190.    Cohn realleges and incorporates by reference his responses to paragraphs 1

1    through 189.

2    191.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

3    to and does not respond to the allegations in the paragraph.

4    192.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

5    to and does not respond to the allegations in the paragraph.

6    193.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

7    to and does not respond to the allegations in the paragraph.

8    194.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

9    to and does not respond to the allegations in the paragraph.

10    195.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

11    to and does not respond to the allegations in the paragraph.

12    196.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

13    to and does not respond to the allegations in the paragraph.

14    ## COUNT ELEVEN

15    **(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC,**
16    **Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth,**
      **Halbleib, Hause, Johnson, Quinn, and Wagener)**

17    197.    Cohn realleges and incorporates by reference his responses to paragraphs 1

18    through 196.

19    198.    Cohn admits that Gallagher had and has business relationships with its employees

20    and customers.  With respect to Gallagher's "business expectancies" with its employees and

21    customers, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

22    and on that basis denies those allegations.

23    199.    Cohn denies the allegations in this paragraph as to him.  With respect to

24    allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

25    information to admit or deny the allegations in this paragraph, and on that basis denies those

26    allegations.

27    200.    Cohn denies the allegations in this paragraph as to him.  With respect to

28    allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

410549.01

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1  information to admit or deny the allegations in this paragraph, and on that basis denies those

2  allegations.

3      201.    This paragraph states a legal conclusion to which no response is required.

4      202.    Cohn denies that he did any act deliberately or maliciously with the deliberate

5  intent to injure Gallagher's business or improve his own business or realize any financial gain.

6  With respect to the allegation in this paragraph as to other Individual Defendants and EPIC,

7  Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that

8  basis denies those allegations.  The remaining allegations of this paragraph state legal

9  conclusions to which no response is required.

10                          **COUNT TWELVE**

11  **(Unfair Competition – Cal. Bus. & Prof. Code §17200 *et seq.* – Against All Defendants)**

12      203.    Cohn realleges and incorporates by reference his responses to paragraphs 1

13  through 202.

14      204.    This paragraph states legal conclusions to which no response is required.

15      205.    This paragraph states legal conclusions to which no response is required.

16                          **COUNT THIRTEEN**

17                  **(Unjust Enrichment – Against All Defendants)**

18      206.    Cohn realleges and incorporates by reference his responses to paragraphs 1

19  through 205.

20      207.    Cohn denies the allegations in this paragraph as to him.  With respect to

21  allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

22  information to admit or deny the allegations in this paragraph, and on that basis denies those

23  allegations.

24      208.    This paragraph states legal conclusions to which no response is required.

25                          **COUNT FOURTEEN**

26  **(Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)**

27      209.    Cohn realleges and incorporates by reference his responses to paragraphs 1

28  through 208.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

210.   Cohn denies the allegations in this paragraph as to him.  With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

211.   Cohn denies the allegations in this paragraph as to him.  With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

212.   Cohn denies that he intended to do harm to Gallagher, acted in coordinated or surreptitious fashion to carry out any plan, or went to extraordinary lengths to conceal anything. With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.  With respect to allegations in this paragraph about Gallagher's state of mind, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

213.   Cohn denies the allegations in this paragraph as to him.  With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

214.   Cohn denies that he did any act deliberately or maliciously with the deliberate intent to injure Gallagher's business or improve his own business or realize any financial gain. The remaining allegations of this paragraph state legal conclusions to which no response is required.

## AFFIRMATIVE DEFENSES

For its affirmative defenses to the First Amended Complaint ("FAC"), Cohn alleges the following:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The FAC, and each purported count therein, fails to state a claim upon which relief can be granted.

////

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

**SECOND AFFIRMATIVE DEFENSE**

(Failure to Allege Sufficient Facts)

The FAC, and each purported count therein, fails to state facts sufficient to constitute a cause of action.

**THIRD AFFIRMATIVE DEFENSE**

(Justification)

The actions of EPIC that allegedly give rise to liability herein, if any such actions occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

**FOURTH AFFIRMATIVE DEFENSE**

(Failure to Establish Causation)

Without in any way admitting that any of the conduct alleged in the FAC occurred or is in any way unlawful, Gallagher may not recover any damages sought herein because there is no causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by Gallagher.

**FIFTH AFFIRMATIVE DEFENSE**

(Good Faith)

EPIC acted in good faith and did not directly or indirectly perform any acts that would constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

**SIXTH AFFIRMATIVE DEFENSE**

(Failure to Conduct Reasonable Inquiry)

The FAC, and each and every purported cause of action alleged therein, is barred because Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

**SEVENTH AFFIRMATIVE DEFENSE**

(Privilege of Competition)

Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the privilege to compete.

1

## EIGHTH AFFIRMATIVE DEFENSE

2

(Absence of Irreparable Harm)

3

To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief

4

because the injury or damages suffered by Gallagher, if any, would be adequately compensated

5

in an action at law for damages.

6

## NINTH AFFIRMATIVE DEFENSE

7

(Equitable Estoppel)

8

Some of the claims are barred by the doctrine of equitable estoppel.

9

## TENTH AFFIRMATIVE DEFENSE

10

(Judicial Estoppel)

11

Some of the claims are barred by the doctrine of judicial estoppel.

12

## ELEVENTH AFFIRMATIVE DEFENSE

13

(Unclean Hands)

14

Some of the claims are barred by the doctrine of unclean hands.

15

## TWELFTH AFFIRMATIVE DEFENSE

16

(Failure to Establish Misappropriation)

17

Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

18

Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the

19

allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

20

## THIRTEENTH AFFIRMATIVE DEFENSE

21

(Failure to Establish Existence of Trade Secrets)

22

Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

23

Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is

24

readily ascertainable by proper means and is therefore not a "trade secret" under California law.

25

## FOURTEENTH AFFIRMATIVE DEFENSE

26

(Invalidity of Contracts)

27

Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the

28

Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive

410549.01

1   Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid

2   contracts as they lack consideration and/or are void for public policy reasons under California

3   law.

### FIFTEENTH AFFIRMATIVE DEFENSE

4

5   (Failure to Establish a Private Cause of Action)

6   Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is

7   barred as an improper cause of action.

### SIXTEENTH AFFIRMATIVE DEFENSE

8

9   (Public Policy)

10  Some of the claims are barred insofar as several contract provisions are void for public

11  policy.

### SEVENTEENTH AFFIRMATIVE DEFENSE

12

13  (Waiver)

14  Gallagher has waived the right, if any, to pursue the claims in the FAC, and each

15  purported cause of action contained therein, by reason of Gallagher's own actions and course of

16  conduct.

### EIGHTEENTH AFFIRMATIVE DEFENSE

17

18  (Absence of Deception)

19  Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that

20  EPIC's conduct is not likely to mislead the public or harm Gallagher.

### NINETEENTH AFFIRMATIVE DEFENSE

21

22  (Lack of Specificity)

23  The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim

24  with the requisite particularity.

### TWENTIETH AFFIRMATIVE DEFENSE

25

26  (Unjust Enrichment)

27  The FAC, and each and every purported cause of action alleged therein, is barred because

28  any recovery would result in Gallagher's unjust enrichment.

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1

## TWENTY-FIRST AFFIRMATIVE DEFENSE

2

(Failure to Mitigate)

3

Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as

4

required by law.

5

## TWENTY-SECOND AFFIRMATIVE DEFENSE

6

(Punitive Damages)

7

Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in

8

the FAC, because California's laws regarding the alleged conduct in question in this action are

9

too vague to permit the imposition of punitive damages, and the award of punitive damages as

10

applied to the facts of this case would violate EPIC's constitutional rights under the United

11

States and California Constitution.

12

## TWENTY-THIRD AFFIRMATIVE DEFENSE

13

(Improper Restraint of Competition)

14

Some of Plaintiffs' claims are improper efforts to restrain competition and employee

15

mobility in violation of Cal. Bus. & Prof. Code § 16600.

16

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

17

(Incorporation of Other Defenses)

18

EPIC adopts and incorporates any and all other defenses raised or to be raised by any

19

other defendant joined in this litigation to the extent that said defenses are not inconsistent with

20

EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising

21

out of this lawsuit.

22

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

23

(Reservation of Rights)

24

EPIC reserves the right to raise additional affirmative and other defenses as they are

25

discovered or otherwise become available.

26

## PRAYER FOR RELIEF

27

Cohn denies that Gallagher is entitled to any of the relief requested in its FAC.

28

WHEREFORE, Cohn prays:

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

410549.01

1        1.    That Gallagher take nothing by reason of its FAC;

2        2.    That judgment be rendered in favor of Cohn;

3        3.    That Cohn be awarded his costs incurred in defense of this action; and,

4        4.    That the Court provide such other relief as it deems proper.

5

6    Dated:  February 8, 2008                    KEKER & VAN NEST, LLP

7

8

9                                          By:  s/Daniel Purcell
                                                _____
                                                DANIEL PURCELL
10                                              Attorneys for Defendants
                                                ALLEN L. AMOS, ERIC CHUA, CAROL ANN
                                                COHN, NEIL R. COHN, ROBERT E. DUTTO,
11                                              ROBERT D. ELLSWORTH, SUSAN M.
                                                ENGLISH, JAMES C. HALBLEIB, STEPHEN
12                                              HAUSE, DON J. JOHNSON, LAURINDA A.
                                                MARTIN, SHANDRANETTE MIDDLETON,
13                                              GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,
                                                LINDA SOO HOO, DIRCK R. STINSON,
14                                              PAUL H. WAGENER, and ROBERT H.
                                                WATKINS
15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF NEIL R. COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW