1    KEKER & VAN NEST, LLP
     ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2    DANIEL PURCELL - #191424 (dpurcell@kvn.com)
     R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3    710 Sansome Street
     San Francisco, California  94111-1704
4    Telephone:  (415) 391-5400
     Facsimile:  (415) 397-7188
5
     Attorneys for Defendants
6    ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
     COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7    SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
     HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8    SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
     WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9    STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14   ARTHUR J. GALLAGHER & CO., a Delaware          Case No. 07-CV-06418-JSW
     Corporation, ARTHUR J. GALLAGHER & CO.
15   INSURANCE BROKERS OF CALIFORNIA,              **ANSWER OF CAROL ANN COHN
     INC., a California Corporation,                TO FIRST AMENDED
16                                                  COMPLAINT FOR DAMAGES AND
                                   Plaintiffs,      INJUNCTIVE RELIEF**
17
            v.
18
     EDGEWOOD PARTNERS INSURANCE
19   CENTER, a California corporation; DAN R.
     FRANCIS; JOHN G. HAHN; ANDREW
20   ("WALLY") BROWN, JR.; BRIAN F. QUINN;
     NEIL R. COHN; CAROLANN COHN;
21   MICHAEL J. BROWN; STEPHEN HAUSE;
     LAURA J. WICK; JAMES C. HALBLEIB;
22   STEPHEN HAUSE; LAURINDA ("LAURIE") A.
     MARTIN; ERIC CHUA; GEORGE J. PETTY;
23   LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
     M. ENGLISH; DON J. JOHNSON; ALLEN L.
24   AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
     DIRCK ("RICK") R. STINSON; ROBERT
25   ("BOB") D. ELLSWORTH; ROBERT H.
     WATKINS; PAUL H. WAGENER;
26   SHANDRANETTE MIDDLETON,

27                                  Defendants.

28

1    Defendant Carol Ann Cohn ("Cohn") answers plaintiffs' First Amended Complaint as

2  follows:

3                        I.    **NATURE OF ACTION**

4    1.    Cohn denies Gallagher's allegations of "illegal raiding" or "associated theft and

5  use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of business,"

6  and the existence of any ongoing misconduct.  Except as expressly denied above, Cohn admits

7  Gallagher's characterization of its complaint and the claims for relief set forth therein.

8    2.    Cohn admits the allegations of this paragraph.

9    3.    Cohn admits that EPIC touts its belief in principles of business ethics, but denies,

10  to the best of her knowledge, that EPIC behaved in a manner contrary to such ethical principles.

11  Cohn denies the remaining allegations in this paragraph as to her.  With respect to the allegations

12  in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or

13  deny the allegations in this paragraph, and on that basis denies those allegations.

14    4.    Cohn denies the allegations in this paragraph as to her.  With respect to the

15  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

16  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

17    5.    This paragraph states legal conclusions to which no response is required.

18    6.    Cohn lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20    7.    Cohn denies the allegations in this paragraph as to her.  With respect to the

21  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

22  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

23    8.    Cohn denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

25  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

26    9.    Cohn denies the allegations in this paragraph as to her.  With respect to the

27  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

28  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

1

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1        10.    Cohn admits that Wally Brown and Brian Quinn held the most senior

2    management positions in Gallagher's San Ramon office.  As to the remainder of the allegations

3    in this paragraph, Cohn lacks sufficient information to admit or deny, and on that basis denies

4    those allegations.

5        11.    Cohn denies the allegations in this paragraph as to her.  With respect to the

6    allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

7    information to admit or deny the allegations in this paragraph, and on that basis denies those

8    allegations.

9    **II.    SUBJECT-MATTER JURISDICTION AND VENUE**

10        12.    This paragraph states a legal conclusion to which no response is required.

11        13.    This paragraph states a legal conclusion to which no response is required.

12    **III.    PARTIES AND PERSONAL JURISDICTION**

13        14.    Cohn lacks sufficient information to admit or deny the allegations in this

14    paragraph, and on that basis denies those allegations.

15        15.    Cohn admits the allegations of this paragraph.

16        16.    Cohn admits that Francis and Hahn are co-founders of EPIC and have experience

17    in the insurance industry.  As to the remaining allegations in this paragraph, Cohn lacks

18    sufficient information to admit or deny, and on that basis denies those allegations.

19        17.    Cohn admits that Wally Brown, Brian Quinn, Neil Cohn, Jim Halbleib, and

20    Stephen Hause were former high-level employees of Gallagher.  As to the allegations in this

21    paragraph regarding the fiduciary status of certain individual defendants, those allegations state

22    legal conclusions to which no response is required.

23        18.    Cohn admits that the Individual Defendants, including herself, are current

24    employees of EPIC and former employees of Gallagher.  Cohn admits that she is a resident of the

25    State of California.  Except as expressly admitted, Cohn denies the allegations of this paragraph

26    as they relate to her, and denies the allegations of this paragraph as they relate to other Individual

27    Defendants on the basis that she lacks sufficient information to admit or deny those allegations.

28        19.    Cohn denies the allegations in this paragraph as they relate to her.  For those

2

410559.01

1  allegations that relate to other Individual Defendants and EPIC, Cohn lacks sufficient

2  information to admit or deny, and on that basis denies those allegations.

3      20.    Cohn admits that Gallagher has sued each of the Individual Defendants

4  individually as co-conspirators.  Except as expressly admitted, Cohn denies the allegations of

5  this paragraph as they relate to her.  Cohn denies the allegations of this paragraph as they relate

6  to other Individual Defendants and EPIC on the basis that she lacks sufficient information to

7  admit or deny those allegations.

8      21.    Cohn admits that Gallagher has sued each of the Individual Defendants

9  individually and is alleging that each Individual Defendant acted as an agent of the others.

10  Except as expressly admitted, Cohn denies the allegations of this paragraph as they relate to her.

11  Cohn denies the allegations of this paragraph as they relate to other Individual Defendants and

12  EPIC on the basis that she lacks sufficient information to admit or deny those allegations.

13          **IV.    FACTUAL ALLEGATIONS**

14      22.    Cohn denies that this paragraph accurately characterizes the job duties of former

15  Gallagher employees who left to join EPIC.  Cohn denies the characterization that the Individual

16  Defendants left Gallagher "*en masse.*"

17      23.    Cohn lacks sufficient information to admit or deny the allegations in this

18  paragraph, and on that basis denies those allegations.

19      24.    Cohn lacks sufficient information to admit or deny the allegations in this

20  paragraph, and on that basis denies those allegations.

21      25.    Cohn lacks sufficient information to admit or deny the allegations in this

22  paragraph, and on that basis denies those allegations.

23      26.    Cohn admits that Gallagher and its employees have invested resources in

24  developing relationships with their clients.  Cohn further admits that, if Gallagher possessed any

25  confidential or trade-secret information, and, if that information were misappropriated by a

26  competitor, that misappropriation potentially could enable that competitor to compete unfairly

27  with Gallagher.  Cohn specifically denies that she misappropriated any Gallagher confidential

28  information.  Except as expressly admitted or denied, Cohn denies the allegations in this

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1  paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

2  Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

3  and on that basis denies those allegations.

4       27.    Cohn admits that, during her employment at Gallagher, she gained access to non-

5  public Gallagher information.  Except as expressly admitted, Cohn lacks sufficient information

6  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

7       28.    Cohn admits the existence of Gallagher's Code for Business Conduct and Ethics

8  and Stockholder Agreement referenced in this paragraph.  Without having those documents in

9  her possession, Cohn lacks sufficient information to admit or deny Gallagher's allegations

10  regarding the content of those documents, and on that basis denies those allegations.  With

11  respect to Gallagher's allegations regarding its Executive Agreements and Non-Competition

12  Agreement with Wally Brown, Cohn lacks sufficient information to admit or deny those

13  allegations, and on that basis denies those allegations.  Finally, Gallagher's statement that it

14  "takes reasonable and appropriate measures to safeguard its non-public commercially valuable

15  information" states a legal conclusion to which no response is required.

16       29.    Cohn lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18       30.    Cohn lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20       31.    Cohn lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22       32.    Cohn lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24       33.    Cohn admits the allegations in this paragraph.

25       34.    Cohn lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27       35.    Cohn denies the allegations in this paragraph as to her.  With respect to the

28  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

4

410559.01

1  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

2      36.    Cohn denies the allegations in this paragraph as to her.  With respect to the

3  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

4  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

5      37.    Cohn denies the allegations in this paragraph as to her.  With respect to the

6  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

7  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

8      38.    Cohn lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10      39.    Cohn lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12      40.    Cohn lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14      41.    Cohn lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16      42.    Cohn lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18      43.    Cohn lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20      44.    Cohn lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22      45.    Cohn lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24      46.    Cohn lacks sufficient information to admit or deny the allegations in this

25  paragraph, and on that basis denies those allegations.

26      47.    Cohn lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28      48.    Cohn lacks sufficient information to admit or deny the allegations in this

5

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1 | paragraph, and on that basis denies those allegations.

2 |      49.     Cohn lacks sufficient information to admit or deny the allegations in this

3 | paragraph, and on that basis denies those allegations.

4 |      50.     Cohn lacks sufficient information to admit or deny the allegations in this

5 | paragraph, and on that basis denies those allegations.

6 |      51.     Cohn lacks sufficient information to admit or deny the allegations in this

7 | paragraph, and on that basis denies those allegations.

8 |      52.     Cohn lacks sufficient information to admit or deny the allegations in this

9 | paragraph, and on that basis denies those allegations.

10 |      53.     Cohn lacks sufficient information to admit or deny the allegations in this

11 | paragraph, and on that basis denies those allegations.

12 |      54.     Cohn lacks sufficient information to admit or deny the allegations in this

13 | paragraph, and on that basis denies those allegations.

14 |      55.     Cohn lacks sufficient information to admit or deny the allegations in this

15 | paragraph, and on that basis denies those allegations.

16 |      56.     Cohn lacks sufficient information to admit or deny the allegations in this

17 | paragraph, and on that basis denies those allegations.

18 |      57.     Cohn admits that she deleted from Laura Wick's Gallagher email account a

19 | personal email sent to Laura Wick by her mother-in-law. Cohn denies the remaining allegations

20 | in this paragraph as to her. With respect to the allegations in this paragraph as to other

21 | Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this

22 | paragraph, and on that basis denies those allegations.

23 |      58.     Cohn admits the allegations in this paragraph.

24 |      59.     Cohn lacks sufficient information to admit or deny the allegations in this

25 | paragraph, and on that basis denies those allegations.

26 |      60.     Cohn lacks sufficient information to admit or deny the allegations in this

27 | paragraph, and on that basis denies those allegations.

28 |      61.     Cohn lacks sufficient information to admit or deny the allegations in this

6

410559.01

1   paragraph, and on that basis denies those allegations.

2       62.     Cohn lacks sufficient information to admit or deny the allegations of this

3   paragraph, and on that basis denies those allegations.

4       63.     Cohn denies the allegations in this paragraph as to her.  With respect to the

5   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

6   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

7       64.     Cohn denies the allegations in this paragraph as to her.  With respect to the

8   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

9   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

10      65.     The first sentence of this paragraph is a prefatory statement to which no response

11  is required.  Cohn denies the remaining allegations in this paragraph as to her.  With respect to

12  the allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient

13  information to admit or deny the allegations in this paragraph, and on that basis denies those

14  allegations.

15      66.     Cohn admits that George Petty was responsible for IT and computer systems in

16  Gallagher's San Ramon office.  Except as expressly admitted, Cohn lacks sufficient information

17  to admit or deny, and on that basis denies those allegations.

18      67.     Cohn denies the allegations in this paragraph as to her.  With respect to the

19  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

20  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

21      68.     Cohn lacks sufficient information to admit or deny the allegations of this

22  paragraph, and on that basis denies those allegations.

23      69.     Cohn denies the allegations in this paragraph as to her.  With respect to the

24  allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

25  information to admit or deny the allegations in this paragraph, and on that basis denies those

26  allegations.

27      70.     Cohn lacks sufficient information to admit or deny the allegations of this

28  paragraph, and on that basis denies those allegations.

7

410559.01

1    71.    Cohn lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    72.    Cohn lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5    73.    Cohn lacks sufficient information to admit or deny the allegations in this

6    paragraph, and on that basis denies those allegations.

7    74.    Cohn admits the allegations in this paragraph.

8    75.    Cohn denies the allegations in this paragraph as to her.  With respect to the

9    allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

10   information to admit or deny the allegations in this paragraph, and on that basis denies those

11   allegations.

12   76.    Cohn denies the allegations in this paragraph as to her.  With respect to the

13   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

14   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

15   77.    Cohn denies the allegations in this paragraph as to her.  With respect to the

16   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

17   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

18   78.    Cohn lacks sufficient information to admit or deny the allegations in this

19   paragraph, and on that basis denies those allegations.

20   79.    Cohn admits that she resigned from Gallagher without notice on December 7,

21   2007.  Cohn admits that she subsequently began work at EPIC.  Cohn denies that she made "an

22   immediate and planned grab for Plaintiffs' business using unfair competition and other illegal

23   methods."  With respect to the allegations in this paragraph as to other Individual Defendants,

24   Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that

25   basis denies those allegations.

26   80.    Cohn denies the allegations in this paragraph as to her.  With respect to the

27   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

28   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

8

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1      81.    Cohn denies the allegations in this paragraph as to her.  With respect to the

2  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

3  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

4      82.    With respect to the allegations regarding Cohn's resignation letter, that letter is set

5  forth in its entirety this paragraph.  The document speaks for itself.  With respect to the

6  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

7  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

8      83.    Cohn lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10      84.    Cohn lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12      85.    Cohn lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14      86.    Cohn lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16      87.    Cohn admits that Wally Brown and Brian Quinn announced their resignations at

17  an all-hands meeting at Gallagher's San Ramon office on December 7, 2007.  Except as

18  expressly admitted, Cohn lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20      88.    Cohn lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22      89.    Cohn lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24      90.    Cohn lacks sufficient information to admit or deny the allegations in this

25  paragraph, and on that basis denies those allegations.

26      91.    Cohn lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28      92.    Cohn lacks sufficient information to admit or deny the allegations in this

9

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1   paragraph, and on that basis denies those allegations.

2       93.     Cohn lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4       94.     Cohn lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6       95.     Cohn lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8       96.     Cohn lacks sufficient information to admit or deny the allegations in this

9   paragraph, and on that basis denies those allegations.

10      97.     Cohn lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12      98.     Cohn lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14      99.     Cohn lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16      100.    Cohn lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18      101.    Cohn lacks sufficient information to admit or deny the allegations in this

19  paragraph, and on that basis denies those allegations.

20      102.    Cohn lacks sufficient information to admit or deny the allegations in this

21  paragraph, and on that basis denies those allegations.

22      103.    Cohn lacks sufficient information to admit or deny the allegations in this

23  paragraph, and on that basis denies those allegations.

24      104.    Cohn lacks sufficient information to admit or deny the allegations in this

25  paragraph, and on that basis denies those allegations.

26      105.    Cohn lacks sufficient information to admit or deny the allegations in this

27  paragraph, and on that basis denies those allegations.

28      106.    Cohn lacks sufficient information to admit or deny the allegations in this

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1  paragraph, and on that basis denies those allegations.

2       107.    Cohn denies the allegations in this paragraph as to her.  With respect to the

3  allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

4  information to admit or deny the allegations in this paragraph, and on that basis denies those

5  allegations.

6       108.    Cohn lacks sufficient information to admit or deny the allegations in this

7  paragraph, and on that basis denies those allegations.

8       109.    Cohn lacks sufficient information to admit or deny the allegations in this

9  paragraph, and on that basis denies those allegations.

10       110.    Cohn lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12       111.    Cohn lacks sufficient information to admit or deny the allegations in this

13  paragraph, and on that basis denies those allegations.

14       112.    Cohn lacks sufficient information to admit or deny the allegations in this

15  paragraph, and on that basis denies those allegations.

16       113.    Cohn lacks sufficient information to admit or deny the allegations in this

17  paragraph, and on that basis denies those allegations.

18       114.    Cohn denies the allegations in this paragraph as to her.  With respect to the

19  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

20  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

21       115.    Cohn denies that she used any deceptive or unlawful business practices, or any

22  Gallagher business information, to convince any client to switch its business from Gallagher to

23  EPIC.  Except as expressly denied, Cohn lacks sufficient information to admit or deny the

24  allegations in this paragraph, and on that basis denies these allegations.

25       116.    Cohn lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27       117.    Cohn denies the allegations in this paragraph as to her.  With respect to the

28  allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    information to admit or deny the allegations in this paragraph, and on that basis denies those

2    allegations.

3        118.    Cohn lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5        119.    Cohn denies that she has solicited any Gallagher employees or customers.  Except

6    as expressly denied, Cohn lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8        120.    Cohn denies the allegations in this paragraph as to her.  With respect to the

9    allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

10   information to admit or deny the allegations in this paragraph, and on that basis denies those

11   allegations.

12       121.    Cohn denies the allegations in this paragraph as to her.  With respect to the

13   allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

14   information to admit or deny the allegations in this paragraph, and on that basis denies those

15   allegations.

16       122.    This paragraph states a legal conclusion to which no response is required.

17       123.    Cohn denies the allegations in this paragraph as to her.  With respect to the

18   allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

19   information to admit or deny the allegations in this paragraph, and on that basis denies those

20   allegations.

21       124.    Cohn lacks sufficient information to admit or deny the allegations in this

22   paragraph, and on that basis denies those allegations.

23       125.    Cohn denies the allegations in this paragraph as to her.  With respect to the

24   allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

25   information to admit or deny the allegations in this paragraph, and on that basis denies those

26   allegations.

27       126.    This paragraph states legal conclusions to which no response is required.

28       127.    This paragraph states legal conclusions to which no response is required.

12

## COUNT ONE

**(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**

128.    Cohn realleges and incorporates by references her responses to paragraphs 1 through 127.

129.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

130.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

131.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

132.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

133.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

134.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

## COUNT TWO

**(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton and Watkins)**

135.    Cohn realleges and incorporates by reference her responses to paragraphs 1 through 134.

136.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

137.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

138.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

13

410559.01

1    139.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

2    to and does not respond to the allegations in the paragraph.

3    140.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

4    to and does not respond to the allegations in the paragraph.

5    141.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

6    to and does not respond to the allegations in the paragraph.

7    142.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

8    to and does not respond to the allegations in the paragraph.

9    **COUNT THREE**

10   **(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 *et seq.* – Against Defendants
     EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on
11   behalf of and in furtherance of the conspiracy with EPIC)**

12   143.    Cohn realleges and incorporates by reference her responses to paragraphs 1

13   through 142.

14   144.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

15   to and does not respond to the allegations in the paragraph.

16   145.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

17   to and does not respond to the allegations in the paragraph.

18   146.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

19   to and does not respond to the allegations in the paragraph.

20   147.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

21   to and does not respond to the allegations in the paragraph.

22   148.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

23   to and does not respond to the allegations in the paragraph.

24   149.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

25   to and does not respond to the allegations in the paragraph.

26   150.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

27   to and does not respond to the allegations in the paragraph.

28   151.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

14

1    to and does not respond to the allegations in the paragraph.

2        152.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

3    to and does not respond to the allegations in the paragraph.

4        153.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

5    to and does not respond to the allegations in the paragraph.

6                            **COUNT FOUR**

7    **(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against**
     **Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on**
8    **behalf of and in furtherance of the conspiracy with EPIC)**

9        154.    Cohn realleges and incorporates by reference her responses to paragraphs 1

10   through 153.

11       155.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

12   to and does not respond to the allegations in the paragraph.

13       156.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

14   to and does not respond to the allegations in the paragraph.

15       157.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

16   to and does not respond to the allegations in the paragraph.

17       158.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

18   to and does not respond to the allegations in the paragraph.

19       159.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

20   to and does not respond to the allegations in the paragraph.

21       160.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

22   to and does not respond to the allegations in the paragraph.

23                            **COUNT FIVE**

24   **(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua,**
     **Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**
25

26       161.    Cohn realleges and incorporates by reference her responses to paragraphs 1

27   through 160.

28       162.    This cause of action is not asserted against Cohn. Cohn, therefore, is not required

15

410559.01

1    to and does not respond to the allegations in the paragraph.

2        163.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

3    to and does not respond to the allegations in the paragraph.

4        164.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

5    to and does not respond to the allegations in the paragraph.

6        165.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

7    to and does not respond to the allegations in the paragraph.

## COUNT SIX

**(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause, Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

11       166.    Cohn realleges and incorporates by reference her responses to paragraphs 1

12   through 165.

13       167.    Cohn denies that she signed an Executive Agreement with Gallagher.  As to the

14   remaining allegations, Cohn lacks sufficient information to admit or deny the allegations in this

15   paragraph, and on that basis denies those allegations.

16       168.    Cohn admits that she agreed to abide by Gallagher's Code of Business Conduct

17   and Ethics.  Without having possession of a copy of that Code, Cohn lacks sufficient information

18   to admit or deny its contents, and on that basis denies the allegations in the first sentence of this

19   paragraph.  In any event, the Code will speak for itself.

20       169.    Cohn admits that she entered into a Stock Option Agreement with Gallagher.

21   Without having possession of the Stock Option Agreement she signed, Cohn lacks sufficient

22   information to admit or deny its contents, and on that basis denies the allegations in the first

23   sentence of this paragraph.  In any event, the Stock Option Agreement will speak for itself.

24       170.    Cohn lacks sufficient information to admit or deny the allegations in this

25   paragraph, and on that basis denies those allegations.

26       171.    Cohn denies the allegations in this paragraph as to her.  With respect to

27   allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

28   to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

16

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

172.    Cohn denies that she materially breached any contract with Gallagher.  Cohn lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on that basis denies those allegations.

173.    This paragraph states legal conclusions to which no response is required.

### COUNT SEVEN

**(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown, Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin, Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

174.    Cohn realleges and incorporates by reference her responses to paragraphs 1 through 173.

175.    This paragraph states a legal conclusion to which no response is required.

176.    Cohn denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

177.    Cohn lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

178.    Cohn denies that she breached any duties contained in any agreements she signed with Gallagher.  Cohn lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on that basis denies those allegations.

### COUNT EIGHT

**(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos, Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul Wagener)**

179.    Cohn realleges and incorporates by reference her responses to paragraphs 1 through 178.

180.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

181.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

17

1       182.   This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

2   to and does not respond to the allegations in the paragraph.

3       183.   This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

4   to and does not respond to the allegations in the paragraph.

5                       **COUNT NINE**

6   **(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants**
    **Except Francis and Hahn)**

7

8       184.   Cohn realleges and incorporates by reference her responses to paragraphs 1

9   through 183.

10      185.   This paragraph states a legal conclusion to which no response is required.

11      186.   Cohn admits that, prior to her resignation from Gallagher, she was an employee of

12  Gallagher.  The remainder of this paragraph states legal conclusions to which no response is

13  required.

14      187.   Cohn denies the allegations in this paragraph as to her.  With respect to

15  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

16  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

17      188.   Cohn denies the allegations in this paragraph as to her.  With respect to

18  allegations in this paragraph as to other Individual Defendants, Cohn lacks sufficient information

19  to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

20      189.   Cohn denies the allegations in the first two sentences of this paragraph as to her.

21  With respect to allegations in the first two sentences this paragraph as to other Individual

22  Defendants, Cohn lacks sufficient information to admit or deny the allegations in this paragraph,

23  and on that basis denies those allegations.  The third sentence of this paragraph states legal

24  conclusions to which no response is required.

25                      **COUNT TEN**

26  **(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn,**
    **and Wick)**

27

28      190.   Cohn realleges and incorporates by reference her responses to paragraphs 1

18

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    through 189.

2    191.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

3    to and does not respond to the allegations in the paragraph.

4    192.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

5    to and does not respond to the allegations in the paragraph.

6    193.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

7    to and does not respond to the allegations in the paragraph.

8    194.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

9    to and does not respond to the allegations in the paragraph.

10   195.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

11   to and does not respond to the allegations in the paragraph.

12   196.    This cause of action is not asserted against Cohn.  Cohn, therefore, is not required

13   to and does not respond to the allegations in the paragraph.

14                                **COUNT ELEVEN**

15   **(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC,**
**Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth,**
16   **Halbleib, Hause, Johnson, Quinn, and Wagener)**

17

18   197.    Cohn realleges and incorporates by reference her responses to paragraphs 1

19   through 196.

20   198.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

21   refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

22   allegations in the paragraph.

23   199.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

24   refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

25   allegations in the paragraph.

26   200.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

27   refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

28   allegations in the paragraph.

                                        19

1    201.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

2  refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

3  allegations in the paragraph.

4    202.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

5  refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

6  allegations in the paragraph.

7                                    **COUNT TWELVE**

8    **(Unfair Competition – Cal. Bus. & Prof. Code §17200 *et seq.* – Against All Defendants)**

9    203.    Cohn realleges and incorporates by reference her responses to paragraphs 1

10  through 202.

11    204.    This paragraph states legal conclusions to which no response is required.

12    205.    This paragraph states legal conclusions to which no response is required.

13                                  **COUNT THIRTEEN**

14                    **(Unjust Enrichment – Against All Defendants)**

15    206.    Cohn realleges and incorporates by reference her responses to paragraphs 1

16  through 205.

17    207.    Cohn denies the allegations in this paragraph as to her.  With respect to

18  allegations in this paragraph as to other Individual Defendants and EPIC, Cohn lacks sufficient

19  information to admit or deny the allegations in this paragraph, and on that basis denies those

20  allegations.

21    208.    This paragraph states legal conclusions to which no response is required.

22                                  **COUNT FOURTEEN**

23              **(Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)**

24    209.    Cohn realleges and incorporates by reference her responses to paragraphs 1

25  through 208.

26    210.    Cohn assumes that, given the facts alleged, the allegations in this cause of action

27  refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the

28  allegations in the paragraph.

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

211.    Cohn assumes that, given the facts alleged, the allegations in this cause of action refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

212.    Cohn assumes that, given the facts alleged, the allegations in this cause of action refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

213.    Cohn assumes that, given the facts alleged, the allegations in this cause of action refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

214.    Cohn assumes that, given the facts alleged, the allegations in this cause of action refer to Neil Cohn.  Carol Cohn, therefore, is not required to and does not respond to the allegations in the paragraph.

## AFFIRMATIVE DEFENSES

For its affirmative defenses to the First Amended Complaint ("FAC"), Cohn alleges the following:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

The FAC, and each purported count therein, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Failure to Allege Sufficient Facts)

The FAC, and each purported count therein, fails to state facts sufficient to constitute a cause of action.

### THIRD AFFIRMATIVE DEFENSE

(Justification)

The actions of EPIC that allegedly give rise to liability herein, if any such actions occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

////

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Establish Causation)

Without in any way admitting that any of the conduct alleged in the FAC occurred or is in any way unlawful, Gallagher may not recover any damages sought herein because there is no causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by Gallagher.

## FIFTH AFFIRMATIVE DEFENSE

### (Good Faith)

EPIC acted in good faith and did not directly or indirectly perform any acts that would constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Conduct Reasonable Inquiry)

The FAC, and each and every purported cause of action alleged therein, is barred because Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

## SEVENTH AFFIRMATIVE DEFENSE

### (Privilege of Competition)

Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the privilege to compete.

## EIGHTH AFFIRMATIVE DEFENSE

### (Absence of Irreparable Harm)

To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief because the injury or damages suffered by Gallagher, if any, would be adequately compensated in an action at law for damages.

## NINTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

Some of the claims are barred by the doctrine of equitable estoppel.

22

1

### TENTH AFFIRMATIVE DEFENSE

2

(Judicial Estoppel)

3

Some of the claims are barred by the doctrine of judicial estoppel.

4

### ELEVENTH AFFIRMATIVE DEFENSE

5

(Unclean Hands)

6

Some of the claims are barred by the doctrine of unclean hands.

7

### TWELFTH AFFIRMATIVE DEFENSE

8

(Failure to Establish Misappropriation)

9    Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

10   Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the

11   allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

12

### THIRTEENTH AFFIRMATIVE DEFENSE

13

(Failure to Establish Existence of Trade Secrets)

14   Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

15   Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is

16   readily ascertainable by proper means and is therefore not a "trade secret" under California law.

17

### FOURTEENTH AFFIRMATIVE DEFENSE

18

(Invalidity of Contracts)

19   Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the

20   Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive

21   Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid

22   contracts as they lack consideration and/or are void for public policy reasons under California

23   law.

24

### FIFTEENTH AFFIRMATIVE DEFENSE

25

(Failure to Establish a Private Cause of Action)

26   Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is

27   barred as an improper cause of action.

28   ////

1

**SIXTEENTH AFFIRMATIVE DEFENSE**

2

(Public Policy)

3      Some of the claims are barred insofar as several contract provisions are void for public

4  policy.

5

**SEVENTEENTH AFFIRMATIVE DEFENSE**

6

(Waiver)

7      Gallagher has waived the right, if any, to pursue the claims in the FAC, and each

8  purported cause of action contained therein, by reason of Gallagher's own actions and course of

9  conduct.

10

**EIGHTEENTH AFFIRMATIVE DEFENSE**

11

(Absence of Deception)

12      Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that

13  EPIC's conduct is not likely to mislead the public or harm Gallagher.

14

**NINETEENTH AFFIRMATIVE DEFENSE**

15

(Lack of Specificity)

16      The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim

17  with the requisite particularity.

18

**TWENTIETH AFFIRMATIVE DEFENSE**

19

(Unjust Enrichment)

20      The FAC, and each and every purported cause of action alleged therein, is barred because

21  any recovery would result in Gallagher's unjust enrichment.

22

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

23

(Failure to Mitigate)

24      Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as

25  required by law.

26

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

27

(Punitive Damages)

28      Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1 the FAC, because California's laws regarding the alleged conduct in question in this action are

2 too vague to permit the imposition of punitive damages, and the award of punitive damages as

3 applied to the facts of this case would violate EPIC's constitutional rights under the United

4 States and California Constitution.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

(Improper Restraint of Competition)

7     Some of Plaintiffs' claims are improper efforts to restrain competition and employee

8 mobility in violation of Cal. Bus. & Prof. Code § 16600.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

(Incorporation of Other Defenses)

11     EPIC adopts and incorporates any and all other defenses raised or to be raised by any

12 other defendant joined in this litigation to the extent that said defenses are not inconsistent with

13 EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising

14 out of this lawsuit.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

(Reservation of Rights)

17     EPIC reserves the right to raise additional affirmative and other defenses as they are

18 discovered or otherwise become available.

### PRAYER FOR RELIEF

20     Cohn denies that Gallagher is entitled to any of the relief requested in its FAC.

21 WHEREFORE, Cohn prays:

22         1.    That Gallagher take nothing by reason of its FAC;

23         2.    That judgment be rendered in favor of Cohn;

24         3.    That Cohn be awarded her costs incurred in defense of this action; and,

25         4.    That the Court provide such other relief as it deems proper.

26

27

28

ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    Dated:  February 8, 2008             KEKER & VAN NEST, LLP

2

3

4                              By:  <u>s/Daniel Purcell</u>

                                  DANIEL PURCELL

5                                Attorneys for Defendants

                               ALLEN L. AMOS, ERIC CHUA, CAROL ANN

6                                COHN, NEIL R. COHN, ROBERT E. DUTTO,

                               ROBERT D. ELLSWORTH, SUSAN M.

7                                ENGLISH, JAMES C. HALBLEIB, STEPHEN

                               HAUSE, DON J. JOHNSON, LAURINDA A.

8                                MARTIN, SHANDRANETTE MIDDLETON,

                               GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,

9                                LINDA SOO HOO, DIRCK R. STINSON,

                               PAUL H. WAGENER, and ROBERT H.

10                                WATKINS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

410559.01    ANSWER OF CAROL ANN COHN TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW