1 | KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3 | 710 Sansome Street
San Francisco, California  94111-1704
4 | Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
5 |
Attorneys for Defendants
6 | ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7 | SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8 | SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
9 | STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 |

14 | ARTHUR J. GALLAGHER & CO., a Delaware
Corporation, ARTHUR J. GALLAGHER & CO.
15 | INSURANCE BROKERS OF CALIFORNIA,
INC., a California Corporation,
16 |
Plaintiffs,
17 |
v.
18 |
EDGEWOOD PARTNERS INSURANCE
19 | CENTER, a California corporation; DAN R.
FRANCIS; JOHN G. HAHN; ANDREW
20 | ("WALLY") BROWN, JR.; BRIAN F. QUINN;
NEIL R. COHN; CAROLANN COHN;
21 | MICHAEL J. BROWN; STEPHEN HAUSE;
LAURA J. WICK; JAMES C. HALBLEIB;
22 | STEPHEN HAUSE; LAURINDA ("LAURIE") A.
MARTIN; ERIC CHUA; GEORGE J. PETTY;
23 | LINDA SOO HOO; ROBERT E. DUTTO; SUSAN
M. ENGLISH; DON J. JOHNSON; ALLEN L.
24 | AMOS; WILLIAM ("BILL") PHILLIPS, JR.;
DIRCK ("RICK") R. STINSON; ROBERT
25 | ("BOB") D. ELLSWORTH; ROBERT H.
WATKINS; PAUL H. WAGENER;
26 | SHANDRANETTE MIDDLETON,
27 |
Defendants.
28 |

Case No. 07-CV-06418-JSW

**ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1    Defendant Linda Soo Hoo ("Soo Hoo") answers plaintiffs' First Amended Complaint as

2    follows:

3    ## I.    NATURE OF ACTION

4    1.    Soo Hoo denies Gallagher's allegations of "illegal raiding" or "associated theft

5    and use of Plaintiffs' confidential data to unfairly compete and steal millions of dollars of

6    business," and the existence of any ongoing misconduct.  Except as expressly denied above, Soo

7    Hoo admits Gallagher's characterization of its complaint and the claims for relief set forth

8    therein.

9    2.    Soo Hoo admits the allegations of this paragraph.

10    3.    Soo Hoo admits that EPIC touts its belief in principles of business ethics, but

11    denies, to the best of her knowledge, that EPIC behaved in a manner contrary to such ethical

12    principles.  Soo Hoo denies the remaining allegations in this paragraph as to her.  With respect to

13    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

14    information to admit or deny the allegations in this paragraph, and on that basis denies those

15    allegations.

16    4.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

17    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

18    information to admit or deny the allegations in this paragraph, and on that basis denies those

19    allegations.

20    5.    This paragraph states legal conclusions to which no response is required.

21    6.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

22    paragraph, and on that basis denies those allegations.

23    7.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

24    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

25    information to admit or deny the allegations in this paragraph, and on that basis denies those

26    allegations.

27    8.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

28    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

1

1  information to admit or deny the allegations in this paragraph, and on that basis denies those

2  allegations.

3       9.      Soo Hoo denies the allegations in this paragraph as to her.  With respect to

4  allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

5  information to admit or deny the allegations in this paragraph, and on that basis denies those

6  allegations.

7       10.     Soo Hoo admits that Wally Brown and Brian Quinn held the most senior

8  management positions in Gallagher's San Ramon office.  As to the remainder of the allegations

9  in this paragraph, Soo Hoo lacks sufficient information to admit or deny, and on that basis denies

10 those allegations.

11      11.     Soo Hoo denies the allegations in this paragraph as to her.  With respect to

12 allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

13 sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

14 those allegations.

15             **II.    SUBJECT-MATTER JURISDICTION AND VENUE**

16      12.     This paragraph states a legal conclusion to which no response is required.

17      13.     This paragraph states a legal conclusion to which no response is required.

18             **III.    PARTIES AND PERSONAL JURISDICTION**

19      14.     Soo Hoo lacks sufficient information to admit or deny the allegations in this

20 paragraph, and on that basis denies those allegations.

21      15.     Soo Hoo admits the allegations in this paragraph.

22      16.     Soo Hoo admits that Francis and Hahn are co-founders of EPIC and have

23 experience in the insurance industry.  As to the remaining allegations in this paragraph, Soo Hoo

24 lacks sufficient information to admit or deny, and on that basis denies those allegations.

25      17.     Soo Hoo admits that Wally Brown, Brian Quinn, Neil Cohn, Jim Halbleib, and

26 Stephen Hause were former high-level employees of Gallagher.  As to the allegations in this

27 paragraph regarding the fiduciary status of certain individual defendants, those allegations state

28 legal conclusions to which no response is required.

410454.01

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    18.    Soo Hoo admits that the Individual Defendants, including herself, are current

2  employees of EPIC and former employees of Gallagher.  Soo Hoo admits that she is a resident of

3  the State of California.  Except as expressly admitted, Soo Hoo denies the allegations of this

4  paragraph as they relate to her, and denies the allegations of this paragraph as they relate to other

5  Individual Defendants on the basis that she lacks sufficient information to admit or deny those

6  allegations.

7    19.    Soo Hoo denies the allegations in this paragraph as they relate to her.  For those

8  allegations that relate to other Individual Defendants and EPIC, Soo Hoo lacks sufficient

9  information to admit or deny, and on that basis denies those allegations.

10    20.    Soo Hoo admits that Gallagher has sued each of the Individual Defendants

11  individually as co-conspirators.  Except as expressly admitted, Soo Hoo denies the allegations of

12  this paragraph as they relate to her.  Soo Hoo denies the allegations of this paragraph as they

13  relate to other Individual Defendants and EPIC on the basis that she lacks sufficient information

14  to admit or deny those allegations.

15    21.    Soo Hoo admits that Gallagher has sued each of the Individual Defendants

16  individually and is alleging that each Individual Defendant acted as an agent of the others.

17  Except as expressly admitted, Soo Hoo denies the allegations of this paragraph as they relate to

18  her.  Soo Hoo denies the allegations of this paragraph as they relate to other Individual

19  Defendants and EPIC on the basis that she lacks sufficient information to admit or deny those

20  allegations.

21                **IV.    FACTUAL ALLEGATIONS**

22    22.    Soo Hoo denies that this paragraph accurately characterizes the job duties of

23  former Gallagher employees who left to join EPIC.  Soo Hoo denies the characterization that the

24  Individual Defendants left Gallagher "*en masse.*"

25    23.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

26  paragraph, and on that basis denies those allegations.

27    24.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

28  paragraph, and on that basis denies those allegations.

3

1    25.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    26.    Soo Hoo admits that Gallagher and its employees have invested resources in

4    developing relationships with their clients.  Soo Hoo further admits that, if Gallagher possessed

5    any confidential or trade-secret information, and, if that information were misappropriated by a

6    competitor, that misappropriation potentially could enable that competitor to compete unfairly

7    with Gallagher.  Soo Hoo specifically denies that she misappropriated any Gallagher confidential

8    information.  Except as expressly admitted or denied, Soo Hoo denies the allegations in this

9    paragraph as to her.  With respect to the allegations in this paragraph as to other Individual

10    Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this

11    paragraph, and on that basis denies those allegations.

12    27.    Soo Hoo admits that, during her employment at Gallagher, she gained access to

13    non-public Gallagher information.  Except as expressly admitted, Soo Hoo lacks sufficient

14    information to admit or deny the allegations in this paragraph, and on that basis denies those

15    allegations.

16    28.    Soo Hoo admits the existence of Gallagher's Code for Business Conduct and

17    Ethics and Stockholder Agreement referenced in this paragraph.  Without having those

18    documents in her possession, Soo Hoo lacks sufficient information to admit or deny Gallagher's

19    allegations regarding the content of those documents, and on that basis denies those allegations.

20    With respect to Gallagher's allegations regarding its Executive Agreements and Non-

21    Competition Agreement with Wally Brown, Soo Hoo lacks sufficient information to admit or

22    deny those allegations, and on that basis denies those allegations.  Finally, Gallagher's statement

23    that it "takes reasonable and appropriate measures to safeguard its non-public commercially

24    valuable information" states a legal conclusion to which no response is required.

25    29.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

26    paragraph, and on that basis denies those allegations.

27    30.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

28    paragraph, and on that basis denies those allegations.

4

410454.01

1    31.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

2    paragraph, and on that basis denies those allegations.

3    32.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5    33.    Soo Hoo admits the allegations in this paragraph.

6    34.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8    35.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

9    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

10    information to admit or deny the allegations in this paragraph, and on that basis denies those

11    allegations.

12    36.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

13    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

14    information to admit or deny the allegations in this paragraph, and on that basis denies those

15    allegations.

16    37.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

17    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

18    information to admit or deny the allegations in this paragraph, and on that basis denies those

19    allegations.

20    38.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

21    paragraph, and on that basis denies those allegations.

22    39.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

23    paragraph, and on that basis denies those allegations.

24    40.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

25    paragraph, and on that basis denies those allegations.

26    41.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

27    paragraph, and on that basis denies those allegations.

28    42.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1   paragraph, and on that basis denies those allegations.

2   43.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4   44.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6   45.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8   46.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

9   paragraph, and on that basis denies those allegations.

10   47.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

11   paragraph, and on that basis denies those allegations.

12   48.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

13   paragraph, and on that basis denies those allegations.

14   49.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

15   paragraph, and on that basis denies those allegations.

16   50.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

17   paragraph, and on that basis denies those allegations.

18   51.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

19   paragraph, and on that basis denies those allegations.

20   52.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

21   paragraph, and on that basis denies those allegations.

22   53.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

23   paragraph, and on that basis denies those allegations.

24   54.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

25   paragraph, and on that basis denies those allegations.

26   55.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

27   paragraph, and on that basis denies those allegations.

28   56.   Soo Hoo lacks sufficient information to admit or deny the allegations in this

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1   paragraph, and on that basis denies those allegations.

2        57.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

3   paragraph, and on that basis denies those allegations.

4        58.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

5   paragraph, and on that basis denies those allegations.

6        59.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

7   paragraph, and on that basis denies those allegations.

8        60.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

9   paragraph, and on that basis denies those allegations.

10       61.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

11  paragraph, and on that basis denies those allegations.

12       62.    Soo Hoo lacks sufficient information to admit or deny the allegations of this

13  paragraph, and on that basis denies those allegations.

14       63.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

15  allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

16  information to admit or deny the allegations in this paragraph, and on that basis denies those

17  allegations.

18       64.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

19  allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

20  information to admit or deny the allegations in this paragraph, and on that basis denies those

21  allegations.

22       65.    The first sentence of this paragraph is a prefatory statement to which no response

23  is required.  Soo Hoo denies the remaining allegations in this paragraph as to her.  With respect

24  to allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

25  information to admit or deny the allegations in this paragraph, and on that basis denies those

26  allegations.

27       66.    Soo Hoo admits that George Petty was responsible for IT and computer systems

28  in Gallagher's San Ramon office.  Except as expressly admitted, Soo Hoo lacks sufficient

7

1    information to admit or deny, and on that basis denies those allegations.

2          67.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

3    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

4    information to admit or deny the allegations in this paragraph, and on that basis denies those

5    allegations.

6          68.    Soo Hoo lacks sufficient information to admit or deny the allegations of this

7    paragraph, and on that basis denies those allegations.

8          69.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

9    allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

10   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

11   those allegations.

12         70.    Soo Hoo lacks sufficient information to admit or deny the allegations of this

13   paragraph, and on that basis denies those allegations.

14         71.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

15   paragraph, and on that basis denies those allegations.

16         72.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

17   paragraph, and on that basis denies those allegations.

18         73.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

19   paragraph, and on that basis denies those allegations.

20         74.    Soo Hoo admits the allegations in this paragraph.

21         75.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

22   allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

23   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

24   those allegations.

25         76.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

26   allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

27   information to admit or deny the allegations in this paragraph, and on that basis denies those

28   allegations.

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    77.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

2 allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

3 information to admit or deny the allegations in this paragraph, and on that basis denies those

4 allegations.

5    78.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

6 paragraph, and on that basis denies those allegations.

7    79.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

8 paragraph, and on that basis denies those allegations.

9    80.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

10 paragraph, and on that basis denies those allegations.

11    81.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

12 allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

13 information to admit or deny the allegations in this paragraph, and on that basis denies those

14 allegations.

15    82.    With respect to the allegations regarding Cohn's resignation letter, that letter is set

16 forth in its entirety this paragraph.  With respect to the allegations in this paragraph as to other

17 Individual Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in

18 this paragraph, and on that basis denies those allegations.

19    83.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

20 paragraph, and on that basis denies those allegations.

21    84.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

22 paragraph, and on that basis denies those allegations.

23    85.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

24 paragraph, and on that basis denies those allegations.

25    86.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

26 paragraph, and on that basis denies those allegations.

27    87.    Soo Hoo admits that Wally Brown and Brian Quinn announced their resignations

28 at an all-hands meeting at Gallagher's San Ramon office on December 7, 2007.  Except as

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

expressly admitted, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

88.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

89.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

90.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

91.    Soo Hoo denies the allegations in this paragraph as to her. With respect to the allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

92.    Soo Hoo admits that she resigned from Gallagher on December 10, 2007 without giving prior notice to work at EPIC. Soo Hoo denies that she coordinated her resignation with any other employees or EPIC. Soo Hoo denies the remaining allegations in this paragraph as to her. With respect to allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

93.    Soo Hoo admits that she accessed Gallagher data on Saturday December 8, 2007 at the specific request of Mr. McFarlane. Soo Hoo denies that she had an offer from EPIC or knew she was going to resign when she accessed this data. Soo Hoo further denies that her access "was not for legitimate business purposes." With respect to the allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

94.    Soo Hoo admits that she spoke with Mr. McFarlane on December 8, 2007 and that he requested that she come to the San Ramon office. Soo Hoo also admits that she was unable to come into the office because of a previously scheduled personal trip to San Diego. Soo Hoo denies that she "gave an excuse not to come into the office."

10

95.     Soo Hoo admits that she was not asked about and did not discuss her discussions with Wally Brown and EPIC when Mr. McFarlane called her on December 8, 2007. Soo Hoo denies that she "failed to inform Plaintiffs she had received and decided to accept EPIC's employment off on December 8, 2007." Soo Hoo denies that she had an offer from EPIC when she spoke with Mr. McFarlane.

96.     Soo Hoo denies that she "never let Plaintiffs know what was in the works" or did not "provide Plaintiffs any ability to minimize the damage they were suffering." Soo Hoo admits that she did not have an offer from EPIC when she spoke with Mr. McFarlane, accessed the Gallagher systems for legitimate business purposes, and emailed him the information he had requested. Soo Hoo admits that she had no further contact with Mr. McFarlane following her email to him of the data he requested on December 8, 2007. Soo Hoo denies that she did not "limit her access to Plaintiffs' computer systems or seek to prevent any of her co-conspirators from doing do [sic]."

97.     Soo Hoo admits that she resigned from Gallagher on December 10, 2007 without giving prior notice to work at EPIC. As to other Individual Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

98.     Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

99.     Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

100.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

101.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

102.    Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

103.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1    paragraph, and on that basis denies those allegations.

2        104.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

3    paragraph, and on that basis denies those allegations.

4        105.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

5    paragraph, and on that basis denies those allegations.

6        106.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

7    paragraph, and on that basis denies those allegations.

8        107.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

9    allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

10   sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

11   those allegations.

12       108.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

13   paragraph, and on that basis denies those allegations.

14       109.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

15   paragraph, and on that basis denies those allegations.

16       110.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

17   paragraph, and on that basis denies those allegations.

18       111.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

19   paragraph, and on that basis denies those allegations.

20       112.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

21   paragraph, and on that basis denies those allegations.

22       113.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

23   paragraph, and on that basis denies those allegations.

24       114.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

25   allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

26   information to admit or deny the allegations in this paragraph, and on that basis denies those

27   allegations.

28       115.    Soo Hoo denies that she used any deceptive or unlawful business practices, or any

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1  Gallagher business information, to convince any client to switch its business from Gallagher to

2  EPIC.  Except as expressly denied, Soo Hoo lacks sufficient information to admit or deny the

3  allegations in this paragraph, and on that basis denies these allegations.

4          116.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

5  paragraph, and on that basis denies those allegations.

6          117.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

7  allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

8  sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

9  those allegations.

10         118.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

11 paragraph, and on that basis denies those allegations.

12         119.    Soo Hoo denies that she has solicited any Gallagher employees or customers.

13 Except as expressly denied, Soo Hoo lacks sufficient information to admit or deny the

14 allegations in this paragraph, and on that basis denies those allegations.

15         120.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

16 allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

17 sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

18 those allegations.

19         121.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

20 allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks

21 sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

22 those allegations.

23         122.    This paragraph states a legal conclusion to which no response is required.

24         123.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to the

25 allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

26 information to admit or deny the allegations in this paragraph, and on that basis denies those

27 allegations.

28         124.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

13

1    paragraph, and on that basis denies those allegations.

2        125.    Soo Hoo denies the allegations in this paragraph as to her. With respect to the

3    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

4    information to admit or deny the allegations in this paragraph, and on that basis denies those

5    allegations.

6        126.    This paragraph states legal conclusions to which no response is required.

7        127.    This paragraph states legal conclusions to which no response is required.

8                            **COUNT ONE**

9        **(Violation of Computer Fraud and Abuse Act – 18 U.S.C. §1030 – Against Individual
         Defendants Neil Cohn, Halbleib, Martin, Petty, Chua, Middleton, and Watkins)**
10

11        128.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

12    through 127.

13        129.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

14    required to and does not respond to the allegations in the paragraph.

15        130.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

16    required to and does not respond to the allegations in the paragraph.

17        131.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

18    required to and does not respond to the allegations in the paragraph.

19        132.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

20    required to and does not respond to the allegations in the paragraph.

21        133.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

22    required to and does not respond to the allegations in the paragraph.

23        134.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

24    required to and does not respond to the allegations in the paragraph.

25                            **COUNT TWO**

26        **(Violation of California Penal Code §502 – Against Individual Defendants Neil Cohn,
         Halbleib, Martin, Petty, Chua, Middleton and Watkins)**
27

28        135.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

                                    14

410454.01

1    through 134.

2    136.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
3    required to and does not respond to the allegations in the paragraph.

4    137.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
5    required to and does not respond to the allegations in the paragraph.

6    138.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
7    required to and does not respond to the allegations in the paragraph.

8    139.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
9    required to and does not respond to the allegations in the paragraph.

10    140.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
11    required to and does not respond to the allegations in the paragraph.

12    141.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
13    required to and does not respond to the allegations in the paragraph.

14    142.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
15    required to and does not respond to the allegations in the paragraph.

16    ## COUNT THREE

17    **(Misappropriation of Trade Secrets – Cal. Civ. Code §3426 *et seq.* – Against Defendants**
18    **EPIC, Neil Cohn, Halbleib, Martin, Petty, Chua, Hause, Watkins, and Middleton, on**
       **behalf of and in furtherance of the conspiracy with EPIC)**

19    143.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1
20    through 142.

21    144.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
22    required to and does not respond to the allegations in the paragraph.

23    145.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
24    required to and does not respond to the allegations in the paragraph.

25    146.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
26    required to and does not respond to the allegations in the paragraph.

27    147.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not
28    required to and does not respond to the allegations in the paragraph.

15

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

1    148.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

2    required to and does not respond to the allegations in the paragraph.

3    149.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

4    required to and does not respond to the allegations in the paragraph.

5    150.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

6    required to and does not respond to the allegations in the paragraph.

7    151.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

8    required to and does not respond to the allegations in the paragraph.

9    152.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

10    required to and does not respond to the allegations in the paragraph.

11    153.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

12    required to and does not respond to the allegations in the paragraph.

13    **COUNT FOUR**

14    **(Misappropriation of Other Employer Property – Cal. Labor Code §2860 – Against
Defendants Neil Cohn, Halbleib, Martin, Petty, Hause, Chua, Middleton and Watkins, on
behalf of and in furtherance of the conspiracy with EPIC)**

15

16    154.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

17    through 153.

18    155.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

19    required to and does not respond to the allegations in the paragraph.

20    156.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

21    required to and does not respond to the allegations in the paragraph.

22    157.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

23    required to and does not respond to the allegations in the paragraph.

24    158.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

25    required to and does not respond to the allegations in the paragraph.

26    159.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

27    required to and does not respond to the allegations in the paragraph.

28    160.    This cause of action is not asserted against Soo Hoo. Soo Hoo, therefore, is not

16

410454.01

1   required to and does not respond to the allegations in the paragraph.

2                                 **COUNT FIVE**

3   **(Conversion – Against Defendants EPIC, Neil Cohn, Halbleib, Martin, Petty, Hause, Chua,**
4   **Middleton and Watkins, on behalf of and in furtherance of the conspiracy with EPIC)**

5        161.   Soo Hoo realleges and incorporates by reference her responses to paragraphs 1
6   through 160.

7        162.   This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not
8   required to and does not respond to the allegations in the paragraph.

9        163.   This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not
10  required to and does not respond to the allegations in the paragraph.

11       164.   This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not
12  required to and does not respond to the allegations in the paragraph.

13       165.   This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not
14  required to and does not respond to the allegations in the paragraph.

15                                 **COUNT SIX**

16  **(Breach Of Written Contract – Against Wally Brown, Quinn, N. Cohn, C. Cohn, Hause,**
    **Petty, Chua, Michael Brown, Amos, Dutto, English, Halbleib, Johnson, Martin, Phillips,**
17  **Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

18       166.   Soo Hoo realleges and incorporates by reference her responses to paragraphs 1
19  through 165.

20       167.   Soo Hoo lacks sufficient information to admit or deny the allegations in this
21  paragraph, and on that basis denies those allegations.

22       168.   Soo Hoo admits that she agreed to abide by Gallagher's Code of Business
23  Conduct and Ethics.  Without having possession of a copy of that Code, Soo Hoo lacks sufficient
24  information to admit or deny its contents, and on that basis denies the allegations in the first
25  sentence of this paragraph.  In any event, the Code will speak for itself.

26       169.   Soo Hoo admits that she entered into a Stock Option Agreement with Gallagher.
27  Without having possession of the specific Stock Option Agreement quoted by Gallagher in this
28  paragraph, Soo Hoo lacks sufficient information to admit or deny its contents, and on that basis

1    denies the allegations in the second and third sentences of this paragraph.  In any event, the

2    Stock Option Agreement will speak for itself.

3        170.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

4    paragraph, and on that basis denies those allegations.

5        171.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

6    allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

7    information to admit or deny the allegations in this paragraph, and on that basis denies those

8    allegations.

9        172.    Soo Hoo denies that she materially breached any contract with Gallagher.  Soo

10   Hoo lacks sufficient information to admit or deny the remaining allegations in this paragraph,

11   and on that basis denies those allegations.

12       173.    This paragraph states legal conclusions to which no response is required.

13                                **COUNT SEVEN**

14   **(Breach of the Contract of Good Faith and Fair Dealing – Against Amos, Michael Brown,**
     **Wally Brown, N. Cohn, C. Cohn, Dutto, Petty, Hause, English, Halbleib, Dutto, Martin,**
15   **Phillips, Jr., Quinn, Soo Hoo, Stinson, Wagener, Watkins, and Wick)**

16       174.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

17   through 173.

18       175.    This paragraph states a legal conclusion to which no response is required.

19       176.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

20   allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

21   information to admit or deny the allegations in this paragraph, and on that basis denies those

22   allegations.

23       177.    Soo Hoo lacks sufficient information to admit or deny the allegations in this

24   paragraph, and on that basis denies those allegations.

25       178.    Soo Hoo denies that she breached any duties contained in any agreements she

26   signed with Gallagher.  Soo Hoo lacks sufficient information to admit or deny the remaining

27   allegations in this paragraph, and on that basis denies those allegations.

28

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

**COUNT EIGHT**

**(Breach of Fiduciary Duty and Breach of the Duty of Loyalty – Against Individual Defendants Wally Brown, N. Cohn, Halbleib, Quinn, Hause, Michael Brown, Alan Amos, Rob Dutto, Susan English, Laurie Martin, William Phillips, Rick Stinson, and Paul Wagener)**

179.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1 through 178.

180.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

181.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

182.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

183.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

**COUNT NINE**

**(Violation of Cal. Labor Code §§2854 And 2859 – Against All Individual Defendants Except Francis and Hahn)**

184.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1 through 183.

185.    This paragraph states a legal conclusion to which no response is required.

186.    Soo Hoo admits that, prior to her resignation from Gallagher, she was an employee of Gallagher.  The remainder of this paragraph states legal conclusions to which no response is required.

187.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies those allegations.

188.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1 | allegations in this paragraph as to other Individual Defendants, Soo Hoo lacks sufficient

2 | information to admit or deny the allegations in this paragraph, and on that basis denies those

3 | allegations.

4 |     189.    Soo Hoo denies the allegations in the first two sentences of this paragraph as to

5 | her.  With respect to allegations in the first two sentences this paragraph as to other Individual

6 | Defendants, Soo Hoo lacks sufficient information to admit or deny the allegations in this

7 | paragraph, and on that basis denies those allegations.  The third sentence of this paragraph states

8 | legal conclusions to which no response is required.

9 | **COUNT TEN**

10 | **(Tortious Interference with Contract – Against EPIC, Hahn, Francis, Wally Brown, Quinn,**

11 | **and Wick)**

12 |     190.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

13 | through 189.

14 |     191.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

15 | required to and does not respond to the allegations in the paragraph.

16 |     192.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

17 | required to and does not respond to the allegations in the paragraph.

18 |     193.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

19 | required to and does not respond to the allegations in the paragraph.

20 |     194.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

21 | required to and does not respond to the allegations in the paragraph.

22 |     195.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

23 | required to and does not respond to the allegations in the paragraph.

24 |     196.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

25 | required to and does not respond to the allegations in the paragraph.

26

27

28

410454.01

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

## COUNT ELEVEN

**(Tortious Interference with Prospective Business Advantage – Against Defendants EPIC, Hahn, Francis, Wally Brown, Amos, Michael Brown, Cohn, Chua, Dutto, Ellsworth, Halbleib, Hause, Johnson, Quinn, and Wagener)**

197.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1 through 196.

198.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

199.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

200.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

201.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

202.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not required to and does not respond to the allegations in the paragraph.

## COUNT TWELVE

**(Unfair Competition – Cal. Bus. & Prof. Code §17200 *et seq.* – Against All Defendants)**

203.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1 through 202.

204.    This paragraph states legal conclusions to which no response is required.

205.    This paragraph states legal conclusions to which no response is required.

## COUNT THIRTEEN

**(Unjust Enrichment – Against All Defendants)**

206.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1 through 205.

207.    Soo Hoo denies the allegations in this paragraph as to her.  With respect to allegations in this paragraph as to other Individual Defendants and EPIC, Soo Hoo lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies

21

410454.01

1   those allegations.

2       208.    This paragraph states legal conclusions to which no response is required.

3                              **COUNT FOURTEEN**

4          **(Fraud — Against Wally Brown, Cohn, Petty, Quinn, Wick, Hause)**

5       209.    Soo Hoo realleges and incorporates by reference her responses to paragraphs 1

6   through 208.

7       210.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

8   required to and does not respond to the allegations in the paragraph.

9       211.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

10  required to and does not respond to the allegations in the paragraph.

11      212.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

12  required to and does not respond to the allegations in the paragraph.

13      213.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

14  required to and does not respond to the allegations in the paragraph.

15      214.    This cause of action is not asserted against Soo Hoo.  Soo Hoo, therefore, is not

16  required to and does not respond to the allegations in the paragraph.

17                             **AFFIRMATIVE DEFENSES**

18      For its affirmative defenses to the First Amended Complaint ("FAC"), Soo Hoo alleges

19  the following:

20                          **FIRST AFFIRMATIVE DEFENSE**

21                             (Failure to State a Claim)

22      The FAC, and each purported count therein, fails to state a claim upon which relief can

23  be granted.

24                         **SECOND AFFIRMATIVE DEFENSE**

25                          (Failure to Allege Sufficient Facts)

26      The FAC, and each purported count therein, fails to state facts sufficient to constitute a

27  cause of action.

28  ////

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF; CASE NO. 07-CV-06418-JSW

### THIRD AFFIRMATIVE DEFENSE

(Justification)

The actions of EPIC that allegedly give rise to liability herein, if any such actions occurred, were legally justified and cannot give rise to any liability on the part of EPIC.

### FOURTH AFFIRMATIVE DEFENSE

(Failure to Establish Causation)

Without in any way admitting that any of the conduct alleged in the FAC occurred or is in any way unlawful, Gallagher may not recover any damages sought herein because there is no causal relationship between the alleged illegality and the injuries, if any, allegedly suffered by Gallagher.

### FIFTH AFFIRMATIVE DEFENSE

(Good Faith)

EPIC acted in good faith and did not directly or indirectly perform any acts that would constitute a violation of any rights of Gallagher or any duty owed to Gallagher.

### SIXTH AFFIRMATIVE DEFENSE

(Failure to Conduct Reasonable Inquiry)

The FAC, and each and every purported cause of action alleged therein, is barred because Gallagher filed the FAC in violation of Rule 11 of the Federal Rules of Civil Procedure, and because Gallagher failed to perform a reasonable inquiry into the allegations in the FAC and their factual and evidentiary support prior to filing this lawsuit, as required by Rule 11.

### SEVENTH AFFIRMATIVE DEFENSE

(Privilege of Competition)

Gallagher's FAC, and each purported claim for relief alleged therein, are barred by the privilege to compete.

### EIGHTH AFFIRMATIVE DEFENSE

(Absence of Irreparable Harm)

To the extent Gallagher attempts to seek equitable relief, it is not entitled to such relief because the injury or damages suffered by Gallagher, if any, would be adequately compensated

1  in an action at law for damages.

2  ### NINTH AFFIRMATIVE DEFENSE

3  (Equitable Estoppel)

4  Some of the claims are barred by the doctrine of equitable estoppel.

5  ### TENTH AFFIRMATIVE DEFENSE

6  (Judicial Estoppel)

7  Some of the claims are barred by the doctrine of judicial estoppel.

8  ### ELEVENTH AFFIRMATIVE DEFENSE

9  (Unclean Hands)

10  Some of the claims are barred by the doctrine of unclean hands.

11  ### TWELFTH AFFIRMATIVE DEFENSE

12  (Failure to Establish Misappropriation)

13  Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

14  Code § 3426 *et seq.*, fails to state facts sufficient to constitute a cause of action because the

15  allegations are false and because EPIC has not "misappropriated" Gallagher's "trade secrets."

16  ### THIRTEENTH AFFIRMATIVE DEFENSE

17  (Failure to Establish Existence of Trade Secrets)

18  Gallagher's Third Claim for Relief for Misappropriation of Trade Secrets under Cal. Civ.

19  Code § 3426 *et seq.*, is barred on the grounds that the alleged proprietary information at issue is

20  readily ascertainable by proper means and is therefore not a "trade secret" under California law.

21  ### FOURTEENTH AFFIRMATIVE DEFENSE

22  (Invalidity of Contracts)

23  Plaintiffs' Sixth and Seventh Claims for Breach of Written Contract and Breach of the

24  Covenant of Good Faith and Fair Dealing are barred on the grounds that the Executive

25  Agreements and/or the Code of Business Ethics and Other Corporate Policies are not valid

26  contracts as they lack consideration and/or are void for public policy reasons under California

27  law.

28  ////

410454.01

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Establish a Private Cause of Action)

Gallagher's Ninth Cause of Action for violation of Cal. Labor Code §§ 2854 and 2859 is barred as an improper cause of action.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Public Policy)

Some of the claims are barred insofar as several contract provisions are void for public policy.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

Gallagher has waived the right, if any, to pursue the claims in the FAC, and each purported cause of action contained therein, by reason of Gallagher's own actions and course of conduct.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Absence of Deception)

Gallagher's Thirteenth Claim for Unfair Competition is barred on the grounds that EPIC's conduct is not likely to mislead the public or harm Gallagher.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Specificity)

The Fourteenth Claim for Fraud is barred because Gallagher has failed to plead its claim with the requisite particularity.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The FAC, and each and every purported cause of action alleged therein, is barred because any recovery would result in Gallagher's unjust enrichment.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Gallagher has failed to mitigate or reasonably attempt to mitigate its damages, if any, as

1  required by law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Punitive Damages)

Gallagher is not entitled to recover any punitive or exemplary damages as prayed for in the FAC, because California's laws regarding the alleged conduct in question in this action are too vague to permit the imposition of punitive damages, and the award of punitive damages as applied to the facts of this case would violate EPIC's constitutional rights under the United States and California Constitution.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Improper Restraint of Competition)

Some of Plaintiffs' claims are improper efforts to restrain competition and employee mobility in violation of Cal. Bus. & Prof. Code § 16600.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Incorporation of Other Defenses)

EPIC adopts and incorporates any and all other defenses raised or to be raised by any other defendant joined in this litigation to the extent that said defenses are not inconsistent with EPIC's assertions that it is not liable to Gallagher or anyone for any amount whatsoever arising out of this lawsuit.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

EPIC reserves the right to raise additional affirmative and other defenses as they are discovered or otherwise become available.

## PRAYER FOR RELIEF

Soo Hoo denies that Gallagher is entitled to any of the relief requested in its FAC. WHEREFORE, Soo Hoo prays:

1.    That Gallagher take nothing by reason of its FAC;

2.    That judgment be rendered in favor of Soo Hoo;

3.    That Soo Hoo be awarded her costs incurred in defense of this action; and,

ANSWER OF LINDA SOO HOO TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE NO. 07-CV-06418-JSW

1            4.      That the Court provide such other relief as it deems proper.

2

3    Dated: February 8, 2008               KEKER & VAN NEST, LLP

4

5

6                    By:  s/Daniel Purcell
                         DANIEL PURCELL

7                        Attorneys for Defendants
                         ALLEN L. AMOS, ERIC CHUA, CAROL ANN

8                        COHN, NEIL R. COHN, ROBERT E. DUTTO,
                         ROBERT D. ELLSWORTH, SUSAN M.

9                        ENGLISH, JAMES C. HALBLEIB, STEPHEN
                         HAUSE, DON J. JOHNSON, LAURINDA A.

10                       MARTIN, SHANDRANETTE MIDDLETON,
                         GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,

11                       LINDA SOO HOO, DIRCK R. STINSON,
                         PAUL H. WAGENER, and ROBERT H.

12                       WATKINS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

27

410454.01