1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
3  710 Sansome Street
   San Francisco, California  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6  ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
   COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
   HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
8  SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
   WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
9  STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | ARTHUR J. GALLAGHER & CO., INC., | Case No. 07-CV-06418-JSW |
   | a Delaware Corporation, ARTHUR J. | |
15 | GALLAGHER & CO., INSURANCE BROKERS | **STIPULATION TO ENLARGE** |
   | OF CALIFORNIA, INC., a California Corporation, | **DEFENDANTS' TIME TO FILE** |
16 | | **AMENDED ANSWERS,** |
   | Plaintiffs, | **INCLUDING COUNTERCLAIMS;** |
17 | | **[PROPOSED] ORDER** |
   | v. | |
18 | | [Civil Local Rule 6-1(a)] |
   | EDGEWOOD PARTNERS INSURANCE | |
19 | CENTER, a California corporation; DAN R. | Hon. Jeffrey S. White |
   | FRANCIS; JOHN G. HAHN; ANDREW | |
20 | ("WALLY") BROWN, JR.; BRIAN F. QUINN; | |
   | NEIL R. COHN; CAROLANN COHN; MICHAEL | |
21 | J. BROWN; STEPHEN HAUSE; LAURA J. | |
   | WICK; JAMES C. HALBLEIB; LAURINDA | |
22 | ("LAURIE") A. MARTIN; ERIC CHUA; | |
   | GEORGE J. PETTY; LINDA SOO HOO; | |
23 | ROBERT E. DUTTO; SUSAN M. ENGLISH; | |
   | DON J. JOHNSON; ALLEN L. AMOS; WILLIAM | |
24 | ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. | |
   | STINSON; ROBERT ("BOB") D. ELLSWORTH; | |
25 | ROBERT H. WATKINS; PAUL H. WAGENER; | |
   | SHANDRANETTE MIDDLETON, | |
26 | | |
   | Defendants. | |
27

28

1  WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended Complaint on February 8, 2008; and

WHEREAS, the 20-day period for defendants to file amended Answers without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) expires on February 28, 2008; and

WHEREAS, some of the defendants to this action claim to have unasserted potential counterclaims not heretofore identified to plaintiffs or presently pleaded in their Answers; and

WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for all defendants to file amended Answers without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to March 31, 2008.  By agreeing to this stipulation, plaintiffs do not waive, and specifically preserve, all defenses to the amended Answers and counterclaims that exist as of the date of this stipulation.

DATED:  February 28, 2008              MUNGER, TOLLES & OLSON LLP


                                       By: */s/ Martin Bern*
                                           MARTIN BERN
                                           Attorneys for Defendants
                                           EDGEWOOD PARTNERS INSURANCE
                                           CENTER; DAN R. FRANCIS; and JOHN G. HAHN

DATED:  February 28, 2008              KERR & WAGSTAFFE LLP


                                       By: */s/ Adrian J. Sawyer*
                                           ADRIAN J. SAWYER
                                           Attorneys for Defendants
                                           ANDREW ("WALLY") BROWN, JR.;
                                           BRIAN F. QUINN; MICHAEL J. BROWN; and
                                           LAURA J. WICK

| | | |
|---|---|---|
| 1 | DATED: February 28, 2008 | KEKER & VAN NEST, LLP |

By: */s/ Daniel Purcell*
DANIEL PURCELL
Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

DATED: February 28, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Bradford K. Newman*
BRADFORD K. NEWMAN
Attorneys for Plaintiffs
ARTHUR J. GALLAGHER & CO., INC. and ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

Pursuant to the attached stipulation of the parties, and good cause appearing therefor, the deadline for defendants to file amended Answers without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to March 31, 2008.  Plaintiffs shall not be deemed to have waived any defenses to the amended Answers and counterclaims that exist as of the date of the parties' stipulation.

IT IS SO ORDERED.

Dated:  _____

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge