# EXHIBIT A

JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
JEFFREY E. ZINSMEISTER (SBN 235516)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
EDGEWOOD PARTNERS INSURANCE CENTER,
DAN R. FRANCIS & JOHN G. HAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,

Plaintiffs,

vs.

EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,

Defendants.

CASE NO. 07-CV-06418-JSW (JCS)

**EPIC'S FIRST SET OF SPECIAL INTERROGATORIES TO ALL PLAINTIFFS**

**The Honorable Jeffrey S. White**

PROPOUNDING PARTY: Defendant Edgewood Partners Insurance Company

RESPONDING PARTIES: All Plaintiffs

SET: One

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and the Parties' Proposed Discovery Plan, filed with this Court on January 18, 2008, Defendant Edgewood Partners Insurance Center ("EPIC") requests that Plaintiffs respond to the Special Interrogatories contained below in accordance with the following definitions and instructions, at the offices of EPIC's counsel of record, within thirty (30) days of service of these Special Interrogatories.

**DEFINITIONS**

1. As used herein, the term "IDENTIFY"

(a) when used with respect to a natural person, shall mean to state the person's full name and present or last known home and business address, telephone number, and employer or business affiliation.

(b) when used with respect to a business concern, shall mean to state its name and present or last-known address and telephone number, and the nature of such business concern, (*e.g.*, partnership, corporation).

2. As used herein, the term "PLAINTIFFS" shall mean the two named Plaintiffs in this action, Arthur J. Gallagher & Co., Inc. and Arthur J. Gallagher & Co, Insurance Brokers of California, Inc.

3. As used herein, the term "ANY" shall be construed to include "every," "all," and "each" as necessary to make the Special Interrogatories inclusive rather than exclusive.

**INSTRUCTIONS**

1. In answering these interrogatories, PLAINTIFFS are required to furnish all information available to PLAINTIFFS after exercising due diligence to make inquiry and secure information, including, by way of illustration and without limitation, information in the possession of PLAINTIFFS' advisors, associates, agents, consultants, employees, members,

attorneys, or anyone acting at their direction. If PLAINTIFFS are unable to answer any interrogatory fully and completely after exercising due diligence to make inquiry and secure information to do so, please so state, answer such interrogatory to the extent that PLAINTIFFS are able, specify the portion of the interrogatory that PLAINTIFFS claim PLAINTIFFS are unable to answer fully and completely, state the facts upon which PLAINTIFFS relied to support PLAINTIFFS' contention that PLAINTIFFS are unable to answer that interrogatory fully and completely, and state what knowledge, information and belief PLAINTIFFS have concerning the unanswered portion of each such interrogatory.

2. If any answer responsive to these Special Interrogatories is withheld under any claim of privilege or confidentiality, PLAINTIFFS shall provide a list that identifies the subject matter for which a privilege or confidentiality is claimed, including at least the following information:

(a) nature and date of subject matter;

(b) author;

(c) the person or person to whom the subject matter was conveyed, either orally or in writing, together with their job title or position;

(d) the basis upon which the privilege is claimed, and

(e) the Special Interrogatory to which each claim of privilege applies.

3. These Special Interrogatories are continuing in nature and encompass all information that is in the possession, custody or control of PLAINTIFFS at the present time or that comes into the possession, custody or control of PLAINTIFFS at any time while the present legal action is pending.

//

//

**SPECIAL INTERROGATORIES**

1. IDENTIFY, with reasonable particularity, ANY trade secret PLAINTFFS allege that ANY Defendant has misappropriated in violation of the California Uniform Trade Secrets Act (California Civil Code § 3426 *et seq.*).

Dated: March 20, 2008

MUNGER, TOLLES & OLSON LLP

BY: ______________________
JEFFREY E. ZINSMEISTER

Attorney for Defendants
EDGEWOOD PARTNERS
INSURANCE CENTER, DAN R. FRANCIS &
JOHN G. HAHN