KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
DANIEL PURCELL - #191424 (dpurcell@kvn.com)
LAURIE CARR MIMS - #241584 (lmims@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.,; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 07-CV-06418-JSW<br><br>**STIPULATION TO ENLARGE DEFENDANTS C. COHN'S AND WATKINS'S TIME TO FILE AMENDED ANSWERS, INCLUDING COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(a)]<br><br>Hon. Jeffrey S. White |

---

STIPULATION TO ENLARGE DEFENDANTS C. COHN'S AND WATKINS' TIME TO FILE AMENDED ANSWERS
Case No. 07-CV-06418-JSW

414240.01
414343.01

1  WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended Complaint on February 8, 2008; and

2  WHEREAS, the parties previously agreed to extend the deadline for all defendants to file amended answers without leave of Court to March 31, 2008; and

3  WHEREAS, the Court previously entered an order approving that extension; and

4  WHEREAS, the parties are still discussing, and attempting to resolve without the need for litigation, unasserted potential counterclaims belonging to defendants Carol Cohn and Harrison Watkins; and

5  WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for defendants Carol Cohn and Harrison Watkins to file amended Answers without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 14, 2008.  By agreeing to this stipulation, plaintiffs do not admit liability relating to any proposed counterclaims of Carol Cohn and/or Harrison Watkins, and do not waive, and specifically preserve, all defenses to the amended Answers and counterclaims that exist as of the date of this stipulation.

DATED: March 31, 2008         KEKER & VAN NEST, LLP


By: /s/ Daniel Purcell
    DANIEL PURCELL
    Attorneys for Defendants
    ALLEN L. AMOS, ERIC CHUA, CAROL ANN
    COHN, NEIL R. COHN, ROBERT E. DUTTO,
    ROBERT D. ELLSWORTH, SUSAN M. ENGLISH,
    JAMES C. HALBLEIB, STEPHEN HAUSE, DON J.
    JOHNSON, LAURINDA A. MARTIN,
    SHANDRANETTE MIDDLETON, GEORGE J.
    PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO
    HOO, DIRCK R. STINSON, PAUL H. WAGENER,
    and ROBERT H. WATKINS

2

| | | |
|---|---|---|
| 1 | DATED: March 31, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: /s/ *Bradford K. Newman*
BRADFORD K. NEWMAN
Attorneys for Plaintiffs
ARTHUR J. GALLAGHER & CO., INC. and
ARTHUR J. GALLAGHER & CO.,
INSURANCE BROKERS OF CALIFORNIA, INC.

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the deadline for defendants Carol Cohn and Harrison Watkins to file amended Answers without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 14, 2008. Plaintiffs shall not be deemed to have admitted any liability and/or waived any defenses to the amended Answers and counterclaims of Carol Cohn and Harrison Watkins that exist as of the date of the parties' stipulation.

IT IS SO ORDERED.

Dated: _____, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge