KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708 (epeters@kvn.com)
DANIEL PURCELL - #191424 (dpurcell@kvn.com)
LAURIE CARR MIMS - #241584 (lmims@kvn.com)
R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 07-CV-06418-JSW<br><br>**STIPULATION TO ENLARGE DEFENDANTS C. COHN'S AND WATKINS'S TIME TO FILE AMENDED ANSWERS, INCLUDING COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(a)]<br><br>Hon. Jeffrey S. White |

1    WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended

2  Complaint on February 8, 2008; and

3    WHEREAS, the parties previously agreed to extend the deadline for all defendants to file

4  amended answers without leave of Court to March 31, 2008; and

5    WHEREAS, the Court previously entered an order approving that extension; and

6    WHEREAS, the parties are still discussing, and attempting to resolve without the need

7  for litigation, unasserted potential counterclaims belonging to defendants Carol Cohn and

8  Harrison Watkins; and

9    WHEREAS, pursuant to agreement of the parties;

10    IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for

11  defendants Carol Cohn and Harrison Watkins to file amended Answers without leave of Court

12  under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 14, 2008.  By agreeing to this

13  stipulation, plaintiffs do not admit liability relating to any proposed counterclaims of Carol Cohn

14  and/or Harrison Watkins, and do not waive, and specifically preserve, all defenses to the

15  amended Answers and counterclaims that exist as of the date of this stipulation.

16

17  DATED:  March 31, 2008              KEKER & VAN NEST, LLP

18

19                             By: /s/ Daniel Purcell
20                                 DANIEL PURCELL
                                   Attorneys for Defendants
21                                 ALLEN L. AMOS, ERIC CHUA, CAROL ANN
                                   COHN, NEIL R. COHN, ROBERT E. DUTTO,
22                                 ROBERT D. ELLSWORTH, SUSAN M. ENGLISH,
                                   JAMES C. HALBLEIB, STEPHEN HAUSE, DON J.
23                                 JOHNSON, LAURINDA A. MARTIN,
                                   SHANDRANETTE MIDDLETON, GEORGE J.
24                                 PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO
                                   HOO, DIRCK R. STINSON, PAUL H. WAGENER,
25                                 and ROBERT H. WATKINS

26

27

28

1

1

DATED:  March 31, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3

By: /s/ Bradford K. Newman
    BRADFORD K. NEWMAN

4

    Attorneys for Plaintiffs
    ARTHUR J. GALLAGHER & CO., INC. and
    ARTHUR J. GALLAGHER & CO.,

5

    INSURANCE BROKERS OF CALIFORNIA, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

414240.01          414343.01

1        [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME

2        Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the

3    deadline for defendants Carol Cohn and Harrison Watkins to file amended Answers without

4    leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 14, 2008.  Plaintiffs

5    shall not be deemed to have admitted any liability and/or waived any defenses to the amended

6    Answers and counterclaims of Carol Cohn and Harrison Watkins that exist as of the date of the

7    parties' stipulation.

8        IT IS SO ORDERED.

9

10   Dated:  ___April 2___, 2008

11                                    _____

12                                    THE HONORABLE JEFFREY S. WHITE
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ENLARGE DEFENDANTS C. COHN'S AND WATKINS' TIME TO FILE AMENDED
ANSWERS
Case No. 07-CV-06418-JSW

414240.01          414343.01