# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-6418 JSW (JCS)**

**CASE NAME:** Arthur J. Gallagher v. Edgewood Partners Insurance

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** April 4, 2008     **TIME:** 7 Min     **COURT REPORTER:** Catherine Edwards

**COUNSEL FOR PLAINTIFF:**
Shannon Sevey & Brad Newman*(T)

**COUNSEL FOR DEFENDANT:**
Martin Bern & Jeff Zinsmeister *(T)

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE     ☐ FURTHER SETTLEMENT CONFERENCE

X TELEPHONIC DISCOVERY CONFERENCE: Re: CA Code of Civil Procedure - Docket no. 188

TELEPHONIC STATUS CONFERENCE

☐ TELEPHONIC CONFERENCE RE:

☐ OTHER:

CASE CONTINUED TO:            FOR

NOTES:

Court finds that 2019.210 applies to the trade secret cause of action in Federal Court, but 2019.210 doesn't apply to any other causes of action. Within ten days, the parties shall meet and confer, in person, to resolve any remaining issues as to discovery. Parties shall jointly agree on a date for the 2019 disclosure and the remainder of discovery not stayed by 2019. If there is a narrow unresolved discovery issue, the parties may submit a joint letter, not to exceed 5 pages.

cc:     Chambers
*(T) - Telephonic Appearance