1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   LAURIE CARR MIMS - #241584 (lmims@kvn.com)
3  R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
   710 Sansome Street
4  San Francisco, California 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendants
   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
7  COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
8  HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
9  WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
   STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ('WALLY') BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ('LAURIE') A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ('BILL') PHILLIPS, JR.; DIRCK ('RICK') R. STINSON; ROBERT ('BOB') D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | Case No. 07-CV-06418-JSW<br><br>**STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER, INCLUDING COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(a)]<br><br>Hon. Jeffrey S. White |

1    WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended Complaint on February 8, 2008; and

2    WHEREAS, the parties previously agreed to extend the deadline for all defendants to file amended answers without leave of Court to March 31, 2008; and

3    WHEREAS, the parties previously agreed to extend the deadline for defendant Harrison Watkins to file an amended answer without leave of Court to April 14, 2008; and

4    WHEREAS, the Court previously entered orders approving these extensions; and

5    WHEREAS, the parties are still discussing, and attempting to resolve without the need for litigation, unasserted potential counterclaims belonging to defendant Harrison Watkins; and

6    WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for defendant Harrison Watkins to file an amended Answer without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 28, 2008.  By agreeing to this stipulation, plaintiffs do not waive, and specifically preserve, all defenses to the amended Answer and counterclaims that exist as of the date of this stipulation.


DATED:  April 14, 2008                    KEKER & VAN NEST, LLP



                                          By: */s/ Daniel Purcell*
                                              DANIEL PURCELL
                                              Attorneys for Defendants
                                              ALLEN L. AMOS, ERIC CHUA, CAROL ANN
                                              COHN, NEIL R. COHN, ROBERT E. DUTTO,
                                              ROBERT D. ELLSWORTH, SUSAN M. ENGLISH,
                                              JAMES C. HALBLEIB, STEPHEN HAUSE, DON J.
                                              JOHNSON, LAURINDA A. MARTIN,
                                              SHANDRANETTE MIDDLETON, GEORGE J.
                                              PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO
                                              HOO, DIRCK R. STINSON, PAUL H. WAGENER,
                                              and ROBERT H. WATKINS

| | | |
|---|---|---|
| 1 | DATED: April 14, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: /s/ *Bradford K. Newman*
    BRADFORD K. NEWMAN
[*Concurrence Obtained General Order 45 § X.B*]

Attorneys for Plaintiffs
ARTHUR J. GALLAGHER & CO., INC. and
ARTHUR J. GALLAGHER & CO.,
INSURANCE BROKERS OF CALIFORNIA, INC.

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the deadline for defendant Harrison Watkins to file an amended Answer without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 28, 2008.  Plaintiffs shall not be deemed to have waived any defenses to the amended Answer and counterclaims of Harrison Watkins that exist as of the date of the parties' stipulation.

IT IS SO ORDERED.

Dated:  _____

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge