| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 (epeters@kvn.com) |
| 2 | DANIEL PURCELL - #191424 (dpurcell@kvn.com) |
| | LAURIE CARR MIMS - #241584 (lmims@kvn.com) |
| 3 | R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com) |
| | 710 Sansome Street |
| 4 | San Francisco, California  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. |
| 7 | COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, |
| | SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN |
| 8 | HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, |
| | SHANDRANETTE MIDDLETON, GEORGE J. PETTY, |
| 9 | WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R. |
| | STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation, | Case No. 07-CV-06418-JSW |
| | **STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER, INCLUDING COUNTERCLAIMS; [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | [Civil Local Rule 6-1(a)] |
| EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, | Hon. Jeffrey S. White |
| Defendants. | |

1	WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended Complaint on February 8, 2008; and

3	WHEREAS, the parties previously agreed to extend the deadline for all defendants to file amended answers without leave of Court to March 31, 2008; and

5	WHEREAS, the parties previously agreed to extend the deadline for defendant Harrison Watkins to file an amended answer without leave of Court to April 14, 2008; and

7	WHEREAS, the Court previously entered orders approving these extensions; and

8	WHEREAS, the parties are still discussing, and attempting to resolve without the need for litigation, unasserted potential counterclaims belonging to defendant Harrison Watkins; and

10	WHEREAS, pursuant to agreement of the parties;

11	IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for defendant Harrison Watkins to file an amended Answer without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 28, 2008.  By agreeing to this stipulation, plaintiffs do not waive, and specifically preserve, all defenses to the amended Answer and counterclaims that exist as of the date of this stipulation.

DATED:  April 14, 2008			KEKER & VAN NEST, LLP

By: */s/ Daniel Purcell*
DANIEL PURCELL
Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

1  DATED: April 14, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                           By: /s/ *Bradford K. Newman*
                                                 BRADFORD K. NEWMAN
4                                           [*Concurrence Obtained General Order 45 § X.B*]
                                            Attorneys for Plaintiffs
5                                           ARTHUR J. GALLAGHER & CO., INC. and
                                            ARTHUR J. GALLAGHER & CO.,
6                                           INSURANCE BROKERS OF CALIFORNIA, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER
Case No. 07-CV-06418-JSW

415257.01

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the deadline for defendant Harrison Watkins to file an amended Answer without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to April 28, 2008.  Plaintiffs shall not be deemed to have waived any defenses to the amended Answer and counterclaims of Harrison Watkins that exist as of the date of the parties' stipulation.

IT IS SO ORDERED.

Dated: April 15, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge