**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER,<br><br>    Plaintiff(s),<br><br>v.<br><br>EDGEWOOD PARTNERS INS. CENTER,<br><br>    Defendant(s).<br>_____/ | Case No. C07-06418 JSW (JCS)<br><br>**ORDER ON JOINT LETTER CONCERNING APPLICATION OF CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 2019.210 [Docket No. 188]** |

On March 24, 2008, the parties filed a Joint Letter Concerning the Application of California Code of Civil Procedure Section 2019.210.

On April 4, 2008, the Court held a telephonic hearing. Shannon Sevey and Brad Newman, counsel for Plaintiff, appeared. Martin Bern and Jeff Zinsmeister, counsel for Defendant, appeared. This written order confirms the oral order entered on the record.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that CA Code of Civil Procedure Section 2019.210 does apply to the trade secret cause of action, but does not apply to any other causes of action. Within ten (10) days of April 4, 2008, the parties shall meet and confer, in person, to resolve any remaining discovery issues, and agree on a date for the Section 2019 disclosures. The parties may submit a joint letter, not to exceed five (5) pages, if there are any remaining unresolved discovery issues.

IT IS SO ORDERED.

Dated: April 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge