1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708 (epeters@kvn.com)
2  DANIEL PURCELL - #191424 (dpurcell@kvn.com)
   LAURIE CARR MIMS - #241584 (lmims@kvn.com)
3  R. ADAM LAURIDSEN - #243780 (alauridsen@kvn.com)
   710 Sansome Street
4  San Francisco, California  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R.
7  COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH,
   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
8  HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
9  WILLIAM PHILLIPS, JR,; LINDA SOO HOO, DIRCK R.
   STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14

15  ARTHUR J. GALLAGHER & CO., INC.,            Case No. 07-CV-06418-JSW
    a Delaware Corporation, ARTHUR J.
16  GALLAGHER & CO., INSURANCE BROKERS          **STIPULATION TO ENLARGE**
    OF CALIFORNIA, INC., a California Corporation,  **DEFENDANT WATKINS' TIME TO**
17                                              **FILE AMENDED ANSWER,**
                              Plaintiffs,       **INCLUDING COUNTERCLAIMS;**
                                                **[PROPOSED] ORDER**
18       v.
                                                [Civil Local Rule 6-1(a)]
19  EDGEWOOD PARTNERS INSURANCE
    CENTER, a California corporation; DAN R.    Hon. Jeffrey S. White
20  FRANCIS; JOHN G. HAHN; ANDREW
    ("WALLY") BROWN, JR.; BRIAN F. QUINN;
21  NEIL R. COHN; CAROLANN COHN; MICHAEL
    J. BROWN; STEPHEN HAUSE; LAURA J.
22  WICK; JAMES C. HALBLEIB; LAURINDA
    ("LAURIE") A. MARTIN; ERIC CHUA;
23  GEORGE J. PETTY; LINDA SOO HOO;
    ROBERT E. DUTTO; SUSAN M. ENGLISH;
24  DON J. JOHNSON; ALLEN L. AMOS; WILLIAM
    ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R.
25  STINSON; ROBERT ("BOB") D. ELLSWORTH;
    ROBERT H. WATKINS; PAUL H. WAGENER;
26  SHANDRANETTE MIDDLETON,

27                            Defendants.

28

---

415257.01

STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER,
INCLUDING COUNTERCLAIMS; [PROPOSED] ORDER
Case No. 07-CV-06418-JSW

1  WHEREAS, all defendants in this action filed their Answers to plaintiffs' First Amended Complaint on February 8, 2008; and

WHEREAS, the parties previously agreed to extend the deadline for all defendants to file amended answers without leave of Court to March 31, 2008; and

WHEREAS, the parties previously agreed to extend the deadline for defendant Harrison Watkins to file an amended answer without leave of Court to April 28, 2008; and

WHEREAS, the Court previously entered orders approving these extensions; and

WHEREAS, the parties are still discussing, and attempting to resolve without the need for litigation, unasserted potential counterclaims belonging to defendant Harrison Watkins; and

WHEREAS, pursuant to agreement of the parties;

IT IS HEREBY STIPULATED THAT, pursuant to Local Rule 6-1(a), the deadline for defendant Harrison Watkins to file an amended Answer without leave of Court under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to May 12, 2008.  By agreeing to this stipulation, plaintiffs do not waive, and specifically preserve, all defenses to the amended Answer and counterclaims that exist as of the date of this stipulation.

DATED: April 28, 2008                    KEKER & VAN NEST, LLP

By: */s/ Daniel Purcell*
DANIEL PURCELL
Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR.; LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, and ROBERT H. WATKINS

| | | |
|---|---|---|
| 1 | DATED:  April 28, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | By: /s/ *Bradford K. Newman* |
| | | BRADFORD K. NEWMAN |
| 4 | | Attorneys for Plaintiffs |
| | | ARTHUR J. GALLAGHER & CO., INC. and |
| 5 | | ARTHUR J. GALLAGHER & CO., |
| | | INSURANCE BROKERS OF CALIFORNIA, INC. |

2

STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER,
INCLUDING COUNTERCLAIMS; [~~PROPOSED~~] ORDER
Case No. 07-CV-06418-JSW

415257.01

1  **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

2  Pursuant to the attached stipulation of the parties, and good cause appearing therefore, the

3  deadline for defendant Harrison Watkins to file an amended Answer without leave of Court

4  under Fed. R. Civ. P. 14(a)(1)(B) shall be extended to May 12, 2008.  Plaintiffs shall not be

5  deemed to have waived any defenses to the amended Answer and counterclaims of Harrison

6  Watkins that exist as of the date of the parties' stipulation.

7  IT IS SO ORDERED.

9  Dated:  May 5, 2008

12  _____
    THE HONORABLE JEFFREY S. WHITE
    United States District Judge

3
STIPULATION TO ENLARGE DEFENDANT WATKINS' TIME TO FILE AMENDED ANSWER,
INCLUDING COUNTERCLAIMS; [PROPOSED] ORDER
Case No. 07-CV-06418-JSW

415257.01