Name and address  KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
(415) 464-8888

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.<br><br>v.                                        Plaintiff(s)<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; et al.<br><br>                                        Defendant(s) | CASE NUMBER:<br><br>07-CV-06418-JSW<br><br><br><br>SUBSTITUTION OF ATTORNEY |

Neil R. Cohn     [ ] Plaintiff  [X] Defendant  [ ] Other _____
_Name of Party_

hereby request the Court approve the substitution of  Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
_New Attorney_

as attorney of record in place and stead of  Daniel Purcell of Keker & Van Nest, LLP
_Present Attorney_

Dated:  4-22-08

_Signature of Party/Authorized Representative of Party_
Neil R. Cohn

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated:  4-18-08

_Signature of Present Attorney_
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated:  4/24/08

_Signature of New Attorney_
Kevin M. Smith
97920
_State Bar Number_

If party requesting to appear Pro Se:

Dated: _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER FOR REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01A) ALONG WITH THIS REQUEST.

G-01 (03/06)         CASE NO. 07-CV-06418-JSW  SUBSTITUTION OF ATTORNEY         G01