Name and address  KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
(415) 464-8888

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC. <br><br> v. <br> Plaintiff(s) <br><br> EDGEWOOD PARTNERS INSURANCE CENTER; et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 07-CV-06418-JSW <br><br><br> SUBSTITUTION OF ATTORNEY |

Robert E. Dutto
_Name of Party_                                  ☐ Plaintiff   ☒ Defendant   ☐ Other

hereby request the Court approve the substitution of  Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
_New Attorney_

as attorney of record in place and stead of  Daniel Purcell of Keker & Van Nest, LLP

Dated:  4/22/08

_Signature of Party/Authorized Representative of Party_
Robert E. Dutto

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated:  4-18-08

_Signature of Present Attorney_
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated:  4/24/08

_Signature of New Attorney_
Kevin M. Smith

97920
_State Bar Number_

If party requesting to appear Pro Se:

Dated: _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED PROPOSED ORDER ALONG WITH THIS MOTION.

G-01 (03/06)                CASE NO. 07-CV-06418-JSW  SUBSTITUTION OF ATTORNEY                G01