Name and address  KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
(415) 464-8888

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.<br><br>v.<br>Plaintiff(s)<br><br>EDGEWOOD PARTNERS INSURANCE CENTER; et al.<br><br>Defendant(s) | CASE NUMBER:<br>07-CV-06418-JSW<br><br><br><br>SUBSTITUTION OF ATTORNEY |

Stephen Hause
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other

hereby request the Court approve the substitution of   Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
*New Attorney*

as attorney of record in place and stead of   Daniel Purcell of Keker & Van Nest, LLP
*Present Attorney*

Dated:  4-22-08

*Signature of Party/Authorized Representative of Party*
Stephen Hause

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated:  4-18-08

*Signature of Present Attorney*
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated:  4/24/08

*Signature of New Attorney*
Kevin M. Smith

97920
*State Bar Number*

If party requesting to appear Pro Se:

Dated: _____

*Signature of Requesting Party*

G-01 (03/06)    CASE NO. 07-CV-06418-JSW    SUBSTITUTION OF ATTORNEY    G01