Name and address  KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
(415) 464-8888

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC. | CASE NUMBER: |
|---|---|
| v.   Plaintiff(s) | 07-CV-06418-JSW |
| EDGEWOOD PARTNERS INSURANCE CENTER; et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

William Phillips, Jr.
_Name of Party_

☐ Plaintiff   ☒ Defendant   ☐ Other

hereby request the Court approve the substitution of  Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
_New Attorney_

as attorney of record in place and stead of  Daniel Purcell of Keker & Van Nest, LLP
_Present Attorney_

Dated: 5-2-08

_Signature of Party/Authorized Representative of Party_
William Phillips, Jr.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: 4-4-08

_Signature of Present Attorney_
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: 4/24/08

_Signature of New Attorney_
Kevin M. Smith
97920
_State Bar Number_

If party requesting to appear Pro Se:

Dated: _____

_Signature of Requesting Party_