Name and address  KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
(415) 464-8888

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.

v.                                           Plaintiff(s)

EDGEWOOD PARTNERS INSURANCE CENTER; et al.

Defendant(s)

CASE NUMBER: 07-CV-06418-JSW

**SUBSTITUTION OF ATTORNEY**

Linda Soo Hoo
_Name of Party_

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby request the Court approve the substitution of   Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
_New Attorney_

as attorney of record in place and stead of   Daniel Purcell of Keker & Van Nest, LLP
_Present Attorney_

Dated:  4/24/08

_Signature of Party/Authorized Representative of Party_
Linda Soo Hoo

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated:  4-18-08

_Signature of Present Attorney_
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated:  4/24/08

_Signature of New Attorney_
Kevin M. Smith
97920
_State Bar Number_

If party requesting to appear Pro Se:

Dated: _____

_Signature of Requesting Party_