Name and address KEVIN M. SMITH, SBN 97920
Bradley, Curley, Asiano, Barrabee & Gale
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
(415) 464-8888

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARTHUR J. GALLAGHER & CO., INC.; ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.

Plaintiff(s)

v.

EDGEWOOD PARTNERS INSURANCE CENTER; et al.

Defendant(s)

CASE NUMBER: 07-CV-06418-JSW

SUBSTITUTION OF ATTORNEY

Dirck R. Stinson
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other

hereby request the Court approve the substitution of Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale
*New Attorney*

as attorney of record in place and stead of Daniel Purcell of Keker & Van Nest, LLP
*Present Attorney*

Dated: 4-22-08

*Signature of Party/Authorized Representative of Party*
Dirck R. Stinson

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: 4-18-08

*Signature of Present Attorney*
Daniel Purcell

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated: 4/24/08

*Signature of New Attorney*
Kevin M. Smith

97920
*State Bar Number*

If party requesting to appear Pro Se:

Dated: _____

*Signature of Requesting Party*