1  KEVIN M. SMITH, ESQ., SBN 97920
   BRADLEY, CURLEY, ASIANO,
2  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
3  Larkspur, California 94939
   Telephone: (415) 464-8888
4  Facsimile: (415) 464-8887

5  Attorneys for Defendants
   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL
6  R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH
   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
7  HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
8  WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
   STINSON PAUL H. WAGENER, ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>**JOINDER OF DEFENDANTS ALLEN L. AMOS, CAROLANN COHN, ROBERT E. DUTTO, ROBERT ("BOB") D. ELLSWORTH, SUSAN M. ENGLISH, DON J. JOHNSON, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, LINDA SOO HOO, AND PAUL H. WAGENER IN NOTICE OF MOTION, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: August 22, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor<br><br>**The Honorable Jeffrey S. White** |

- 1 -

Joinder of Other Individual Defendants in
Mot. Judg. on Pleadings; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

- 2 -

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Allen L. Amos, Carolann Cohn, Robert E. Dutto, Robert ("Bob") D. Ellsworth, Susan M. English, Don J. Johnson, William ("Bill") Phillips, Jr., Dirck ("Rick") R. Stinson, Linda Soo Hoo, and Paul H. Wagener hereby join in the Notice of Motion, Motion for Partial Judgment on the Pleadings, and Memorandum of Points and Authorities in Support Thereof, filed on July 18, 2008, by Defendants Eric Chua, Neil Cohn, James Halbleib, Stephen Hause, Laurinda Martin, Shandranette Middleton, George Petty, and Robert Watkins, insofar as these pleadings seek judgment on the pleadings with respect to Count Nine and Count Thirteen.

Dated: July 21, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.

By: _____
Kevin M. Smith

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON PAUL H. WAGENER, ROBERT H. WATKINS