JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
JEFFREY E. ZINSMEISTER (SBN 235516)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER,
DAN R. FRANCIS & JOHN G. HAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON,<br><br>Defendants. | CASE NO.  3:07-CV-06418-JSW<br><br>**JOINDER OF DEFENDANTS EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN IN NOTICE OF MOTION, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Date:        August 29, 2008**<br>**Time:        9:00 a.m.**<br>**Dept:        Courtroom 2, 17th Floor**<br><br>**The Honorable Jeffrey S. White** |

5474074.1

- 1 -

Joinder of EPIC, Hahn, and Francis
in Mot. Judg. on Pleadings; Gallagher v. EPIC,
Case No. 07-CV-06418-JSW

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Edgewood Partners Insurance Center, Dan R. Francis, and John G. Hahn hereby join in the Notice of Motion, Motion for Partial Judgment on the Pleadings, and Memorandum of Points and Authorities in Support Thereof, filed on July 22, 2008, by Defendants Defendants Eric Chua, Neil Cohn, James Halbleib, Stephen Hause, Laurinda Martin, Shandranette Middleton, George Petty, and Robert Watkins, insofar as these pleadings seek judgment on the pleadings with respect to Count Thirteen.

DATED: July 24, 2008

MUNGER, TOLLES & OLSON LLP
   JEROME C. ROTH
   MARTIN D. BERN
   MALCOLM A. HEINICKE
   JEFFREY E. ZINSMEISTER

BY:    /s/ *Jeffrey E. Zinsmeister*
       JEFFREY E. ZINSMEISTER

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN