1  KEVIN M. SMITH, ESQ., SBN 97920
   BRADLEY, CURLEY, ASIANO,
2  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
3  Larkspur, California 94939
   Telephone: (415) 464-8888
4  Facsimile: (415) 464-8887

5  Attorneys for Defendants
   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL
6  R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH
   SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN
7  HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN,
   SHANDRANETTE MIDDLETON, GEORGE J. PETTY,
8  WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R.
   STINSON PAUL H. WAGENER, ROBERT H. WATKINS

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  ARTHUR J. GALLAGHER & CO., INC., a          CASE NO. 3:07-CV-06418-JSW
    Delaware Corporation, ARTHUR J. GALLAGHER
15  & CO., INSURANCE BROKERS OF                 **JOINDER OF DEFENDANTS
    CALIFORNIA, INC., a California Corporation,   ALLEN L. AMOS, CAROLANN
16                                               COHN, ROBERT E. DUTTO,
                 Plaintiffs,                     ROBERT ("BOB") D.
17                                               ELLSWORTH, SUSAN M.
                                                 ENGLISH, DON J. JOHNSON,
18       vs.                                     WILLIAM ("BILL") PHILLIPS,
                                                 JR., DIRCK ("RICK") R.
19  EDGEWOOD PARTNERS INSURANCE                  STINSON, LINDA SOO HOO, AND
    CENTER, a California corporation; DAN R.     PAUL H. WAGENER IN NOTICE
20  FRANCIS; JOHN G. HAHN; ANDREW                OF MOTION, MOTION FOR
    ("WALLY") BROWN, JR.; BRIAN F. QUINN;        PARTIAL JUDGMENT ON THE
21  NEIL R. COHN; CAROLANN COHN; MICHAEL         PLEADINGS, AND
    J. BROWN; STEPHEN HAUSE; LAURA J.            MEMORANDUM OF POINTS
22  WICK; JAMES C. HALBLEIB; LAURINDA            AND AUTHORITIES IN SUPPORT
    ("LAURIE") A. MARTIN; ERIC CHUA;             THEREOF**
23  GEORGE J. PETTY; LINDA SOO HOO;
    ROBERT E. DUTTO; SUSAN M. ENGLISH;
24  DON J. JOHNSON; ALLEN L. AMOS; WILLIAM       **Date:      October 31, 2008**
    ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R.    **Time:      9:00 a.m.**
25  STINSON; ROBERT ("BOB") D. ELLSWORTH;        **Dept:      Courtroom 2, 17th Floor**
    ROBERT H. WATKINS; PAUL H. WAGENER;
26  SHANDRANETTE MIDDLETON,
                                                 **The Honorable Jeffrey S. White**
27               Defendants.

28

                                    - 1 -          Joinder of Other Individual Defendants in
                                                   Mot. Judg. on Pleadings; Gallagher v. EPIC,
                                                   Case No. 07-CV-06418-JSW

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Allen L. Amos, Carolann Cohn, Robert E. Dutto, Robert ("Bob") D. Ellsworth, Susan M. English, Don J. Johnson, William ("Bill") Phillips, Jr., Dirck ("Rick") R. Stinson, Linda Soo Hoo, and Paul H. Wagener hereby join in the Notice of Motion, Motion for Partial Judgment on the Pleadings, and Memorandum of Points and Authorities in Support Thereof, filed on July 18, 2008, by Defendants Eric Chua, Neil Cohn, James Halbleib, Stephen Hause, Laurinda Martin, Shandranette Middleton, George Petty, and Robert Watkins, insofar as these pleadings seek judgment on the pleadings with respect to Count Nine and Count Thirteen.

Dated:  July 31, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.

By:  _____
Kevin M. Smith

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON PAUL H. WAGENER, ROBERT H. WATKINS