IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER, & CO., INC., et al.<br><br>           Plaintiffs,<br><br>   v.<br><br>EDGEWOOD PARTNERS INS. CENTER, et al.<br><br>           Defendants. | No. C 07-06418 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION FOR JUDGMENT ON THE PLEADINGS** |

This matter is set for a hearing on October 31, 2008 on Defendants' motion to for judgment on the pleadings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 18, 2008 and a reply brief, if any, shall be filed by no later than August 25, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE