1  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
6
   Attorneys for Defendants
7  EDGEWOOD PARTNERS INSURANCE CENTER,
   DAN R. FRANCIS & JOHN G. HAHN
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   ARTHUR J. GALLAGHER & CO., INC.,           CASE NO. 3:07-CV-06418-JSW
13 a Delaware Corporation, ARTHUR J.
   GALLAGHER & CO., INSURANCE                 AMENDED JOINDER OF DEFENDANTS
14 BROKERS OF CALIFORNIA, INC., a             EDGEWOOD PARTNERS INSURANCE
   California Corporation,                    CENTER, DAN R. FRANCIS & JOHN G.
15                                             HAHN IN NOTICE OF MOTION,
                  Plaintiffs,                  MOTION FOR PARTIAL JUDGMENT ON
16                                             THE PLEADINGS, AND MEMORANDUM
         vs.                                   OF POINTS AND AUTHORITIES IN
17                                             SUPPORT THEREOF
   EDGEWOOD PARTNERS INSURANCE
18 CENTER, a California corporation; DAN      Date:      August 29, 2008
   R. FRANCIS; JOHN G. HAHN;                  Time:      9:00 a.m.
19 ANDREW ("WALLY") BROWN, JR.;               Dept:      Courtroom 2, 17th Floor
   BRIAN F. QUINN; NEIL R. COHN;
20 CAROLANN COHN; MICHAEL J.
   BROWN; STEPHEN HAUSE; LAURA J.             The Honorable Jeffrey S. White
21 WICK; JAMES C. HALBLEIB;
   LAURINDA ("LAURIE") A. MARTIN;
22 ERIC CHUA; GEORGE J. PETTY;
   LINDA SOO HOO; ROBERT E. DUTTO;
23 SUSAN M. ENGLISH; DON J.
   JOHNSON; ALLEN L. AMOS;
24 WILLIAM ("BILL") PHILLIPS, JR.;
   DIRCK ("RICK") R. STINSON; ROBERT
25 ("BOB") D. ELLSWORTH; ROBERT H.
   WATKINS; PAUL H. WAGENER;
26 SHANDRANETTE MIDDLETON,

27                Defendants.

28

5709227.1                         - 1 -         Joinder of EPIC, Hahn, and Francis
                                                in Mot. Judg. on Pleadings; Gallagher v. EPIC,
                                                Case No. 07-CV-06418-JSW

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Edgewood Partners Insurance Center, Dan R. Francis, and John G. Hahn hereby join in the Notice of Motion, Motion for Partial Judgment on the Pleadings, and Memorandum of Points and Authorities in Support Thereof, filed on July 31, 2008, by Defendants Eric Chua, Neil Cohn, James Halbleib, Stephen Hause, Laurinda Martin, Shandranette Middleton, George Petty, and Robert Watkins, insofar as these pleadings seek judgment on the pleadings with respect to Count Thirteen.

DATED: August 8, 2008

MUNGER, TOLLES & OLSON LLP
  JEROME C. ROTH
  MARTIN D. BERN
  MALCOLM A. HEINICKE
  JEFFREY E. ZINSMEISTER

BY: _____
        MARTIN D. BERN

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS & JOHN G. HAHN