1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ANDREW ("WALLY") BROWN, JR.,
6  BRIAN F. QUINN, MICHAEL J. BROWN, and
   LAURA J. WICK

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., Inc., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California Corporation, DAN R. FRANCIS, JOHN G. HAHN, ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, NEIL R. COHN, CAROLANN COHN, MICHAEL J. BROWN, STEPHEN HAUSE, LAURA J. WICK, JAMES C. HALBLEIB, LAURINDA ("LAURIE") A. MARTIN, ERIC CHUA, GEORGE J. PETTY, LINDA SOO HOO, ROBERT E. DUTTO, SUSAN M. ENGLISH, DON J. JOHNSON, ALLEN L. AMOS, WILLIAM ("BILL") PHILLIPS, JR., DIRCK ("RICK") R. STINSON, ROBERT ("BOB") D. ELLSWORTH, ROBERT H. WATKINS, PAUL H. WAGENER, and SHANDRANETTE MIDDLETON,<br><br>          Defendants. | Case No. C 07-06418 JSW<br><br>**AMENDED JOINDER IN NOTICE OF MOTION, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:         October 31, 2008<br>Time:        9 a.m.<br>Courtroom:   2, 17th Floor<br><br>Hon. Jeffrey S. White |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Andrew W. ("Wally") Brown, Jr., Brian F. Quinn, Michael J. Brown, and Laura J. Wick (collectively, "Defendants") hereby join in the Notice of Motion, Motion for Partial Judgment on the Pleadings, and Memorandum of Points and Authorities in Support Thereof by Defendants Eric Chua, Neil Cohn, James Halbleib, Stephen Hause, Laurinda Martin, Shandranette Middleton, George Petty, and Robert Watkins, insofar as these pleadings seek judgment on the pleadings with respect to Count Thirteen. Said motion was originally filed on July 22, 2008, and was refiled on July 31, 2008, for the new hearing date of October 31, 2008.

DATED: August 8, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Attorneys for Defendants
ANDREW ("WALLY") BROWN, JR.,
BRIAN F. QUINN, MICHAEL J. BROWN, and
LAURA J. WICK

CASE NO. C 07-06418 JSW　　　　　　　　1　　　　　　　　AMENDED JOINDER IN NOT. OF MOT., MOT. FOR JOP