1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SBN 178902)
2  *bradfordnewman@paulhastings.com*
   STEPHEN N. YANG (SBN 142474)
3  SARJU A. NARAN (SBN 215410)
   SHANNON S. SEVEY (SBN 229319)
4  1117 S. California Avenue
   Palo Alto, CA 94304-1106
5  Telephone:  (650) 320-1800
   Facsimile:  (650) 320-1900
6
   Attorneys for Plaintiffs
7  ARTHUR J. GALLAGHER & CO., INC. &
   ARTHUR J. GALLAGHER & CO., INSURANCE
8  BROKERS OF CALIFORNIA, INC.

9  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
10 MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
11 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
12 Twenty-Seventh Floor
   San Francisco, CA  94105-2907
13 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
14
   Attorneys for Defendants
15 EDGEWOOD PARTNERS INSURANCE
   CENTER, DAN R. FRANCIS & JOHN G. HAHN
16

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

20

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. | CASE NO. C 07-6418 (JSW) (JCS)<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND DISCOVERY CUT-OFF DATES** |

5673475.1

JOINT STIP. REQUESTING CONTINUANCE OF CMC & DISCOVERY CUT-OFF DATES; Case No. 07-6418 (JSW) (JCS)

| | |
|---|---|
| 1 | BROWN; STEPHEN HAUSE; LAURA J. WICK; JAMES C. HALBLEIB; |
| 2 | LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; |
| 3 | LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. |
| 4 | JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; |
| 5 | DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. |
| 6 | WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON, |
| 7 | Defendants. |

5673475.1

JOINT STIP. REQUESTING CONTINUANCE OF CMC & DISCOVERY CUT-OFF DATES; Case No. 07-6418 (JSW)

The parties jointly and respectfully request that the Court continue certain dates set in its January 23, 2008 scheduling order to allow the parties sufficient time to resolve technical issues that have arisen regarding the production of electronic copies of documents and their meta-data in this matter. After meeting and conferring in person, the parties have agreed to cooperate in resolving these technical issues, but the solution will require approximately eight weeks to implement and complete. Moreover, the parties have agreed that depositions will be taken only after these technical issues have been resolved, and recognize that, because the eight-week delay may require depositions to be taken during the holiday season, additional time may have to be budgeted to accommodate the schedules of witnesses and counsel.

Therefore, in the spirit of resolving these issues jointly and without Court intervention, the parties respectfully request that the Court continue the Case Management Conference and relevant discovery cut-off dates as follows:

| **Relevant Deadline** | **Date Set in 1/23/2008 Scheduling Order** | **New Date Requested** |
|---|---|---|
| Close of fact discovery | September 22, 2008 | **January 16, 2009** |
| Last day for expert disclosures | December 1, 2008 | **March 20, 2009** |
| Case Management Conference | December 19, 2008 | **April 3, 2009** |
| Last day for rebuttal expert disclosures | January 9, 2009 | **April 24, 2009** |
| Close of expert discovery | February 6, 2009 | **May 22, 2009** |

| | | |
|---|---|---|
| 1 | Dated: August 12, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | BY:   /s/ *Martin D. Bern*<br>          MARTIN D. BERN |
| 4 | | Attorneys for Defendants<br>EDGEWOOD PARTNERS INSURANCE CENTER,<br>DAN R. FRANCIS & JOHN G. HAHN |
| 5 | | |
| 6 | Dated: August 12, 2008 | BRADLEY, CURLEY, ASIANO, BARRABEE & GALE PC |
| 7 | | |
| 8 | | BY:   /s/ *Kevin Smith*<br>          KEVIN SMITH |
| 9 | | |
| 10-15 | | Attorneys for Defendants<br>  NEIL R. COHN; CAROLANN COHN; STEPHEN HAUSE; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; and SHANDRANETTE MIDDLETON |
| 16 | Dated: August 12, 2008 | KERR & WAGSTAFFE LLP |
| 17 | | BY:   /s/ *Adrian J. Sawyer*<br>          ADRIAN J. SAWYER |
| 18 | | |
| 19-20 | | Attorneys for Defendants<br>  ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; MICHAEL J. BROWN; and LAURA J. WICK |
| 21 | Dated: August 12, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 22 | | |
| 23 | | BY:   /s/ *Bradford K. Newman*<br>          BRADFORD K. NEWMAN |
| 24-25 | | Attorneys for Plaintiffs<br>ARTHUR J. GALLAGHER & CO., INC. and ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC. |