1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SBN 178902)
2  *bradfordnewman@paulhastings.com*
   STEPHEN N. YANG (SBN 142474)
3  SARJU A. NARAN (SBN 215410)
   SHANNON S. SEVEY (SBN 229319)
4  1117 S. California Avenue
   Palo Alto, CA 94304-1106
5  Telephone:  (650) 320-1800
   Facsimile:  (650) 320-1900
6
   Attorneys for Plaintiffs
7  ARTHUR J. GALLAGHER & CO., INC. &
   ARTHUR J. GALLAGHER & CO., INSURANCE
8  BROKERS OF CALIFORNIA, INC.

9  JEROME C. ROTH (SBN 159483)
   MARTIN D. BERN (SBN 153203)
10 MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
11 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
12 Twenty-Seventh Floor
   San Francisco, CA  94105-2907
13 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
14
   Attorneys for Defendants
15 EDGEWOOD PARTNERS INSURANCE
   CENTER, DAN R. FRANCIS & JOHN G. HAHN
16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21 ARTHUR J. GALLAGHER & CO., INC.,        CASE NO. C 07-6418 (JSW) (JCS)
   a Delaware Corporation, ARTHUR J.
22 GALLAGHER & CO., INSURANCE              **[PROPOSED] ORDER GRANTING JOINT
   BROKERS OF CALIFORNIA, INC., a          REQUEST FOR CONTINUANCE OF
   California Corporation,                  CASE MANAGEMENT CONFERENCE
23                                          AND DISCOVERY CUT-OFF DATES**
                   Plaintiffs,
24
        vs.
25
   EDGEWOOD PARTNERS INSURANCE
26 CENTER, a California corporation; DAN
   R. FRANCIS; JOHN G. HAHN;
27 ANDREW ("WALLY") BROWN, JR.;
   BRIAN F. QUINN; NEIL R. COHN;
28 CAROLANN COHN; MICHAEL J.

1    BROWN; STEPHEN HAUSE; LAURA J.
     WICK; JAMES C. HALBLEIB;
2    LAURINDA ("LAURIE") A. MARTIN;
     ERIC CHUA; GEORGE J. PETTY;
3    LINDA SOO HOO; ROBERT E. DUTTO;
     SUSAN M. ENGLISH; DON J.
4    JOHNSON; ALLEN L. AMOS;
     WILLIAM ("BILL") PHILLIPS, JR.;
5    DIRCK ("RICK") R. STINSON; ROBERT
     ("BOB") D. ELLSWORTH; ROBERT H.
6    WATKINS; PAUL H. WAGENER;
     SHANDRANETTE MIDDLETON,
7
                    Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR CONTINUANCE OF CMC &
DISCOVERY CUT-OFF DATES; Case No. 07-6418 (JSW)

1    Pursuant to the attached stipulation of the parties, and for good cause shown, the Court HEREBY

2    ORDERS that the deadlines in this matter shall be continued to the following dates:

3                    (1)    Close of fact discovery:  January 16, 2009;

4                    (2)    Last day for expert disclosures: March 20, 2009;

5                    (3)    Last day to for rebuttal expert disclosures: April 24, 2009; and

6                    (4)    Close of expert discovery: May 22, 2009.

7            The Court FURTHER ORDERS that the Case Management Conference scheduled

8    for December 19, 2008 is CONTINUED to April 3, 2009 at 1:30 p.m.

9            **IT IS SO ORDERED.**

10

11   Dated:    _____

12

13

14                                            _____

15                                            THE HONORABLE JEFFREY S. WHITE
                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28