PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SBN 178902)
*bradfordnewman@paulhastings.com*
STEPHEN N. YANG (SBN 142474)
SARJU A. NARAN (SBN 215410)
SHANNON S. SEVEY (SBN 229319)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiffs
ARTHUR J. GALLAGHER & CO., INC. &
ARTHUR J. GALLAGHER & CO., INSURANCE
BROKERS OF CALIFORNIA, INC.

JEROME C. ROTH (SBN 159483)
MARTIN D. BERN (SBN 153203)
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
EDGEWOOD PARTNERS INSURANCE
CENTER, DAN R. FRANCIS & JOHN G. HAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; DAN R. FRANCIS; JOHN G. HAHN; ANDREW ("WALLY") BROWN, JR.; BRIAN F. QUINN; NEIL R. COHN; CAROLANN COHN; MICHAEL J. | CASE NO. C 07-6418 (JSW) (JCS)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND DISCOVERY CUT-OFF DATES** |

1  BROWN; STEPHEN HAUSE; LAURA J.
   WICK; JAMES C. HALBLEIB;
2  LAURINDA ("LAURIE") A. MARTIN;
   ERIC CHUA; GEORGE J. PETTY;
3  LINDA SOO HOO; ROBERT E. DUTTO;
   SUSAN M. ENGLISH; DON J.
4  JOHNSON; ALLEN L. AMOS;
   WILLIAM ("BILL") PHILLIPS, JR.;
5  DIRCK ("RICK") R. STINSON; ROBERT
   ("BOB") D. ELLSWORTH; ROBERT H.
6  WATKINS; PAUL H. WAGENER;
   SHANDRANETTE MIDDLETON,

7           Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR CONTINUANCE OF CMC &
DISCOVERY CUT-OFF DATES; Case No. 07-6418 (JSW)

1   Pursuant to the attached stipulation of the parties, and for good cause shown, the Court HEREBY

2   ORDERS that the deadlines in this matter shall be continued to the following dates:

3          (1)     Close of fact discovery:  <u>January 16, 2009</u>;

4          (2)     Last day for expert disclosures: <u>March 20, 2009</u>;

5          (3)     Last day to for rebuttal expert disclosures: <u>April 24, 2009</u>; and

6          (4)     Close of expert discovery: <u>May 22, 2009</u>.

7          The Court FURTHER ORDERS that the Case Management Conference scheduled

8   for December 19, 2008 is CONTINUED to <u>April 3, 2009 at 1:30 p.m.</u>

9          **IT IS SO ORDERED.**

10

11  Dated: ___August 13, 2008_____

12

13

14  _____

15  THE HONORABLE JEFFREY S. WHITE
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER FOR CONTINUANCE OF CMC &
    DISCOVERY CUT-OFF DATES; Case No. 07-6418 (JSW)