KEVIN M. SMITH, ESQ., SBN 97920
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN
NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH
SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE
DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON
GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation, et al.,<br>Defendants. | No. **C 07-06418 JSW**<br><br>**[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Defendants ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, ROBERT H. WATKINS to substitute Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale who is retained counsel

-1-

1 located at 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939, e-mail address: ksmith@professionals-law.com, telephone number: (415) 464-8888, facsimile number: (415) 464-8887, State Bar Number: 97920 as attorney of records in place and stead of Daniel Purcell of Keker & Van Nest, LLP is hereby GRANTED.

Dated: _____     _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge