PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
STEPHEN N. YANG (SB# 142474)
stephenyang@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
PATRICK S. SHERMAN (SB# 229959)
patricksherman@paulhastings.com
EMILIE A.E. SMITH (SB #238845)
emiliesmith@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
Insurance Brokers of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. C 07-06418 JSW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND FILING OF SECOND AMENDED COMPLAINT |

WHEREAS, Plaintiffs filed their First Amended Complaint on January 25, 2008;

WHEREAS, Defendants filed their Answers to the First Amended Complaint on February 8, 2008;

WHEREAS, based on information contained in the Answers, Plaintiffs requested that Defendants stipulate, and Defendants agreed to stipulate, to the filing of a Second Amended Complaint;

WHEREAS, prior to the filing of a Second Amended Complaint, on July 22 and 31, 2008 various individual Defendants filed and/or joined in a Motion for Partial Judgment on the Pleadings as to certain causes of action set forth in the First Amended Complaint;

WHEREAS, following the Parties' meet and confer efforts, the Parties agreed among themselves to a resolution of certain purported issues with the proposed Second Amended Complaint;

WHEREAS, the various individual Defendants have agreed to withdraw their Motion for Partial Judgment on the Pleadings currently scheduled for hearing on October 31, 2008;

THEREFORE, IT IS HEREBY STIPULATED THAT the various individual Defendants will withdraw their Motion for Partial Judgment on the Pleadings.

THEREFORE, IT IS HEREBY FURTHER STIPULATED THAT pursuant to Fed. R. Civ. Proc. 15(a)(2), Plaintiffs may file the Second Amended Complaint attached hereto. The deadline for Plaintiffs to file this Second Amended Complaint shall be Monday, September 15, 2008.

IT IS SO STIPULATED.

DATED: August 15, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ Bradford K. Newman
    BRADFORD K. NEWMAN

Attorneys for Plaintiffs
Arthur J. Gallagher & Co., Inc. And
Arthur J. Gallagher & Co.,
Insurance Brokers Of California, Inc.

DATED: August 15, 2008                    MUNGER, TOLLES & OLSON LLP


By: /s/ Martin Bern
    MARTIN BERN

Attorneys for Defendants
EPIC, Dan Francis, and John Hahn

DATED: August 15, 2008                    KERR & WAGSTAFFE LLP


By: /s/ Adrian J. Sawyer
    ADRIAN J. SAWYER

Attorneys for Defendants
Andrew "Wally" Brown, Michael Brown, Laura Wick, and Brian Quinn

DATED: August 15, 2008                    BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, PC


By: /s/ Kevin M. Smith
    KEVIN M. SMITH
Attorneys for Defendants

Allen L. Amos, Eric Chua, Carol Ann Cohn, Neil R. Cohn, Robert E. Dutto, Robert D. Ellsworth, Susan M. English, James C. Halbleib, Stephen Hause, Don J. Johnson, Laurinda A. Martin, Shandranette Middleton, George J. Petty, William Phillips, Jr.; Linda Soo Hoo, Dirck R. Stinson, Paul H. Wagener, And Robert H. Watkins

# [PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND FILE SECOND AMENDED COMPLAINT

Pursuant to the attached stipulation of the parties, and good cause appearing therefore, it is hereby ordered that Defendants' Motion for Partial Judgment on the Pleadings is hereby deemed withdrawn and shall be removed from this Court's October 31, 2008 hearing calendar.

It is further ordered that Plaintiffs may file a Second Amended Complaint. The deadline for Plaintiffs to file this Second Amended Complaint shall be September 15, 2008.

It is further ordered that Defendants shall be deemed served with the Second Amended Complaint as of the date and time it is filed, and no additional service shall be necessary.

IT IS SO ORDERED.

Dated: _____    _____

THE HONORABLE JEFFREY S. WHITE

United States District Judge