1  KEVIN M. SMITH, ESQ., SBN 97920
2  BRADLEY, CURLEY, ASIANO,
   BARRABEE & GALE, P.C.
3  1100 Larkspur Landing Circle, Suite 200
   Larkspur, California 94939
4  Telephone: (415) 464-8888
   Facsimile: (415) 464-8887

5  Attorneys for Defendants
   ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN
6  NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH
7  SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE
   DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON
8  GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON, PAUL H.
   WAGENER, ROBERT H. WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation, et al., <br> Defendants. | No. **C 07-06418 JSW** <br><br> [~~PROPOSED~~] **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Defendants ALLEN L. AMOS, ERIC CHUA, CAROL ANN COHN, NEIL R. COHN, ROBERT E. DUTTO, ROBERT D. ELLSWORTH, SUSAN M. ENGLISH, JAMES C. HALBLEIB, STEPHEN HAUSE, DON J. JOHNSON, LAURINDA A. MARTIN, SHANDRANETTE MIDDLETON, GEORGE J. PETTY, WILLIAM PHILLIPS, JR., LINDA SOO HOO, DIRCK R. STINSON, PAUL H. WAGENER, ROBERT H. WATKINS to substitute Kevin M. Smith of Bradley, Curley, Asiano, Barrabee & Gale who is retained counsel

located at 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939, e-mail address: ksmith@professionals-law.com, telephone number: (415) 464-8888, facsimile number: (415) 464-8887, State Bar Number: 97920 as attorney of records in place and stead of Daniel Purcell of Keker & Van Nest, LLP is hereby GRANTED.

Dated: August 18, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge