1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   STEPHEN N. YANG (SB# 142474)
3  stephenyang@paulhastings.com
   SARJU A. NARAN (SB# 215410)
4  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
5  shannonsevey@paulhastings.com
   PATRICK S. SHERMAN (SB# 229959)
6  patricksherman@paulhastings.com
   EMILIE A.E. SMITH (SB #238845)
7  emiliesmith@paulhastings.com
   1117 S. California Avenue
8  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
9  Facsimile: (650) 320-1900

10 Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
11 Insurance Brokers of California, Inc.

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15
   ARTHUR J. GALLAGHER & CO., INC.,          CASE NO. C 07-06418 JSW
16 a Delaware Corporation, et al.,
                                             STIPULATION AND [PROPOSED] ORDER
17              Plaintiffs,                   REGARDING WITHDRAWAL OF MOTION
                                             FOR PARTIAL JUDGMENT ON THE
18       vs.                                 PLEADINGS AND FILING OF SECOND
                                             AMENDED COMPLAINT
19 EDGEWOOD PARTNERS INSURANCE
   CENTER, a California corporation; et al.,
20
                Defendants.
21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiffs filed their First Amended Complaint on January 25, 2008;

2    WHEREAS, Defendants filed their Answers to the First Amended Complaint on February

3    8, 2008;

4    WHEREAS, based on information contained in the Answers, Plaintiffs requested that

5    Defendants stipulate, and Defendants agreed to stipulate, to the filing of a Second Amended

6    Complaint;

7    WHEREAS, prior to the filing of a Second Amended Complaint, on July 22 and 31, 2008

8    various individual Defendants filed and/or joined in a Motion for Partial Judgment on the

9    Pleadings as to certain causes of action set forth in the First Amended Complaint;

10    WHEREAS, following the Parties' meet and confer efforts, the Parties agreed among

11    themselves to a resolution of certain purported issues with the proposed Second Amended

12    Complaint;

13    WHEREAS, the various individual Defendants have agreed to withdraw their Motion for

14    Partial Judgment on the Pleadings currently scheduled for hearing on October 31, 2008;

15    THEREFORE, IT IS HEREBY STIPULATED THAT the various individual Defendants

16    will withdraw their Motion for Partial Judgment on the Pleadings.

17    THEREFORE, IT IS HEREBY FURTHER STIPULATED THAT pursuant to Fed. R.

18    Civ. Proc. 15(a)(2), Plaintiffs may file the Second Amended Complaint attached hereto. The

19    deadline for Plaintiffs to file this Second Amended Complaint shall be Monday, September 15,

20    2008.

21    IT IS SO STIPULATED.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
WITHDRAWAL OF MOT. FOR PARTIAL JOP AND
FILING OF SECOND AMENDED COMPLAINT

1    DATED: August 15, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                              By: */s/ Bradford K. Newman*

4                                      BRADFORD K. NEWMAN

5                                    Attorneys for Plaintiffs
                                     Arthur J. Gallagher & Co., Inc. And
                                     Arthur J. Gallagher & Co.,

6                                    Insurance Brokers Of California, Inc.

7    DATED: August 15, 2008      MUNGER, TOLLES & OLSON LLP

8

9                              By: */s/ Martin Bern*

10                                   MARTIN BERN

11                                  Attorneys for Defendants
                                 EPIC, Dan Francis, and John Hahn

12

13    DATED: August 15, 2008      KERR & WAGSTAFFE LLP

14

15                              By: */s/ Adrian J. Sawyer*

16                                   ADRIAN J. SAWYER

17                                  Attorneys for Defendants
                                 Andrew "Wally" Brown, Michael Brown, Laura Wick,
                                 and Brian Quinn

18    DATED: August 15, 2008      BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, PC

19

20

21                              By: */s/ Kevin M. Smith*

22                                   KEVIN M. SMITH
                                  Attorneys for Defendants

23                                   Allen L. Amos, Eric Chua, Carol Ann Cohn, Neil R.
                                  Cohn, Robert E. Dutto, Robert D. Ellsworth, Susan M.

24                                   English, James C. Halbleib, Stephen Hause, Don J.
                                  Johnson, Laurinda A. Martin, Shandranette Middleton,

25                                   George J. Petty, William Phillips, Jr.; Linda Soo Hoo,
                                  Dirck R. Stinson, Paul H. Wagener, And Robert H.

26                                   Watkins

27

28

STIPULATION AND [PROPOSED] ORDER RE
WITHDRAWAL OF MOT. FOR PARTIAL JOP AND
FILING OF SECOND AMENDED COMPLAINT

Case No. C 07-06418-JSW

1    ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR**

2    **PARTIAL JUDGMENT ON THE PLEADINGS AND FILE SECOND AMENDED**

3    **COMPLAINT**

4        Pursuant to the attached stipulation of the parties, and good cause appearing therefore, it is

5    hereby ordered that Defendants' Motion for Partial Judgment on the Pleadings is hereby deemed

6    withdrawn and shall be removed from this Court's October 31, 2008 hearing calendar.

7        It is further ordered that Plaintiffs may file a Second Amended Complaint.  The deadline

8    for Plaintiffs to file this Second Amended Complaint shall be September 15, 2008.

9        It is further ordered that Defendants shall be deemed served with the Second Amended

10    Complaint as of the date and time it is filed, and no additional service shall be necessary.

11        IT IS SO ORDERED.

12

13    Dated:    August 18, 2008

14    THE HONORABLE JEFFREY S. WHITE

15    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-06418-JSW