United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., et al. | No. C 07-06418 JSW |
| Plaintiffs, | **ORDER RE LETTER** |
| v. | |
| EDGEWOOD PARTNERS INS. CENTER, et al. | |
| Defendants. | |

The Court has received the letter dated December 19, 2008. The parties are directed to file this letter under seal and to file their briefs or stipulation on the matters referenced in this letter under seal. The Court will address this matter on the papers. In their filing, the parties shall explain what is confidential and address whether there are any portions of their filings that may be publicly filed.

**IT IS SO ORDERED.**

Dated: December 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE