1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  SHANNON S. PIERCE (SB# 229319)
   1117 S. California Avenue
3  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  Attorneys for Plaintiffs
   Arthur J. Gallagher & Co., Inc. & Arthur J. Gallagher & Co.
6  Insurance Brokers of California, Inc.

7  MUNGER, TOLLES & OLSON LLP
   MARTIN D. BERN (SB#153203)
8  MALCOLM A. HEINICKE (SB#194174)
   560 Mission Street, Twenty-Seventh Floor
9  San Francisco, CA 94105-2907
   Telephone:  (415) 512-4000
10 Facsimile:  (415) 512-4077

11 Attorneys for Defendants
   Edgewood Partners Insurance Center,
12 Dan R. Francis, John G. Hahn

13 ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., INC., a Delaware Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDGEWOOD PARTNERS INSURANCE CENTER, a California corporation; et al.,<br><br>Defendants. | CASE NO. 3:07-CV-06418-JSW<br><br>[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND COURT SUPERVISION OF SETTLEMENT AND APPROVAL RE: DISMISSAL |

Case No. 3:07-CV-06418-JSW

[PROPOSED] ORDER RE: DISMISSAL ,
COURT SUPERVISION OF SETTLEMENT,
APPROVAL RE DISMISSAL ENTIRE

1  KERR & WAGSTAFFE LLP
   JAMES M. WAGSTAFFE (SB#95535)
2  ADRIAN J. SAWYER (SB#203712)
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105-1528
   Telephone: (415) 371-8500
4  Facsimile: (415) 371-0500

5  Attorneys for Defendants
   Andrew ("Wally") Brown, Brian Quinn, Michael Brown, and
6  Laura Wick

7
   BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
8  KEVIN M. SMITH (SB #97920)
   1100 Larkspur Landing Circle, Suite 200
9  Larkspur, CA 94939
   Telephone: (415) 464-8888
10 Facsimile: (415) 464-8887

11 Attorneys for Defendants
   Allen L. Amos, Eric Chua, Carolann Cohn, Neil R. Cohn,
12 Robert E. Dutto, Robert D. Ellsworth, Susan M. English,
   James C. Halbleib, Stephen Hause, Don J. Johnson,
13 Laurinda A. Martin, Shandranette Middleton, George J. Petty,
   William Phillips, Jr., Linda Soo Hoo, Dirck R. Stinson,
14 Paul H. Wagener, Robert H. Watkins

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     WHEREAS, all Parties have stipulated to the dismissal of the above-captioned lawsuit;

2     This Court, having reviewed and considered the materials submitted under seal, as well as the record in this case, and for GOOD CAUSE APPEARING, ORDERS that the settlement entered into by the Parties is hereby APPROVED and further ORDERS that the above-captioned lawsuit, is hereby DISMISSED WITH PREJUDICE.

    I, Malcolm A. Heinicke, attest that I have obtained concurrence from the other counsel listed below in the filing of this [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND COURT SUPERVISION OF SETTLEMENT AND APPROVAL RE: DISMISSAL. *See* N.D. Cal. General Order 45 § 10(B).

DATED: December 30, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP

BY: */s/ Bradford K. Newman*
    BRADFORD K. NEWMAN

ATTORNEYS FOR PLAINTIFFS ARTHUR J. GALLAGHER & CO., INC. & ARTHUR J. GALLAGHER & CO., INSURANCE BROKERS OF CALIFORNIA, INC.

DATED: December 30, 2008      MUNGER, TOLLES & OLSON LLP

BY: */s/ Malcolm A. Heinicke*
    MALCOLM A. HEINICKE

ATTORNEYS FOR DEFENDANTS EDGEWOOD PARTNERS INSURANCE CENTER, DAN R. FRANCIS, AND JOHN G. HAHN

DATED: December 30, 2008      KERR & WAGSTAFFE, LLP

BY: */s/ Adrian Sawyer*
    ADRIAN SAWYER

ATTORNEYS FOR DEFENDANTS ANDREW ("WALLY") BROWN, JR., BRIAN F. QUINN, MICHAEL J. BROWN, AND LAURA J. WICK

DATED: December 30, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.

BY: */s/ Kevin Smith*
KEVIN M. SMITH

ATTORNEYS FOR DEFENDANTS NEIL R. COHN; CAROLANN COHN; STEPHEN HAUSE; JAMES C. HALBLEIB; LAURINDA ("LAURIE") A. MARTIN; ERIC CHUA; GEORGE J. PETTY; LINDA SOO HOO; ROBERT E. DUTTO; SUSAN M. ENGLISH; DON J. JOHNSON; ALLEN L. AMOS; WILLIAM ("BILL") PHILLIPS, JR.; DIRCK ("RICK") R. STINSON; ROBERT ("BOB") D. ELLSWORTH; ROBERT H. WATKINS; PAUL H. WAGENER; SHANDRANETTE MIDDLETON

PURSUANT TO STIPULATION, IT IS SO ORDERED. This action is hereby dismissed with prejudice in its entirety.

DATED: January 6, 2009 ~~December ___, 2008~~

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE